UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, ON BEHALF OF PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-11627-RCL |

## NOTICE OF APPEARANCE

TO: CIVIL CLERK

Please enter the appearance of Jordan D. Hershman of Bingham McCutchen LLP as counsel for defendants Investors Financial Services Corp., Kevin J. Sheehan, Michael F. Rogers, Robert D. Mancuso, Edmund J. Maroney, and John N. Spinney, Jr.

**INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,**

By their attorney,

/s/ Jordan D. Hershman
Jordan D. Hershman, BBO #553709
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8455

Dated: September 15, 2005