UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, ON BEHALF OF PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                       Plaintiff,<br><br>   v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,<br><br>                       Defendants. | CIVIL ACTION<br>NO. 05-11627-RCL |

## NOTICE OF APPEARANCE

TO: CIVIL CLERK

Please enter the appearance of Jason D. Frank of Bingham McCutchen LLP as counsel for defendants Investors Financial Services Corp., Kevin J. Sheehan, Michael F. Rogers, Robert D. Mancuso, Edmund J. Maroney, and John N. Spinney, Jr.

                                        INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,

                                        By their attorney,

                                        /s/ Jason D. Frank
                                        Jason D. Frank, BBO #634985
                                        **BINGHAM MCCUTCHEN LLP**
                                        150 Federal Street
                                        Boston, MA 02110-1726
                                        (617) 951-8153

Dated: September 15, 2005