UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, ON BEHALF OF PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED,<br><br>      Plaintiff,<br><br> v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,<br><br>      Defendants. | CIVIL ACTION<br>NO. 05-11627-RCL |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

  The parties, by and through their counsel, hereby agree to extend the time within which the defendants must answer, move or otherwise respond to the complaint in this action until forty-five (45) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 ("Reform Act,"), or service on defendants by lead plaintiff of an amended complaint, which ever comes later.

  In the event that defendants move to dismiss the complaint, plaintiffs shall have forty-five (45) days to file their opposition brief and defendants shall have leave to file a reply brief forty-five (45) days following service of the opposition brief.

Respectfully submitted,

| | |
|---|---|
| **INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,** | **THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, ON BEHALF OF PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED,** |
| By their attorneys, | By its attorneys, |
| /s/ Jordan D. Hershman<br>Jordan D. Hershman, BBO #553709<br>Jason D. Frank, BBO #634985<br>William R. Harb, BBO #657270<br>**BINGHAM MCCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA  02110-1726<br>(617) 951-8000 | /s/ Theodore Hess-Mahan<br>Thomas G. Shapiro, BBO #454680<br>Edward F. Haber, BBO #215620<br>Theodore Hess-Mahan, BBO #557109<br>**SHAPIRO HABER & URMY LLP**<br>53 State Street<br>Boston, MA  02109<br>(617) 439-3939 |

Dated: September 15, 2005

**IT IS SO ORDERED:**

_____
Honorable Reginald C. Lindsay
United States District Judge

Dated: