UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND INC., On Behalf of Plaintiff and All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,<br><br>     Defendants. | Case No. 1:05-cv-11627-RCL |
| ROBERT FAUSSNER, Individually and on Behalf of All Others Similarly Situated<br><br>     Plaintiff,<br><br> vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, EDMUND J. MARONEY,<br><br>     Defendants. | Case No.: 1:05-cv-11687-RCL |

**MOTION OF THE IFIN INVESTORS GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF C0-LEAD COUNSEL AND LIAISON COUNSEL**

Movant, the IFIN Investors Group (as defined in the accompanying Memorandum of Law), upon the Declaration of Theodore Hess-Mahan, dated October 3, 2005, and the Exhibits annexed thereto, the accompanying Memorandum of Law, all of the prior pleadings and proceedings had herein, and such other evidence as the Court may consider at the hearing on this motion, hereby respectfully moves this Court for an order in the form filed herewith: (1) consolidating all of the above-referenced actions; (2) appointing the IFIN Investors Group as Lead Plaintiff in the above-referenced action pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving the IFIN Investor Group's selection of Co- Lead Counsel and Liaison Counsel.

Dated: October 3, 2005                                     Respectfully submitted,

                                                           SHAPIRO HABER & URMY, LLP

                                                           **/s/Theodore M. Hess-Mahan**
                                                           Thomas G. Shapiro BBO #454680
                                                           Edward F. Haber BBO #215620
                                                           Theodore Hess-Mahan BBO #557109
                                                           53 State Street
                                                           Boston, MA  02109
                                                           Tel: (617) 439-3939
                                                           Fax: (617) 439-0134

                                                           SCOTT + SCOTT, LLC
                                                           David R. Scott
                                                           Neil Rothstein
                                                           108 Norwich Avenue
                                                           P.O. Box 192
                                                           Colchester, CT   06415
                                                           Tel: (860) 537-5537
                                                           Fax: (860) 537-4432

                                                           WECHSLER HARWOOD LLP
                                                           Robert I. Harwood
                                                           Jeffrey M. Norton
                                                           488 Madison Avenue
                                                           New York, New York 10022
                                                           Tel: (212) 935-7400
                                                           Fax: (212) 753-3630

### **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that the parties' counsel have conferred in a good faith effort to narrow or resolve the issues raised in this motion. Defendants' counsel do not assent to this motion.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan