UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>　　　　　　　　Defendants. | No. 1:05-cv-11627-RCL<br><br>CLASS ACTION |
| ROBERT FAUSSNER, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>　　　　　　　　Defendants. | No. 1:05-cv-11687-RCL<br><br>CLASS ACTION |

NOTICE OF APPEARANCE

Please take notice that Christopher N. Souris hereby enters his appearance on behalf of the plaintiff in this Action.

| | |
|---|---|
| DATED: October 3, 2005 | KRAKOW & SOURIS, LLC<br>AARON D. KRAKOW (BBO No. 544424)<br>CHRISTOPHER N. SOURIS (BBO No. 556343) |

                                                               */s/Christopher N. Souris*
                                                              CHRISTOPHER N. SOURIS

                                          225 Friend Street
                                          Boston, MA  02114
                                          Telephone:  617/723-8440
                                          617/723-8443 (fax)

                                          [Proposed] Liaison Counsel

                                          LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                          WILLIAM S. LERACH
                                          DARREN J. ROBBINS
                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101
                                          Telephone:  619/231-1058
                                          619/231-7423 (fax)

                                          LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                          ELISE J. COHEN
                                          9601 Wilshire Blvd., Suite 510
                                          Los Angeles, CA  90210
                                          Telephone:  310/859-3100
                                          310/278-2148 (fax)

                                          [Proposed] Lead Counsel for Plaintiffs

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent this day by first class U.S. mail to the parties listed on the attached Service List

     */s/Christopher N. Souris*
Christopher N. Souris

U:\CasesLA\Investors Financial\NOT00024872.doc

INVESTORS FINANCIAL

Service List - 10/3/2005    (05-0197)

Page 1 of 2

### Counsel For Defendant(s)

Jason D. Frank
Jordan D. Hershman
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
  617/951-8000
  617/951-8736 (Fax)

William R. Harb
Testa, Hurwitz & Thibeault, LLP
High Street Tower, 125 High Street
Boston, MA  02110
  617/248-7000
  617/248-7100 (Fax)

### Counsel For Plaintiff(s)

David Pastor
Gilman And Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109
  617/742-9700
  617/742-9701 (Fax)

Aaron D. Krakow
Christopher N. Souris
Krakow & Souris, LLC
225 Friend Street
Boston, MA  02114
  617/723-8440
  617/723-8443 (Fax)

Elise J. Cohen
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
  310/859-3100
  310/278-2148 (Fax)

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)

David R. Scott
Neil Rothstein
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT  06415
  860/537-5537
  860/537-4432 (Fax)

INVESTORS FINANCIAL

Service List - 10/3/2005   (05-0197)

Page 2 of 2

| | |
|---|---|
| Thomas G. Shapiro | Robert I. Harwood |
| Edward F. Haber | Jeffrey M. Norton |
| Theodore M. Hess-Mahan | Wechsler Harwood LLP |
| Shapiro Haber & Urmy, LLP | 488 Madison Avenue, 8th Floor |
| 53 State Street | New York, NY  10022 |
| Boston, MA  02109 | 212/935-7400 |
| 617/439-3939 | 212/753-3630 (Fax) |
| 617/439-0134 (Fax) | |