UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND INC., On Behalf of Plaintiff and All Others Similarly Situated, | § § § § | Case No. 1:05-cv-11627-RCL |
| Plaintiff, | § § § | |
| vs. | § § | |
| INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR., | § § § § § § | |
| Defendants. | § § § | |

| | | |
|---|---|---|
| ROBERT FAUSSNER, Individually and on Behalf of All Others Similarly Situated | § § § | Case No.: 1:05-cv-11687-RCL |
| Plaintiff, | § § § | |
| vs. | § § | |
| INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, EDMUND J. MARONEY, | § § § § § | |
| Defendants. | § § § § | |

**DECLARATION OF THEODORE HESS-MAHAN IN SUPPORT OF THE MOTION OF THE IFIN INVESTORS GROUP TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD AND LIASON COUNSEL**

Theodore Hess-Mahan, declares under penalty of perjury this 3d day October, 2005:

1.      I am an attorney associated with the law firm of Shapiro Haber & Urmy LLP.  I submit this declaration in support of the motion of the IFIN Investors Group to consolidate actions, for the appointment of lead plaintiff and for approval of lead plaintiff's selection of co-lead counsel and liaison counsel.

2.      Attached hereto as Exhibit A are true and correct copies of the signed certifications of class members The Archdiocese of Milwaukee Supporting Fund, Inc., and John J. Nuttall Jr. pursuant to the requirements of the Private Securities Litigation Reform Act of 1995.  15 U.S.C. § 78u-4(a)(2).

3.      Attached hereto as Exhibit B is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on August 4, 2005 in *PRNewswire*, advising the public of the pendency of a class action filed on behalf of shareholders of Investor's Financial Services Corp. ("IFIN").

4.      Attached hereto as Exhibit C is a true and correct copy of the firm biography for Scott+Scott LLC, IFIN Investor Group's selection for Co-Lead Counsel for the Class.

5.      Attached hereto as Exhibit D is a true and correct copy of the firm biography for Wechsler Harwood LLP, IFIN Investor Group's selection for Co-Counsel for the Class.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm biography for Shapiro Haber & Urmy LLP, IFIN Investor Group's selection for Liason Counsel for the Class

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of October 2005.

**/s/Theodore Hess-Mahan**
Theodore Hess-Mahan

2

WECHSLER HARWOOD LLP

**Investors Financial Services Corp**
CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, _John J. Nuttall, Jr_ ("Plaintiff"), declare as to the claims asserted under the federal securities laws, that Plaintiff has reviewed the Complaint and authorized its filing.

I.       Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

1.       Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

2.       Plaintiff's transactions in the securities that are the subject of this action during the Class Period are as follows:

| Security | Transaction | | Price | Date |
|---|---|---|---|---|
| Common Stock _IFIN_ _Investors Financial Services corp._ | _200_ | Shares Purchased | $ _43.3115_ | _June 28, 2004_ |
| | _100_ | Shares Purchased | $ _43.3899_ | _December 15, 2004_ |
| | _Ø_ | Shares Sold | $ _____ | _____ |
| | _Ø_ | Shares Sold | $ _____ | _____ |

* If more purchases and/or sales were made, please attach a separate sheet of paper. *

4.       Plaintiff has sought to serve or served as a representative party for a class in the following actions filed under the Securities Exchange Act of 1934 or Securities Act of 1933 subsequent to December 22, 1995 (none unless otherwise noted):

5.       Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _3_ day of _October_, 200_5_ at _3:00 PM_
_Dover_, _Delaware 19901_

3.       (City)                    (State)

_John J. Nuttall Jr._
**Signature**

CERTIFICATION OF AMS FUND (named Plaintiff)
PURSUANT TO FEDERAL SECURITIES LAWS

AMS Fund, Inc., a ("Plaintiff") in the class period, declares, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff and/or designee outside counsel, Scott + Scott LLC has reviewed the Complaint. AMS Fund, Inc. hereby retains Scott + Scott, LLC and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis. Scott + Scott, LLC has been designated and acts as outside counsel and counsel for securities monitoring/litigation purposes.

2.    Plaintiff did not purchase the security _Investors Financial Svc Corp_ (IFIN) that is the subject of this action at the direction of Plaintiff's counsel, or in order to participate in any private action. Plaintiff submits this Certification to protect its rights in this litigation.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Although at this time plaintiff does not intend to move for the position of leadership.

4.    The AMS transactions are as follows:

| Number of shares | buy/date | price per share |
|---|---|---|
| 500 | 11/12/03 | 35.64 |
| 470 | 11/13/03 | 35.64 |
| 445 | 11/13/03 | 35.64 |
| 845 | 11/20/03 | 35.05 |
| 815 | 12/01/03 | 37.23 |

TOTAL    3075 shares

5.    During the three years prior to the date of this Certification, Plaintiff has never served, nor sought to serve, as a class representative in a federal securities fraud case. Plaintiff has not moved for lead plaintiff in the prior three years. AMS Fund Inc currently serves as a lead plaintiff in the Halliburton Securities Litigation pending in the Federal District Court in Dallas Texas, and is a representative plaintiff in the Enron Securities Litigation. AMS Fund Inc moved for these positions more than three years ago.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day _2nd_ of ~~April~~ August 2005, at _Dallas_  _Texas_

Paula N. John
Vice President
AMS Fund, Inc.
Milwaukee, WI

Yahoo!   My Yahoo!   Mail

**YAHOO!** FINANCE **Sign In**
New User? Sign Up

Search the Web [        ] [ Search ]

Finance Home – Help

PR Newswire

## Welcome [Sign In]

To track stocks & more, Register

## Financial News

Enter symbol(s) [            ] [ Basic ▼ ] [ Get ]   Symbol Lookup



**Related Quote**

IFIN 3–Oct 10:24am (C)Yahoo!

**Press Release**                Source: Scott + Scott, LLC

# Scott + Scott, LLC Client Files Initial Securities Fraud Class Action Lawsuit Against Investors Financial Services Corp

Thursday August 4, 8:04 pm ET

### Insiders Reap Almost $15 million Dollars

COLCHESTER, Conn., Aug. 4 /PRNewswire/ -- Scott + Scott, LLC (http://www.scott-scott.com), a law firm based in Connecticut with offices in Chagrin Falls, Ohio, and San Diego, California, filed a class action today in the United States District Court for the District of Massachusetts on behalf of the purchasers of Investors Financial Services Corp. (Nasdaq: IFIN - News) securities during the Class Period between October 15, 2003, through July 15, 2005 inclusive (the "Class").

IFIN  33.33  +0.43  News

**View Detailed Quote**
Delayed 20 mins
Providers - Disclaimer

**Related News Stories**

- Scott + Scott, LLC, Which Filed Initial Shareholder Securities Fraud Lawsuit Against Investors Financial Services Corporation, Issues Update - PR Newswire (Wed Aug 31)
- Coverage initiated on Investors Fncl by Prudential - Briefing.com (Wed Aug 17)
- INVESTORS FINANCIAL SERVICES CORP Financials - EDGAR Online Financials (Tue Aug 16)
- Shareholder Class Action Filed Against Investors Financial Services Corp. by the Law Firm of Schiffrin & Barroway, LLP - PR Newswire (Mon Aug 15)

More...



Any shareholder who desires to act as lead plaintiff must move the Court no later than 60 days from today. If you would like information about Scott + Scott's complaint and a copy of it -- or would like to discuss this action with an attorney, please contact attorney Neil Rothstein at nrothstein@scott-scott.com (800/332-2259 or cell 619/251-0887). Attorney Amy K. Saba can also be reached at asaba@scott-scott.com (800/332-2259, ext 26). Any member of the purported Class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

- By industry: Law

**Top Stories**

- Manufacturing Sector Expands in September - AP (10:30 am)
- Donnelley to Buy Dex Media in $4.2B Deal - AP (9:05 am)
- Stocks Are Mixed on Manufacturing Report - AP (10:36 am)
- Procter & Gamble Reiterates Outlook - AP (9:28 am)

More...

Contacting Scott + Scott does not automatically make you a potential lead plaintiff. If you choose or desire to undertake this position, an attorney will discuss it with you personally so you are aware of your duties should you choose to accept this position. You will, however, continue to receive the same treatment and benefits that are extended to all class members, like the return of a phone

call, the benefit of participating in decision making and being kept informed on a
regular basis.

· Most-emailed articles
· Most-viewed articles

Investors Financial Services Corp. ("IFIN") operates as a bank holding company
for Investors Bank & Trust Company that provides asset managers with services
including global custody, multi-currency accounting and mutual fund
administration in the United States.

The Complaint alleges that Defendants caused IFIN shares to trade at artificially
inflated levels through the issuance of false and misleading financial statements
and guidance. The Company's statements served to convince investors that the
Company's financial statements were accurate, including results for revenues,
growth and interest income, and the Company had shrewdly built into its models
and assumptions the impact of continued interest rate compression and
flattening of the US interest rate yield curve.

In October 2004, the Company surprised the market when they finally revealed
the need to restate financial results over a three-year period. On October 21,
2004, the price of IFIN stock plummeted, from its previous close of $43.70 to
$36.50, on volume of over 11 million shares. Later, the Company revealed that
during the period from 2001 to 2004, Investors had overstated net interest
income by as much as $6.2 million.

On July 14, 2005, IFIN dropped 15% after the financial back-office company
slashed earnings guidance, citing interest rate pressure. Once again, the
Company announced an unprecedented "reset" of their 2005 quarterly and 2005
yearly guidance. Defendants did this, allegedly, to bring their numbers in line with
the "new" realities of market-driven rates and rate spreads. The Complaint
alleges further that IFIN's assertions that an interest rate event peculiar to the
second quarter served as the purported "trigger" for the Company's changed
circumstances. This was false. In fact, the Complaint alleges, the change in the
Company's fortunes was a direct result of the dramatic flattening of the yield
curve and contraction of rate spreads. The Company cited a flatter-than-
expected yield curve; narrower-than-expected reinvestment spreads; weaker-
than-expected market-sensitive revenues, which included fees, linked to both the
equity and foreign currency markets; and continued investments in headcount
and technology to support new and existing clients.

On July 15, 2005, the price of IFIN shares plummeted from its previous close of
$41.52 to $34.05 for a loss 17.9% percent of their value on unprecedented
volume of over 22 million shares. The Class Period high was $53.44; it now
trades under $35 per share.

Scott + Scott, LLC litigates cases throughout the nation on behalf of citizens of
every continent. The firm dedicates itself to client communication and satisfaction
and is currently litigating major securities, antitrust and employee retirement plan
actions throughout the United States. The firm represents pension funds,
charities, foundations, individuals and other entities worldwide. Please visit the
Scott + Scott website to learn more about the firm, its practice and other cases.

---

Source: Scott + Scott, LLC

✉ Email Story    ☎ Set News Alert    🖨 Print Story

| | Search News |

Sponsor Results

## Low Auto Refinance Rates - HSBC Auto
Refinance your car today and lock in great rates for new and used auto loans. Apply now, and
receive a free no obligation quote in minutes with APRs from 4.99%.
www.hsbcusa-autoloans.com

## How to Refinance a Car
Lower your payments and interest rate with a fast, easy and free process. Apply today.
www.rategenius.com

## Get Free Auto Refinance Quotes
myAutoloan.com provides auto refinancing for refi loans direct from lenders. Get up to four free loan
offer quotes. Real lenders - real loans - real time. Confidential, fast, secure.
www.myautoloan.com

(What's This?)

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2005 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior
written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.



**Connecticut**
**Ohio**
**California**

## <u>Firm Profile</u>

Scott + Scott, LLC is a law firm headquartered in the State of Connecticut with offices in Ohio and California engaged in the representation of institutional investors, public and private companies, as well as individuals, in complex litigation. The firm has a significant national practice in antitrust, corporate governance, securities, consumer and business litigation.

The firm prides itself on its continuing dedication to client satisfaction and communication. Founded by alumni of larger firms, our attorneys encourage our clients to share their fiduciary, business and personal philosophies with us. We then invest the time to learn about our clients' operations and interests so that each representation can truly be a collaborative effort. We believe strongly that the practice of law should be conducted in a straightforward and honorable manner. We work hard to ensure that intelligence, preparation and knowledge, as opposed to abusive and often counterproductive gamesmanship, are utilized to achieve the best result for our clients in a cost-effective manner. In so doing, we dedicate ourselves to practicing at the highest legal and ethical standards. We believe that our clients, as well as the numerous established law firms with whom we work and oppose, trust our word and respect the nature of our advocacy.

Scott + Scott regularly works with other firms on major litigation and with firms of only the highest quality and reputation so as to ensure the best representation for our clients. From its inception, the firm has been committed to producing legal work of the highest professional quality. It combines the flexible, informal and cooperative atmosphere of a smaller firm with a sophisticated practice, involving substantial and challenging legal issues more typically associated with larger firms.

## Nature and Character of Practice

The litigation in which we represent our clients is centered upon several primary areas of practice -- securities and corporate governance litigation, antitrust litigation, civil rights and employment litigation and business litigation.

### 1.    Securities and Corporate Governance Litigation.

Scott + Scott is among the leading firms specializing in derivative, securities fraud, financial instrument and other corporate governance litigation. Our securities and corporate governance practice operates on the basis of a simple philosophy -- officers and directors of a corporation should be responsible to their shareholders and the public market. The firm actively litigates securities actions on behalf of defrauded investors and has recovered hundreds of millions of dollars on behalf of those clients. Examples of significant securities fraud cases in which Scott + Scott played an important role include: *Casey, et al. v. The Walt Disney Company* (Superior Court of California, County of Los Angeles); *In Re: Prison Realty Securities Litigation* (United States District Court, District of Tennessee) (settlement approved); *Desmond, et al. v. BankAmerica Corporation, et al.* (Superior Court of California, County of San Francisco); *In Re: Covad Securities Litigation* (United States District Court, Northern District of California); *In Re: FirstPlus Financial Group, Inc. Securities Litigation* (United States District Court, Northern District of Texas, Dallas Division); *In Re: Honeywell International, Inc. Securities Litigation* (United States District Court, District of New Jersey); *Yen, et al. vs. Nortel Network Corporation, et al.*, (United States District Court, District of New Jersey); *Bruno, et al. v. Smartalk Teleservices, Inc., et al.* (Superior Court of California, County of Los Angeles); *In Re: Copper Mountain Networks Securities Litigation* (United States District Court, Northern District of California); *Burnstein, et al. v. Verisign, Inc., et al.* (United States District Court, Northern District of California); *Newby v. Enron Corp., et al.* (United States District Court, Southern District of Texas, Houston Division); *Moore, et al. v. Halliburton Company, et al.* (United States District Court, Northern District of Texas, Dallas Division); *United Brotherhood of Carpenters Pension Trust, et al. v. Michaels Stores, Inc., et al.* (United States District Court, Northern District of Texas, Dallas Division); as well

as *Thurber v. Mattel, Inc.* (United States District Court, Central District of California) ("Mattel Securities Litigation"); *In Re: Priceline Securities Litigation* (United States District Court, District of Connecticut); *Schnall, et al. v. Annuity and Life Re (Holdings) Ltd., et al.* (United States District Court, District of Connecticut); *In Re: 360Networks Class Action Securities Litigation* (United States District Court, Southern District of New York); *In Re: Emulex Corp. Securities Litigation* (United States District Court, Central District of California);   *In Re: Sprint Securities Litigation* (United States District Court, District of Kansas); *In Re: Northwestern Corporation Securities Litigation* (United States District Court, District of South Dakota); *Schober, et al. v. Blue Rhino Corporation, et al.* (United States District Court, Central District of California, Western Division); *Garber, et al. v. Pharmacia Corporation, et al.* (United States District Court, District of New Jersey); and *Irvine, et al. v. Imclone Systems, Inc., et al.* (United States District Court, Southern District of New York), in which the firm has been appointed to a lead counsel position.

As part of the firm's corporate governance practice, we also have been actively involved in a number of derivative actions across the country, including: *In Re: Amerada Hess Derivative Litigation* (Superior Court of New Jersey); *Carroll v. Weill, et al. v. Citigroup, Inc.* (Supreme Court of New York); *In Re: Healthsouth Corporation Derivative Litigation* (United States District Court, Northern District of Alabama, Southern Division); *Knowles, et al. v. Yuen, et al. and Gemstar - TV Guide International, Inc.* (United States District Court, Central District of California, Western Division); *Fidel, et al. v. William Farley, et al.* (United States District Court, Western District of Kentucky, Bowling Green Division); *In Re: OM Group, Inc. Derivative Litigation* (United States District Court, Northern District of Ohio); *Archdiocese of Milwaukee Supporting Fund, Inc., et al. v. Alan J. Lacy, et al. and Sears Roebuck and Co.* (Circuit Court of Cook County, Illinois County Department - Chancery Division); *Bonds, et al. v. William Davidow, et al. and Rambus, Inc.* (Superior Court of California, County of Santa Clara); *In Re: Qwest Communications International, Inc.* (United States District Court, District of Colorado); *Basser v. Paul A. Frame, et al. and Seitel, Inc.* (United States District Court, Southern District of Texas); and *Camicia, et al. v. U.S. Liquids, Inc.* (United States District Court, Southern District of Texas).  As

part of our securities litigation practice, the firm is actively pursuing the claims of Delaware County, Pennsylvania in *Delaware County, et al. v. First Union Corporation, First Union National Bank, et al.* (Court of Common Pleas, Delaware County, Civil Division) for failure to remit to Delaware County and all other similarly situated governmental entities in the Commonwealth of Pennsylvania unclaimed monies due and owing from bond issuances over the past thirty (30) years.

Scott + Scott also represents employees of companies. Currently, it represents the employees in cases entitled *Hamner v. Tenet Healthcare Corp.* (United States District Court, Central District of California); *Ogden, et al. v. Americredit Corp., et al.* (United States District Court, Northern District of Texas, Fort Worth Division); *Osborne v. ADC Telecommunication* (United States District Court, District of Minnesota); and *In Re: Global Crossing Ltd. ERISA & Securities Litigation* (United States District Court, Southern District of New York).

## 2. **Antitrust Litigation.**

The firm is actively involved in litigating many complex antitrust cases throughout the United States. In such actions, Scott + Scott works to ensure that the markets remain free, open and competitive to the benefit of both consumers purchasing and business enterprises operating in such markets. In addition to traditional price fixing cases, the firm has taken the lead in a number of novel antitrust claims throughout the United States, including a post-Kodak tying case on behalf of individual anesthesia service providers that was captioned as *Red Lion Medical Safety, Inc., et al. v. Datex-Ohmeda, Inc.* (United States District Court, Central District of California)("Red Lion Antitrust Litigation"). Scott + Scott currently is actively involved in a number of antitrust cases, including: *Thomas & Thomas Rodmakers, Inc., et al. v. Newport Adhesives and Composites, Inc.* (United States District Court, Central District of California) ("In Re: Carbon Fiber Antitrust Litigation"); *Feldman, et al. v. Capitol Records, Inc., et al.* ("In Re: Compact Disc Minimum Advertised Price Antitrust Litigation"); *In Re: Bromine Antitrust Litigation* (United States District Court, Southern District of Indiana, Indianapolis Division); *Long Travel, LLC, et al. v. Rail Europe, Inc. and DER*

-4-

*Travel Services* (United States District Court, Southern District of New York); *In Re: Vitamin Antitrust Litigation* (United States District Court, District of Columbia); in *In Re: Microsoft Corporation Antitrust Litigation* (United States District Court, District of Maryland); *Matthews, et al. v. VISA U.S.A., et al.* (United States District Court, Southern District of New York); *Topp Automotive, Inc., et al. v. PPG Industries, Inc., et al.* (United States District Court, Northern District of Ohio); *In Re: Scrap Metal Antitrust Litigation* (United States District Court, Northern District of Ohio); *Saarinen, et al. v. Medical Waste, Inc., et al.* (United States District Court, Southern District of Florida); *In Re: Carbon Black Antitrust Litigation* (Before the Judicial Panel on Multidistrict Litigation); *DRAM Antitrust Litigation* (Before the Judicial Panel on Multidistrict Litigation); and *In Re: Currency Conversion Fee Antitrust Litigation* (United States District Court, Southern District of New York) .

### 3.     <u>Consumer Rights Litigation</u>.

We regularly represent aggrieved consumers in a variety of class action cases pending throughout the United States.  In addition to more typical cases involving consumer finance issues, such as *In Re: Providian Credit Card Litigation* (Superior Court of California, County of San Francisco), we actively are litigating cases against a number of health maintenance organizations ("HMO"), including:  *Albert v. Physician Health Services of Connecticut, Inc. and O'Brien v. Aetna, Inc. and Aetna-U.S. Healthcare, Inc.* (United States District Court, District of Connecticut); *Medical Society of the State of New York v. Connecticut General Corporation, et al.* (New York Supreme Court,  County of New York); and *Granito, et al. v. International Business Machines, Inc.* (Connecticut Superior Court, Judicial District of Middletown).  We have also been involved in a number of major consumer fraud cases under state consumer protection laws, including: *Harnage v. Publishers Clearing House* (Superior Court of Connecticut);  *Gould v. IDT Corporation* (United States District Court, District of New Jersey); *In Re: Kava Kava Litigation* (Superior Court of California, County of Los Angeles); *Fischer, et al. v. MasterCard International, Inc., et al.* (New York Supreme Court, County of New York); *Daubitz, et al. v. Northwest Airline Corp., et al.* (United

States District Court, District of Minnesota); and *Paton, et al. v. Cingular Wireless, et al.* (Superior Court of California, County of San Francisco).

### 4. <u>Business and Personal Litigation.</u>

The firm's litigation group represents institutional and corporate clients in a wide variety of litigation, practicing in federal and state courts, both at the trial and appellate levels, as well as in arbitration proceedings and other alternative dispute resolution fora. Our litigation practice for such clients includes intellectual property matters, commercial contract disputes, disputes among principals of closely-held corporations, partnerships and professional firms and restrictive covenant, discharge, and other employment related claims. Upon occasion, we also defend significant criminal matters and represent existing firm clients, on occasion, in significant commercial collection matters, as well as administrative law litigation, including environmental and land use matters. Our domestic relations practice is limited to matters involving equitable distribution of substantial marital property and our personal injury and tort practice is limited to selected actions involving substantial matters and/or matters for existing clients. Finally, upon occasion, our litigators handle insurance coverage litigation, tax court litigation and litigation/arbitrations regarding international trade matters.

### <u>Attorneys</u>

As described more fully below, the attorneys in the firm are a diverse and accomplished group, with degrees from a variety of law schools, including the University of Michigan, University of Connecticut, University of Kentucky, New York University School of Law, Quinnipiac University, Temple University, Tulane University, the University of Washington, and Boston University. Many graduated with distinction and were members and editors of their respective schools' law reviews, moot courts or honor fraternities. Several have served federal or state judicial clerkships. Others hold graduate degrees in law, tax or other disciplines.

## Attorneys' Background and Experience

**Melvin Scott** is a graduate of the University of Connecticut in (B.A. 1950), and the University of Kentucky (M.A. 1953; LLB 1957). He is admitted to practice in Kentucky (now retired), Connecticut and Pennsylvania. Mr. Scott was a member of the *Kentucky Law Review*, where he submitted several articles for publication. He has served as an Attorney Trial Referee since the inception of this program in the State of Connecticut and is a member of the Fee Dispute Committee for New London County. Mr. Scott also formerly served as a Special Public Defender in criminal cases and as a member of the New London County Grievance Committee. Mr. Scott is actively involved in securities, commercial and criminal litigation.

**David R. Scott** is a graduate of St. Lawrence University (B.A. *cum laude*, 1986), Temple University School of Law (J.D. Moot Court Board, 1989) and New York University School of Law (LL.M in taxation). He specializes in commercial and class action trial work. Mr. Scott's trial work has involved antitrust, intellectual property litigation, commercial litigation and complex securities disputes. Mr. Scott's antitrust litigation experience includes matters dealing with illegal tying, price fixing, and monopolization actions. He has served as co-lead counsel in numerous antitrust and securities class action litigation. Notably, Mr. Scott has served as co-lead counsel in *Thurber v. Mattel, Inc.; In Re: Emulex Corp. Securities Litigation; In Re: Sprint Securities Litigation; In Re: Northwestern Corporation Securities Litigation; Irvine, et al. v. Imclone Systems, Inc., et al.; Schnall, et al. v. Annuity and Life Re: (Holdings) Ltd., et al.; In Re: 360Networks Class Action Securities Litigation; Garber, et al. v. Pharmacia Corporation, et al.; In Re: Qwest Communications International, Inc. and George Schober, et al. v. Blue Rhino Corporation, et al.* His securities litigation experience includes matters dealing with securities fraud class actions, derivative/corporate governance litigation and representation of start-up technology companies in private securities litigation. Mr. Scott is admitted to practice in Connecticut, Pennsylvania, New York, the United States Tax Court and many United States District Courts and concentrates his practice in antitrust, corporate governance and securities litigation.

-7-

**Neil Rothstein** is a graduate of Case Western Reserve University (B.A. 1986) and Temple University School of Law (J.D. 1989). He is the partner in charge of the firm's client development and relations department. Mr. Rothstein also is actively involved in evaluating and coordinating the commencement of all new proceedings instituted by the firm. Significantly, on behalf of both institutional investors and individual investors, he has commenced securities, corporate governance and employment proceedings by Scott + Scott against such companies as Goodyear Tire & Rubber Company, Healthsouth Corporation, Tenet Healthcare Corporation, Enron Corporation, Qwest Communications International Inc., Royal Dutch Petroleum Company, Nortel Networks Corporation, Imclone Systems, Inc. and many others. Mr. Rothstein previously worked for a Philadelphia law firm for six years where he practiced commercial litigation, including trial and appellate work. Thereafter, he concentrated his private practice at another law firm solely specializing in securities litigation. He joined Scott + Scott in 1997. He is licensed to practice in Pennsylvania and concentrates his practice in securities and other corporate governance litigation. He represents a number of foundations and other institutions in complex securities litigation.

**Edmund W. Searby** is a graduate of Dartmouth College (A.B. *cum laude*, 1986) and the University of Michigan (J.D. 1990). Mr. Searby is a shareholder with the firm. He is an experienced trial and appellate attorney both as a federal prosecutor and in private practice. From 1991 to 1996, he served as an Assistant United States Attorney for the Department of Justice in Florida. There, he tried complex criminal cases including mail and wire fraud, money laundering, counterfeiting, and international drug trafficking. He also led significant investigations and prosecutions of national organized crime and large-scale fraud. In recognition of his work, he received letters of commendation from the Attorney General of the United States and the Director of the Federal Bureau of Investigation. Mr. Searby also served as a special prosecutor with the Office of the Independent Counsel, Washington, D.C. In private practice, Mr. Searby has represented clients in class actions and other complex civil litigation, including antitrust, securities, and multidistrict products liability litigation. Representative matters include the successful defense of a multinational corporation in a jury trial, which after seventeen witnesses and four weeks of trial, resulted in a verdict of no liability for

his client.  He has also represented companies and individuals subject to federal and state criminal investigations and prosecutions.  Mr. Searby has presented on trial practice to the Federal Bureau of Investigation and the Cleveland Bar Association.  He is a member of the American Bar Association - Antitrust Section and the Federal Bar Association.  He is admitted to practice in Ohio and Illinois.

**Arthur L. Shingler III** is a graduate of Point Loma College (B.A. *cum laude,* 1989) and Boston University School of Law (J.D. 1995).  Mr. Shingler specialized in complex consumer and securities class actions, as well as related shareholder derivative litigation.  Mr. Shingler has represented aggrieved consumers in a number of actions which have expanded and clarified consumer interests, varying, for example, from the public's interest in maintaining healthy drinking water to patient-privacy rights.  Such cases include *Rothchild v. Tyco Internat. (US), Inc., et al.*, 83  Cal. App. 4th 488 (Cal. App. 4th D.C.A. 2000); *Weld v. CVS Pharm., Inc., et al.*, No. Civ. A. 98-0879F. 10 Mass. L. Rep. 217, 1999 WL 494114 (Mass. Super. Ct. 1999); and *Weld v. Glaxo Wellcome, Inc.*, 434 Mass. 81 (2001).  Mr. Shingler is admitted to practice before all courts of the State of California and various United States District Courts.

**Anita M. Laing** is a graduate of Ohio University (B.S. *cum laude*, 1963), University of Tennessee (M.S. *summa cum laude*, 1967) and University of Pittsburgh School of Law (J.D. *cum laude*, 1978).  She is admitted to practice in California and Pennsylvania (inactive).  Ms. Laing was the Notes Editor of the University of Pittsburgh Law Review and has authored articles for publication there and in the legal magazine Trial.  Ms. Laing's entire legal career has involved complex commercial and class action cases.  Her practice has ranged from representation of employees in nationwide class action discrimination cases, to thousands of individuals who lived near a major California Superfund site for personal injuries and property damage sustained from exposure to toxic waste emissions, to companies who paid inflated premiums for workers' compensation insurance, to elderly investors in a multi-million dollar Ponzi scheme and purchasers of publicly traded securities at fraudulently inflated prices.  Ms. Laing began practicing law with a prominent Pittsburgh, Pennsylvania class action firm

and was later a partner for many years at the San Diego office of Milberg Weiss Bershad Hynes & Lerach, LLP.

**Maria K. Tougas** is a graduate of Bowdoin College (B.A. *magna cum laude*, 1985) and Western New England College School of Law (J.D. 1989) where she was a member of the National Moot Court Team. She is admitted to practice in Connecticut, as well as U.S. Court of Appeals. Prior to joining Scott + Scott, Ms. Tougas was a partner at Berman and Sable in Hartford, Connecticut, where her practice encompassed complex commercial litigation, creditor's rights and bankruptcy. At Scott + Scott, Ms. Tougas is actively engaged in complex class action litigation, including securities, consumer and antitrust litigation. She is also focusing on bankruptcy and creditor's rights issues associated with complex class action litigation. Ms. Tougas also actively practices all types of commercial litigation.

**Deirdre A. Devaney** is a graduate of New York University (B.A. *cum laude*, 1990) and the University of Connecticut School of Law (J.D. with honors, 1998) where she was the Managing Editor of the Connecticut Journal of International Law. Ms. Devaney is admitted to practice in Connecticut, the United States District Court for the District of Connecticut, and in New York. Prior to joining Scott + Scott, Ms. Devaney practiced law for several years at Robinson & Cole LLP, a large regional law firm based in Hartford, Connecticut, where she practiced commercial and probate litigation, as well as trusts and estates. Currently, Ms. Devaney's practice areas include commercial and securities litigation. She is a member of the Board of Directors of The Village For Families and Children, Inc. located in Hartford, Connecticut, and an advisory committee member of the Connecticut Affiliate of the Y-Me National Breast Cancer Organization.

**Jennifer I. Cupar** is a graduate of Miami University of Ohio (B.S., *summa cum laude*, 1994) and Case Western Reserve University School of Law (J.D., *magna cum laude*, 1998), where she was a member of the Case Western Reserve University Law Review. Prior to joining Scott + Scott, Ms. Cupar was an associate at Squire, Sanders & Dempsey L.L.P., and also served for several years as a law clerk to the Honorable Solomon Oliver, Jr., in the United States District Court for

the Northern District of Ohio.  Ms. Cupar has been appointed to the Northern District of Ohio's Advisory Group, which is charged with bringing to the attention of the Court matters of interest to the bar and community and to assist in the implementation of Court-adopted programs.  Ms. Cupar is an associate with Scott + Scott's Ohio office and is engaged in the firm's antitrust, securities, and employment litigation practice.

**Geoffrey M. Johnson** is an attorney in the firm's Ohio office.  His main practice areas include securities and ERISA class action litigation, corporate governance and other complex commercial litigation.  Mr. Johnson graduated from Grinnell College (B.A., with honors, 1996) and the University of Chicago Law School (J.D., with honors, 1999), where he served on the law review.  Prior to joining Scott + Scott, Mr. Johnson practiced securities, ERISA and corporate governance litigation with Jones Day and clerked for the Honorable Karen Nelson Moore, Sixth Circuit United States Court of Appeals.  Mr. Johnson has been active in pro bono matters, handling cases for the Legal Aid Society of Cleveland.

**Walter W. Noss** is an associate with the Firm's Ohio office.  His main practice areas include securities, antitrust and complex litigation.  Mr. Noss graduated *magna cum laude* from the University of Toledo (B.A. Economics 1997) and with honors from the Ohio State University College of Law (J.D. 2000), where he served as a member of the Ohio State Law Journal.  Prior to joining this Firm, he was an associate with Jones Day in the firm's general litigation department.

**Donald A. Broggi** is a graduate of University of Pittsburgh (B.A. 1990) and Duquesne University School of Law (J.D. 2000).  He is licensed to practice in Pennsylvania and currently is engaged in the firm's complex securities, antitrust and consumer litigation practice areas.

**Erin Green Comite** is a graduate of Dartmouth College (B.A. *magna cum laude*, 1994) and the University of Washington School of Law (J.D. 2002).  Prior to entering law school, Ms. Comite was a legal assistant at The White House as well as at the Washington, D.C. based law firm of Arnold & Porter.  At Scott + Scott

she actively is engaged in the firm's complex securities, corporate governance and antitrust litigation.  She is licensed to practice in Connecticut.

**Nicholas J. Licato, PhD** is a graduate of New York University (B.A. Chemistry, 1980), University of Utah (Ph.D. Medicinal Chemistry, 1985), University of Michigan – Ann Arbor (Postdoctoral Fellowship, 1988) and University of San Diego School of Law (J.D., 2002).  Dr. Licato has over 12 years of industrial experience, including the management and direction of drug discovery, development and commercialization activities.  As an attorney, Dr. Licato's practice emphasizes application of the Food, Drug and Cosmetic Act (FDCA) to the investigation, commencement and prosecution of securities fraud class actions, M&A litigation, and shareholder derivative suits. Dr. Licato is admitted to the California bar  and to the Southern and Central U.S. District Courts of California.

**Desseta Marsie-Hazen** is a graduate of Wellesley College (B.A. 1978), the Woodrow Wilson School of Public and International Affairs at Princeton University (M.P.A. 1980) and the New York University School of Law (J.D. 1987).  She is licensed to practice in the Virgin Islands, New York, Florida and the District of Columbia.  She currently spearheads all aspects of discovery in the firm's substantial antitrust and securities practice.

## WECHSLER HARWOOD LLP
### FIRM DESCRIPTION

The law firm of Wechsler Harwood LLP ("Wechsler Harwood" or the "Firm") specializes in complex, multi-party litigation with an emphasis on securities class actions, shareholder derivative and ERISA litigation. The Firm also handles more general complex commercial litigation involving allegations of breach of contract, breach of fiduciary duty, fraud, and negligence, as well as litigation involving consumer fraud, anti-competitive conduct, and other commercial claims.

Wechsler Harwood is dedicated to prosecuting socially useful actions in the most efficient manner and with the highest level of professional competence. The structure of the Firm allows us a far greater degree of independence, flexibility, and satisfaction than a large firm environment, without sacrificing the quality of representation necessary to successfully litigate complex actions throughout the country. The Firm maintains an excellent reputation -- among both the plaintiffs' and defense bars. Our adversaries and co-counsel know that we take a case to trial, if necessary, to achieve a satisfactory result for our clients.

Wechsler Harwood has been acknowledged by courts and by its peers to be one of the leaders in the plaintiffs' shareholder advocacy bar. In this regard, we have developed new law in the areas of tender offers, fiduciary duty of corporate insiders to public shareholders in mergers and takeovers, and general principles of required disclosure to shareholders and institutional investors in public companies.

As a result, the Firm has been designated as lead, co-lead or special counsel in numerous complex cases and other actions involving shareholder rights and corporate governance. In the vast majority of such actions, the Firm's skill and expertise has led to the recovery of

substantial monetary and equitable benefits for investors, stockholders, corporations, and partnerships.  By way of example, the following litigated actions, in which the Firm served in a leadership capacity, were all brought to highly successful conclusions:  1) In re First Capital Holdings Corporation Financial Products Securities Litigation, MDL 901 (C.D.Cal.) (restoration of over $1 billion in insurance policies and benefits); 2) In re Royal Dutch/Shell Transport ERISA Litigation, (D.N.J.) (creation of settlement fund of $90 million plus implementation of structural relief); 3) In re Prudential Bache Energy Income Partnerships Securities Litigation, MDL 880 (E.D.La.) (creation of settlement fund in excess of $90 million); 4) In re JWP Inc. Securities Litigation, (S.D.N.Y.) (creation of settlement fund in excess of $37 million); 5) Morse v. McWhorter, (M.D. Tenn.)(creation of a settlement fund of $49.5 million on behalf of investors in Columbia/HCA Healthcare Corp.); 6) In re BankOne Securities Litigation, (N.D. Ill.) (creation of a $45 million settlement fund); and 7) Sidney Morse, et al. v. Abbott Laboratories, et al., (N.D. Ill.) (creation of a $14.1 million settlement fund following a jury verdict for plaintiffs).

Courts have often recognized the Firm's skill in class actions.  For example, in In re Electro-Catheter Securities Litigation, Judge Nicholas Politan of the District of New Jersey stated:

> [C]ounsel in this case are highly competent, very skilled in this very specialized area and were at all times during the course of the litigation that I participated in, which was perhaps the major part of the Court litigation here, always well prepared, well spoken, and knew their stuff and they are a credit to their profession.  They are the top of the line.

## THE ATTORNEYS OF THE FIRM

**Robert I. Harwood**, senior partner of the Firm, graduated from William and Mary Law School in 1971, and has specialized in securities law and securities litigation since beginning his career in 1972 at the Enforcement Division of the New York Stock Exchange.  He has prosecuted numerous securities, class, derivative, and ERISA actions.  He is a member of the Trial Lawyers' Section of the New York State Bar Association and has served as a guest lecturer at trial advocacy programs sponsored by the Practicing Law Institute.

Commenting on Mr. Harwood's abilities, in In re Royal Dutch/Shell Transport ERISA Litigation, (D.N.J.), Judge Bissell stated:

> the Court knows the attorneys in the firms involved in this matter and they are highly experienced and highly skilled in matters of this kind. Moreover, in this case it showed.  Those efforts were vigorous, imaginative and prompt in reaching the settlement of this matter with a minimal amount of discovery . . . .  So both skill and efficiency were brought to the table here by counsel, no doubt about that.

Likewise, Judge Hurley stated in connection with In re Olsten Corporation Securities Litigation, 97 CV-5056 (E.D.N.Y. Aug. 31, 2001), wherein a settlement fund of $24.1 million was created: "The quality of representation here I think has been excellent."  Mr. Harwood was lead attorney in Meritt v. Eckerd, 86 Civ. 1222 (E.D.N.Y. May 30, 1986), where then Chief Judge Weinstein observed that counsel conducted the litigation with "speed and skill" resulting in a settlement having a value "in the order of $20 Million Dollars."  Mr. Harwood prosecuted the Hoeniger v. Aylsworth class action litigation in the United States District Court for the Western District of Texas (SA-86-CA-939), which resulted in a settlement fund of $18 million and received favorable comment in the August 14, 1989 edition of The Wall Street Journal ("Prospector Fund Finds Golden Touch in Class Action Suit" p. 18, col. 1).  Mr. Harwood served as co-lead counsel in In Re Interco

3

Incorporated Shareholders Litigation, Consolidated C.A. No. 10111 (Delaware Chancery Court) (May 25, 1990), resulting in a settlement of $18.5 million, where V.C. Berger found, "This is a case that has an extensive record that establishes it was very hard fought. There were intense efforts made by plaintiffs' attorneys and those efforts bore very significant fruit in the face of serious questions as to ultimate success on the merits."

Mr. Harwood recently served as lead counsel in Morse v. McWhorter, (Columbia/HCA Healthcare Securities Litigation) (M.D. Tenn.), in which a settlement fund of $49.5 million was created for the benefit of the Class, as well as In re Bank One Securities Litigation, (N.D. Ill.), which resulted in the creation of a $45 million settlement fund. Mr. Harwood also served as co-lead counsel in In re Safety-Kleen Corp. Stockholders Litigation, (D.S.C.), which resulted in a settlement fund of $44.5 million; In re Laidlaw Stockholders Litigation, (D.S.C.), which resulted in a settlement fund of $24 million; In re JWP Inc. Securities Litigation, (S.D.N.Y.), which resulted in a $37 million settlement fund; In re Oxford Health Plans, Inc. Derivative Litigation, (S.D.N.Y.), which resulted in a settlement benefit of $13.7 million and corporate therapeutics; and In re UNUMProvident Corp. Securities Litigation, (D. Me.), which resulted in the creation of settlement fund of $45 million.

Joel C. Feffer, one of the senior members of the firm, was the partner supervising the litigation of In re Home Shopping Network, Inc., Derivative Litigation, (S.D. Fla.), which created a settlement benefit in excess of $20 million, and Edge Partners, L.P. v. Dockser, et al., (D. Md.), which created a settlement benefit in excess of $11 million. In addition, Mr. Feffer was in charge of Dornberger v. Metropolitan Life Insurance Company in the Southern District of New York, which created a settlement benefit of more than $20 million; the successful prosecution of the

Regeneron Pharmaceuticals, Inc. Securities Litigation in the Southern District of New York, which created a settlement fund in excess of $4 million; and Croyden Assoc. v. Tesoro Petroleum Corp., et al., (Del. Ch.), which created a settlement benefit of $19.2 million on behalf of holders of preferred stock of Tesoro Petroleum Corp.

Mr. Feffer graduated from Georgetown University Law Center in 1967 and specialized in corporate law and securities litigation. Mr. Feffer is a member of both the New York State and American Bar Associations.

**Andrew D. Friedman**, a partner of the Firm, is a Phi Beta Kappa and Magma Cum Laude graduate of George Washington University. Mr. Friedman graduated with honors from New York University School of Law in 1985, and has since specialized in corporate and securities litigation, including numerous class and derivative actions.

Mr. Friedman concentrates much of his efforts on actions brought on behalf of limited partners of public limited partnerships and has played a primary role in numerous other litigations in which Wechsler Harwood acted as lead counsel, wherein substantial benefits were conferred upon shareholders, such as Katz, et al. v. Pels, et al., 90 Civ. 7787 (S.D.N.Y.), a derivative action, brought on behalf of Lin Broadcasting Corporation, that was settled by defendants' agreement to provide the company with cash and benefits worth in excess of $11.5 million; Katz, et. al. v. Hay (LTV Corp.), 86 Civ. 5640 (S.D.N.Y.) ($9.5 million settlement fund); In re American Savings Bank F.S.B. Litigation, 90 Civ. 2825 (S.D.N.Y.) ($3.5 million settlement fund); Herbert Bush v. The FDI Group, et al., 93-2484 (Florida Circuit Court) ($17 million settlement fund); and Lewis v. General Employment Enterprises, Inc. ("GEE"), Consol. C.A. No. 90 CH 5953 (Circuit Ct., Cook Cty. Ill. December 1990), in which the Court issued a permanent injunction against the implementation of

5

a shareholder rights plan which was found to violate shareholders' constitutional right to cumulatively vote their shares. In the federal aspect of the litigation against GEE, Lewis v. GEE, No. 91C 0291 (N.D. Ill. January 21, 1991) (Rovner, J.), plaintiff successfully restrained the use of an allegedly false and misleading proxy statement in connection with a proposal to reincorporate the company in Delaware and eliminate important shareholder rights.

**Daniella Quitt**, a member of the Firm, graduated from Fordham University School of Law in 1988, is a member of the Bar of the State of New York, and is also admitted to the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second and Fifth Circuits.

Ms. Quitt has played a significant role in numerous actions in which Wechsler Harwood served as lead or co-lead counsel, wherein substantial benefits were conferred upon plaintiff shareholders, such as In re Safety-Kleen Corp. Stockholders Litigation, (D.S.C.) (settlement fund of $44.5 million); In re Laidlaw Stockholders Litigation, (D.S.C.) (settlement fund of $24 million; In re UNUMProvident Corp. Securities Litigation, (D. Me.) (settlement fund of $45 million); In re Harnischfeger Industries (E.D. Wisc.) (settlement fund of $10.1 million); In re Oxford Health Plans, Inc. Derivative Litigation, (S.D.N.Y.) (settlement benefit of $13.7 million and corporate therapeutics); In re JWP Inc. Securities Litigation, (S.D.N.Y.) (settlement fund of $37 million; In re Home Shopping Network, Inc., Derivative Litigation, (S.D. Fla.) (settlement benefit in excess of $20 million); In re Rexel Shareholder Litigation, (Sup. Ct. N.Y. County) (settlement benefit in excess of $38 million); and Croyden Assoc. v. Tesoro Petroleum Corp., et al., (Del. Ch.) (settlement benefit of $19.2 million).

Recently, in connection with the settlement of <u>Alessi v. Beracha</u>, (Del. Ch.), a class action brought on behalf of the former minority shareholders of Earthgrains, Chancellor Chandler commented: "I give credit where credit is due, Ms. Quitt. You did a good job and got a good result, and you should be proud of it."

Prior to joining Wechsler Harwood in May 1991, Ms. Quitt represented both plaintiffs and defendants in complex commercial litigation. Since her affiliation with Wechsler Harwood, Ms. Quitt has focused her practice on shareholder rights but continues to handle general commercial and consumer litigation.

**Matthew M. Houston**, a member of the Firm, graduated from Boston University School of Law in 1988. Mr. Houston is a member of the Bar of the State of New York and the Commonwealth of Massachusetts. Mr. Houston is also admitted to the United States District Courts for the Southern and Eastern Districts of New York and the District of Massachusetts. Since his affiliation with Wechsler Harwood in 1992, Mr. Houston has concentrated his practice exclusively in the field of shareholder rights.

Mr. Houston has played a principal role in numerous class actions wherein substantial benefits were conferred upon plaintiffs: <u>Pace American Shareholder Litigation</u>, 94-92 TUC-RMB (securities fraud class action settlement resulting in a recovery of $3.75 million); <u>In re Bay Financial Securities Litigation</u>, Master File No. 89-2377-DPW, (J. Woodlock) ( D. Mass.) (settlement of action based upon federal securities law claims resulting in class recovery in excess of $3.9 million); <u>Crandon Capital Partners v. Sanford M. Kimmel</u>, C.A. No. 14998 (J. Chandler) (Del. Ch. 1996) (settlement of an action on behalf of shareholders of Transnational Reinsurance Co. whereby acquiring company provided an additional $10.4 million in merger); <u>Goldsmith v. Technology</u>

<u>Solutions Company</u>, 92 C 4374 (J. Manning) (N.D. Ill. 1992) (recovery of $4.6 million as a result of action alleging false and misleading statements regarding revenue recognition).

**Samuel K. Rosen**, a member of the Firm, graduated Princeton University in 1965 and <u>cum</u> <u>laude</u> from Harvard Law School in 1968.  Mr. Rosen has had extensive experience in securities class action litigation, as well as complex corporate and commercial litigation.  Mr. Rosen has also represented public and private companies in matters of general corporate concern.

In 1979, Mr. Rosen argued in the United States Supreme Court, and won, the landmark case, <u>Park Lane Hosiery Co., Inc. v. Shore</u>, 439 U.S. 322 (1979).  Mr. Rosen played a key role in the successful prosecution of <u>Morse v. McWhorter</u>, (M.D. Tenn.) (creation of a settlement fund of $49.5 million on behalf of investors in Columbia/HCA Healthcare Corp.) and <u>In re Olsten Corporation Securities Litigation</u>, (E.D.N.Y.) (creation of a settlement fund of $24.1 million).

**James G. Flynn**, a member of the Firm, graduated <u>cum laude</u> from Fordham College in 1980 and <u>cum</u> <u>laude</u> from St. John's School of Law in 1988.  Mr. Flynn is a member of the Bar of the State of New York and is also admitted to the United States District Courts for the Southern and Eastern Districts of New York and to the United States Court of Appeals for the Second and the Fifth Circuits.

Mr. Flynn has played a principal role in numerous class, derivative, and consumer actions wherein substantial benefits were conferred upon investors and consumers, such as <u>In re Executive Telecard, Ltd. Securities Litigation</u>, 94 Civ. 7846 (CLB) (S.D.N.Y.) (settlement benefit in cash and options of over $4 million in Federal securities action); <u>In re Verizon Three Way Calling Litigation</u>, No. 603484-01 (Sup. Ct. N.Y. County) (class action settlement providing full refund of improper three way calling charges of up to $2 million collected); <u>In re Graham-Field Health</u>

Products, Inc. Securities Litigation, No. 98-CV-1923 (DRH) (E.D.N.Y.) ($5,650,000 settlement of

Federal securities class action); and Geer v. Cox, et al., Case No. 01-2583-JAR (D. Kan.) (derivative

settlement of $2.5 million in class and derivative action).

   Prior to joining Wechsler Harwood, Mr. Flynn represented both plaintiffs and

defendants in commercial and securities litigations and in class actions.  Since his affiliation with

Wechsler Harwood in 1994, Mr. Flynn has focused his practice in the field of shareholder and

consumer rights but continues to handle general and complex commercial litigation as well.

   **William R. Weinstein**, a member of the Firm, has been litigating for almost 20 years,

and has been responsible for all phases of lawsuits, from commencement of the action through trial,

appeal and/or settlement.  His focus has been complex corporate and commercial litigation, with a

specialty representing plaintiffs in class actions, including securities and consumer fraud.  Some

favorably reported decisions in which Mr. Weinstein has been involved include:  Broder v. MBNA

Corp., 281 A.D.2d 369, 722 N.Y.S.2d 524 (1st Dept. 2001) (subsequent settlement valued in excess

of $25 million); Rodney v. KPMG, 143 F.3d 1140 (8th Cir. 1998) (reversing grant of summary

judgment ) ($13.9 million settlement against accountants in mutual fund securities fraud case); In

re Avon Sec. Litig., 1998 U.S. Dist. LEXIS 18642 (S.D.N.Y. Nov. 19, 1998) (granting class

certification) (trial completed November, 2001, awaiting verdict on securities fraud and contract

claims for $145 million); In re Henry Hackel, 245 A.D.2d 124, 665 N.Y.S.2d 655 (1st Dep't 1997),

appeal denied, 92 N.Y.2d 814, 681 N.Y.S.2d 474 (1998) (consolidated AMEX arbitration against

broker/dealer on behalf of 97 claimants arising out of options Ponzi scheme) (award in excess of

$825,000 after more than 15 hearing days); Winston v. Mezzanine Investments, L.P., 648 N.Y.S.2d

493 (Sup. Ct. N.Y. County 1996) (awarding judgment in excess of $10 million after trial for breach

of partnership agreement); and <u>Krouner v. American Heritage Fund</u>, 1996 U.S. Dist. LEXIS 9783

(S.D.N.Y. July 15, 1996) (sustaining complaint alleging securities fraud by mutual fund).

A substantial number of his other successes in consumer and securities class actions

are unreported. <u>See</u>, <u>e.g.</u>, <u>Winn v. Symons Int'l Group, Inc., et al.</u>, IP 00-0310-C-B/S (S.D. Ind.

Feb. 19, 2002) (denying all of the individual, corporate and accounting defendants' motions to

dismiss plaintiffs' Section 10(b) class action complaint); <u>In re Verizon Three Way Calling Litig.</u>,

No. 603484-01 (Supreme Ct. N.Y. County) (class action settlement providing full refund of

improper three way calling charges of up to $2 million collected); <u>Greenwald v. Manhattan Life Ins.</u>

<u>Co.</u>, No. 604758-99 (Supreme Ct. N.Y. County) (class action settlement providing 50%-100%

refund of excessive smoker life insurance rates charged to non-smoker class members); <u>Duke v.</u>

<u>ReliaStar Life Ins. Co.</u>, No. CT 99-08254 (MN. D. Ct. Hennepin County) (settlement in principle

in multi-million dollar vanishing premium insurance case after court denied defendant's motion to

dismiss from bench) (argued by William R. Weinstein); <u>In re Del-Val Sec. Litig.</u>, Master No. MDL

872 (S.D.N.Y.) (combined $5.5 settlement against underwriters and accountants.

**Joshua D. Glatter**, an associate at the Firm, graduated with academic distinction

from the State University of New York at Binghamton in 1991. He received his J.D. from the

University of Pennsylvania Law School.  Mr. Glatter is a member of the Bar of the State of New

York and is also admitted to the United States District Courts for the Southern and Eastern Districts

of New York.  Following his law school graduation, Mr. Glatter served as a law clerk to the

Honorable Tina L. Brozman, former chief Judge for the United States Bankruptcy Court for the

Southern District of New York.  After his clerkship, and prior to joining the Firm, Mr. Glatter

represented both plaintiffs and defendants in a variety of complex commercial, securities, class action and white collar criminal litigation.

**Jeffrey M. Norton**, an associate at the Firm, graduated with honors from Arizona State University in 1992 where he also earned a Junior Fellowship position within the Political Science Department. Mr. Norton graduated <u>cum laude</u> from Pace University School of Law in 1997 where he received a Dean's Grant as well as a Public Interest Law Scholarship for his work with the Center for Constitutional Rights in New York City and Pace University's Social Justice Center.

Mr. Norton has played a key role in numerous securities and ERISA actions in which substantial benefits were conferred upon class members, including <u>In re Royal Dutch/Shell Transport ERISA Litigation</u>, (D.N.J.) (creation of a settlement fund of $90 million plus implementation of structural relief). Prior to joining Wechsler Harwood, Mr. Norton represented both plaintiffs and defendants in a wide range of commercial and civil litigation matters, including civil rights, voting rights, mass tort and complex class action litigation, and professional liability litigation. He drafted supplement portion for Paul D. Rheingold, MASS TORT LITIGATION (1996) and assisted in litigating the seminal voting rights case of <u>Goosby v. Town Board of the Town of Hempstead</u>, 981 F. Supp. 751 (E.D.N.Y. 1997), <u>aff</u>, 180 F.3d 476 (2d. Cir. 1999), <u>cert.</u> <u>denied</u>, 528 U.S. 1138 (2000). Mr. Norton is admitted in the State Courts of New York and Connecticut as well as the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Michigan, and the United States Court of Appeals for the Fourth Circuit.

**Dana B. Rubin**, an associate of the firm, graduated with honors from the University of Maryland, College Park in 1993. She received her J.D. in 1999 from Fordham University School of Law, where she was an Associate Editor on the Intellectual Property, Media & Entertainment Law

Journal.  Prior to joining Wechsler Harwood, Ms. Rubin represented both plaintiffs and defendants in employment litigation and civil rights matters.  Ms. Rubin is admitted in the State Courts of New York and the United States District Courts for the Southern and Eastern Districts of New York.  She is a member of the New York State Bar Association and the American Bar Association.  Since joining Wechsler Harwood, Ms. Rubin has concentrated her practice on complex securities matters.

**Peter W. Overs, Jr.**, an associate of the firm, was admitted to the New York Bar in 1994 and the U.S. District Court, Southern and Eastern Districts of New York in 1995.  He is a graduate of St. Johns University (J.D., 1993) and  New York University (B.A., magna cum laude, departmental honors in Philosophy, 1990).  Mr. Overs authored "*U.S. v. Fagg*: Stretching the Bounds of Privacy," 66 St. Johns L. Rev. 1193 (1993).  He is a member of the Association of the Bar, City of New York.  Upon graduation from law school, Mr. Overs served as law clerk to the Honorable Paul J. Kelly, Jr., Circuit Judge, Unites States Court of Appeals for the Tenth Judicial Circuit.  Prior to becoming an associate of the Firm, Mr. Overs represented both plaintiffs and defendants in antitrust and securities class actions, complex commercial litigation and federal appeals.

The efforts of **Stuart D. Wechsler**, a founding member of and of counsel to the Firm, in the area of securities litigation have received considerable judicial comment.  U.S. District Court Judge Alvin K. Hellerstein commented in <u>Doney v. Command Systems</u> (98 Civ. 3279), in an opinion dated August 10, 1999 "I don't think it needs my comment to note that, Mr. Wechsler, you are a senior and most respected and most competent member of the securities class action bar.  I would take it as a given your hours are worth the rates that you charge and that the hours that you have put in reflect the efficiency with which you work."  In a report dated May 23, 1977, in <u>Bucher v.</u>

<u>Shumway</u>, 76 Civ. 2420 (S.D.N.Y.), United States Magistrate Leonard Bernikow stated that "Stuart Wechsler . . . is a leading expert in securities class action litigation."

In <u>Langert v. Q-1 Corporation</u>, [1973-74 Tr. Binder] Fed. Sec. L. Rep. (CCH) ¶ 94,445 (S.D.N.Y. 1974), a case that Mr. Wechsler prosecuted while at his prior firm, Goodkind, Wechsler, Labaton & Rudoff, Judge Carter of the Southern District of New York stated in a decision certifying the class:

> Counsel for plaintiff are experienced in securities law and class action litigation and will adequately protect the interest of the class.

Judge Lasker, in <u>Rosengarten v. International Telephone and Telegraph Corp.</u>, [1981 Tr. Binder] Fed. Sec. L. Rep. (CCH) ¶ 97,876 (S.D.N.Y. 1981), an action in which Mr. Wechsler supervised Goodkind, Wechsler's participation on behalf of the plaintiff class stated:

> [C]ounsel [are] attorneys of experience and repute in the field of stockholder and derivative actions . . . they served the corporation and its stockholders with professional competence, "admirable diligence", imagination and tenacity. They contributed to the improvement of the company's procedures and performed a service to both the company and to the stockholders.

Mr. Wechsler also led the team of attorneys that successfully prosecuted the class action, <u>Park Lane Hosiery Co., Inc. v. Shore</u>, 439 U.S. 322 (1979), to a landmark decision in federal civil procedure. He was also the responsible partner in <u>Van Gemert v. Boeing</u>, one of the earliest actions maintained as a class action under the then newly amended Federal Rules of Civil Procedure and one of the very few securities class actions ever to go to trial and judgment. Moreover, Mr. Wechsler played an integral role in obtaining a landmark Supreme Court decision in an important phase of that action. <u>See</u> <u>Boeing Co. v. Van Gemert</u>, 444 U.S. 472 (1980).

### *FIRM RESUME*

Shapiro Haber & Urmy LLP is a litigation firm based in Boston, Massachusetts that concentrates in the litigation of complex civil actions, particularly class actions.  We have represented investors, businesses and consumers in numerous significant class actions.  The firm has won multimillion dollar jury verdicts, arbitration awards and settlements for its clients and the classes.  The firm has extensive experience in both trials and appeals in state and federal courts.  Unlike many civil litigators, partners in the firm have conducted numerous jury trials.

The firm has been awarded the "AV" rating by the Martindale-Hubbell Law Directory. Two of the firm's partners were named Massachusetts Super Lawyers in securities litigation in 2004.  The firm's website is located at www.shulaw.com.

Highlights of the firm's class action experience include the following:

1.      *Tucker v. Scrushy, et. al. (*Jefferson County, Alabama).  Edward Haber, a partner of the firm, is one of the Court appointed lead counsel in the consolidated derivative action brought on behalf of the HealthSouth Corporation against its former CEO, Richard Scrushy, its other former officers and directors, its auditors, investment bankers and others. This action coordinates derivative actions brought on behalf of HealthSouth in the Delaware Chancery Court (*Biondi v. Scrushy, et. al.*), the Federal District Court in Alabama and the state court in Birmingham, Alabama.

2.      *U.S. West, Inc. v. MacAllister, et. al.,* (District of Colorado).  This was a derivative action arising from $10 million in fines assessed against U.S. West.  The firm was co-lead counsel for the derivative plaintiffs and the class.  U.S. West is one of the "Baby Bells" which was created in the court-approved break of American Telephone and Telegraph (AT&T).  The $10 million fine was imposed by the United States District Court for the District of Columbia as a result of U.S. West's violations of the Modification of Final Judgment ("MFJ") entered in *United States v. American Tel. & Tel. Co.,* 552 F. Supp 131 (D.D.C. 1982), aff'd mem. Sub nom. Maryland v. United States, 460 U.S. 1001 (1983), *modified United States v. Western Electric Co.*, 673 F. Supp. 525 (D.D.C. 1987), 714 F. Supp 1 (D.D.C. 1988), *aff'd in part and reversed in part*, 900 F.2d 213 (D.C. Cir. 1990).  The MFJ governed the break-up of AT&T and the regional telephone companies.  Notice of the settlement of this action

1

was sent to approximately 1,500,000 class members and shareholders of U.S. West. The firm (and its co-lead counsel) successfully dealt with a huge volume of written and telephonic inquiries which that class notice produced.  The decision of the Court (Judge Lewis T. Babcock) approving the settlement of this action is published in the CCH Federal Securities Law Reporter [1992-1993 Transfer Binder], Para. 97,269 at page 95, 228 (December 18, 1992).  In that decision Judge Babcock commended the efforts and results of the firm and co-counsel, as follows:

> The proposed settlement in this case was fairly and honestly entered into after exhaustive discovery and intense negotiations. . .

> All of these matters reflect thorough investigation not only by the plaintiffs, but by the demand committee in a manner that minimized the expenditure of time and resources in light of the issues raised by the demand.

> The Court is satisfied beyond question that . . . this reflects an arm's length settlement and negotiated by skilled and experienced attorneys in light of complex facts in a somewhat complex and novel context.

(*Id.* at page 95,235)

> It [the settlement] reflects a compromise of a dispute with a minimum of expenditure of expense and resources.

(*Id.* at 95,236)

> . . . Counsel who have been involved in this case come with a wealth of experience and skill in prosecuting class actions, derivative actions in the field and have expanded this skill and experience to address the rather novel issues that have been presented here.

(*Id.* at 95,237)

3.    *United States Trust Company of New York, et. al. v. Albert, et. al.* and *Investors Fiduciary Trust Company v. Jenner, et. al.* (Southern District of New York). These interpleader actions were brought by the plaintiff trust companies involving over $100 million dollars received by the plaintiffs as Trustees of several unit investment trusts.  At issue is which combination of three groups of potential claimants are entitled to those funds.  On July 25, 1995 United States Magistrate

Judge Sharon E. Grubin, in her Report and Recommendation to the Honorable Kimba M. Wood, recommended that the firm be appointed lead counsel for one of the three defendant classes. (Judge Wood endorsed that recommendation.) In doing so Magistrate Judge Grubin said as follows:

> I should note at the outset that both firms are highly qualified to act as lead counsel for the Class. Briefly, Shapiro Grace [Haber & Urmy] has extensive experience in prosecuting class actions, including as lead counsel. Haber himself . . . has litigated in federal courts across the country for 25 years . . . Haber, as well as the others in the firm, have impressive academic and professional credentials, including teaching and lecturing on securities litigation and other areas.

> . . . There is no doubt that both Shea & Gardner and Shapiro Grace [Haber & Urmy] have the qualities notes as necessary for lead counsel by the Manual for the Complex Litigation, Second, § 20.224 at 20 (1985); ability, commitment and resources. . .

> * * *

> Shapiro Grace [Haber & Urmy] has circulated to counsel and the court a draft of the summary judgment brief it has prepared, contending that the Former Holder Class is not entitled to any share of the Fund as a matter of law . . .

> * * *

> Without intending to express any view at this time as to the merits of Shapiro Grace [Haber & Urmy]'s proposed summary judgment motion or the wisdom if its strategy, I note that it shows thought in vigorous pursuit of what counsel believes is in the best interest of the class. . .

(Report and Recommendation, July 25, 1995, at 35-36 and 37 and 42.)

    4.    *In re Merrill Lynch Analyst Reports Securities Litigation, 02-MDL-1484,* pending in the United States District Court for the Southern District of New York. Mr. Haber is the court appointed Co-chairman of the Plaintiffs' Executive Committee. The firm is also court-appointed lead counsel in two of the Merrill Lynch securities analyst cases. *In re Merrill Lynch & Co. InfoSpace Analyst Reports Securities Litigation,* and *In re Merrill Lynch & Co., Inc. Internet Capital Group, Inc. Research Reports Analyst Securities Litigation*.

5.    The firm has been appointed lead counsel or co-lead counsel in three securities fraud class actions pending in the District of Massachusetts against leading financial services firms for issuing allegedly false and misleading research reports.

5.    *Conseco Annuity Assurance Company v. Citigroup, Inc., et. al.* (Southern District of Texas).  The firm is counsel to Conseco Annuity Assurance Company in a class action against Citigroup, Inc., Citibank, N.A., Saloman Smith Barney and other Citigroup, Inc. subsidiaries.  The action alleges that the defendant sold approximately $2 billion of Enron Credit Link Notes (which would become worthless in the event of an Enron bankruptcy), in order to transfer the Citigroup defendants' loan exposure to Enron to the institutional purchasers of the Notes.  The action alleges that the defendants sold the Notes when they knew that Enron financial statements were fraudulent, which knowledge came from the fact that the Citigroup defendants had engaged in transactions with Enron pursuant to which Enron was creating its false financial statements.

6.    The firm represented the Commonwealth of Massachusetts Pension Reserves Investment Trust ("PRIT") in a securities fraud action against Bear Stearns & Co., Inc. in the U. S. District Court for the Southern District of California.  The case arose out of the sale of $81 million in subordinated debentures issued by Weintraub Entertainment Group ("WEG"), a start-up film company.  In February 1987, PRIT bought $5 million in bonds from Bear Stearns, the placement agent for the issuer.  WEG declared bankruptcy in 1990, and the bondholders lost virtually their entire investment.  A class action was filed in San Diego against Bear Stearns and others.  PRIT also filed suit in 1991, and in 1993 our action was consolidated with the class action for discovery and trial.  The case was tried to a jury in San Diego in the summer of 1998.  Shapiro Haber & Urmy LLP partner Thomas V. Urmy was PRIT's trial counsel.  After a 4 week trial, the jury found that Bear Stearns had committed securities fraud in violation of section 10b-5 and entered a $6.57 million verdict in favor of PRIT.  This award was 100% of the damages sought by PRIT at the trial.  The case was subsequently settled while on appeal to the Ninth Circuit.

7.    Shapiro Haber & Urmy partners Thomas Shapiro and Edward Haber were chief trial counsel in a securities class action entitled *Fulco v. Continental Cablevision,* C. A. No. 89-1342-Y, in a three-week jury trial before Chief Judge Young in the United States District Court in Boston.  The case was brought on behalf of the limited partners in four partnerships that owned and operated cable television systems.  The jury returned a verdict for the plaintiffs for approximately $4.5 million.

7.    Mr. Shapiro was chief trial counsel in a securities fraud class action against Polaroid Corporation in federal court in Boston, which resulted in a jury verdict with an estimated value of $80 million.  A panel of the Court of Appeals for the First Circuit found error in the jury instructions and remanded the case for a new trial.  Polaroid then petitioned for and received *en banc* reconsideration.  Sitting *en banc*, the First Circuit reversed the judgment.  *Backman v. Polaroid Corp,* 910 F.2d 10 (1 Cir. 1990).

4

8.     The firm is co-lead counsel in a securities fraud class action entitled *In Re Actrade Financial Technologies Securities Litigation* pending in the United States District Court for the Southern District of New York, which has been settled for $9.9 million, subject to court approval.

9.     The firm was liaison counsel in an antitrust class action in the District of Massachusetts against SmithKline Beecham that was settled in 2004 for $175 million.

9.     The firm is co-lead counsel in *In re Polymedica Corp. Securities Litigation*, a securities fraud class action pending in the District of Massachusetts.

9.     The firm represented the Louisiana Employees State Retirement System, and was appointed by the court as co-lead counsel, in a securities fraud class action entitled *In Re Molten Metal Technology, Inc. Securities Litigation* in the United States District Court for the District of Massachusetts. In spite of the bankruptcy of Molten Metal, claims against the directors and officers of the company were settled for $11.91 million. The firm was also co-lead counsel in a related class action on behalf of investors in Molten Metal stock which was settled for an additional $1.25 million. *Axler v. Scientific Ecology Group, Inc.*

10.     The firm also served as co-lead counsel on behalf of the Louisiana Employees State Retirement System in a securities fraud class action against Kurzweil Applied Intelligence, Inc. The action was settled with the company, certain of its officers, and certain underwriters of Kurzweil for $7.5 million in cash and stock. After further litigation, an additional $2.15 million was recovered from Kurzweil's outside auditors. *Morton v. Kurzweil Applied Intelligence, Inc.* (D. Mass.).

11.     The firm represented a class of persons who had sold businesses to Waste Management, Inc. for common stock of Waste Management  The case arose from Waste Management's restatement of its financial statements.   The firm obtained summary judgment against Waste Management as to liability for a majority of the class members. The firm successfully defended defendant's appeal of the class certification order to the United States Court of Appeals for the First Circuit.  208 F.3d 288 (2000).  That was the first appeal ever heard by the First Circuit pursuant to Rule 23(f).   The case was subsequently settled for a combination of cash and stock with a total value of $25 million. *Mowbray v. Waste Management Holdings, Inc.*, (D. Mass.).

12.     The firm was co-lead counsel in a securities fraud class action against Inso Corp. in the District of Massachusetts that was settled for $12 million.

13.     The firm served as liaison counsel in a securities fraud class action against Picturetel Corporation based on allegedly false and misleading financial statements, including the improper recognition of revenue. The case was settled for $12 million. *In Re Picturetel Corp. Securities Litigation* (D. Mass.).

14.     The firm was one of three law firms that represented the class in a securities

fraud action against the software company Pegasystems, Inc., which arose out of the allegedly improper recognition of revenue from a software licensing contract. The case was settled for $5.25 million. *Chalverus v. Pegasystems, Inc.* (D. Mass.).

15.    The firm served on the Executive Committee of plaintiffs' counsel in the securities fraud class action against Centennial Technologies, Inc. and certain of its officers and directors. This action arose from one of the more notorious financial frauds in Massachusetts history. This action was settled for a combination of Centennial stock and cash with a value of approximately $20 million. Claims against Centennial's auditors settled for an additional $20 million. *In Re Centennial Technologies Litigation* (D. Mass.).

16.    The firm was co-lead counsel in a securities fraud class action against Presstek, Inc. and certain of its officers. The case was settled for over $20 million of Presstek stock. *Berke v. Presstek, Inc.* (D. N.H.).

17.    The firm represented the limited partners in ten oil and gas drilling limited partnerships in securities fraud class actions against the sponsor of the partnerships, officers of the sponsor, and the investment bank, lawyers and auditors for the partnerships. The firm overcame the bankruptcy of the sponsor, the bankruptcy of the investment bank, the insolvency of the primary directors and officers' insurance carrier and the dissolution of the defendant law firm, to recover settlements totaling approximately $15 million. *Holton v. Rothschild* (D. Mass.), and related cases.

18.    The firm served on the Executive Committee of plaintiffs' counsel in a securities fraud class action against Cambridge Biotech Corp. Cambridge Biotech was in bankruptcy, and this action involved delicate negotiations with the directors and officers' insurance carrier and the Trustee in Bankruptcy of Cambridge Biotech. The case was settled for $1.05 million in cash plus 25% of the equity in the new corporation that was formed pursuant to Cambridge Biotech's bankruptcy reorganization. *In Re Cambridge Biotech Corp. Securities Litigation* (D. Mass.).

19.    The firm was one of the lead counsel in the securities fraud class action against Kendall Square Research Corporation and certain of its officers and directors, which was settled for cash, stock and warrants, with a total value of approximately $17 million. After the settlement with the company and its officers and directors, the litigation proceeded against Kendall Square's outside auditors, and that action was settled for an additional $3.4 million. *In Re Kendall Square Research Corp. Securities Litigation* (D. Mass.).

20.    Mr. Shapiro successfully argued the appeal to the First Circuit in *Shaw v. Digital Equipment Corp.*, 83 F.3d 1194 (1 Cir., 1996), a securities class action that arose from a secondary offering of Digital securities. After remand, the case was settled for $5.2 million. Partners of the firm have argued at least five other securities fraud class actions in the First Circuit.

21.    The firm was one of plaintiffs' counsel in shareholder derivative litigation against Cendant Corporation, which arose from one of the largest financial frauds in American history. The case was settled for $54 million. *In Re Cendant Corp. Derivative Action Litigation* (D. N.J.).

22.    The firm served as lead counsel in the securities fraud class action against Open Environment Corp. and certain of its officers and directors, which was settled for $6 million. *Zeid v. Open Environment Corp* (D. Mass.).

23.    The firm represented the class in a securities fraud class action against Bank of New England Corporation, which arose from the largest bank failure in New England history. The firm had to deal with the Bank's insolvency and competing claims against limited insurance policies by the Trustee in bankruptcy and the FDIC, as Receiver for the Bank. The case was settled for $6.5 million. *In Re Bank of New England Corporation Class Action Litigation* (D. Mass.).

24.    The firm was co-counsel in a class action suit against the underwriters for the sale of subordinated notes by Bank of New England Corporation. Notwithstanding the dismissal of certain of the claims, the case was settled for $8.4 million. *Slavin v. Morgan Stanley & Co., et al.*, C.A. No. 91-10191-S (D. Mass.).

25.    The firm was lead counsel in a securities fraud class action against Monarch Capital Corporation, which was settled for approximately $5 million.

26.    The firm represented a class of bondholders who had purchased $10 million of industrial revenue development bonds to fund construction of a hotel in Colorado. There were over 60 defendants in the case, including underwriters, lawyers, numerous banks and an agency of the federal government as Receiver for various banks. The firm settled the claims on favorable terms and also located a buyer for, and negotiated the sale of, the hotel, resulting in a recovery of over 80% of the bondholders' losses.

27.    The firm was co-counsel in the representation of a class of persons who were victimized by a "boiler room" commodities trading operation. An extremely complex settlement was reached, including the limited use of a mandatory class to preclude future punitive damage claims. *In Re First Commodity Corporation of Boston Customer Accounts Litigation,* MDL Docket No. 713 (D. Mass.).

28.    Mr. Haber and Michelle Blauner, also a Shapiro Haber & Urmy partner, represented one partner in a suit against another partner for breach of fiduciary duty. The case was tried to a jury in the federal court in Boston, which returned a verdict in favor of our client. The verdict was affirmed on appeal. *Wartski v. Bedford,* 926 F.2d 11 (1 Cir. 1991).

29.    Mr. Shapiro was co-trial counsel for a defendant in a jury-waived trial on an indictment for fraud in the sale of securities, filing false financial statements and conspiracy.

Mr. Shapiro was also on the brief in the appeal from that conviction. *United States v. Lieberman*, 608 F.2d 889 (1 Cir. 1979).

Biographies of the firm's lawyers are as follows:

**Thomas G. Shapiro**

Mr. Shapiro graduated from Harvard College (*magna cum laude*) in 1965 and from Harvard Law School (*cum laude*) in 1969.  Upon graduation, Mr. Shapiro was an associate of the late William P. Homans, Jr., a noted civil liberties and criminal defense lawyer.  In 1973, Mr. Shapiro co-founded the law firm of Silverglate, Shapiro and Gertner with Harvey Silverglate and now United States District Judge Nancy Gertner, where he remained a partner until 1980.

During this period, Mr. Shapiro conducted a range of civil and criminal jury trials, including cases of first degree murder, armed robbery, criminal securities fraud, Selective Service System violations, and motor vehicle cases such as driving under the influence.  One of his more notable jury trials was the defense of Susan Saxe on charges of first degree murder and armed robbery, in which Mr. Shapiro and now Judge Gertner were co-trial counsel.  Mr. Shapiro has thus acquired a depth of trial experience not shared by many civil litigators.

In 1981, Mr. Shapiro co-founded a predecessor firm to his present firm, in which his practice has focused more on civil litigation and class actions.  Mr. Shapiro has become well known for his expertise and experience in complex civil litigation, and especially securities class action litigation.  He served as the first Chairman of the Federal Practice Committee of the Massachusetts Bar Association.  He has on many occasions served on the faculty of Massachusetts Continuing Legal Education programs concerning complex litigations and class actions.  Mr. Shapiro was  one of four attorneys on the Lawyer Panel at the MCLE's Federal Court Judicial Forum '96 at the invitation of the United States District

9

Court.  Mr. Shapiro has also served on the faculty of a Flaschner Judicial Institute seminar for Massachusetts Superior Court judges on the Trial and Management of Complex Cases.

In addition, Mr. Shapiro has been a faculty member in many other continuing legal education programs concerning securities litigation sponsored by the Practicing Law Institute, ALI-ABA, the Massachusetts Academy of Trial Attorneys and the Boston Bar Association.  Mr. Shapiro has spoken on securities litigation issues at two conventions of the Massachusetts Association of Contributory Retirement Systems, Inc. (MACRS), an association of 106 county and municipal retirement systems in Massachusetts.  He has also been an invited speaker for the Pioneer Institute, the American Corporate Counsel Association and a NASDAQ Financial Executive Conference for senior officers of NASDAQ companies.

Mr. Shapiro is the author of the chapter "Depositions in Class Actions" in *Massachusetts Deposition Practice Manual*, published by MCLE in 1992, and co-author (with Shapiro Haber & Urmy partner Michelle Blauner) of *Securities Litigation in the Aftermath of In Re Data Access Securities Litigation*, 24 New. Eng. L. Rev. 537 (1990).

Mr. Shapiro is a member of the bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the Supreme Court of the United States.  He has been admitted *pro hac vice* in a number of other jurisdictions.

In addition to his extensive experience conducting jury trials in a variety of criminal and civil matters, Mr. Shapiro has tried two securities fraud class actions in which jury verdicts were returned in favor of the class, as well as a lengthy securities arbitration hearing that resulted in a multimillion dollar award to the plaintiff.  He has argued the

10

following securities fraud class actions in the United States Court of Appeals for the First Circuit:

> *Backman v Polaroid Corp.*, 910 F.2d 10 (1 Cir. 1990);
>
> *Shaw v Digital Equipment Corp.*, 82 F.3d 1194 (1 Cir. 1996);
>
> *Glassman v Computervision Corp.*, 90 F.3d 617 (1 Cir. 1996);
>
> *Geffon v Micrion Corp.*, 249 F.3d 29 (1 Cir. 2001).

Mr. Shapiro has been actively involved in a large number of the firm's securities litigation cases that did not result in jury trials or appeals.

Mr. Shapiro has an AV rating from Martindale Hubbell and he has been named a Massachusetts Super Lawyer in the field of securities litigation.


**Edward F. Haber**

Mr. Haber graduated from Cornell University in 1966 and from Harvard Law School (*cum laude*) in 1969. Upon graduation from Harvard Law School, he taught at the Boston College Law School during the 1969-1970 academic year. Thereafter, Mr. Haber began a civil and criminal trial practice, in which he acquired substantial trial experience before state and federal courts, in Massachusetts and elsewhere. The events leading up to one of the criminal trials that Mr. Haber conducted in federal court were described as the "New England News Story of the Year." Mr. Haber's extensive jury trial experience distinguishes him from most attorneys whose experience is limited to civil litigation.

Mr. Haber now specializes in prosecuting securities and consumer class actions. Over the years, he has prosecuted, along with his partners and associates, dozens of class actions, and he has the experience of bringing several of those class actions to trial.

11

Mr. Haber has participated as a faculty member of the New England Federal Securities Regulation Institute, sponsored by the American Law Institute/American Bar Association Committee on Continuing Professional Education.  He has also participated as a faculty member of the Massachusetts Bar Association's seminar on the Fundamentals of Securities Arbitration.   He is a member of the bar of the Commonwealth of Massachusetts, the Supreme Court of the United States, the United States Courts of Appeals For the First and Seventh Circuits and the United States District Courts for the Districts of Massachusetts, the Central District of Illinois and the Eastern District of Michigan.

Mr. Haber has an AV rating from Martindale Hubbell and he has been named a Massachusetts Super Lawyer in the field of securities litigation

### Thomas V. Urmy

Mr. Urmy graduated from Amherst College in 1960 and from Yale Law School in 1964.  Upon graduation, Mr. Urmy was employed at the law firm Root Barrett Cohen Knapp & Smith in New York City, where he assisted the senior litigation partner in that firm, Whitman Knapp.  Mr. Knapp headed the Knapp Commission that investigated police corruption in New York City in the 1970s and was for many years a U.S. District Judge for the Southern District of New York, where he now sits as a Senior District Judge.

While employed at the Knapp firm, Mr. Urmy engaged in a general civil litigation practice in the state and federal courts, litigating cases in the Supreme Court of the State of New York and the United States District Court for the Southern District of New York.

Between 1973 and 1987, Mr. Urmy was with the Boston law firm Warner &

Stackpole, practicing in the area of civil litigation and handling securities, antitrust, banking, product liability, personal injury and other cases. During that time, Mr. Urmy tried numerous cases in the Massachusetts Superior Court and in the United States District Court in Massachusetts.

Since January of 1988, Mr. Urmy has been counsel to and a partner in Shapiro Haber & Urmy LLP, where he has continued his practice of civil litigation primarily in the state and federal courts in Massachusetts, but also in the federal courts in New York City, Washington, D.C. and the Southern District of California.

While at Shapiro Haber and Urmy, a significant part of Mr. Urmy's practice has been representing plaintiffs in class actions, including securities, consumer fraud and unfair labor practices cases. In 1998, Mr. Urmy represented the Pension Reserves Investment Trust of the Commonwealth ("PRIT") in a successful four-week trial in the United States District Court for the Southern District of California arising out of a fraudulent sale by Bear Stearns & Company to PRIT and others of subordinated debentures issued by a start-up film company known as Weintraub Entertainment Group. After a summary judgment entered against PRIT and others had been reversed by the Ninth Circuit, the case was tried to a jury. After trial, the jury entered a $6.57 million verdict in favor of PRIT against Bear Stearns, and the case later settled while on appeal to the Ninth Circuit.

During the course of his career, Mr. Urmy has successfully argued appeals before the United States Courts of Appeals for the First, Second and Ninth Circuits, the Massachusetts Supreme Judicial Court and the Massachusetts Appeals Court

Mr. Urmy has an AV rating from Martindale Hubbell.

13

**Michelle H. Blauner**

Ms. Blauner is a 1983 graduate of Cornell University (with highest distinction) and a 1986 graduate of Harvard Law School (*cum laude*), where she was a managing editor of the *Harvard Civil Rights-Civil Liberties Law Review*. Between 1986 and January 1988 she was an associate at the Boston law firm of Foley, Hoag & Elliot. In January, 1988 she joined Shapiro Haber & Urmy. She became a partner of the firm in 1993.

Ms. Blauner has worked on many of the complex class actions prosecuted by the firm at both the trial and appellate level. Her practice has been concentrated in federal securities class actions, common law breach of fiduciary duty class actions, shareholder derivative actions, ERISA class actions, and consumer class actions under Massachusetts G.L. c. 93A and other federal and state consumer protection laws. She also has developed an expertise on the implications of company bankruptcies on securities and ERISA class actions against corporate officers and directors.

In May, 2002, Ms. Blauner served on the faculty of a Boston Bar Association program on the *Life Cycle of a Class Action.* She is co-author, with Mr. Shapiro, of *Securities Litigation in the Aftermath of In Re Data Access Securities Litigation*, 24 New. Eng. L. Rev. 537 (1990).

Ms. Blauner is a member of the bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit. She has been admitted *pro hac vice* in numerous other federal and state courts.

**Theodore Hess-Mahan**

Mr. Hess-Mahan is a 1981 graduate of Tufts University and a 1990 graduate of Suffolk University Law School (*cum laude*).  Upon graduation from law school, he worked as a law clerk to Francis P. O'Connor, Associate Justice of the Supreme Judicial Court for the Commonwealth of Massachusetts.  He was an associate with the firm of Ropes & Gray from 1991 to 1997.  Mr. Hess-Mahan joined Shapiro Haber & Urmy as an associate in May 1997.  Mr. Hess-Mahan has been actively involved in the firm's securities litigation practice. In May 2002, he was on the faculty of a seminar entitled "The Life Cycle of a Class Action" sponsored by the Litigation Section of the Boston Bar Association.  Mr. Hess-Mahan is a member of the bar of the Commonwealth of Massachusetts, the Supreme Court of the United States, the United States Court of Appeals for the First Circuit, and the United States District Court for the District of Massachusetts.

**Todd S. Heyman**

Mr. Heyman is a 1993 graduate of Georgetown University and a 1999 graduate of Stanford Law School.  Upon graduation from law school, he worked as a law clerk to the Honorable Nancy Gertner, United States District Judge in the District of Massachusetts. Mr. Heyman joined Shapiro Haber & Urmy as an associate in September 2000.  Mr. Heyman has been actively involved in a number of the firm's securities, ERISA and labor class actions.  He is a member of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

**Matthew L. Tuccillo**

Mr. Tuccillo is a 1995 graduate of Wesleyan University and a 1999 graduate of the Georgetown University Law Center.  While at Georgetown, Mr. Tuccillo served as a judicial intern to the Honorable Stephen F. Eilperin of the Superior Court for the District of Columbia, now a Senior Judge.

Upon graduation, Mr. Tuccillo was an associate at Brown, Rudnick, Freed & Gesmer, P.C. (now Brown Rudnick Berlack Israels, LLP) from 1999 to 2001.  There, Mr. Tuccillo gained substantial trial experience handling a broad range of civil litigation.  He represented *amicus* Health Care for All and co-authored briefs filed before the Supreme Judicial Court in *In re Harvard Pilgrim Health Care, Inc.*, 434 Mass. 51 (2001).  Mr. Tuccillo successfully conducted numerous municipal zoning hearings, and helped obtain a favorable jury verdict in an employment case in Massachusetts Superior Court.  He also worked on several complex cases, including representing the City of Boston in its litigation against the firearms industry.      After Brown Rudnick, Mr. Tuccillo was an associate with the Boston office of Lieff, Cabraser, Heimann & Bernstein, LLP, a national litigation firm, from 2001 to 2002.  There, he worked on a variety of complex and class action matters, including consumer protection, antitrust, and bankruptcy cases.  In particular, Mr. Tuccillo helped represent the Boston-based Prescription Access Litigation Project in numerous national drug pricing cases.

Mr. Tuccillo joined Shapiro Haber & Urmy as an associate in July 2002.  He now focuses his practice on the litigation of complex securities, consumer protection, and employment cases.

Mr. Tuccillo is a member of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

16

**LARA A. SUTHERLIN**

Ms. Sutherlin graduated from Indiana University in 1992 and received her JD degree from Northeastern University School of Law in 1999. She served as a clerk to the Honorable Michael Melloy, United States District Judge in the Northern District of Iowa in 2000 and 2001.

Ms. Sutherlin was an associate with the firms of Pyle, Rome, Lichten & Ehrenberg and Rodgers Powers & Schwartz prior to joining Shapiro Haber & Urmy LLP.

Ms. Sutherlin is a member of the bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit.

**COUNSEL**

**Lawrence D. Shubow**

The Honorable Lawrence D. Shubow, counsel to the firm, is a retired Justice of the Brookline District Court, where he served from 1978 to 1990. In addition to his position with the firm, Judge Shubow also serves as a mediator for the Massachusetts Appeals Court. Judge Shubow is a graduate of Harvard College and Harvard Law School. He has served on the Massachusetts Supreme Judicial Court's Committee on Gender Bias and Advisory Committee on the Rules of Evidence. He was a Consulting Editor for Summary of Massachusetts Law (four Vols.), West Publishing Company, 1997.

**Alfred J. O'Donovan III**

Mr. O'Donovan is a graduate of Holy Cross College and Suffolk Law School *(cum laude)*. He was awarded the Suffolk trustees' scholarship for graduate study and received an LL.M. in taxation from New York University Law School in 1975. He then joined the tax department of Coopers & Lybrand in Boston. In 1977, Mr. O'Donovan joined the Boston law firm of Cargill, Masterman & Cahill as a business and tax associate and in 1978 began teaching tax law as a member of the adjunct facility of Suffolk Law School. He was an Associate Professor of Law at Suffolk Law School from 1980 to 1985. In 1985, Mr. O'Donovan joined the Boston firm of Warner & Stackpole, as tax counsel, and became a partner in the following year. He was the partner in charge of the tax department from 1990 until 1993 when he became counsel to Shapiro Haber & Urmy.

Mr. O'Donovan has been an Adjunct Professor of Law at Suffolk Law School from 1993 to the present, teaching estate and gift taxation and U.S. international taxation.

As counsel to Shapiro Haber & Urmy, Mr. O'Donovan has continued his tax and business practice, including the litigation of tax disputes in the U.S. Tax Court.

Mr. O'Donovan is a member of the bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, the United States Tax Court and the Supreme Court of the United States.