UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND INC., On Behalf of Plaintiff and All Others Similarly Situated,<br><br>     Plaintiff,<br><br> vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,<br><br>     Defendants. | Case No. 1:05-cv-11627-RCL |
| ROBERT FAUSSNER, Individually and on Behalf of All Others Similarly Situated<br><br>     Plaintiff,<br><br> vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, EDMUND J. MARONEY,<br><br>     Defendants. | Case No.: 1:05-cv-11687-RCL |

**[PROPROSED] ORDER APPOINTING LEAD PLAINTIFFS, CONSOLIDATING CASES AND APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD AND LIASON COUNSEL**

Having considered the Motion to Consolidate Related Actions, Appoint the IFIN Investors Group as Lead Plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 and to Approve Lead Plaintiff's Choice of Co-Lead and Liason Counsel (the "Motion"), and for good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED
2. Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), the IFIN Investors Group is appointed Lead Plaintiff; and
3. Lead Plaintiff's selection of Co-Lead and Liason Counsel is approved. Pursuant to §21D(a)(3)(B)(v) of the Exchange Act, Scott + Scott LLC and Wechsler Harwood LLP are appointed Co-Lead Counsel and Shapiro Haber & Urmy is appointed liason counsel for the class.

IT IS SO ORDERED.

DATED: _____          _____
                                            UNITED STATES DISTRICT JUDGE