UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>Defendants. | No. 1:05-cv-11627-RCL<br><br><u>CLASS ACTION</u> |
| ROBERT FAUSSNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>Defendants. | No. 1:05-cv-11687-RCL<br><br><u>CLASS ACTION</u> |

CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN AND THE IRONWORKERS ST. LOUIS DISTRICT COUNCIL PENSION FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Class members the City of Deerfield Beach Non-Uniform Employees Retirement Plan (the "City of Deerfield") and the Ironworkers of St. Louis District Council Pension Fund (the "Ironworkers Fund"), hereby move this Court for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing the City of Deerfield and the Ironworkers Fund as Lead Plaintiffs; (iii) approving the City of Deerfield and the Ironworkers Fund's selection of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the law firm of Krakow, Souris & Birmingham LLC to serve as Liaison Counsel for the class; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the City of Deerfield and the Ironworkers Fund submit herewith a memorandum of law and declaration of Christopher N. Souris, dated October 3, 2005.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the City of Deerfield and the Ironworkers Fund hereby request oral argument on this Motion.

DATED: October 3, 2005                KRAKOW & SOURIS, LLC
                                      AARON D. KRAKOW (BBO No. 544424)
                                      CHRISTOPHER N. SOURIS (BBO No. 556343)


                                      _/s/Christopher N. Souris_
                                      CHRISTOPHER N. SOURIS

                                      225 Friend Street
                                      Boston, MA  02114
                                      Telephone: 617/723-8440
                                      617/723-8443 (fax)

                                      [Proposed] Liaison Counsel

- 2 -

       LERACH COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
       WILLIAM S. LERACH
       DARREN J. ROBBINS
       655 West Broadway, Suite 1900
       San Diego, CA  92101
       Telephone:  619/231-1058
       619/231-7423 (fax)

       LERACH COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
       ELISE J. COHEN
       9601 Wilshire Blvd., Suite 510
       Los Angeles, CA  90210
       Telephone:  310/859-3100
       310/278-2148 (fax)

       [Proposed] Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent this day by first class U.S. mail to the parties listed on the attached Service List

    */s/Christopher N. Souris*
Christopher N. Souris

U:\CasesLA\Investors Financial\NOT00024804.doc

INVESTORS FINANCIAL

Service List - 10/3/2005   (05-0197)

Page 1 of 2

**Counsel For Defendant(s)**

Jason D. Frank
Jordan D. Hershman
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
  617/951-8000
  617/951-8736 (Fax)

William R. Harb
Testa, Hurwitz & Thibeault, LLP
High Street Tower, 125 High Street
Boston, MA  02110
  617/248-7000
  617/248-7100 (Fax)

**Counsel For Plaintiff(s)**

David Pastor
Gilman And Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109
  617/742-9700
  617/742-9701 (Fax)

Aaron D. Krakow
Christopher N. Souris
Krakow & Souris, LLC
225 Friend Street
Boston, MA  02114
  617/723-8440
  617/723-8443 (Fax)

Elise J. Cohen
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
  310/859-3100
  310/278-2148 (Fax)

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)

David R. Scott
Neil Rothstein
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT  06415
  860/537-5537
  860/537-4432 (Fax)

INVESTORS FINANCIAL

Service List - 10/3/2005     (05-0197)

Page 2 of 2

| | |
|---|---|
| Thomas G. Shapiro | Robert I. Harwood |
| Edward F. Haber | Jeffrey M. Norton |
| Theodore M. Hess-Mahan | Wechsler Harwood LLP |
| Shapiro Haber & Urmy, LLP | 488 Madison Avenue, 8th Floor |
| 53 State Street | New York, NY  10022 |
| Boston, MA  02109 | 212/935-7400 |
| 617/439-3939 | 212/753-3630 (Fax) |
| 617/439-0134 (Fax) | |