UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>Defendants. | No. 1:05-cv-11627-RCL<br><br>CLASS ACTION |
| ROBERT FAUSSNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>Defendants. | No. 1:05-cv-11687-RCL<br><br>CLASS ACTION |

DECLARATION OF CHRISTOPHER N. SOURIS IN SUPPORT OF THE CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN AND THE IRONWORKERS ST. LOUIS DISTRICT COUNCIL PENSION FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

I, CHRISTOPHER N. SOURIS, declare as follows:

1.  I am a partner at the law firm of Krakow & Souris, LLC ("Krakow Souris"). I submit this Declaration in support of the Motion of the City of Deerfield Beach Non-Uniform Employees Retirement Plan (the "City of Deerfield") and the Ironworkers St. Louis District Council Pension Fund ("the Ironworkers Fund") for consolidation, appointment as Lead Plaintiffs and for approval of selection of Lead and Liaison Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

1.  Attached are true and correct copies of the following exhibits:

Exhibit A:  A true and accurate copy of the first notice published regarding the pendency of these actions, published by plaintiff in the action entitled *The Archdiocese of Milwaukee Supporting Fund v. Investors Services Financial Corp., et al.*, 05-11627-RCL on *PR Newswire*, a national, business-oriented newswire service, on August 4, 2005;

Exhibit B:  A true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated collective losses of the City of Deerfield and the Ironworkers Fund in connection with their purchases of Investors Services Financial Corp. shares;

Exhibit C:  Certifications of the City of Deerfield and the Ironworkers Fund; and

Exhibit D:  A true copy of the firm resume of Lerach Coughlin Stoia Geller Rudman & Robbins LLP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 3rd day of October, 2005, at Boston, Massachusetts.

*/s/Christopher N. Souris*
CHRISTOPHER N. SOURIS

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent this day by first class U.S. mail to the parties listed on the attached Service List
        */s/Christopher N. Souris*
Christopher N. Souris
U:\CasesLA\Investors Financial\DEC00024805.doc

- 1 -

INVESTORS FINANCIAL

Service List - 10/3/2005    (05-0197)

Page 1 of 2

**Counsel For Defendant(s)**

Jason D. Frank
Jordan D. Hershman
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
  617/951-8000
  617/951-8736 (Fax)

William R. Harb
Testa, Hurwitz & Thibeault, LLP
High Street Tower, 125 High Street
Boston, MA  02110
  617/248-7000
  617/248-7100 (Fax)

**Counsel For Plaintiff(s)**

David Pastor
Gilman And Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109
  617/742-9700
  617/742-9701 (Fax)

Aaron D. Krakow
Christopher N. Souris
Krakow & Souris, LLC
225 Friend Street
Boston, MA  02114
  617/723-8440
  617/723-8443 (Fax)

Elise J. Cohen
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
  310/859-3100
  310/278-2148 (Fax)

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)

David R. Scott
Neil Rothstein
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT  06415
  860/537-5537
  860/537-4432 (Fax)

INVESTORS FINANCIAL
Service List - 10/3/2005    (05-0197)
Page 2 of 2

Thomas G. Shapiro
Edward F. Haber
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA  02109
  617/439-3939
  617/439-0134 (Fax)

Robert I. Harwood
Jeffrey M. Norton
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
  212/935-7400
  212/753-3630 (Fax)