UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| INVESTORS FINANCIAL SERVICES CORP., et al., | ) ) ) |
| | ) |
| Defendants. | ) ) |
| ROBERT FAUSSNER, Individually and On Behalf of All Others Similarly Situated, | ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| INVESTORS FINANCIAL SERVICES CORP., et al., | ) ) ) |
| | ) |
| Defendants. | ) ) ) |

No. 1:05-cv-11627-RCL

CLASS ACTION

No. 1:05-cv-11687-RCL

CLASS ACTION

PROPOSED ORDER APPROVING THE CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN AND THE IRONWORKERS ST. LOUIS DISTRICT COUNCIL PENSION FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

Having considered the City of Deerfield Beach Non-Uniform Employees Retirement Plan (the "City of Deerfield") and the Ironworkers St. Louis District Council Pension Fund's (the "Ironworkers Fund") Motion for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead and Liaison Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Related Actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a);

3.      The Court, having considered the provisions of §21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby determines that the City of Deerfield and the Ironworkers Fund are appointed Lead Plaintiffs; and

4.      Lead Plaintiffs' selection of Lead and Liaison Counsel is approved.  Pursuant to §21D(a)(3)(B)(v), the law firm of Lerach Coughlin Stoia Gellar Rudman & Robbins LLP is appointed Lead Counsel and Krakow & Souris, LLC is appointed Liaison Counsel for the class.

*       *       *

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
                                   THE HONORABLE REGINALD C. LINDSAY
                                   UNITED STATES DISTRICT JUDGE

- 1 -

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent this day by first class U.S. mail to the parties listed on the attached Service List

_/s/Christopher N. Souris_
Christopher N. Souris

U:\CasesLA\Investors Financial\ORD00024815.doc

INVESTORS FINANCIAL
Service List - 10/3/2005    (05-0197)
Page 1 of  2

### Counsel For Defendant(s)

Jason D. Frank
Jordan D. Hershman
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
  617/951-8000
  617/951-8736 (Fax)

William R. Harb
Testa, Hurwitz & Thibeault, LLP
High Street Tower, 125 High Street
Boston, MA  02110
  617/248-7000
  617/248-7100 (Fax)

### Counsel For Plaintiff(s)

David  Pastor
Gilman And Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109
  617/742-9700
  617/742-9701 (Fax)

Aaron D. Krakow
Christopher N. Souris
Krakow & Souris, LLC
225 Friend Street
Boston, MA  02114
  617/723-8440
  617/723-8443 (Fax)

Elise J. Cohen
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
  310/859-3100
  310/278-2148 (Fax)

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara  Skvirsky
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)

David R. Scott
Neil  Rothstein
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT  06415
  860/537-5537
  860/537-4432 (Fax)

INVESTORS FINANCIAL

Service List - 10/3/2005     (05-0197)

Page 2 of  2

Thomas G. Shapiro
Edward F. Haber
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA  02109
 617/439-3939
 617/439-0134 (Fax)

Robert I. Harwood
Jeffrey M. Norton
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
 212/935-7400
 212/753-3630 (Fax)