UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUNDS, on Behalf of Plaintiff And All Others Similarly Situated<br><br>Plaintiff,<br><br>v<br><br>INVESTORS FINANCIAL SERVICES, CORP., et al.<br><br>Defendants. | ) No. 1:05-cv-11627-RCL<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ROBERT FAUSSNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al<br><br>Defendants. | ) No. 1:05-cv-11687-RCL<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that the plaintiffs' counsel attempted to confer in a good faith effort to narrow or resolve the issues raised in the Motion of Deerfield Beach Non-Uniform Employees Retirement Plan and the Ironworkers St. Louis District Council

Pension Fund for Consolidation, Appointment as Lead Plaintiffs, and for Approval of Selection of Lead and Liaison Counsel.

| | |
|---|---|
| Date: October 6, 2005 | KRAKOW & SOURIS LLC<br>AARON D. KRAKOW (BBO NO. 544424)<br>CHRISTOPHER N. SOURIS (BBO NO. 556343)<br><br>/s/ Christopher N. Souris<br>CHRISTOPHER N. SOURIS<br> 225 Friend Street<br> Boston, MA 02114  (617) 723-8440<br> FAX: 617-723-8443<br> c.souris@verizon.net<br><br>LERACH, COUGHLIN, STOIA, GELLER,<br>RUDMAN,  ROBBINS, LLP<br> WILLIAM S. LERACH<br>DARREN ROBBINS<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>LERACH, COUGHLIN, STOIA, GELLER,<br>RUDMAN,<br>ELISE J. COHEN<br>9601 Wilshire Blvd., Suite 510<br>Los Angeles, CA 90210<br>Telephone: 310/859-3100<br>310/278-2148 (fax)<br><br> [Proposed] Lead Counsel |

CERTIFICATE OF SERVICE

    I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent by first class U.S. mail to the parties listed on the attached Service List.

                                /s/ Christopher N. Souris
                                Christopher N. Souris

INVESTORS FINANCIAL
Service List – 10/3/2005
Page 1 of 2

**Counsel For Defendant(s)**

Jason D. Frank
Jordan D. Hershman
Bingham, McCutchen, LLP
150 Federal Street
Boston, MA 02110
  617/951-8000
  617/951-8736 (Fax)

William R. Harb
Testa, Hurwitz, & Thibeault, LLP
125 High Street, Oliver Tower
Boston, MA 02110
  617/248-7000
  617/248-7100 (Fax)

**Counsel For Plaintiff(s)**

David Paster
Gilman And Paster, LLP
60 State Street, 37th Floor
Boston, MA 02109
  617/742-9700
  617/742-9701 (Fax)

Aaron D. Krakow
Christopher N. Souris
Krakow & Souris, LLC
225 Friend Street
Boston, MA 02114
  617/723-8440
  617/723-8443

Elise J. Cohen
Lerach, Coughlin, Stoia, Geller
Rudman & Robbins, LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
  310/859-3100
  310/278-2148 (Fax)

William S. Lerach
Darren J. Robbins
Lerach, Coughlin, Stoia, Geller
Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423 (Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
  610/667-7706
  610/667-7056 (Fax)

David R. Scott
Neil Rothsetin
Scott + Scott, LC
108 Norwich Avenue
Colchester, CT 06415
  860/537-5537
  860/537-4432 (Fax)

INVESTORS FINANCIAL
Service List – 10/3/2005
Page 2 of 2

Thomas G. Shapiro
Edward F. Haber
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA 02109
   617/439-3939
   617/439-0134 (Fax)

Robert I. Harwood
Jeffrey M. Norton
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
   212/935-7400
   212/753-3630 (Fax)