UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND INC., On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,<br><br>                    Defendants. | Case No. 1:05-cv-11627-RCL |
| ROBERT FAUSSNER, Individually and on Behalf of All Others Similarly Situated<br><br>                    Plaintiff,<br><br>    vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, EDMUND J. MARONEY,<br><br>                    Defendants. | Case No.: 1:05-cv-11687-RCL |

**NOTICE OF WITHDRAWAL OF THE IFIN INVESTOR GROUP'S MOTION
TO BE APPOINTED LEAD PLAINTIFF**

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that class members The Archdiocese of Milwaukee Supporting Fund, Inc., and John J. Nuttall, Jr. (the "IFIN Investors Group"), through their counsel, hereby withdraw their October 3, 2005 motion for appointment as lead plaintiff in the above-referenced matter. This withdrawal shall have no effect upon their respective rights as members of the proposed class to intervene or further participate in this action as necessary or on the class's behalf. Further, this withdrawal shall have no effect on the IFIN Investors Group member's right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

Dated: October 14, 2005                                         Respectfully submitted,

                                                                SHAPIRO HABER & URMY, LLP

                                                                **/s/Theodore M. Hess-Mahan**
                                                                Thomas J. Shapiro BBO#454680
                                                                Edward F. Haber BBO#215620
                                                                Theodore Hess-Mahan BBO#557109
                                                                53 State Street
                                                                Boston, MA  02109
                                                                Tel: (617) 439-3939
                                                                Fax: (617) 439-0134

                                                                SCOTT + SCOTT, LLC
                                                                David R. Scott
                                                                Neil Rothstein
                                                                108 Norwich Avenue
                                                                P.O. Box 192
                                                                Colchester, CT   06415
                                                                Tel: (860) 537-5537
                                                                Fax: (860) 537-4432

WECHSLER HARWOOD LLP
Robert I. Harwood
Jeffrey M. Norton
488 Madison Avenue
New York, New York 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

Counsel for Plaintiffs