UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>Defendants. | No. 1:05-cv-11627-RCL<br><br>CLASS ACTION |
| ROBERT FAUSSNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>Defendants. | No. 1:05-cv-11687-RCL<br><br>CLASS ACTION |

NOTICE OF NON-OPPOSITION TO THE MOTION TO APPOINT THE CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN AND THE IRON WORKERS ST. LOUIS DISTRICT COUNCIL PENSION FUND AS LEAD PLAINTIFFS AND TO APPROVE LEAD PLAINTIFFS' SELECTION OF LEAD AND LIAISON COUNSEL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 3, 2005, the City of Deerfield Beach Non-Uniform Employees Retirement Plan ("the City of Deerfield") and the Ironworkers St. Louis District Council Pension Fund ("the Ironworkers Fund") filed a motion for appointment as lead plaintiff and for approval of selection of lead and liaison counsel pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B). In the memorandum in support of their motion, the City of Deerfield and the Ironworkers Fund set forth why they should be appointed lead plaintiff, namely that they suffered the largest financial interest in the relief sought by the class and satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure, as required by the Exchange Act. *See* 15 U.S.C. §78u-4(a)(3)(B).

According to the provisions of the PSLRA, any class member may move for appointment as lead plaintiff within 60 days after the notice of the pendency of the action is published. *See* 15 U.S.C. §78u-4(a)(3)(A)(i)(II). Here, plaintiffs had to move by October 3, 2005, for their motions to be timely filed pursuant to the PSLRA. To the City of Deerfield and the Ironworkers Fund's knowledge, the Archdiocese of Milwaukee Supporting Fund, Inc., and John J. Nuttal, Jr. ("IFIN Investors Group") were the only other movant that filed a lead plaintiff motion on this date.

On October 17, 2005, the IFIN Investors Group filed a notice of withdrawal of its motion to be appointed lead plaintiff. *See* Exhibit A attached hereto. Consequently, the City of Deerfield and the Ironworkers Fund are the only remaining movants seeking to serve as lead plaintiffs for the class.

Because the City of Deerfield and the Ironworkers Fund's motion for appointment as lead plaintiff and approval of lead and liaison counsel is unopposed and because the City of Deerfield and the Ironworkers Fund have the largest financial interest of the competing movants and meet the requirements of the Exchange Act, the City of Deerfield and the Ironworkers Fund should be

appointed lead plaintiff and its selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel and Krakow & Souris, LLC as liaison counsel, should be approved. *See Squyres v. Union Tex. Petroleum Holdings, Inc.*, CV 98-6085-LGB(AIJx), 1998 U.S. Dist. LEXIS 22945, at *6-*9 (C.D. Cal. Nov. 2, 1998); *Greebel v. FTP Software*, 939 F. Supp. 57, 64 (D. Mass. 1996) aff'd, 194 F.3d 185 (1st Cir. 1999); *Holley v. Kitty Hawk, Inc.*, 200 F.R.D. 275, 279 (N.D. Tex. 2001).

DATED: October 17, 2005

KRAKOW & SOURIS, LLC
AARON D. KRAKOW (BBO No. 544424)
CHRISTOPHER N. SOURIS (BBO No. 556343)

/s/ Christopher N. Souris
CHRISTOPHER N. SOURIS

225 Friend Street
Boston, MA  02114
Telephone: 617/723-8440
617/723-8443 (fax)

[Proposed] Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
ELISE J. COHEN
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone: 310/859-3100
310/278-2148 (fax)

[Proposed] Lead Counsel for Plaintiffs

U:\CasesLA\Investors Financial\NOT00025232.doc

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND INC., On Behalf of Plaintiff and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,<br><br>Defendants. | Case No. 1:05-cv-11627-RCL |
| ROBERT FAUSSNER, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, EDMUND J. MARONEY,<br><br>Defendants. | Case No.: 1:05-cv-11687-RCL |

**NOTICE OF WITHDRAWAL OF THE IFIN INVESTOR GROUP'S MOTION
TO BE APPOINTED LEAD PLAINTIFF**

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that class members The Archdiocese of Milwaukee Supporting Fund, Inc., and John J. Nuttall, Jr. (the "IFIN Investors Group"), through their counsel, hereby withdraw their October 3, 2005 motion for appointment as lead plaintiff in the above-referenced matter. This withdrawal shall have no effect upon their respective rights as members of the proposed class to intervene or further participate in this action as necessary or on the class's behalf. Further, this withdrawal shall have no effect on the IFIN Investors Group member's right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

Dated: October 14, 2005                               Respectfully submitted,

                                                      SHAPIRO HABER & URMY, LLP

                                                      /s/Theodore M. Hess-Mahan
                                                      Thomas J. Shapiro BBO#454680
                                                      Edward F. Haber BBO#215620
                                                      Theodore Hess-Mahan BBO#557109
                                                      53 State Street
                                                      Boston, MA 02109
                                                      Tel: (617) 439-3939
                                                      Fax: (617) 439-0134

                                                      SCOTT + SCOTT, LLC
                                                      David R. Scott
                                                      Neil Rothstein
                                                      108 Norwich Avenue
                                                      P.O. Box 192
                                                      Colchester, CT 06415
                                                      Tel: (860) 537-5537
                                                      Fax: (860) 537-4432

WECHSLER HARWOOD LLP
Robert I. Harwood
Jeffrey M. Norton
488 Madison Avenue
New York, New York 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent this day by first class U.S. mail to the parties listed on the attached Service List.

/s/ Christopher N. Souris
CHRISTOPHER N. SOURIS

INVESTORS FINANCIAL

Service List - 10/17/2005 (05-0197)

Page 1 of 2

### Counsel For Defendant(s)

Jason D. Frank  
Jordan D. Hershman  
Bingham McCutchen LLP  
150 Federal Street  
Boston, MA  02110  
  617/951-8000  
  617/951-8736(Fax)

William R. Harb  
Testa, Hurwitz & Thibeault, LLP  
High Street Tower, 125 High Street  
Boston, MA  02110  
  617/248-7000  
  617/248-7100(Fax)

### Counsel For Plaintiff(s)

David Pastor  
Gilman And Pastor, LLP  
60 State Street, 37th Floor  
Boston, MA  02109  
  617/742-9700  
  617/742-9701(Fax)

Aaron D. Krakow  
Christopher N. Souris  
Krakow & Souris, LLC  
225 Friend Street  
Boston, MA  02114  
  617/723-8440  
  617/723-8443(Fax)

Elise J. Cohen  
Lerach Coughlin Stoia Geller Rudman & Robbins LLP  
9601 Wilshire Blvd., Suite 510  
Los Angeles, CA  90210  
  310/859-3100  
  310/278-2148(Fax)

William S. Lerach  
Darren J. Robbins  
Lerach Coughlin Stoia Geller Rudman & Robbins LLP  
655 West Broadway, Suite 1900  
San Diego, CA  92101  
  619/231-1058  
  619/231-7423(Fax)

Marc A. Topaz  
Richard A. Maniskas  
Tamara Skvirsky  
Schiffrin & Barroway, LLP  
280 King of Prussia Road  
Radnor, PA  19087  
  610/667-7706  
  610/667-7056(Fax)

David R. Scott  
Neil Rothstein  
Scott + Scott, LLC  
108 Norwich Avenue  
Colchester, CT  06415  
  860/537-5537  
  860/537-4432(Fax)

INVESTORS FINANCIAL

Service List - 10/17/2005   (05-0197)
Page 2 of 2

Thomas G. Shapiro
Edward F. Haber
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA  02109
   617/439-3939
   617/439-0134 (Fax)

Robert I. Harwood
Jeffrey M. Norton
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
   212/935-7400
   212/753-3630 (Fax)