UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, , ROBERT D. MANCUSO, EDMUND J. MARONEY, and JOHN N. SPINNEY, JR.,<br><br>            Defendants. | CIVIL ACTION<br>NO. 05-11627-RCL |

## NOTICE OF APPEARANCE

TO: CIVIL CLERK

Please enter the appearance of James P. Lucking of Bingham McCutchen LLP as counsel for defendants Investors Financial Services Corp., Kevin J. Sheehan, Michael F. Rogers, John N. Spinney, Jr., Robert D. Mancuso, and Edmund J. Maroney.

              **INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., ROBERT D. MANCUSO, AND EDMUND J. MARONEY,**

              By their attorney,

              /s/ James P. Lucking
              James P. Lucking, BBO #650588
              **BINGHAM MCCUTCHEN LLP**
              150 Federal Street
              Boston, MA 02110-1726
              (617) 951-8482

Dated: October 27, 2005

-2-

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served by CM/ECF on all parties so registered and by first-class mail on all other parties on October 27, 2005.

/s/ James P. Lucking
James P. Lucking
