UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                                                  Plaintiff,<br><br>                    v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, , ROBERT D. MANCUSO, EDMUND J. MARONEY, and JOHN N. SPINNEY, JR.,<br><br>                                                  Defendants. | CIVIL ACTION<br>NO. 05-11627-RCL |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INVESTORS FINANCIAL SERVICES CORP.**

Pursuant to Local Rule 7.3(a), Defendant Investors Financial Services Corp. hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

                              **INVESTORS FINANCIAL SERVICES CORP.,**

                              By its attorneys,


                              /s/ James P. Lucking
                              Jordan D. Hershman, BBO #553709
                              Jason D. Frank, BBO #634985
                              James P. Lucking, BBO #650588
                              **BINGHAM MCCUTCHEN LLP**
                              150 Federal Street
                              Boston, MA  02110-1726
                              (617) 951-8000

Dated: October 27, 2005

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served by CM/ECF on all parties so registered and by first-class mail on all other parties on October 27, 2005.

                                                    /s/ James P. Lucking
                                                    James P. Lucking

LITDOCS/620147.1