UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br>          Defendants. | Civil Action No. 05-11627-RCL<br><u>Class Action</u> |
| ROBERT FAUSSNER, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br>          Defendants | Civil Action No.11687-RCL<br><u>Class Action</u> |

**ORDER APPROVING THE CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN AND THE IRONWORKERS ST. LOUIS DISTRICT COUNCIL PENSION FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

Having considered the City of Deerfield Beach Non-Uniform Employees Retirement Plan (the "City of Deerfield") and the Ironworkers St. Louis District Council Pension Fund's (the "Ironworkers Fund") Motion for Consolidation, Appointment as Lead Plaintiffs and for Approval of Selection of Lead and Liaison Counsel (the "Motion"), and good cause appearing therefor, the court orders as follows.

      1.      The motion is GRANTED.

      2.      The Related Actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a).

      3.      The court, having considered the provisions of §21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby determines that the City of Deerfield and the Ironworkers Fund are appointed Temporary Lead Plaintiffs pending a determination as to whether this action may proceed as a class action.

      4.      Lead Plaintiffs' selection of Lead and Liaison Counsel is approved.  Pursuant to §21D(a)(3)(B)(v), the law firm of Lerach Coughlin Stoia Gellar Rudman & Robbins LLP is appointed temporary Lead Counsel and Krakow & Souris, LLC is appointed temporary Liaison Counsel for the putative class pending a determination of whether this case may proceed as a class action.

SO ORDERED

                                        /s/ REGINALD C. LINDSAY
                                        United States District Judge

DATED:   November 2, 2005