UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, , ROBERT D. MANCUSO, EDMUND J. MARONEY, and JOHN N. SPINNEY, JR.,<br><br>Defendants. | Civil Action Nos.<br>05-11627-RCL<br>05-11687-RCL |

## ASSENTED-TO MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Defendants Investors Financial Services Corp., Kevin J. Sheehan, Michael F. Rogers, John N. Spinney, Jr., Robert D. Mancuso, and Edmund J. Maroney (collectively "Defendants") hereby move to consolidate Robert D. Jaffee Revocable Trust v. Investors Financial Services Corp., et al, 1:05-cv-11982 NMG with the above-captioned action. In support of this motion, Defendants state as follows:

1. There are currently three purported class action complaints that have been filed against Investors Financial Services Corp. ("IFSC"), all of which raise common questions of law and fact. Two of those purported class actions, Robert D. Jaffee Revocable Trust v. Investors Financial Services Corp., et al, 1:05-cv-11982 NMG and the above-captioned action, have been consolidated.

2. On August 4, 2005, Plaintiff, The Archdioceses of Milwaukee Supporting Fund Inc., filed the above-captioned action against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, on

behalf of individuals who purchased or otherwise acquired IFSC securities between October 15, 2003 and July 15, 2005 (the "Class Period").

3. On August 15, 2005, a related case, captioned as Faussner v. Investors Financial Services Corp., et al, 1:05-cv-11687 RCL, was filed in this Court against Defendants asserting identical claims on the basis of virtually identical allegations, on behalf of the same putative class.

4. On September 30, 2005, another purported class action, captioned Robert D. Jaffee Revocable Trust v. Investors Financial Services Corp., et al, 1:05-cv-11982 NMG, was filed in the United States District Court for the District of Massachusetts against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 on behalf of individuals who purchased or otherwise acquired IFSC securities during the Class Period.

5. On October 3, 2005, Plaintiffs filed a motion to, inter alia, consolidate Faussner v. Investors Financial Services Corp., et al, 1:05-cv-11687 RCL with the above-captioned action, but neglected to include Robert D. Jaffee Revocable Trust v. Investors Financial Services Corp., et al, 1:05-cv-11982 NMG in their request for consolidation.

6. On November 2, 2005, this Court granted Plaintiffs' motion to, inter alia, consolidate the above-captioned action with Faussner v. Investors Financial Services Corp., et al, 1:05-cv-11687 RCL pursuant to Rule 42(a). However, because Plaintiffs' motion did not mention Robert D. Jaffee Revocable Trust v. Investors Financial Services Corp., et al, 1:05-cv-11982 NMG, it was not consolidated pursuant to that Order.

7. At the suggestion of the Clerk of this Court, Defendants now move to consolidate Robert D. Jaffee Revocable Trust v. Investors Financial Services Corp., et al, 1:05-cv-11982 NMG with the above-captioned action pursuant to Rule 42(a).

8. Consolidation is appropriate here because the actions to be consolidated involve common questions of law and fact. See Fed. R. Civ. P. 42(a).

9.  The Robert D. Jaffee Revocable Trust assents to the relief requested by this motion.

WHEREFORE, Defendants respectfully request that this Court enter an order consolidating <u>Robert D. Jaffee Revocable Trust v. Investors Financial Services Corp., et al</u>, 1:05-cv-11982 NMG with the above-captioned action.

INVESTORS FINANCIAL SERVICES CORP.,

By its attorneys,

/s/ Jason D. Frank
Jordan D. Hershman, BBO #553709
Jason D. Frank, BBO #634985
James P. Lucking, BBO #650588
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

Dated: December 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by CM/ECF on all parties so registered and by first-class mail on all other parties on December 22, 2005.

/s/ Jason D. Frank
Jason D. Frank