UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>                Defendants. | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br>CLASS ACTION |

**SUPERSEDING STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

The parties, by and through their counsel, hereby agree to extend the time within which the defendants must answer, move or otherwise respond to the complaint filed in this action as set forth below. Further, the parties hereby agree to the following schedule for the filing by Lead Plaintiffs of a consolidated amended complaint and the briefing of defendants' motion to dismiss.

This proposed stipulation supersedes the stipulation filed by the parties with the Court on November 23, 2005, currently unapproved. Specifically, Defendants have agreed that Lead Plaintiffs will file a consolidated amended complaint on or before January 30, 2006. Defendants shall answer, move or otherwise respond to the consolidated amended complaint by March 14, 2006. In the event that defendants move to dismiss the consolidated amended complaint, Lead Plaintiffs shall file any opposition briefs on or before April 13, 2006. Any defendant seeking to file a reply to the opposition papers must first obtain leave of court upon motion made on or before April 25, 2006.

Respectfully Submitted,

| | |
|---|---|
| **THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,** | **INVESTORS FINANCIAL SERVICES, CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, and JOHN N. SPINNEY, JR.,** |
| By its attorneys, | By their attorneys, |
| /s/ Jeffrey W. Lawrence | /s/ Jordan D. Hershman |
| Jeffrey W. Lawrence, BBO #285140<br>James W. Oliver<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>(415) 288-4545 | Jordan D. Hershman, BBO #553709<br>Jason D. Frank, BBO #634985<br>James P. Lucking, BBO #650588<br>William R. Harb, BBO #657270<br>**BINGHAM MCCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8000 |

Dated: January 12, 2006

T:\CasesSF\InvestorsFinancialServices\STP00027244.doc

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing, pursuant to Local Rule 5.2(2), was served by CM/ECF on all parties so registered and by U.S. mail on all other parties on January 12, 2006.


                                             /s/ Jeffrey W. Lawrence_____
                                             Jeffrey W. Lawrence

INVESTORS FINANCIAL

Service List - 1/12/2006   (05-0197)

Page 1 of 2

**Counsel For Defendant(s)**

Jason D. Frank
Jordan D. Hershman
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
  617/951-8000
  617/951-8736 (Fax)

William R. Harb
Testa, Hurwitz & Thibeault, LLP
High Street Tower, 125 High Street
Boston, MA  02110
  617/248-7000
  617/248-7100 (Fax)

**Counsel For Plaintiff(s)**

David Pastor
Gilman And Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109
  617/742-9700
  617/742-9701 (Fax)

Aaron D. Krakow
Christopher N. Souris
Krakow & Souris, LLC
225 Friend Street
Boston, MA  02114
  617/723-8440
  617/723-8443 (Fax)

Elise J. Cohen
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
  310/859-3100
  310/278-2148 (Fax)

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)

David R. Scott
Neil Rothstein
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT  06415
  860/537-5537
  860/537-4432 (Fax)

INVESTORS FINANCIAL
Service List - 1/12/2006    (05-0197)
Page 2 of 2

| | |
|---|---|
| Thomas G. Shapiro | Robert I. Harwood |
| Edward F. Haber | Jeffrey M. Norton |
| Theodore M. Hess-Mahan | Wechsler Harwood LLP |
| Shapiro Haber & Urmy, LLP | 488 Madison Avenue, 8th Floor |
| 53 State Street | New York, NY  10022 |
| Boston, MA  02109 | 212/935-7400 |
| 617/439-3939 | 212/753-3630 (Fax) |
| 617/439-0134 (Fax) | |