UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br>CLASS ACTION |

[CORRECTED] SUPERSEDING STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT

The parties, by and through their counsel, hereby agree to extend the time within which defendants must answer, move or otherwise respond to the complaint filed in this action as set forth below.  Further, the parties hereby agree to the following schedule for the filing by lead plaintiffs of a consolidated amended complaint and the briefing of defendants' motion to dismiss.

This proposed stipulation supersedes the stipulation filed by the parties with the Court on November 23, 2005, currently unapproved.  Specifically, defendants have agreed that lead plaintiffs will file a consolidated complaint on or before February 3, 2006.  Defendants shall answer, move or otherwise respond to the consolidated amended complaint by March 20, 2006.  In the event that defendants move to dismiss the consolidated amended complaint, lead plaintiffs shall file any opposition briefs on or before April 18, 2006.  Any defendant seeking to file a reply to the opposition papers must first obtain leave of court upon motion made on or before May 1, 2006.

Respectfully submitted,

| | |
|---|---|
| **CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN IRONWORKERS and ST. LOUIS DISTRICT COUNCIL PENSION FUND, On Behalf of Plaintiff and All Others Similarly Situated,**<br>By their attorneys, | **INVESTORS FINANCIAL SERVICES, CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, and JOHN N. SPINNEY, JR.,**<br><br>By their attorneys, |
| /s/ Jeffrey W. Lawrence<br>Jeffrey W. Lawrence, BBO #285140<br>James W. Oliver<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>(415) 288-4545 | /s/ Jordan D. Hershman<br>Jordan D. Hershman, BBO #553709<br>Jason D. Frank, BBO #634985<br>James P. Lucking, BBO #650588<br>William R. Harb, BBO #657270<br>**BINGHAM MCCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA  02110-1726<br>(617) 951-8000 |

Dated:  January 30, 2006

- 2 -

\* \* \*

# O R D E R

IT IS SO ORDERED.

DATED: _____

THE HONORABLE REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE

T:\CasesSF\InvestorsFinancialServices\STP00027648.doc

<u>DECLARATION OF SERVICE BY FACSIMILE</u>

I, the undersigned, declare:

1.That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.That on January 30, 2006, declarant served by facsimile the **[CORRECTED] SUPERSEDING STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** to the parties listed on the attached Service List.

3.That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January, 2005, at San Francisco, California.

/s/
CAROLYN BURR

INVESTORS FINANCIAL (LEAD)
Service List - 1/30/2006   (05-0197)
Page 1 of 1

**Counsel For Defendant(s)**

Jordan D. Hershman
Jason D. Frank
William R. Harb
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
   617/951-8000
   617/951-8736 (Fax)

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Aaron D. Krakow<br>Christopher N. Souris<br>Krakow & Souris, LLC<br>225 Friend Street<br>Boston, MA  02114<br>   617/723-8440<br>   617/723-8443 (Fax) | Jeffrey W. Lawrence<br>James W. Oliver<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>   415/288-4545<br>   415/288-4534 (Fax) |