UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>　　　　　　　　Defendants. | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br>CLASS ACTION |

NOTICE OF APPEARANCE

Please take notice that Jeffrey W. Lawrence hereby enters his appearance on behalf of the plaintiffs in this Action.

| | |
|---|---|
| DATED:  January 31, 2006 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>JEFFREY W. LAWRENCE<br>JAMES W. OLIVER |

                                               /s/ Jeffrey W. Lawrence
                                            JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

KRAKOW & SOURIS, LLC
AARON D. KRAKOW (BBO No. 544424)
CHRISTOPHER N. SOURIS (BBO No. 556343)
225 Friend Street
Boston, MA  02114
Telephone:  617/723-8440
617/723-8443

Liaison Counsel

T:\CasesSF\InvestorsFinancialServices\NOT00027662.doc

CERTIFICATE OF SERVICE

     I, Jeffrey W. Lawrence, hereby certify that I caused a copy of the foregoing to be sent this day by first class U.S. mail and facsimile to the parties listed on the attached Service List.

/s/ Jeffrey W. Lawrence
Jeffrey W. Lawrence

INVESTORS FINANCIAL (LEAD)

Service List - 1/31/2006   (05-0197)

Page 1 of 1

**Counsel For Defendant(s)**

Jordan D. Hershman
Jason D. Frank
William R. Harb
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
   617/951-8000
   617/951-8736(Fax)

**Counsel For Plaintiff(s)**

Aaron D. Krakow
Christopher N. Souris
Krakow & Souris, LLC
225 Friend Street
Boston, MA  02114
   617/723-8440
   617/723-8443(Fax)

Jeffrey W. Lawrence
James W. Oliver
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534(Fax)