UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>          vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>                              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br><br><u>DEMAND FOR JURY TRIAL</u> |

LEAD PLAINTIFFS' [CORRECTED] CONSOLIDATED COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS

## TABLE OF CONTENTS

**Page**

I.      INTRODUCTION ................................................................................................1

II.     JURISDICTION AND VENUE ........................................................................7

III.    THE PARTIES...................................................................................................7

IV.     WITNESSES/SOURCES OF PLAINTIFFS' ALLEGATIONS .......................11

V.      INVESTORS FINANCIAL'S FALSE FINANCIAL STATEMENTS...........................11

        A.      FAS 91 Requires Application of the "Retrospective" Method.............................14

                1.      Investors Financial Did Not Disclose the Company's Prepayment
                        Policy ...............................................................................................16

                2.      The Company Was at Risk of Losing the Unamortized Premium
                        Amount of SBA Bonds Purchased at a Premium .....................................17

                3.      Facts Demonstrating that the Prepayments Occurred on the
                        Company's SBA Securities.......................................................................18

                        a.      Prepayments on SBA Variable Rate Pools
                                Increased During 2001 .................................................................18

                        b.      CW1 Reported that SBA Bonds Being Prepaid
                                During 2002-2003 Time Period....................................................19

                4.      The Company's SBA Securities Were Impaired .......................................20

        B.      Defendants' Knowledge of Investors' True Financial Condition Was
                Gained, in Part, Through Participation in the Company's Twice Monthly
                Asset and Liability Committee Meetings ..........................................................25

        C.      Investors Financial Restates Three-and-a-Half Years
                of Financial Statements...................................................................................28

        D.      Investors Financial Knew Its Internal Accounting
                Controls Were Inadequate................................................................................33

        E.      Investors Financial Failed to Make Required Disclosures ....................................35

        F.      Other GAAP and SEC Violations.....................................................................36

        G.      Investors Financial Certified False and Misleading Financial Results.................38

                                                                                        **Page**

VI.     DEFENDANTS' FALSE AND MISLEADING STATEMENTS DURING THE
        CLASS PERIOD...................................................................................................39

        A.      Defendants' False and Misleading Statements Concerning 1Q01 Financial
                Results..................................................................................................39

        B.      Defendants' False and Misleading Statements Concerning 2Q01 Financial
                Results..................................................................................................42

        C.      Defendants' False and Misleading Statements Concerning 3Q01 Financial
                Results..................................................................................................45

        D.      Defendants' False and Misleading Statements Concerning 4Q01 Financial
                Results and Fiscal Year 2001 Financial Results...................................................46

        E.      Defendants' False and Misleading Statements Concerning 1Q02 Financial
                Results..................................................................................................50

        F.      Defendants' False and Misleading Statements Concerning 2Q02 Financial
                Results..................................................................................................53

        G.      Defendants' False and Misleading Statements Concerning 3Q02 Financial
                Results..................................................................................................56

        H.      Defendants' False and Misleading Statements Concerning 4Q03 Financial
                Results and Fiscal Year 2001 Financial Results...................................................60

        I.      Defendants' False and Misleading Statements Concerning the 1Q03
                Financial Results.....................................................................................63

        J.      The Defendants' False and Misleading Statements
                Concerning 2Q03 Financial Results ................................................................66

        K.      Defendants' False and Misleading Statements Concerning 3Q03 Financial
                Results..................................................................................................69

        L.      Defendants' False and Misleading Statements Concerning 4Q04 Financial
                Results and Fiscal Year 2003 Financial Results...................................................74

        M.      Defendants' False and Misleading Statements Concerning 1Q04 Financial
                Results..................................................................................................79

        N.      Defendants' False and Misleading Statements Concerning 2Q04 Financial
                Results..................................................................................................81

**Page**

O.    Defendants' False and Misleading Statements Concerning 3Q04 Financial Results......................................................................................................86

P.    Defendants' False and Misleading Statements Concerning 4Q04 and Fiscal Year 2004 Financial Results.......................................................100

Q.    Defendants' False and Misleading Statements Concerning 1Q05 Financial Results......................................................................................................104

R.    Defendants' False and Misleading Statements Concerning 2Q05 Financial Results......................................................................................................107

VII.    POST CLASS PERIOD EVENTS .................................................................118

VIII.    ADDITIONAL EVIDENCE OF DEFENDANTS' SCIENTER ....................................120

A.    Investors Financial's Compensation Scheme Motivated Defendants to Commit Fraud ................................................................................................120

B.    Individual Defendants Sold Stock for Multi-Millions in Insider Proceeds While in Possession of Material Adverse Information .........................................122

IX.    LOSS CAUSATION..................................................................................................129

X.    CAUSES OF ACTION..............................................................................................134

COUNT ONE.......................................................................................................................134

For Violation of Section 10(b) of the Exchange Act and Rule 10b-5 Against All Defendants .........................................................................................................134

COUNT TWO.......................................................................................................................135

For Violation of Section 20(a) of the Exchange Act Against All Defendants.................135

XI.    CLASS ACTION ALLEGATIONS ...........................................................................136

XII.    NO SAFE HARBOR ................................................................................................137

XIII.    PRAYER FOR RELIEF ..........................................................................................137

XIV.    JURY DEMAND......................................................................................................137

## I.     INTRODUCTION

1.     This securities class action is brought on behalf of persons who purchased or otherwise acquired Investors Financial Services Corporation ("Investors Financial" or the "Company") securities between April 10, 2001 and July 14, 2005 (the "Class Period"), against Investors Financial and several of its officers and directors for violations of the federal securities laws.  Defendants engaged in a scheme to defraud shareholders in violation of §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act" or "1934 Act"), 15 U.S.C. §§78j(b), 78t(a), and Rule 10b-5 promulgated thereunder by the United States Securities and Exchange Commission ("SEC"), 17 C.F.R. §240.10b-5.

2.     Investors Financial is a bank holding company that through its subsidiaries, primarily Investors Bank & Trust ("IBT"), provides a broad range of services to financial asset managers, such as mutual fund complexes, investment advisors, banks and insurance companies.  The Company breaks down its services into two categories: core services and value-added services.  The core services include global custody, multicurrency accounting and mutual fund administration and the value-added services include securities lending, foreign exchange, cash management, performance measurement, institutional transfer agency, investment advisory services, and lines of credit.  The Company also manages a portfolio of financial assets that it holds for its own account.

3.     From 2001 through the first half 2005, Investors Financial was able to report ever-increasing earnings.  For 17 straight quarters during the Class Period, defendants, principally through Chief Executive Officer ("CEO") Kevin Sheehan and Chief Financial Officer ("CFO") John N. Spinney consistently told the market in conference calls and through conversations with analysts, that the Company would produce growth of 25% in diluted earning per share ("EPS") virtually every year from 2001 through 2005.  Indeed, even as late as a January 25, 2005, conference call, one quarter after the Company restated its financial results for 2001, 2002, 2003 and the first two

quarters of 2004, defendant Sheehan stated, "[w]e remain confident in our ability to produce growth of 25 percent in diluted earnings per share in 2005." Exhibit J.[1]  Thus, defendants had long conditioned the market to believe that Investors Financial's growth prospects were consistent and positive year after year.  The essence of this case involves defendants' scheme to achieve these results by deceiving investors and the market about Investors Financial's true financial condition by issuing false and misleading statements and omissions regarding the Company's net interest income as a result of prepayment of the Company's debt instruments.

4.       The Company's net interest income is the difference between income generated from interest-earning assets and expense on its interest-bearing liabilities – generally mortgage backed securities ("MBS") and federal agency debt securities (principally Small Business Administration ("SBA") backed loans).  Prepayments generally rise in a declining interest rate environment because mortgagors can obtain other mortgage loans with lower prevailing interest rates, which reduces their cost of borrowing.  Thus, because the Company had purchased most of its securities at a premium, any prepayments negatively affect the Company's net interest income because the securities' new effective yield would be lower than the one calculated at acquisition and the difference between carrying values (new carrying value and the actual carrying value) would be charged or credited to interest income.  This became significant in 2001, when interest rates began to decline – with rates declined 100 basis points in January 2001, alone – and continuing the decline through 2003.

5.       Defendants' fraudulent conduct involved accounting manipulations that effectively misrepresented Investors Financial's net interest income and net income in violation of generally accepted accounting principles ("GAAP").  Throughout 2001 and 2004, defendants improperly used

---

[1]        All Exhibit references are attached hereto.

2

"the prospective method" of accounting for the yield on Investor Financial's securities, which allowed them to push the amortization of premium (expense) to future periods and avoid having to acknowledge that in a market where there are significant prepayments (as was the case in 2001 through 2003) the Company avoided reporting the decline in net interest income. The appropriate method, the "retrospective method," however, factors in the Company's "***actual prepayments experienced***" when calculating a securities new effective yield, thereby lowering interest income. Although FASB Statement of Financial Accounting Standards ("FAS") 91 required defendants to use the "retrospective method," due to the type of security that the Company held, defendants intentionally used the "prospective method" to avoid factoring in the Company's "actual prepayment experience" on its mortgage-backed and SBA debt securities and was able to overstate its net interest income and meet the goals defendants had promised the market.

6.    In an October 21, 2004, press release, the Company announced the restatement and stated, "Commenting on the change in the application of FAS 91, the Company noted that it has historically applied a prospective method under FAS 91 to determine the amortization of premiums and accretion of discounts on applicable investment securities. The Company has determined that it is appropriate to change to applying a retrospective method on applicable investment securities."[2] The restatement affected fiscal years 2001 and 2002 the most with overstated net interest income of $8.5 million and $2.3 million, respectively. Similarly, because the Company was now reversing the expenses for fiscal year 2003 and the first two quarters of 2004 net interest income increased

---

[2]    In fact, prior to the restatement, the Company had ***never*** stated its method of accounting for amortization of premiums and accretion of discounts stating only "[t]he Company recognizes and accrues income on its interest-earning assets as earned . . . utilizing a method that approximates the [effective] yield . . . ." *E.g.*, 2002 SEC Report on Form 10-K.

because the Company had previously understated net interest income by $1.0 million and $2.7 million, respectively.

7.      By restating its earlier financial results, defendants acknowledged that those results were falsely based on information available ***at the time*** they were reported.  Indeed, under GAAP, there was no question that the Company should have been applying the "retrospective method" pursuant to FAS 91.  Indeed, four years earlier the Company's auditor Deloitte & Touche LLP had publicly noted that: ***All fixed rate MBSs (mortgage backed securities) and adjustable rate MBSs are required to follow the retrospective method***.  Deloitte & Touche by Sunil Gangwani, Allen S. Thomas and James Mountain, "In Accounting For Investments in MBS and ABS" in *Speaking of Securitization, Accounting, Tax, Regulatory and Other Developments Affecting Transfers and Servicing of Financial Assets*, Vol. 5 Issue 1 at 1, 9 (2000).

8.      Moreover, according to the restatement, 2001 and 2002 were the years where the Company's net interest income was materially overstated.  During this time period (2001 through 2002) defendants sold thousands of shares of Investors Financial stock taking in proceeds of more than $41.5 million, with executive officers taking home bonuses of $11.8 million.

9.      On this disclosure of the Company's financial condition, the Company's share price dropped more than 16%, closing at $36.50 per share on October 22, 2004 on astronomical trading of more than 11.6 million shares – ***14 times*** the trading volume of the day before. Six days later, on October 27, 2004, the Company informed investors that its financials reported on Form 10-K and 10-Q for fiscal year 2003 and the first two quarters of 2004 "should no longer be relied upon" and misrepresented to investors that the particular security or securities involved in the restatement regarding the FAS 91 issue were "***securities backed by mortgages and other loans***," rather than stating that it involved SBA securities which dealt with the second aspect of defendants' fraud.

4

10.     On November 15, 2004, the Company held a conference call and discussed the restatement.  During the conference call defendant Sheehan (CEO) directly attempted to mislead investors by falsely stating that "***this restatement did not impact the accounting for our SBA portfolio.***"[3]

11.     In fact, while the statements in the November 15, 2004 conference call partially revealed the true state of the Company's business they were also false and misleading – the SBA portfolio had also experienced significant prepayments and thus the net interest income on those securities was also substantially diminished.  Moreover, by November 2004, much of the SBA portfolio was impaired and the Company should have taken an impairment charge on these securities.  However, such a charge would have materially and negatively impacted the Company's net interest income.  Defendants thus continued to carry the assets without the charge.

12.     Defendants could only keep the facade up for two quarters.  On July 14, 2005, the Company issued a press release reporting the financials for the quarter ended June 30, 2005.  In the press release, the Company drastically reduced its earnings guidance from 25% EPS growth to 10% growth for all of 2005 and all of 2006.  Thus, the defendants' fraudulent conduct caused the substantial economic harm to the class.  On this partial disclosure of the true state of the Company's financial condition, the Company's share price dropped 18% to $34.05 per share on July 15, 2005 on trading of more than 22 million shares – which was 12.5 times the prior day's trade.

───────────────────

[3]     Defendant Sheehan also falsely stated the Company did, however, "correct a clerical error in the contractual maturity table in the MD&A session of our 2003 10-K.  We previously reported federal agency securities having a yield of 3.16% in the over-10-year category [sic] and 2.76% in the 5- to 10-year category.  These yields should have been 2.71% and 2.28% respectively, consistent with the income we recognize in our financial statements."  In fact, this "clerical error" reduced the yields to reflect the prepayments in SBA securities even as defendants indicated that the restatement did not impact the SBA securities.

13.     During the July 14, 2005 conference call, in attempting to explain the decline, defendants sought to blame the decrease on a flatter than expected yield curve, but it is clear that this was simply a red herring – defendants had factored in the flattening yield curve into their guidance, as they had said only several months earlier in January 2005:

> John Spinney - ***Investors Financial Services Corp. - CFO, SVP***
>
> ***We are also modeling a further flattening of the yield curve in 2005. We remain comfortable with our long-term growth rate of 25 percent EPS.***
>
> Joel Gomberg - ***William Blair – Analyst***
>
> And then, we have clearly seen some flattening of the yield curve here this last quarter.
>
> Kevin Sheehan - Investors Financial Services Corp. - Chairman, CEO
>
> ***And then with respect to the yield curve, we do have a flattening of the yield curve baked into our guidance for next year and expect dead (ph) funds to achieve 4 percent by the end of December. That's baked into our guidance. Does that answer your question?***

Exhibit J.

14.     In fact, the Company eventually announced the truth in its August 9, 2005 Report on Form 10-Q for the quarter ending June 30, 2005. In the Form 10-Q, the Company acknowledged for the first time that prepayments increased for SBA guaranteed loan pools and that it would adversely affect net interest income for the remainder of 2005. In part, the Company stated:

> Prepayment speeds for mortgage-backed securities increased during the second quarter of 2005 due to increased refinancing activity driven by declining mortgage rates. We expect recent prepayment experience to continue subject to future interest rate movements. ***Prepayment experience for Federal agency securities (primarily SBA guaranteed loan pools) also increased over this period as the weighted average life of the securities shortened. We expect the combination of heightened prepayment experience and, more significantly, reduced reinvestment opportunities to continue to pressure our net interest income for the remainder of 2005.***

## II.     JURISDICTION AND VENUE

15.     Jurisdiction is conferred by §27 of the 1934 Act.  The claims asserted herein arise under §§10(b) and 20(a) of the 1934 Act and Rule 10b-5.

16.     Venue is proper in this District pursuant to §27 of the 1934 Act.  Many of the false and misleading statements were made in or issued from this District.

17.     Investors Financial's executive offices are located in Boston, Massachusetts, where the day-to-day operations of the Company are directed and managed.

## III.     THE PARTIES

18.     Lead plaintiffs are Ironworkers St. Louis District Council Pension Fund and City of Deerfield Beach Non-Uniform Employees Retirement Plan; each purchased IBT publicly traded securities during the Class Period at prices inflated by defendants' fraudulent activity and suffered substantial economic loss when the facts about Investors Financial's business were revealed at the end of the Class Period.

19.     Defendant Investors Financial is a bank holding company that through its subsidiaries, primarily IBT, provides a broad range of services to financial asset managers, such as mutual fund complexes, investment advisors, banks and insurance companies.  The Company provides global custody, multicurrency accounting and mutual fund administration, securities lending, foreign exchange, cash management, performance measurement, institutional transfer agency, investment advisory services, and lines of credit.  The Company's headquarters are in Boston, Massachusetts, with offices throughout North America.

20.     Defendant Sheehan is, and was at all relevant times, Investors Financial's CEO. During the Class Period, defendant Sheehan sold 955,000 shares of Investors Financial common stock for proceeds of $38,970,144.  Sheehan was present and/or directly made the statements to analysts.  According to confidential witness ("CW__") 2 reported that defendant Sheehan was the

7

"architect" of IBT's SBA bond investment program and that he understood the SBA bond marketplace because of his experience as a former executive with the Bank of England, which did a substantial amount of business in SBA bonds.

21.     Defendant Michael F. Rogers is, and was at all relevant times, Investors Financial's President.  During the Class Period, Rogers sold 100,000 shares of Investors Financial common stock for proceeds of $3,533,311.

22.     Defendant Spinney has been Investors Financial's CFO since January 1, 2002. During the Class Period, Spinney sold 200 shares of Investors Financial common stock for proceeds of $5,472,000 in his position as the CFO.  Spinney was present and/or directly made the statements to analysts.  CW1 reported that defendant Spinney put together the material for the analysts.

23.     Defendant Karen C. Keenan was Investors Financial's CFO until January 1, 2002. During the Class Period, Keenan sold 120,000 shares of Investors Financial common stock for proceeds of $4,422,900.  Keenan was present and/or directly made the statements to analysts.

24.     Defendant Robert D. Mancuso is, and was at all relevant times, Investors Financial's Senior Vice President – marketing and client management.  During the Class Period, Mancuso sold 253,709 shares of Investors Financial common stock for proceeds of $9,975,145.

25.     Defendant Edmund J. Maroney is, and was at all relevant times, Senior Vice President of Technology at Investors Financial.  During the Class Period, Maroney sold 230,680 shares of Investors Financial common stock for proceeds of $8,790,691.

26.     Defendant John E. Henry is, and was at all relevant times, Senior Vice President, General Counsel and Secretary.  During the Class Period, Henry sold 65,848 shares of Investors Financial common stock for proceeds of $2,455,121.

27.     The defendants listed in ¶¶19-26 are hereinafter referred to as the Individual Defendants.

28.     Because of their positions with Investors Financial, the Individual Defendants had access to non-public information about its business, finances, products, markets and present and future business prospects via access to internal corporate documents, conversations and connections with other corporate officers and employees, attendance at management and board of directors meetings and committees thereof and via reports and other information provided to them in connection therewith.  In particular, Sheehan, Rogers, Spinney and Keenan, their participation in the twice-monthly meetings of the Company's Asset & Liability Committee provided them with specific knowledge of the prepayments of Investors Financial securities.  Because of their possession of such information, the Individual Defendants knew or recklessly disregarded the adverse facts specified herein that had not been disclosed to, and were being concealed from, the investing public.

29.     The Individual Defendants are liable as direct participants in, and co-schemes with respect to the wrongs complained of herein.  In addition, the Individual Defendants, by reason of their status as senior executive officers and/or directors, were "controlling persons" within the meaning of §20 of the Exchange Act and had the power and influence to cause the Company to engage in the unlawful conduct complained of herein.  Because of their positions with the Company, the Individual Defendants were able to – and did, directly or indirectly – control the conduct of Investors Financial's business.

CONTROL PERSONS

30.     The Individual Defendants, because of their positions with Investors Financial controlled and/or possessed the authority to control the contents of the Company's reports, press releases and presentations to securities analysts and through them, to the investing public.  The

Individual Defendants were provided with copies of the Company's filings, reports and press releases alleged herein to be misleading, prior to or shortly after their issuance, and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Thus, the Individual Defendants had the opportunity to commit the fraudulent acts alleged herein.

31.     As senior executive officers and/or directors and as controlling persons of a publicly traded company whose common stock was, and is, registered with the SEC pursuant to the Exchange Act, and was traded on the National Association of Securities Dealers Automatic Quotation System ("NASDAQ") and governed by the federal securities laws, the Individual Defendants had a duty to promptly disseminate accurate and truthful information with respect to the Company's financial condition and performance, growth, operations, financial statements, business products, markets, management, earnings and present and future business prospects, and to correct any previously issued statements that had become materially misleading or untrue, so that the market price of Investors Financial's publicly traded securities would be based upon truthful and accurate information.  The Individual Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

32.     Each of the Individual Defendants is liable as a participant in a fraudulent scheme and course of business that operated as a fraud or deceit on purchasers of Investors Financial common stock by disseminating materially false and misleading statements and/or concealing material adverse facts.  The scheme: (a) deceived the investing public regarding Investors Financial's business, operations, management and the intrinsic value of Investors Financial common stock; (b) enabled the Company to meet analyst earnings projections; (c) enabled Investors Financial insiders to sell their personally held Investors Financial common stock generating millions in proceeds; and

(d) caused plaintiffs and other members of the class to be damaged by their purchase Investors Financial securities at artificially inflated prices.

## IV.    WITNESSES/SOURCES OF PLAINTIFFS' ALLEGATIONS

33.    CW1 is a former managing director of risk management at IBT, the Company's primary operating subsidiary, between early 2001 and late 2003.  While at IBT, CW1 reported to, and communicated with, IBT's CEO and members of the Management, Asset/Liability, and Credit Committees concerning independent risk management; building an enterprise credit risk measurement and daily management reporting system providing management with a complete counterparty risk picture; accumulating input from trading desks, generating management reports, with an early warning system tracking key–risk indicators of common stock, debt, and credit default swap prices that included mortgage backed securities, collateralized debt obligations, municipal, and agency bond portfolios.

34.    CW2 is a former senior director of institutional transfer at IBT between early 2002 and late 2004.  CW2 handled the accounting and record-keeping activities for transactions of shareholders in mutual funds and other investment products administered at IBT.

35.    CW3 is a former senior account manager at IBT prior to the Class Period up until late 2002.  CW3 worked in the accounting and control service that IBT provided for its mutual fund client.

## V.    INVESTORS FINANCIAL'S FALSE FINANCIAL STATEMENTS

36.    Investors Financial, a financial services company sought to show the market that it was a well managed profitable company, even through times of overall market decline.  A large part of Investors attempt to convince the market that it was able to achieve growth quarter after quarter was its net interest income.  For example, during a March 22, 2001 interview with Bloomberg's Carol Massar, defendant Kevin Sheehan acknowledged that while Investors' asset business had

declined, it was offset by transactions and a corresponding increase in the cash side (lending) of the business by investing overnight cash for its clients. He said: "[A]ny decline that we've experienced in the asset based fees have been more than offset in the earning on our cash side of the business.... and net interest income should be up dramatically." In fact by the time of the March 22, 2001 conference call, interest rates had declined 1.50 basis points to 4.50%. The essence of this case involves defendants' scheme to achieve these results by deceiving investors and the market about Investors Financial's true financial condition by issuing false and misleading statements and omissions the regarding the Company's net interest income as a result of prepayments of the Company's debt instruments. Through out the class period, as defendants were telling the market that their business, and in particular their net interest income was increasing, they knew that in fact there were substantial prepayments on their debt instruments that would (and did) result in lowering the net interest income. In order to artificially inflate the price of Investors Financial securities, to meet analyst expectations and to pocket millions in ill-gotten gains, defendants caused the Company to falsely report its financial results in violation of Generally Accepted Accounting Principles ("GAAP") and SEC rules for: (i) fiscal years 2001, 2002 and 2003 filed with its Forms 10-K; (ii) the 2001, 2002 and 2003 quarters filed on Forms 10-Q; (iii) the first two quarters of 2004 filed on Forms 10-Q; and (iv) financial results included in press releases, conference calls and other SEC filings throughout the Class Period. The following reflects defendants' stock sale during the period that they were fraudulently reporting Investors net interest income to the market as interest rates declined and loans were being prepaid:



37.     Specifically, defendants intentionally or recklessly improperly used the "prospective method" of accounting for accretion of discounts and amortization of premium on its debt securities in order to extend the amortization of premiums (expenses) to future periods and failed to record impairment charges on certain of their federal agency securities. The Company's financial results, and defendants' representations about them, were false and misleading when made because the financial statements did not fairly present the Company's financial position and its results were presented in violation of GAAP and SEC rules.

38.     GAAP are those principles recognized by the accounting profession as the conventions, rules and procedures necessary to define accepted accounting practice at a particular time. SEC Regulation S-X (17 C.F.R. §210.4-01(a)(1)) states that financial statements filed with the SEC which are not prepared in compliance with GAAP are presumed to be misleading and

13

inaccurate, despite footnote or other disclosure. Regulation S-X requires that interim financial statements must also comply with GAAP. 17 C.F.R. §210.10-01(a).

### A.     FAS 91 Requires Application of the "Retrospective" Method

39.     FAS 91 "establishes the accounting for nonrefundable fees and costs associated with lending, committing to lend, or purchasing a loan or group of loans" and applies "to all types of loans (including debt securities) as well as to all types of lenders (including banks, thrift institutions, insurance companies, mortgage bankers, and other financial and nonfinancial institutions)." FAS 91 requires that if the company anticipates prepayments in a debt security it "shall recalculate the effective yield to reflect actual payments to date and anticipated future payments." FAS 91, ¶19. Thus, where there are substantial interest rate reductions and prepayment of earlier debt instruments, those interest rates are higher than currently in the market. Under FAS 91, ¶18m, the new effective yield is calculated by taking "***actual prepayments" experienced from the date of acquisition AND new estimate of expected future prepayments***. Then, FAS 91 states that the carrying value is then adjusted to the amount that would have existed had the new effective yield been applied since acquisition. Next, FAS 91 ***requires that the difference between the new carrying value and the actual carrying value is charged or credited to interest income***. Because the new effective yield is calculated by ***looking back*** at the actual prepayments experienced up to the reporting date, this method is called the "retrospective method."

40.     In contrast, under the "prospective method," in the initial accrual period, interest income is accrued based on the initial carrying value and effective yield. As cash is received, it is first applied to accrued interest and then to reduce the carrying value to zero. At each reporting period, the new effective yield is calculated by taking the "***carrying value at the end of the previous reporting period" AND new estimate of expected future prepayments***. The new estimate of expected future prepayments is a subjective estimate that the Company controls. Because the new

14

effective yield is calculated by taking the securities carrying value and ***looking forward*** to the new estimate of expected future prepayments, this method is called the "prospective method." If the new effective yield is less than the then current risk free interest rate, *i.e.*, the debt instrument is producing less income than could be achieved in the market, the security is impaired and written-down to fair value, which becomes the new cost basis. This procedure continues until all cash has been received. The prospective method does not result in a write-up or write-down of the carrying value in the reporting period and only future income is affected.

41.     Thus, as shown above, the major difference to the Company in switching to the retrospective method from the prospective method ***is factoring in*** "***actual prepayments experienced***" when calculating the security's "new effective yield." FAS 91, ¶19.

42.     Thus, under the "retrospective method," if a debt security is purchased at a premium and if prepayments accelerate, the new effective yield is lower than the one calculated at acquisition and interest income is lower than initially projected. The Company's auditor notes that this "method will have the most impact on period-to-period earnings in the middle of the life of the investment. Because the effective yield to maturity is adjusted, a portion of the total cash flows is amortized over the remaining life at a higher or lower yield." Exhibit A at 9. The auditor also notes that a change in prepayments near the end of an investment's life "will have less impact on cash flows." *Id.*

43.     The Department of Housing and Urban Development reported on November 2, 2004, that "[r]efinancing has fueled the growth in total mortgage originations, which were $638 billion in 1995 (a period of low refinance activity), but topped $2.5 trillion in 2002 (a period of heavy refinance activity). The refinance share of total mortgage originations rose to 50 percent in 1998, then decreased to 19 percent in 2000 before jumping to 57 percent in 2001, and 59 percent in 2002.

15

During the 2001-02 refinance boom, approximately 40 percent of the $2.5 trillion in mortgage debt outstanding was refinanced."

44.     When prepayments occur, the Company (a) loses the unamortized premium amount; (b) forgoes its right to receive above-market interest rates with the higher rate SBA coupon; (c) receives the par amount of the bond in cash; and (d) is forced to invest its cash in securities that carry a lower interest rate.  Thus, if the Company had disclosed it was experiencing prepayments on its SBA securities, the above factors would clearly send the signal to the market that the Company's net interest income in its upcoming financials would be lower.

### 1.     Investors Financial Did Not Disclose the Company's Prepayment Policy

45.     FAS 91, ¶19 also requires that "[e]nterprises that anticipate prepayments shall disclose that policy and the significant assumptions underlying the prepayment estimates." Throughout the Class Period, Investors Financial failed to disclose its prepayment estimates, policy and assumptions underlying its prepayment estimates in its SEC filings.

46.     Post-Class Period, however, the Company admits that its prepayment policy should have been disclosed in its SEC filings.  In the Company's June 2005 and September 2005 Reports on Form 10-Q, the Company now provides limited disclosure of the Company's prepayment policy:

> Securities – The specific identification method is used to determine gains and losses on sales of securities.  Amortization and accretion of debt securities purchased at a premium or discount are amortized or accreted into income using a method which approximates the constant effective yield. The Company applies Financial Accounting Standard No. 91, Accounting for Nonrefundable Fees and Costs Associated with Originating or Acquiring Loans and Initial Direct Costs of Leases ("FAS 91") for the amortization of premiums and accretion of discounts. ***Prepayments are anticipated using three-month actual prepayment experience for securities that represent holdings of large numbers of similar loans for which prepayments are probable and the timing and amount of prepayments can be reasonably estimated.  Premiums and discounts on securities not meeting these criteria are amortized or accreted over their contractual term using the constant effective yield.  Actual prepayment experience for all investment securities is***

16

*reviewed monthly and the timing of the amortization and accretion is adjusted accordingly.*

### 2. The Company Was at Risk of Losing the Unamortized Premium Amount of SBA Bonds Purchased at a Premium

47. SBA bonds represent indebtedness on loans to small businesses made by the SBA. The U.S. Small Business Administration Secondary Improvements Act of 1984 authorized the means by which SBA pool assemblers could create and market guaranteed loan pools similar to commonly used MBS.

48. CW1 reported that that the Company's major operating subsidiary, IBT, purchased SBA bonds whose loans were underwritten by "originating banks" and then resold to so-called financial intermediaries or "secondary purchasers," such as IBT. CW1 stated that IBT purchased those bonds at a premium above par value (the bonds' coupon interest rate exceeded the market rate of interest).[4] In describing this situation, CW1 used as an example that IBT purchased around $900 million of SBA bonds and that the premium amount was about $90 million. CW1 said that the U.S. federal government insured the value of the SBA bonds, but the insured amount usually ranged between 80% and 100% of the par value. Because the premium paid by IBT was not insured, CW1 stated that the Company remained at risk of losing the premium paid on these securities (or the unamortized amount).

49. CW1 reported that he/she informed defendant Spinney (CFO) late in the first quarter of 2003 that the unamortized amount of the premium SBA bonds was at risk because it would be lost to the extent that the bonds were prepaid. CW1 explained that IBT could recapture the premium it had paid, but only if it received interest payments in excess of the market interest rate. Thus, if the

---

[4]    SBA securities "normally   trade   at   a   premium."   http://www.coastalsecurities.com/ Presentations/SBAPoolPrimer12-05.pps

bonds were prepaid, IBT no longer would receive interest payments and the opportunity to recover the unamortized portion of the premium would cease. **_Since the SBA loans could be prepaid without penalty_**, **_the unamortized premium remained at risk during the term of the bond_**.

### 3. Facts Demonstrating that the Prepayments Occurred on the Company's SBA Securities

50. Facts demonstrating that the Company experienced prepayments on its SBA securities include: (a) *Bloomberg* data showing SBA Pool Prepayments for All Variable Rate Pools increased during 2001; and (b) information from CWs that prepayments occurred during 2002-2003 and involved SBA securities and MBS.

### a. Prepayments on SBA Variable Rate Pools Increased During 2001

51. All SBA pool data is available on *Bloomberg* which reports SBA Pool Prepayments by weighted average maturity. As demonstrated in the chart below, prepayment experience on SBA All Variable Rate Pools increased dramatically and peaked during 2001 and continued to stay high during the time when interest rates were at their lows.[5] The following is *Bloomberg* data of SBA Pool Prepayments for All Variable Rate Pools:

---

[5]     In the Company's SEC filings, the Company admits that its federal agency securities, "primarily SBA guaranteed loan pools," are variable rate securities. June 30, 2003 and June 30, 2005 Reports on Form 10-Q.

| Iss. Date | Num Pool | $Mil Cur | $Mil Orig | Life | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Calendar Year Historical CPR | | | | | | |
| 2005 | 426 | 3313 | 3482 | 6.5 | 6.5 | | | | | | | | | | |
| 2004 | 441 | 2983 | 3619 | 9.7 | 11.4 | 4.5 | | | | | | | | | |
| 2003 | 463 | 2331 | 3467 | 12.0 | 17.9 | 7.9 | 3.8 | | | | | | | | |
| 2002 | 469 | 1596 | 2999 | 13.9 | 22.1 | 13.5 | 7.2 | 3.5 | | | | | | | |
| 2001 | 483 | 1210 | 2979 | 15.2 | 22.0 | 16.5 | 12.9 | 7.2 | 5.2 | | | | | | |
| 2000 | 426 | 996 | 3099 | 15.8 | 19.8 | 17.4 | 14.9 | 12.9 | 13.8 | 5.8 | | | | | |
| 1999 | 443 | 692 | 2723 | 16.1 | 18.9 | 16.1 | 15.3 | 16.7 | 17.9 | 10.7 | 6.2 | | | | |
| 1998 | 353 | 448 | 2382 | 16.4 | 18.3 | 15.9 | 15.9 | 15.9 | 19.2 | 16.6 | 12.7 | 5.8 | | | |
| 1997 | 427 | 360 | 2580 | 16.5 | 16.1 | 13.9 | 14.1 | 16.8 | 20.1 | 17.5 | 20.3 | 12.2 | 4.9 | | |
| 1996 | 392 | 199 | 1927 | 16.8 | 13.4 | 13.6 | 13.7 | 15.8 | 19.2 | 17.0 | 24.8 | 18.7 | 10.5 | 4.8 | |
| 1995 | 349 | 134 | 1727 | 16.8 | 13.2 | 13.8 | 13.1 | 15.1 | 17.4 | 17.4 | 25.6 | 22.0 | 14.3 | 9.9 | 4.1 |
| TOT | 4672 | **** | 30984 | 15.5 | 16.4 | 12.6 | 11.6 | 12.7 | **15.9** | 13.8 | 17.5 | 14.9 | 10.5 | 8.4 | 4.1 |

CPR = Constant Prepayment Rate

52.     In the restatement, net interest income was overstated by the greatest amounts during 2001 and 2002.  During this period of time, defendants dumped massive amounts of the Company's stock taking in proceeds of over $41.5 million in Investors Financial common stock and the Company's executive officers reaped bonuses of $8.7 million.  Broken-down by years, in 2001, defendants Sheehan, Henry, Keenan, and Maroney sold 457,600 shares and took in proceeds of more than $17.2 million and in 2002, defendants Sheehan, Rogers, Spinney, Henry, Keenan, Mancuso and Maroney, sold 647,344 shares and took in proceeds of more than $24.3 million.  *See* ¶¶236-237 for defendants' Class Period stock sales and to compare defendants' yearly stock sale totals.

### b.    CW1 Reported that SBA Bonds Being Prepaid During 2002-2003 Time Period

53.     CW1 stated that despite the Company's statements to the contrary, SBA bonds were affected by the restatement because the Company was experiencing prepayments on its SBA securities during 2002 and 2003.  Thus, under FAS 91, the occurrence of "actual prepayments" show that the Company could reasonably anticipate prepayments.  Therefore, it knew or was reckless in not applying the retrospective method to its debt securities.  CW1 stated that during the 2002 to 2003 timeframe the banks that originated the SBA loans were prepaying the SBA loans held by secondary lenders, such as IBT.  In doing so, the originating bank captured the right to collect the premium, *i.e.*,

the higher than market rate of interest to be paid to the originating bank by the borrower during the remaining term of the loan.  As a result, IBT found that the Company's prepayment risk had materialized into a loss and the Company lost the unamortized premium amount of the SBA bond.

54.     CW1 stated that generally SBA bonds finance the borrowers' purchases of machinery, plant and equipment and have about a seven-year term.  CW1 stated that IBT had a well-defined borrowers' payment profile showing the likelihood of prepayment peaking at about five years.  CW1 stated that beyond five years, the loans not refinanced were, for the most part, those that could not be economically refinanced.  CW1 stated that IBT could apply this profile with its associated average expected life to each bond to determine the amortization schedule.  CW1 emphasized that even to the extent that IBT's prepayment profile of the borrowers was accurate, it failed to include the probability that market conditions might provide an incentive and opportunity for the originating bank to prepay the bond, which as CW1 stated occurred during 2002 and 2003.

55.     Throughout the Class Period, defendants did not disclose that the Company's SBA bonds had been prepaid and that it had lost the unamortized premium amount it had spent in acquiring the bonds.

### 4.     The Company's SBA Securities Were Impaired

56.     Even though the Company was improperly using the "prospective method," the federal agency securities were becoming impaired or were already impaired and in accordance with GAAP defendants were required to write down the investment – which would have resulted in reporting lower net income.

57.     During the Class Period, defendants reported in the Company's Report on Forms 10-Q and 10-K the following federal agency securities' (primarily SBA securities) amounts as being held-to-maturity and having the following effective yields.  As can be seen on the chart below, even under the improper "prospective method," where the Company was taking the "***carrying value at the***

20

*end of the previous reporting period*" AND "*new estimate of expected future prepayments*," the Federal agency securities' effective yield dropped below the risk-free interest rate, thus impairing the security. Plaintiffs' investigation pieced together and tracked the federal agency securities most of which are SBA securities, amounts and effective yields during the Class Period are as follows ($000s):

| Period Ending | (under 1 yr) | | (1 to 5 yrs) | | (5 to 10 yrs) | | | (over 10 yrs) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amount | Yield | Amount | Yield | Amount | Yield | Risk Free Rate * | Amount | Yield | Risk Free Rate ** |
| 03/31/01 | $0 | | $111,011 | 7.16% | $221,148 | 7.26% | 4.86% | $0 | | 4.93% |
| 06/30/01 | $0 | | $111,937 | 5.88% | $258,118 | 6.10% | 5.28% | $0 | | 5.42% |
| 09/30/01 | $5,000 | 6.44% | $104,792 | 5.04% | $291,586 | 5.26% | 4.37% | $0 | | 4.60% |
| 12/31/01 | $5,000 | 6.43% | $141,739 | 4.05% | $309,369 | 4.26% | 4.84% | $0 | | 5.07% |
| 03/31/02 | $5,000 | 6.40% | $15,182 | 3.80% | $271,953 | 4.06% | 5.29% | $319,899 | 3.80% | 5.42% |
| 06/30/02 | $5,000 | 6.30% | $14,981 | 3.83% | $418,081 | 3.83% | 4.52% | $396,701 | 3.83% | 4.86% |
| 09/30/02 | $0 | | $13,692 | 3.88% | $504,525 | 3.88% | 3.25% | $484,828 | 3.88% | 3.63% |
| 12/31/02 | $0 | | $12,665 | 3.75% | $648,756 | 3.74% | 3.36% | $625,817 | 3.75% | 3.83% |
| 03/31/03 | NR | | NR | | NR | | 3.35% | NR | | 3.83% |
| 06/30/03 | NR | | NR | | NR | | 3.03% | NR | | 3.54% |
| 09/30/03 | NR | | NR | | NR | | 3.41% | NR | | 3.96% |
| 12/31/03 | $0 | | $0 | | $41,708 | 2.76% | 3.77% | $1,864,804 | 3.16% | 4.27% |
| 12/31/03A | $0 | | $0 | | $41,705 | 2.28% | 3.77% | $1,864,849 | 2.71% | 4.27% |
| 03/31/04 | NR | | NR | | NR | | 3.33% | NR | | 3.86% |
| 03/31/04A | NR | | NR | | NR | | 3.33% | NR | | 3.86% |
| 06/30/04 | NR | | NR | | NR | | 4.24% | NR | | 4.62% |
| 06/30/04A | NR | | NR | | NR | | 4.24% | NR | | 4.62% |
| 09/30/04 | NR | | NR | | NR | | 3.79% | NR | | 4.14% |
| 12/31/04 | $0 | | $2,407 | 2.32% | $106,572 | 3.04% | 3.94% | $2,165,686 | 3.17% | 4.24% |
| 03/31/05 | NR | | NR | | NR | | 4.33% | NR | | 4.50% |
| 06/30/05 | NR | | NR | | NR | | 3.80% | NR | | 3.94% |
| 09/31/05 | NR | | NR | | NR | | 4.23% | NR | | 4.34% |

A=Amended

NR = Non-Reported

* Seven-year risk free rate

** Ten-year risk free rate

(Source: Investors Financial's Report on Forms 10-Q and 10-K)

21

58.     As noted in the chart above, as early as December 31, 2003, the effective yield dropped and stayed below the risk free rate indicating that the Company's federal agency securities were becoming impaired as the market rates for such securities was greater than the Company's effective yield for similar securities.  This trend continued throughout 2004 indicating that there was an "other than temporary" impairment of federal agency securities by the end of 2004 which would require an impairment charge under GAAP.

59.     GAAP requires and the Company's auditors, Deloitte & Touche, agree, that a security becomes impaired "[i]f the new effective yield is less than the then-current risk-free interest rate, the investment is considered impaired and written down to fair value, which becomes the new cost basis."  *See* Exhibit A.

60.     Under GAAP, specifically FAS No. 115 requires that for "individual securities classified as either available-for-sale or held-to-maturity, an enterprise shall determine whether a decline in fair value below the amortized cost basis is other than temporary."  FAS 115, ¶16. Furthermore, FAS 115, ¶16, states that "[i]f the decline in fair value is judged to be other than temporary, the cost basis of the individual security shall be written down to fair value as a new cost basis and the amount of the write-down shall be included in earnings (that is, accounted for as a realized loss)."

61.     In connection with the issuance of FAS 115, the FASB issued A Guide to Implementation of Statement 115 on Accounting for Certain Investments in Debt and Equity Securities:  Questions and Answers ("FAS 115 Implementation Guide").  FAS 115 Implementation Guide questions ¶¶46-50 specifically address the application of FAS 115, ¶16.

62.     Question ¶46 of FAS 115 Implementation Guide addresses what other factors indicate that impairment is other than temporary and how is a debt security evaluated for other-than-

22

temporary impairment.  The FAS 115 Implementation Guide's answer states in part that: "*Although paragraph 16 of Statement 115 mentions a decline in a security's value due to a deterioration in the issuer's creditworthiness, **recognition of other-than-temporary impairment also may be required if the decline in a security's value is due to an increase in market interest rates** or a change in foreign exchange rates since acquisition.*"  As noted in the chart at ¶57 above, by December 31, 2003, when the risk free rates began to rise above the effective yield on the Company's Federal agency securities and continued to rise throughout 2004 the impairment of these securities was "other than temporary."

63.     The answer to Question ¶46 of FAS 115 Implementation Guide also referenced ¶47 of the American Institute of Certified Public Accountants ("AICPA") Auditing Standards No. 92 ("SAS 92") for additional guidance and examples of when a decline in the fair value of a debt security may be other than temporary.  Paragraph 47 of SAS 92 defines impairment losses and examples as follows:

> *Impairment Losses*. Regardless of the valuation method used, generally accepted accounting principles might require recognizing in earnings an impairment loss for a decline in fair value that is other than temporary. Determinations of whether losses are other than temporary often involve estimating the outcome of future events. Accordingly, judgment is required in determining whether factors exist that indicate that an impairment loss has been incurred at the end of the reporting period. These judgments are based on subjective as well as objective factors, including knowledge and experience about past and current events and assumptions about future events. The following are examples of such factors.

> •      Fair value is significantly below cost and —

> — The decline is attributable to adverse conditions specifically related to the security or to specific conditions in an industry or in a geographic area.

> — The decline has existed for an extended period of time.

> — Management does not possess both the intent and the ability to hold the security for a period of time sufficient to allow for any anticipated recovery in fair value.

> •      The security has been downgraded by a rating agency.

23

- The financial condition of the issuer has deteriorated.

- Dividends have been reduced or eliminated, or scheduled interest payments have not been made.

- The entity recorded losses from the security subsequent to the end of the reporting period.

64. Question ¶48 of FAS 115 Implementation Guide addresses whether a valuation allowance (*i.e.*, general reserve) can be used to recognize impairment on securities subject to FAS 115. The FAS 115 Implementation Guide's answer disallows the use of a valuation allowance and states in part that: "the cost basis of the individual security shall be written down to fair value as a new cost basis and the amount of the write-down shall be included in earnings." Providing a general allowance for unidentified impairment in a portfolio of securities is not appropriate. Thus, the Company is required to apply FAS 115 to each individual security and determine if it is impaired. The Company is precluded from aggregating all securities and analyzing the group for impairment and applying a general valuation allowance to the group as a whole.

65. In the Company's December 31, 2003 and December 2004 annual financial statements filed on Form 10-K, the Company reported $1.6 billion and $2.0 billion of Federal agency securities as temporarily impaired, respectively, of which the Company has designated $12.8 million and $18.4 million to be unrealized losses, respectively ($000s):

|  | Less than 12 months | | 12 months or longer | | Total | |
|---|---|---|---|---|---|---|
|  | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| 2003 | $1,005,518 | $8,378 | $600,457 | $4,422 | $1,605,975 | $12,800 |
| 2004 | $1,446,223 | $12,332 | $518,045 | $6,111 | $1,964,268 | $18,443 |

66. As indicated in the chart at ¶57 as early as December 31, 2003, the effective yield dropped and stayed below the risk free rate indicating that the Company's Federal agency securities were impaired as the risk free market rates for such securities was greater than the Company's effective yield for similar securities. This trend continued throughout 2004, indicating that there was

24

an "other than temporary" impairment of Federal agency securities by the end of 2004 which would require an impairment charge under FAS 115. The Company failed to account for the unrealized losses as other than temporary, thereby overstating net income by at least $12.8 million for the year ended 2004.

67.     As demonstrated by the chart above, the drop in the Company's Federal agency securities' effective yield below the risk-free rate corroborates CW1's account that originating banks were prepaying these loans during 2002-2003. Moreover, notable is the fact that the Company stopped reporting the break-down of years to maturity during this time period. All of the above factors demonstrate that the Company knowingly or was reckless in not applying the retrospective method.

### B.     Defendants' Knowledge of Investors' True Financial Condition Was Gained, in Part, Through Participation in the Company's Twice Monthly Asset and Liability Committee Meetings

68.     In each of the Company's SEC Report on Forms 10-Q and 10-K throughout the Class Period, the Company stated that "[t]he active management of market risk is integral to [its] . . . operations" and that "***[t]he objective of interest rate sensitivity management is to provide sustainable net interest revenue under various economic conditions***." The Company's board of directors sets asset and liability management policies and controlled the Company's investment activities. The Company's Forms 10-Q and 10-K under the "Market Risk" and "Liquidity" sections state, in part:

> Our board of directors has set asset and liability management policies that define the overall framework for managing interest rate sensitivity, including accountabilities and controls over investment activities. ***These policies delineate*** ***<u>investment limits</u> and strategies that are appropriate, given our <u>liquidity</u> and regulatory requirements***. For example, we have established a policy limit stating that projected net interest income over the next 12 months will not be reduced by more than 10% given a change in interest rates of up to 200 basis points (+ or -) over 12 months. Each quarter, our board of directors reviews our investment position, including simulations of the effect of various interest rate scenarios on our capital.

Liquidity represents the ability of an institution to meet present and future financial obligations through either the sale or *maturity* of existing assets or the acquisition of additional funds through liability management.

*Our primary sources of liquidity include* cash and cash equivalents, federal funds sold, new deposits, short-term borrowings, *interest payments on securities held to maturity* and available for sale, and fees collected from asset administration clients.

69.     In the same Forms 10-Q and 10-K, Investors Financial states that the "board of directors has delegated day-to-day responsibility for oversight of the Asset and Liability Management function to our Asset and Liability Committee (ALCO)."  "ALCO is a senior management committee consisting of the Chief Executive Officer, the President, the Chief Financial Officer and members of the Treasury function. ALCO meets twice monthly."

70.     Sheehan, Rogers, Spinney and Keenan were members of ALCO and attended twice monthly meetings receiving reports on net interest income, interest rates and the yield curve and key assumptions in their income simulation model, including timing of cash flows, maturities and repricing of its financial instruments.  Thus, members of ALCO know if a security becomes prepaid because the interest income for that security ceases.

71.     The Company stated in its SEC Reports on Form 10-Q and 10-K that it manages interest rate sensitivity by using an income simulation model.  The income simulation model is described as:

Our primary tool in managing interest rate sensitivity is an income simulation model. Key assumptions in the simulation model include the *timing of cash flows, maturities and repricing of financial instruments*, changes in market conditions, capital planning and deposit sensitivity.  The model assumes that the composition of our interest sensitive assets and liabilities existing at the beginning of a period will change periodically over the period being measured.  The model also assumes that a

particular change in interest rates is reflected uniformly across the yield curve regardless of the duration to maturity or repricing of specific assets and liabilities.[6]

72.     The Company also stated in its SEC Report on Forms 10-Q and 10-K filings that it manages interest rate sensitivity by using gap analysis.  GAP analysis is described as:

> We also use gap analysis as a secondary tool to manage our interest rate sensitivity. Gap analysis involves measurement of the difference in asset and liability repricing on a cumulative basis within a specified time frame. A positive gap indicates that more interest-earning assets than interest-bearing liabilities mature in a time frame, and a negative gap indicates the opposite.  By seeking to minimize the amount of assets and liabilities that could reprice in the same time frame, we attempt to reduce the risk of significant adverse effects on net interest income caused by interest rate changes.

73.     CW1 reported that IBT managed its investment risks and that IBT's ALCO was the core group handling the responsibility.  CW1 served on ALCO, along with Sheehan, Rogers, Spinney, and IBT's Treasurer H.C. ("Spike") Sylvester.  CW1 reported that this group monitored the details of IBT's asset and liability positions meeting twice monthly on a formal basis and that IBT's Treasurer was in charge of preparing the formal reporting package, *i.e.*, the report to management that served as the basis for discussion during each meeting and became a part of the ALCO's formal record.  CW1 stated that it took several days of work by several persons in the Treasurer's office to prepare the package.

74.     CW1 stated that in addition to a full set of updated financial statements (including balance sheet, income statement and cash flow statement), the ALCO package contained a full set of so-called "standard schedules," including those reporting gap analysis (which presents the

---

[6]     Notably, in the Company's June 30, 2005 and September 30, 2005 Reports on Form 10-Q, the above boilerplate statement changed to include prepayment risk.  The statement now reads: "Key assumptions in the simulation model include the timing of cash flows, *which include forecasted prepayment speeds that are based on market and industry data*, maturities and repricing of financial instruments, changes in market conditions, capital planning and deposit sensitivity."

cumulative matches of interest-earning assets and interest-bearing liabilities subject to repricing during the current monthly and quarterly time periods), and detailed schedules of data and analysis of risk associated with particular assets and liabilities.

75.    CW1 emphasized that the ALCO "spent a lot of time" determining new opportunities for asset investments and development of its borrowing base.  IBT's forecast, which was done on a monthly, quarterly and annual basis, played a prominent role in this work.  The current fiscal year forecast was updated each month for the remainder of the fiscal year.  Beginning in the third quarter of each fiscal year, the forecast for the next fiscal year was prepared, but on a quarterly (not monthly basis). CW1 reported that the forecast included **"every variable needed" for investment decisions and that the forecast included the entire yield curve**, and used the forward rates from U.S. Treasury data or LIBOR data, depending on the objective of the forecast.

76.    Thus, Sheehan, Rogers, Spinney and Keenan obtained actual knowledge of the Company's prepayments on its debt securities and how changes in the yield curve would affect the Company's net interest income.

### C.    Investors Financial Restates Three-and-a-Half Years of Financial Statements

77.    There is no dispute about the falsity of the Company's financial statements.  As a result of employing the improper accounting practices as alleged herein throughout the Class Period, Investors Financial was ultimately forced to restate its previously released financial statements for all of 2001, 2002, 2003 and the first two quarters of 2004 to comply with GAAP and SEC guidelines.  This restatement for net income and net interest income is as follows:

28

Net Income (in $000s)

|  | Reported | Restated | Misstatement | |
|---|---|---|---|---|
| FY 2001 | $50,200 | $44,686 | $5,514 | 12.3% |
| FY 2002 | $68,946 | $67,437 | $1,509 | 2.2% |
| FY 2003 | $91,760 | $92,421 | $661 | 0.79% |

Net Interest Income (in $000s)

|  | Reported | Restated | Misstatement | |
|---|---|---|---|---|
| FY 2001 | $106,838 | $98,355 | $8,483 | 8.6% |
| FY 2002 | $141,046 | $138,725 | $2,321 | 1.7% |
| FY 2003 | $152,883 | $153,914 | $2,031 | 1.3% |

78.     For the reasons stated below, the fact that Investors Financial restated its previous financial statements is an admission that:  (a) the financial results originally issued during the Class Period and its public statements regarding those results *were materially false and misleading*; and (b) the financial statements reported during the Class Period were *incorrect based on information available to defendants at the time the results were originally reported*.

79.     As recently noted by the SEC, "GAAP only allows a restatement of prior financial statements based upon information 'that existed at the time the financial statements were prepared,'" and "restatements should not be used to make any adjustments to take into account subsequent information that did not and could not have existed at the time the original financial statements were prepared."[7]  The Accounting Principles Board ("APB"), the governing body that promulgated the accounting rules regarding restatements of prior financial statements, has defined the only kind of "errors" that may be corrected through a restatement:  "'Errors in financial statements result from mathematical mistakes, mistakes in the application of accounting principles, or oversight or *misuse*

---

[7]     *In re Sunbeam Sec. Litig.*, No. 98-8258-Civ.-Middlebrooks, SEC *Amicus Curiae Brief* Regarding Defendants' Motions *In Limine* to Exclude Evidence of the Restatement and the Restatement Report, filed January 31, 2002.

*of facts that existed at the time that the financial statements were prepared*.'"  Indeed, as alleged herein, the Restatement at issue here was not due to a simple mathematical error, honest misapplication of a standard or oversight, rather, as alleged below, it was due to intentional misuse of the facts that were known at the time the previous financial statements were disseminated to the public.

80.    The SEC has recently reiterated its position that, in its investigations of restated financial statements, it often finds that the persons responsible for the improper accounting acted with scienter:

> [T]he Commission often seeks to enter into evidence restated financial statements, and the documentation behind those restatements, in its securities fraud enforcement actions in order . . . to prove the falsity and materiality of the original financial statements, [and] to demonstrate that persons responsible for the original misstatements acted with scienter . . . .

*Sunbeam*, No. 98-8258-Civ.-Middlebanks, SEC *Amicus Curiae* Brief.

81.    The restatements at issue in this case contain at least the following indicators of scienter:

82.    **The type of restatement (misuse of the facts)** – The restatement was due to misuse of facts, not a simple mathematical error or honest misapplication of an accounting standard or oversight.  As alleged herein, Investors Financial knew that the Company had experienced actual prepayment of its SBA securities and that the Company's actual net interest income was materially lower than that recorded in the Company's books.  Despite this knowledge, Investors Financial refused to make the required adjustments to correct the financial statements because it would negatively affect the Company's reported net interest income and income.

83.    Investors Financial's financial fraud alleged herein is material.  As an initial matter and as noted in the charts at ¶101, Investors Financial misstatements were clearly material solely from a numerical (quantitative) standpoint.

84.    However, definitions of materiality are not limited to numbers and amounts – there are qualitative factors as well.  SEC Staff Accounting Bulletin ("SAB") Topic 1M,[8] Materiality, summarizes GAAP definitions of materiality.  Among other items, SAB Topic 1M says: "A matter is 'material' if there is a substantial likelihood that a reasonable person would consider it important. " It also stresses that materiality requires qualitative, as well as quantitative, considerations.  For example, if a known misstatement would cause a significant market reaction that reaction should be taken into account in determining the materiality of the misstatement.  SAB Topic 1M further states:

> Among the considerations that may well render material a quantitatively small misstatement of a financial statement item are –
>
>        *     *     *
>
> - whether the misstatement masks a change in earnings or other trends
>
> - whether the misstatement hides a failure to meet analysts' consensus expectations for the enterprise
>
>        *     *     *
>
> - whether the misstatement concerns a segment or other portion of the registrant's business that has been identified as playing a significant role in the registrant's operations or profitability . . . .

85.    SAB Topic 1M also says that an intentional misstatement of even immaterial items may be illegal and constitute fraudulent financial reporting.

86.    Investors Financial's misstatements, by their own admissions, satisfy these criteria and thus were material from both a quantitative and qualitative perspective.

---

[8]    SAB Topic 1M, Materiality, represents the codification of certain Staff Accounting Bulletins, including SAB No. 99, Materiality, as of May 9, 2003.  SAB No. 99 was effective August 12, 1999.

87.    **The duration over which the improper accounting was perpetrated** – As more fully detailed herein, this is not a case of an honest mistake or oversight during a single quarter or even a single year that was realized and corrected on a good faith basis.  ***Investors Financial restated three and a half years of financial statements*** to correct fraudulent accounting in 2001 through the second quarter of 2004.

88.    **The types of accounting gimmicks employed** – As detailed herein, the improper accounting corrected by this restatement did not occur as a result of good faith differences in accounting judgments, or interpretations of complicated or vague accounting rules.  The accounting gimmicks used by Investors Financial are as old and basic as they come – namely, the improper delaying of expenses to later periods in order to inflate the current period's financial position.  In this case, Investors Financial violated the basic, fundamental rule of applying the level yield method in accounting for accretion of discounts and amortization of premium for its debt securities and applying the appropriate charge or credit to interest income as prescribed by GAAP (FAS 91).

89.    The improper accounting was not a result of inexperienced accounting managers who did not understand accounting rules, nor can it be blamed solely on implementation of a new accounting system and poor accounting controls.  To the contrary, Investors Financial's CFO is an experienced Certified Public Accountant and seasoned financial professional with significant auditing and SEC reporting experience.  Spinney has 14 years' experience at KPMG working with financial service clients and as an audit partner in KPMG's Boston, Massachusetts office.  As a result of his "Big Four" accounting and auditing background, he was well versed in evaluating, establishing, and auditing securities and internal accounting controls.

D.  **Investors Financial Knew Its Internal Accounting**
    **Controls Were Inadequate**

90.     Section 13(b)(2) of the Exchange Act states, in pertinent part, that every reporting

company must:

> (A) make and keep books, records and accounts which, in reasonable detail,
> accurately and fairly reflect the transactions and dispositions of the assets of the
> issuer and (B) devise and maintain a system of internal accounting controls sufficient
> to provide reasonable assurances that . . . transactions are recorded as necessary . . .
> to permit the preparation of financial statements in conformity with [GAAP].

15 U.S.C. §78m.

91.     These provisions require an issuer to employ and supervise reliable personnel, to

maintain reasonable assurances that transactions are executed as authorized, to properly record

transactions on an issuer's books and, at reasonable intervals, to compare accounting records with

physical assets. *SEC v. World-Wide Coin Investments, Ltd.*, 567 F. Supp. 724, 750 (N.D. Ga. 1983).

92.     In addition to the allegations above and the indicators of scienter herein, defendants

knew or were, at the very least, reckless in not knowing that its system of internal accounting

controls governing its classification of securities and accretion of discounts and amortization of

premium on its investment securities were inadequate.[9]

93.     Investors Financial violated §13(b)(2)(A) of the Exchange Act by failing to maintain

accurate records concerning accretion of discounts and amortization of premium on its investment

securities, and its net interest income as reported during the Class Period.  By the Company's own

---

[9]     American Institute of Certified Public Accountants Statement on Auditing Standards
("SAS") AU §319.06, *Consideration of Internal Control in a Financial Statement Audit*, defines
internal controls as "a process effected by an entity's board of directors, management, and other
personnel – designed to provide reasonable assurance regarding the achievement of objectives in the
following categories: (a) reliability of financial reporting, (b) effectiveness and efficiency of
operations, and (c) compliance with applicable laws and regulations."

admission in Item 9A of the December 31, 2003 Report on Form 10-K/A filed on November 15, 2004, the Company was required to change internal controls over financial reporting as it pertained to the application of FAS 91. Specifically, by improperly using the prospective method the Company avoided recording the amortization of premiums (expenses) in current periods, thereby pushing this expense to future periods. Investors Financial's inaccurate and false records were not isolated or unique instances because they were improperly maintained for multiple reporting periods, from 2001 through the second quarter of 2004. Accordingly, Investors Financial violated §13(b)(2)(A) of the Exchange Act.

94.     In addition, Investors Financial violated §13(b)(2)(B) of the Exchange Act by failing to implement procedures reasonably designed to prevent accounting irregularities. Investors Financial failed to ensure that proper review and checks were in place to ensure that it was recording and reporting the amortization of premiums and accretion of discounts on its investment securities. It failed to ensure that transactions were reported during the Class Period in accordance with its own policies and with GAAP.

95.     Investors Financial's failure to strengthen its known inadequate internal controls rendered Investors Financial's Class Period financial reporting inherently unreliable and contributed to the Company's inability to prepare financial statements that complied with GAAP. Nonetheless, as detailed above, throughout the Class Period, the Company regularly issued quarterly and annual financial statements without ever disclosing the known existence of the significant and material deficiencies in its internal accounting controls and falsely asserted that its financial statements complied with GAAP when, as alleged herein, it knew the financial statements during the Class Period were not in compliance with GAAP.

#### E.     Investors Financial Failed to Make Required Disclosures

96.     The SEC requires that, as to annual and interim financial statements filed with the SEC, registrants include a management's discussion and analysis section which provides information with respect to the results of operations and "also shall provide such other information that the registrant believes to be necessary to an understanding of its financial condition, changes in financial condition and results of operations." *See* Regulation S-K, 17 C.F.R. §229.303(a).  Regulation S-K states that, as to annual results, the management's discussion and analysis section shall:

(a)     Describe any unusual or infrequent events or transactions or any significant economic changes that materially affected the amount of reported income from continuing operations and, in each case, indicate the extent to which income was so affected.  In addition, describe any other significant components of revenues or expenses that, in the registrant's judgment, should be described in order to understand the registrant's results of operations.

(b)     Describe any known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations.  If the registrant knows of events that will cause a material change in the relationship between costs and revenues (such as known future increases in costs of labor or materials or price increases, or inventory adjustments) the change in the relationship shall be disclosed.

97.     The SEC also requires that interim period financial statements filed with the SEC include a management's discussion and analysis of the financial condition and results of operations so as to enable the reader to assess material changes in financial condition and results of operations.  Regulation S-K, 17 C.F.R. §229.303(b) states that: "The discussion and analysis shall include a discussion of material changes in those items specifically listed in paragraph (a) of this Item [as set

35

forth in above, except that the impact of inflation and changing prices on operations for interim periods need not be addressed."

98.     During the Class Period, Investors Financial failed to truthfully disclose its accounting policies and practices related its accounting for premiums and discounts as required by FAS 91.

99.     Financial reporting includes not only financial statements, but also other means of communicating information that relates directly or indirectly to the information in the financial statements. *See* Statement of Financial Accounting Concepts ("FASCON") No. 1, ¶7. For this reason, in addition to Investors Financial's failure to make the required disclosures in its financial statements and in its SEC filings, Investors Financial also shirked its duty to make such disclosures in its conference calls, its press releases, its quarterly financial reports and its Annual Reports.

## F.     Other GAAP and SEC Violations

100.     In addition to the GAAP and SEC violations detailed above, the Company also violated the following fundamental GAAP principles:

(a)     The principle that interim financial reporting should be based upon the same accounting principles and practices used to prepare annual financial statements was violated (APB No. 28, ¶10);

(b)     The principle that financial reporting should provide information that is useful to present and potential investors and creditors and other users in making rational investment, credit and similar decisions was violated (FASCON No. 1, ¶34);

(c)     The principle that financial reporting should provide information about the economic resources of an enterprise, the claims to those resources, and effects of transactions, events and circumstances that change resources and claims to those resources was violated (FASCON No. 1, ¶40);

36

(d)     The principle that financial reporting should provide information about how management of an enterprise has discharged its stewardship responsibility to owners (stockholders) for the use of enterprise resources entrusted to it was violated.  To the extent that management offers securities of the enterprise to the public, it voluntarily accepts wider responsibilities for accountability to prospective investors and to the public in general (FASCON No. 1, ¶50);

(e)     The principle financial reporting should provide information about an enterprise's financial performance during a period was violated.  Investors and creditors often use information about the past to help in assessing the prospects of an enterprise.  Thus, although investment and credit decisions reflect investors' and creditors' expectations about future enterprise performance, those expectations are commonly based at least partly on evaluations of past enterprise performance (FASCON No. 1, ¶42);

(f)     The principle that financial reporting should be reliable in that it represents what it purports to represent was violated.  That information should be reliable as well as relevant is a notion that is central to accounting (FASCON No. 2, ¶¶58-59);

(g)     The principle of completeness, which means that nothing is left out of the information that may be necessary to insure that it validly represents underlying events and conditions was violated (FASCON No. 2, ¶79);

(h)     The principle that conservatism be used as a prudent reaction to uncertainty to try to ensure that uncertainties and risks inherent in business situations are adequately considered was violated.  The best way to avoid injury to investors is to try to ensure that what is reported represents what it purports to represent (FASCON No. 2, ¶¶95, 97); and

(i)     Further, the undisclosed adverse information concealed by defendants during the Class Period is the type of information which, because of SEC regulations, regulations of the

national stock exchanges and customary business practice, is expected by investors and securities

analysts to be disclosed and is known by corporate officials and their legal and financial advisors to

be the type of information which is expected to be, and must be, disclosed.

### G.     Investors Financial Certified False and Misleading Financial Results

101.     Sheehan and Spinney knowingly certified false and misleading financial statements.

Sheehan and Spinney certified the following financial statements during the Class Period:

| SCHEDULE OF CERTIFIED FINANCIAL STATEMENTS | | | | |
|---|---|---|---|---|
| Financial Statement Filed on Form | Filing Period | Filing Date | Signed/Certified by CEO | Signed/Certified by CFO |
| Form 10-Q | 09/30/2002 | 11/14/2002 | Sheehan | Spinney |
| Form 10-K | 12/31/2002 | 02/27/2003 | Sheehan | Spinney |
| Form 10-Q | 03/31/2003 | 05/14/2003 | Sheehan | Spinney |
| Form 10-Q | 06/30/2003 | 08/11/2003 | Sheehan | Spinney |
| Form 10-Q | 09/30/2003 | 11/12/2003 | Sheehan | Spinney |
| Form 10-K | 12/31/2003 | 02/20/2004 | Sheehan | Spinney |
| Form 10-Q | 03/31/2004 | 05/07/2004 | Sheehan | Spinney |
| Form 10-Q | 06/30/2004 | 08/06/2004 | Sheehan | Spinney |
| Form 10-K/A | 12/31/2003 | 11/15/2004 | Sheehan | Spinney |
| Form 10-Q | 09/30/2004 | 11/15/2004 | Sheehan | Spinney |
| Form 10-Q/A | 03/31/2004 | 11/15/2004 | Sheehan | Spinney |
| Form 10-Q/A | 06/30/2004 | 11/15/2004 | Sheehan | Spinney |
| Form 10-K | 12/31/2004 | 02/28/2005 | Sheehan | Spinney |
| Form 10-Q | 03/31/2005 | 05/09/2005 | Sheehan | Spinney |

102.     These financial statements were not in accordance with GAAP and SEC rules.

Section 302 of the Sarbanes-Oxley Act of 2002 and SEC Rules 13A-14(a) and 15D-14(a) of the

Exchange Act requires Sheehan as the CEO and Spinney as CFO to certify to the SEC and investors

both the fairness of the financial information in each quarterly and annual report.  Sheehan and

Spinney were required to certify that the financial statements and other financial information

included in the reports were fairly presented in all material respects.  Sheehan and Spinney also

stated that the reports did not contain any untrue statement of material fact or omit to state a material

fact.  In addition, Sheehan and Spinney stated that Investors Financial has established and

maintained disclosure controls and procedures sufficient to ensure that the financial and non-

financial information required to be disclosed in SEC reports was recorded, processed, summarized, and reported within the specified time periods.

103.    Sheehan and Spinney knowingly certified misleading and inaccurate financial statements that were not in accordance with GAAP and SEC rules.  In accordance with section 906 of the Sarbanes Oxley Act of 2002 and 18 U.S.C. §1350, Sheehan and Spinney were required to certify each periodic report that includes financial statements.  Their signed certification falsely stated that: (i) the report fully complied with the requirements of §§13(a) or 15(d) of the Exchange Act; and (ii) the information contained in the report fairly presented, in all material respects, the financial condition and results of operations of Investors Financial.

104.    On the dates noted in the Schedule of Certified Financial Statements at ¶101 above, Sheehan and Spinney signed and filed with the SEC certifications under Rule 13a-14(a)/15d-14(a) of the Exchange Act and Section 906 of the Sarbanes Oxley Act of 2002 attesting to the accuracy and truthfulness of the corresponding Reports on Form 10-Q and 10-K for Investors Financial.  At the time Sheehan and Spinney signed these certifications, they knew or recklessly disregarded that they were false for the reasons set forth in ¶¶36-67.

## VI.    DEFENDANTS' FALSE AND MISLEADING STATEMENTS DURING THE CLASS PERIOD

### A.    Defendants' False and Misleading Statements Concerning 1Q01 Financial Results

105.    <u>False Statement</u>: On April 10, 2001, the Company issued a press release entitled, "Investors Financial Services Reports Record Earnings."  The press release listed defendant Keenan as a contact and stated, in part:

> BOSTON – April 10, 2001 – Investors Financial Services Corp. (Nasdaq: IFIN) reported first quarter diluted earnings per share of $0.32, an increase of 33% from $0.24 in the first quarter of 2000.  Net income for the first quarter was $10.3 million, up 42% from $7.3 million in the first quarter of 2000.

"We are extremely pleased with our first quarter performance as we once again achieved our earnings target, despite the sharp decline in the equity market experienced during the quarter," stated Kevin J. Sheehan, Chairman, Chief Executive Officer and President. . . .  "I believe we are well positioned to achieve our earnings targets for the year."

Net interest income, which arises from deposits generated by clients, increased 65% to $21.5 million from $13.0 million for the first quarter of 2000. . . .

106.  <u>Stock Price</u>:  On April 11, 2001, in response to the Company's press release, the price of the Company's stock increased 23% jumping $7.08 per share to trade at $37.59 (pre-split $75.17) from the previous day's close of $30.51 (pre-split $61.01).

107.  <u>False Statement</u>: On May 9, 2001, Investors Financial filed its Report on Form 10-Q with the SEC for its first quarter ending March 31, 2001.  The Form 10-Q was signed by Sheehan and Keenan and reported the following financial results (in thousands, except per share data):

|  | Three Months Ended March 31, 2001 |
|---|---|
| Net interest income | $21,469 |
| Net income | $10,348 |
| Basic EPS | $0.33 |
| Diluted EPS | $0.32 |

108.  <u>Insider Sales</u>: Between May 3, 2001 and May 29, 2001, while in possession of material non-public information, Sheehan, Keenan, Henry and Maroney sold 225,080 shares of Investors Financial stock taking in proceeds of almost than $8 million.  The following chart shows defendants' individual stock sales during this time:

| Date | Last Name | Shares | Price | Proceeds |
|---|---|---|---|---|
| 5/3/2001 | HENRY | 30,000 | $35.55 | $1,066,500 |
| 5/9/2001 | KEENAN | 30,000 | $35.09 | $1,052,700 |
| 5/21/2001 | MARONEY | 65,680 | $36.09 | $2,370,391 |
| 5/29/2001 | SHEEHAN | 100,000 | $35.92 | $3,592,000 |
|  |  | 225,080 |  | $8,081,591 |

40

109.    By May 15, 2001, the Federal Reserve had cut the Federal Funds Rate *five* times by 50 basis points in 2001 starting from a rate of 6% on January 3, 2001 and going to a rate of 4% by May 15, 2001.  *See* Federal Funds Rate attached hereto as Ex. M.

110.    <u>Reasons why statements in ¶¶105-107 are false and misleading</u>: The financial results reported in the April 10, 2001 press release and the Form 10-Q for the quarter ending March 31, 2001 were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company was improperly using the prospective method of accounting to push the amortization of premium to future periods by failing to account for the Company's actual prepayments on its debt securities; (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates; and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities it had purchased over par value.

111.    CW1 reported that despite the Company's statement to the contrary, SBA bonds were or should have been impacted by the restatement.  ¶¶53-55.  Plaintiffs' investigation of SBA variable rate guaranteed loan pools, which the Company admitted were the kind of security that primarily made up its federal agency portfolio (¶¶51-52) experienced increased prepayments during 2001. Because the Company was improperly using the prospective method which allowed it to ignore its debt securities' actual prepayments, defendants were able to shift the amortization of premium to future periods, thereby artificially inflating net interest income, net income and earnings.  By switching to the retrospective method, the method required by FAS 91, and accounting for the

Company's actual prepayments on its debt securities, the Company's net interest income, net income and earnings were lower during this time.

### B. Defendants' False and Misleading Statements Concerning 2Q01 Financial Results

112.    <u>False Statement</u>: On July 10, 2001, after the close of the market, the Company issued a press release entitled, "Investors Financial Services Reports 38% Growth in Second Quarter Earnings." The press release listed defendant Keenan as a contact and stated, in part:

> BOSTON – July 10, 2001 – Investors Financial Services Corp. (Nasdaq: IFIN) reported second quarter diluted earnings per share of $0.36, an increase of 38% from $0.26 in the second quarter of 2000. Net income for the second quarter was $11.9 million, up 47% from $8.1 million in the second quarter of 2000. . . . For the six months ended June 30, 2001, the Company reported diluted earnings per share of $0.68, an increase of 36% from $0.50 for the same period in 2000.

> "We are extremely pleased with our second quarter financial results. We exceeded our quarterly earnings target and are well positioned to exceed our original expectation for the remainder of the year," stated Kevin J. Sheehan, Chairman, Chief Executive Officer and President. . . .

> Net interest income, which arises from deposits generated by clients, increased 107% to $26.9 million from $13.0 million for the second quarter of 2000. . . .

113.    <u>Stock Price</u>: On July 11, 2001, in response to the Company's July 10, 2001 press release, the price of the Company's stock increased 8.9% jumping $3.04 to trade at $37.17 (pre-split $74.33) from the previous day's close of $34.13 (pre-split $68.26).

114.    <u>False Statement</u>: On July 12, 2001, pursuant to Regulation Fair Disclosure ("Regulation FD"),[10] the Company filed a Report on Form 8-K with the SEC. The Form 8-K was

---

[10]    The SEC's Final Rule on Selective Disclosure and Insider Trading states that "Regulation FD (Fair Disclosure) is a new issuer disclosure rule that addresses selective disclosure. The regulation provides that when an issuer, or person acting on its behalf, discloses material nonpublic information to certain enumerated persons (in general, securities market professionals and holders of the issuer's securities who may well trade on the basis of the information), it must make public disclosure of that information. The timing of the required public disclosure depends on whether the selective

signed by defendant Sheehan and reported the Company's financial highlights for the quarter ended

June 30, 2001 and the following financial results (in thousands, except per share data):

|                       | Three Months Ended June 30, 2001 |
|-----------------------|-----------------------------------|
| Net interest income   | $26,945                           |
| Net income            | $11,892                           |
| Diluted EPS           | $0.36                             |

115.  <u>Stock Price</u>: On July 12, 2001 and July 13, 2001, in response to the Company's Form

8-K with the SEC reporting the Company's financial highlights for the quarter ended June 30, 2001

the stock climbed another $2.80 ($5.61 pre-split) gaining another 7.5%.

116.  <u>Insider Sales</u>: Days after issuing the July 10, 2001 press release that reported false

financials, Sheehan, Keenan and Maroney sold 232,000 shares of Investors Financial stock taking in

proceeds of more than $9.1 million between July 13, 2001 and July 23, 2001.  The following chart

lists defendants' individual stock sales during this time:

| Date      | Last Name | Shares  | Price   | Proceeds    |
|-----------|-----------|---------|---------|-------------|
| 7/13/2001 | SHEEHAN   | 68,000  | $40.02  | $2,721,360  |
| 7/16/2001 | SHEEHAN   | 10,000  | $40.00  | $400,000    |
| 7/18/2001 | KEENAN    | 30,000  | $38.34  | $1,150,200  |
| 7/18/2001 | MARONEY   | 30,000  | $38.36  | $1,150,800  |
| 7/19/2001 | SHEEHAN   | 62,000  | $40.02  | $2,481,240  |
| 7/20/2001 | SHEEHAN   | 18,000  | $40.00  | $720,000    |
| 7/23/2001 | SHEEHAN   | 14,000  | $40.00  | $560,000    |
|           |           |         |         |             |
|           |           | 232,000 |         | $9,183,600  |

---

disclosure was intentional or non-intentional; for an intentional selective disclosure, the issuer must
make public disclosure simultaneously; for a non-intentional disclosure, the issuer must make public
disclosure promptly.  Under the regulation, the required public disclosure may be made by filing or
furnishing a Form 8-K, or by another method or combination of methods that is reasonably designed
to effect broad, non-exclusionary distribution of the information to the public."  U.S. Securities and
Exchange Commission, *Final Rule: Selective Disclosure and Insider Trading*, the Commission,
Executive Summary ¶12 (2000), http://www.sec.gov/rules/final/33-7881.htm; *see also* 17 C.F.R.
§§243.100-243.103.

117.   <u>False Statement</u>: On August 14, 2001, Investors Financial filed its Report on Form 10-Q with the SEC for its second quarter ending June 30, 2001.  The Form 10-Q was signed by defendants Sheehan and Keenan and reported the following financial results (in thousands, except per share data):

|                      | Three Months Ended June 30, 2001 |
|----------------------|----------------------------------|
| Net interest income  | $26,945                          |
| Net income           | $11,892                          |
| Basic EPS            | $0.38                            |
| Diluted EPS          | $0.36                            |

118.   <u>Reasons why statements in ¶¶112-117 are false and misleading</u>: The financial results reported in the July 10, 2001 press release, the July 12, 2001 Form 8-K and the Form 10-Q for the quarter ending June 30, 2001 were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company was improperly using the prospective method of accounting to push the amortization of premium to future periods by failing to account for the Company's actual prepayments on its debt securities, (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value.

119.   On August 23, 2001, the Company issued a press release entitled, "Investors Financial Reports Management Changes."  The press release stated, in part:

BOSTON – Aug. 23, 2001 –

*       *       *

Today the Company also **announced that Karen C. Keenan, Senior Vice President and Chief Financial Officer, will retire in January 2002 to spend more time with her family**, which is expecting an addition in early 2002.  The Company

44

has **named John Spinney, currently a partner at KPMG LLP, as Ms. Kennan's successor**. Mr. Spinney will join the Company as Senior Vice President and Assistant Chief Financial Officer in September 2001, transitioning to Senior Vice President and Chief Financial Officer effective January 1, 2002. The Company expects that Ms. Keenan will remain active in a consulting role for the Company after her retirement.

**C.     Defendants' False and Misleading Statements Concerning 3Q01 Financial Results**

120.     <u>False Statement</u>: On October 11, 2001, prior to the market opening, the Company issued a press release entitled, "Investors Financial Services Corp. Announces Third Quarter EPS Up 46%." The press release stated, in part:

> BOSTON – Oct. 11, 2001 – Investors Financial Services Corp. (Nasdaq: IFIN) reported third quarter diluted earnings per share of $0.41, an increase of 46% from $0.28 in the third quarter of 2000. Net income for the third quarter was $13.5 million, up 53% from $8.8 million in the third quarter of 2000. For the nine months ended September 30, 2001, the Company reported diluted earnings per share of $1.09, an increase of 40% from $0.78 for the same period in 2000.

> "We are very pleased with the solid earnings growth in the third quarter, despite the challenges presented by the slowing economy," stated Kevin J. Sheehan, Chairman and Chief Executive Officer. "We exceeded our earnings target for the quarter due to continued growth in both new and existing client relationships, the favorable interest rate environment, and careful monitoring of increased spending. We remain extremely confident of our long-term prospects."

> Net interest income, which arises from deposits generated by clients, increased 88% to $29.0 million from $15.4 million for the third quarter of 2000. . . .

121.     <u>False Statement</u>: On October 11, 2001, pursuant to Regulation FD, the Company filed a Report on Form 8-K with the SEC. The Form 8-K was signed by defendant Sheehan and reported the Company's financial highlights for the quarter ended September 30, 2001 and the following financial results (in thousands, except per share data):

|                     | Three Months Ended September 30, 2001 |
|---------------------|---------------------------------------|
| Net interest income | $29,028                               |
| Net income          | $13,479                               |
| Diluted EPS         | $0.41                                 |

45

122.    <u>False Statement</u>: On November 13, 2001, Investors Financial filed its Report on Form 10-Q with the SEC for its third quarter ending September 30, 2001.  The Form 10-Q was signed by defendants Sheehan and Keenan and reported the following financial results (in thousands, except per share data):

|  | Three Months Ended September 30, 2001 |
|---|---|
| Net interest income | $29,028 |
| Net income | $13,479 |
| Basic EPS | $0.42 |
| Diluted EPS | $0.41 |

123.    <u>Reasons why statements in ¶¶120-122 are false and misleading</u>: The financial results reported in the October 11, 2001 press release, the October 11, 2001 Form 8-K and the Form 10-Q for the quarter ending September 30, 2001 were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company was improperly using the prospective method of accounting to push the amortization of premium to future periods by failing to account for the Company's actual prepayments on its debt securities, (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value.  *See* ¶¶110-111 for a discussion on why these statements were false and misleading.

**D.    Defendants' False and Misleading Statements Concerning 4Q01 Financial Results and Fiscal Year 2001 Financial Results**

124.    <u>False Statement</u>: On January 22, 2002, prior to the market opening, the Company issued a press release entitled, "Investors Financial Services Corp. Announces Fourth Quarter Earnings Up 47% and Full Year Earnings Up 42%."  The press release stated, in part:

BOSTON – Jan. 22, 2002 – Investors Financial Services Corp. (Nasdaq: IFIN) reported fourth quarter diluted earnings per share of $0.44, an increase of 47% from $0.30 in the fourth quarter of 2000. Net income for the fourth quarter was $14.5 million, up 54% from $9.4 million in the fourth quarter of 2000. For the year ended December 31, 2001, the Company reported diluted earnings per share of $1.53, an increase of 42% from $1.08 in 2000. Net income for the year was $50.2 million, up 49% from $33.6 million in 2000.

Kevin J. Sheehan, Chairman and Chief Executive Officer commented, "We had another outstanding year, with financial results exceeding our established targets. Despite a continued decline in worldwide equity markets, we achieved impressive growth rates for both revenue and earnings, fueled by continued strong demand for our services and a favorable interest rate environment. . . .

Net interest income, which arises from deposits generated by clients, grew 83% to $31.8 million from $17.4 million for the same period in 2000. . . .

*     *     *

Net interest income increased 86% to $109.3 million in 2001 from $58.8 million in 2000. . . .

125.    <u>False Statement</u>: On January 22, 2002, pursuant to Regulation FD, the Company filed a Report on Form 8-K with the SEC. The Form 8-K was signed by defendant Sheehan and reported the Company's financial highlights for the quarter ended December 31, 2001 and the following financial results (in thousands, except per share data):

|  | Fiscal Year Ended December 31, 2001 |
|---|---|
| Net interest income | $31,839 |
| Net income | $14,481 |
| Diluted EPS | $0.44 |

126.    <u>Stock Price</u>: On January 22, 2002, in response to the Company's press release and Report on Form 8-K, the price of the Company's stock increased 2.8% closing at $37.09 ($74.18 pre-split), from a previous close of $36.10 ($72.20 pre-split).

127.    <u>False Statement</u>: On January 22, 2002 the Company represented by defendant Sheehan talked with *Bloomberg* about the Company's fourth quarter earnings.

Boston, Jan. 22, 2002 (*Bloomberg*) – Kevin Sheehan, chairman and chief executive officer of Investors Financial Services Corp., talks with *Bloomberg*'s Su Keenan via

47

satellite about the company's fourth-quarter earnings released today and the outlook for sales growth. Investors Financial posted fourth-quarter earnings of 44 cents a share.

*     *     *

KEENAN: Let's talk about what's going on with Investors Financial Services. They have been higher in today's session. We're going to show you how much higher. Certainly, that has a lot to do with their earnings surprise, which was announced today.

***You see the stock up better than 2 percent**. **The company's diluted earnings per share came in at 44 cents, and that is 2 cents more than forecast, a 47 percent improvement over the period a year ago**.*

Now, Investors Financial Services net income rose 54 percent, to $14.5 million. Revenue grew 70 percent to nearly $100 million. The company also said it's boosting its dividend by 0.05 cent to 2.5 cents per share.

So what's ahead for the company? Let's ask CEO Kevin Sheehan. He joins us from Boston. These numbers, these percentage gains, sounds like we're talking about another year besides 2002. What's going on? Where's the strength coming from in your company?

SHEEHAN: Our strength is coming from an expansion of existing relationships, as well as new business that we've been able to pick up and a recovery in the equity markets.

128.    <u>False Statement</u>: On February 19, 2002, Investors Financial filed its Report on Form 10-K with the SEC for the fiscal year ending December 31, 2001. The Form 10-K was signed by defendants Sheehan, Rogers and Spinney and reported the quarterly and yearly financial results for 2001 (in thousands, except per share data), repeated the previous quarters financial results (in thousands, except per share data):

|  | Quarter Ending December 31, 2001 | Year Ended December 31, 2001 |
|---|---|---|
| Net interest income | $67,778 | $109,281 |
| Net income | $14,481 | $50,200 |
| Basic EPS | $0.46 | $1.59 |
| Diluted EPS | $0.44 | $1.53 |

| Year Ended December 31, 2001 | First Quarter | Second Quarter | Third Quarter | Fourth Quarter |
|---|---|---|---|---|
| Net income | $10,348 | $11,892 | $13,479 | $14,481 |
| Basic EPS | $0.33 | $0.38 | $0.42 | $0.46 |

48

| Diluted EPS | $0.32 | $0.36 | $0.41 | $0.44 |

129.    Reasons why statements in ¶¶124-128 are false and misleading: The financial results reported in the January 23, 2002 press release and Form 8-K, January 23, 2002 *Bloomberg* interview, and the Form 10-K for the year ending December 31, 2001, were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company was improperly using the prospective method of accounting to push the amortization of premium to future periods by failing to account for the Company's actual prepayments on its debt securities, (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value.  In addition, at this point in time, the Company's net interest income was overstated by $8.5 million.

130.    CW1 reported that despite the Company's statement to the contrary, SBA bonds were or should have been impacted by the restatement. ¶¶53-55. Plaintiffs' investigation of SBA variable rate guaranteed loan pools, which the Company admitted were the kind of security that primarily made up its Federal Agency portfolio (¶¶51-52) experienced increased prepayments during 2001. Because the Company was improperly using the prospective method which allowed it to ignore its debt securities' actual prepayments, the defendants were able to shift the amortization of premium to future periods, thereby artificially inflating net interest income, net income and earnings.  By switching to the retrospective method, the method required by FAS 91, and accounting for the Company's actual prepayments on its debt securities, the Company's net interest income, net income and earnings were lower during this time.  The following chart summarizes the restatement (in million, except per share data):

49

| | As Previously Reported | As Restated | Restatement Adjustments |
|---|---|---|---|
| **Statement of Income** | | | |
| Net interest income | $106,838 | $98,355 | ($8,483) |
| Net income | $50,200 | $44,686 | ($5,514) |
| Basic EPS | $0.79 (pre-split $1.58) | $0.71 (pre-split $1.42) | ($0.08) |
| Diluted EPS | $0.76 (pre-split $1.53) | $0.68 (pre-split $1.36) | ($0.08) |

### E.  Defendants' False and Misleading Statements Concerning 1Q02 Financial Results

131.  <u>False Statement</u>: On April 15, 2002, after the close of the market, the Company issued a press release entitled, "Investors Financial Services Corp. Announces First Quarter Earnings Up 50%." The press release stated, in part:

> BOSTON – April 15, 2002 – Investors Financial Services Corp. (Nasdaq:IFIN) reported first quarter diluted earnings per share of $0.48, an increase of 50% from $0.32 in the first quarter of 2001 and an increase of 45% over first quarter 2001 diluted cash earnings per share of $0.33. Net income for the first quarter was $16.1 million, up 56% from $10.3 million in the first quarter of 2001 and an increase of 49% over first quarter 2001 cash net income of $10.8 million. Both diluted cash earnings per share and cash net income exclude the amortization of goodwill according to FASB 142.

> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "I am extremely pleased with our continued growth, driven by new assets from existing clients and a continued favorable interest rate environment. . . .

> Net interest income, which arises primarily from cash balances generated by clients, grew 66% to $35.7 million from $21.5 million for the same period in 2001. . . .

132.  <u>False Statement</u>: On April 15, 2002, pursuant to Regulation FD, the Company filed a Report on Form 8-K with the SEC. The Form 8-K was signed by defendant Sheehan and reported the Company's financial highlights for the quarter ended March 31, 2002 and the following financial results (in thousands, except per share data):

|  | Three Months Ended March 31, 2002 |
|---|---|
| Net interest income | $35,737 |
| Net income | $16,055 |
| Diluted EPS | $0.48 |

133. <u>Stock Price</u>: On April 16, 2002, in response to the Company's press release and Form

8-K disclosure, the price of the Company's stock increased 2.3% closing at $37.46 ($74.92 pre-

split), from a previous close of $36.60 ($73.20 pre-split), on trading volume of 584,000 shares, up

from trading volume of 153,800 shares. The next day, on April 17, 2002, the stock climbed another

$0.60 ($1.20 pre-split), gaining another 1.6%.

134. <u>False Statement</u>: On April 24, 2002, the Company issued a press release entitled,

"Investors Financial Services Corp. Announces Two-for-One Stock Split." The press release stated,

in part:

> BOSTON – April 24, 2002 – Investors Financial Services Corp. (Nasdaq:
> IFIN) today announced that its Board of Directors approved a two-for-one stock split
> of the Company's common stock. Payable in the form of a 100% stock dividend, all
> shareholders of record at the close of business on May 24, 2002 will receive one
> additional share for each share owned. The additional shares will be distributed to
> shareholders on or about June 14, 2002. Upon completion of the stock split, the
> Company will have approximately 64.3 million shares of common stock outstanding.
>
> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "***The
> consistently strong performance of Investors Financial Services Corp. has enabled
> us to split our common stock three times in the last four years, improving trading
> liquidity and broadening ownership of the Company's common stock*.**"

135. <u>False Statement</u>: On May 13, 2002, Investors Financial filed its Report on Form 10-Q

with the SEC for its first quarter ending March 31, 2002, and repeated its reported 1Q01 financial

results. The Form 10-Q was signed by defendants Sheehan and Spinney and reported the following

financial results (in thousands, except per share data):

|  | Three Months Ended March 31, 2002 | Three Months Ended March 31, 2001 |
|---|---|---|
| Net interest income | $35,737 | $21,469 |
| Net income | $16,055 | $10,348 |
| Basic EPS | $0.50 | $0.33 |
| Diluted EPS | $0.48 | $0.32 |

136. <u>Reasons why statements in ¶¶131-135 are false and misleading</u>: The financial results reported in the April 15, 2002 press release, the April 15, 2002 Form 8-K and the Form 10-Q for the quarter ending March 31, 2002 were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, the defendants intentionally and/or recklessly did not disclose (1) that the Company was improperly using the prospective method of accounting to push the amortization of premium to future periods by failing to account for the Company's actual prepayments on its debt securities, (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value. In addition, the Company's April 24, 2002 statement that its "consistently strong performance of Investors Financial Services Corp." enabled it to split its stock was also false and misleading because due to the above factors listed.

137. CW1 reported that despite the Company's statement to the contrary, SBA bonds were or should have been impacted by the restatement. ¶¶53-55. Plaintiffs' investigation of SBA variable rate guaranteed loan pools, which the Company admitted were the kind of security that primarily made up its Federal Agency portfolio (¶¶51-52) experienced prepayments in 2002. CW1 also reported that during 2002-2003 SBA securities were being prepaid. ¶¶53-55. Because the Company was improperly using the prospective method which allowed it to ignore its debt securities' actual prepayments, defendants were able to shift the amortization of premium to future periods, thereby

artificially inflating net interest income, net income and earnings.  By switching to the correct method required by FAS 91 (the retrospective method), and taking into account the Company's actual prepayments on its debt securities the Company's net interest income, net income and earnings were lower during this time.

**F.      Defendants' False and Misleading Statements Concerning 2Q02 Financial Results**

138.    <u>False Statement</u>: On July 11, 2002, prior to the market opening, the Company issued a press release entitled, "Investors Financial Services Corp. Announces Second Quarter Earnings Up 44%."  The press release stated, in part:

> BOSTON – July 11, 2002 – Investors Financial Services Corp. (Nasdaq: IFIN) reported 2002 second quarter diluted earnings per share of $0.26, an increase of 44% from $0.18 in the second quarter of 2001.  Net income for the second quarter was $17.3 million, up 45% from $11.9 million in the second quarter of 2001.  For the six months ended June 30, 2002, the Company reported diluted earnings per share of $0.50, an increase of 47% from $0.34 for the same period in 2001.  Diluted earnings per share and net income for 2002 both exclude the amortization of goodwill in accordance with the provisions of FASB 142.  Prior year diluted earnings per share reflect the two-for-one stock split which occurred on June 14, 2002.

> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "We delivered outstanding performance in the second quarter despite continued volatility and uncertainty in the capital markets. Our ability to maintain revenue and earnings growth in a difficult market environment shows the strength of our business model and the demand for our services. . . .

> Net interest income, which arises primarily from cash balances generated by clients, grew 28% to $34.4 million from $26.9 million for the second quarter of 2001. . . .

139.    <u>False Statement</u>: On July 11, 2002, on the Company held an earnings conference call with market analysts, attended by defendants Sheehan, Rogers and Spinney.  At the start of the conference call defendant Sheehan confirmed the Company's second quarter earnings:

> Good morning. I'll begin by reviewing some key points from the second quarter and then John Spinney will discuss our financial results in more detail and update our guidance on our models. The diluted EPS for the second quarter came in at 26 cents up two cents or eight fence link quarter and up eight cents 44 quarter two of last year.

53

Exhibit B.  Spinney also confirmed the Company's second quarter earnings and provided 2002 earnings guidance:

> Good morning.  As Kevin mentioned, second quarter diluted EPS came in at 26 cents a share and 8 percent linked quarter increase.  Our diluted EPS of 26 cents represents a 44 increase over the second quarter of 2001 EPS of 18 cents.  Diluted EPS in net income for 2002 both exclude the amortization of good will in the accordance with provisions HASBY-142 (phonetic).
>
> Revenue growth remains a key driver of the company's EPS growth.  That off burning revenue which is made up of net interest income and fee income increased 4 percent link quarter and 22 percent over the same quarter of last year.  The two components of our revenue, net income are reported separately financial statement for presentation purposes, but these two revenue sources are derived from the same core securities processing business as clients use the company's balance sheet as a convenient way to invest their excess cash, thus generating net income for us.
>
> *        *        *
>
> Given our continued strong top and bottom performance during the second quarter the continued favorable interest rates environment and client wins and conversions, ***we are raising our 2002 EPS guidance to 101 to 103, from a dollar to 102***.  ***We remain comfortable with our long term growth rate of 25 percent in EPS***. . . .

*Id*.

140.    On the same conference call an analyst asked: "And then on the new guidance are you still saying the 25 percent long term growth rate should be listed in '03?"  Defendant Spinney replied, "yes."  *Id*.

141.    <u>False Statement</u>: On July 11, 2002, pursuant to Regulation FD, the Company filed a Report on Form 8-K with the SEC.  The Form 8-K was signed by defendant Sheehan and reported the Company's financial highlights for the quarter ended June 30, 2002 and the following financial results (in thousands, except per share data):

|  | Three Months Ended June 30, 2002 |
|---|---|
| Net interest income | $34,380 |
| Net income | $17,317 |
| Diluted EPS | $0.26 |

142.  <u>Stock Price</u>: On July 11, 2002, in response to the Company's press release, conference call and Form 8-K, the price of the Company's stock increased 4.5% increasing $1.31 to trade at $30.60 from the previous day's close of $29.29.  The next day, on July 12, 2002, the stock continued to climb increasing 8.3% to close at $33.13.

143.  <u>False Statement</u>: On August 14, 2002, Investors Financial filed its Report on Form 10-Q with the SEC for its second quarter ending June 30, 2002 (and repeated the financials for the quarter ended June 30, 2001).  The Form 10-Q was signed by defendants Sheehan and Spinney and reported the following financial results (in thousands, except per share data):

|  | Three Months Ended June 30, 2002 | Three Months Ended June 30, 2001 |
|---|---|---|
| Net interest income | $34,380 | $26,945 |
| Net income | $17,317 | $11,892 |
| Basic EPS | $0.27 | $0.18 |
| Diluted EPS | $0.26 | $0.18 |

144.  <u>Reasons why statements in ¶¶138-143 are false and misleading</u>: The financial results reported in the July 11, 2002 press release, the July 11, 2002 conference call, the July 11, 2002 Form 8-K and the Form 10-Q for the quarter ending June 30, 2002, were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company was improperly using the prospective method of accounting to push the amortization of premium to future periods by failing to account for the Company's actual prepayments on its debt securities, (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value.  In addition, the Company's raising 2002 EPS guidance to a range of 101 to 103 and stating that it remained comfortable with a long term EPS

growth rate of 25% was also false and misleading because the Company did not disclose the above.

Furthermore, at this point in time, the Company's net interest income in 2001 was overstated by $8.5

million. *See* ¶¶136-137 for a discussion on why these statements were false and misleading.

### G.    Defendants' False and Misleading Statements Concerning 3Q02 Financial Results

145.    <u>False Statement</u>: On October 10, 2002, prior to the market opening, the Company

issued a press release entitled, "Investors Financial Services Corp. Announces Third Quarter

Earnings up 30%, Year-to-Date Earnings up 41%." The press release stated, in part:

> BOSTON – Oct. 10, 2002 – Investors Financial Services Corp. (Nasdaq:
> IFIN) reported 2002 third quarter diluted earnings per share of $0.26, an increase of
> 30% from $0.20 in the third quarter of 2001. Net income for the third quarter was
> $17.3 million, up 28% from $13.5 million in the third quarter of 2001. For the nine
> months ended September 30, 2002, the Company reported diluted earnings per share
> of $0.76, an increase of 41% from $0.54 for the same period in 2001. Diluted
> earnings per share and net income for 2002 both exclude the amortization of
> goodwill in accordance with the provisions of FASB 142. Prior year diluted earnings
> per share reflects the two-for-one stock split which occurred on June 14, 2002.
>
> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented,
> "Despite challenging conditions in the capital markets during the third quarter, we
> again delivered solid financial results. . . . Although assets under administration
> declined during the quarter, our diversified revenue mix allowed us to achieve our
> financial goals. Looking forward, we remain comfortable with our 2002 earnings
> estimates of $1.01 to $1.03 per share."
>
> *          *          *
>
> Net interest income, which arises primarily from cash balances generated by clients,
> grew 24% to $35.9 million from $29.0 million for the third quarter of 2001. . . .

146.    <u>False Statement</u>: On October 10, 2002, pursuant to Regulation FD, the Company filed

a Report on Form 8-K with the SEC. The Form 8-K was signed by defendant Sheehan and reported

the Company's financial highlights for the quarter ended September 30, 2002 and the following

financial results (in thousands, except per share data):

|  | Three Months Ended September 30, 2002 |
|---|---|
| Net interest income | $35,866 |
| Net income | $17,269 |
| Diluted EPS | $0.26 |

147.    <u>False Statement</u>: On October 10, 2002, the Company held an earnings conference call with market analysts, attended by defendants Sheehan, Rogers and Spinney.  At the start of the conference call defendant Sheehan confirmed the Company's third quarter earnings by stating that "Diluted EPS for the third quarter came in at 26 cents.  Essentially flat on a late quart basis and up 6 cents or 30 percent from quarter 3 of last year."  Defendant Spinney also confirmed the Company's third quarter earnings and provided 2002 earnings guidance:

> Good morning.  As Kevin mentioned, third quarter diluted EPS came in at 26 cents a share, basically flat on a late quarter basis.  Our diluted EPS at 26 cents represents a 30 percent increase over the third quarter of 2001's EPS of 20 cents and our year to date EPS of 76 cents represents a 41 percent increase over 2001's year to date EPS of 54 cents.  As we have stated on prior calls, diluted earnings per share and net income for 2002 both exclude the amortization of good will in accordance with the provisions of FASB 142.  Net operating revenue, which is made up of net interest income, fee income and transaction income, increased 1 percent late quarter in 14 percent over the same quarter of last year.
>
> *          *          *
>
> Despite the market value decline experienced during the third quarter and the prepayments on our mortgage backed portfolio, we are made comfortable with our 2002 EPS guidance at 101 to 103.  Absent another severe sustained downturn in the equity markets, we remain comfortable with our long term EPS growth rate of 25 percent. . . .

Exhibit C.

148.    Also, on the Company's October 10, 2002 conference call, the Company and defendant Rogers admitted that its models take into account the movement and flattening of the yield

curve and the Company is able to provide guidance based on its changes in interest income and

income.[11]  In part, defendant Rogers states:

> Charles Trafton (ph): ***What's your outlook, you know, given the flat and the [flattening] yield curve and the very high prepayment fees on the mortgage portfolio?***
>
> ***Mike Rogers – Investors Financial Services Corporation – President***
>
> ***We have it coming down throughout the next 12 months which is why we believe, even though we're going to increase deposits on the balance sheet, that management's income is going to stay flat***.
>
> Charles Trafton (ph): So, increasing the investment portfolio will enable you to maintain your net interest income, but the margin will decline?
>
> ***Mike Rogers – Investors Financial Services Corporation – President***
>
> That's right.  You know, I think it's important to note here that less than a billion dollars of those assets that are on the balance sheet, liabilities are on the balance sheet are not core to the business.  So these deposits, again, are generated by our clients and we feel comfortable here in an increasing market and in a decreasing market.

*Id*.

149.  <u>Stock Price</u>: On October 10, 2002, in response to the Company's press release,

conference call and Form 8-K, the price of the Company's stock increased 14% increasing $3.12 per

share to trade at $25.51 per share from the previous day's close of $22.39 per share.  On October 11,

2002, October 14, 2002 and October 15, 2002, the price of the Company's stock continued to rise

jumping 1.8%, 2.0% and 10.0% to close at $25.97, $26.50 and $29.14, respectively.

150.  <u>False Statement</u>: On November 15, 2002, Investors Financial filed its Report on Form

10-Q with the SEC for its third quarter ending September, 30, 2002 (and repeated the financials for

---

[11]    The Company also admitted that a flat yield curve is built into its models and guidance on July 16, 2003 and November 15, 2004.  *See* ¶¶165, 205.

the quarter ended September 30, 2001).  The Form 10-Q was signed by defendants Sheehan and

Spinney and reported the following financial results (in thousands, except per share data):

|  | Three Months Ended September 30, 2002 | Three Months Ended September 30, 2001 |
|---|---|---|
| Net interest income | $35,866 | $29,028 |
| Net income | $17,269 | $13,479 |
| Basic EPS | $0.27 | $0.42 |
| Diluted EPS | $0.26 | $0.41 |

151.    <u>Reasons why statements in ¶¶145-150 are false and misleading</u>: The financial results

reported in the October 10, 2002 press release, October 10, 2002 conference call, the October 10,

2002 Form 8-K and the Report on Form 10-Q for the quarter ending September 30, 2002, were

materially false and misleading and were not reported in accordance with GAAP and Regulation S-X

(17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or

recklessly did not disclose (1) that the Company was improperly using the prospective method of

accounting to push the amortization of premium to future periods by failing to account for the

Company's actual prepayments on its debt securities, (2) the Company's prepayment policy and

significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment

risk that its debt securities could be redeemed prior to maturity and that the Company would lose its

interest income and unamortized premium amount for securities purchased over par value.  In

addition, the Company's raising 2002 EPS guidance at a range of 101 to 103 and stating that it

remained comfortable with a long term EPS growth rate of 25% was also false and misleading

because the Company did not disclose the above.  Furthermore, at this point in time, the Company's

net interest income in 2001 was overstated by $8.5 million, with an additional $2.3 million in net

interest income being overstated by the end of fiscal year 2002.  *See* ¶¶136-137 for a discussion on

why these statements were false and misleading.

H.     **Defendants' False and Misleading Statements Concerning**
       **4Q03 Financial Results and Fiscal Year 2001 Financial Results**

152.    <u>False Statement</u>: On January 23, 2003, prior to the market opening, the Company issued a press release entitled, "Investors Financial Services Corp. Announces Fourth Quarter Earnings Up 27% and Full Year Earnings Up 37%." The press release listed defendant Spinney as a contact and was filed with the SEC on Form 8-K signed by defendant Sheehan. The press release stated, in part:

> BOSTON – Jan. 23, 2003 – Investors Financial Services Corp. (Nasdaq: IFIN) reported fourth quarter diluted earnings per share of $0.28, an increase of 27% from $0.22 in the fourth quarter of 2001. Net income for the fourth quarter was $18.3 million, up 26% from $14.5 million in the fourth quarter of 2001. For the year ended December 31, 2002, the Company reported diluted earnings per share of $1.04, an increase of 37% from $0.76 per share in 2001. Net income for the year was $68.9 million, up 37% from $50.2 million in 2001. . . . Diluted earnings per share and net income for 2002 both exclude the amortization of goodwill in accordance with the provisions of FASB 142. Prior year diluted earnings per share reflects the two-for-one stock split which occurred on June 14, 2002.

> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "We delivered another year of outstanding results during 2002 despite a third straight year of declining equity markets. These results are indicative of our resilient business model. The Company's performance continues to be driven by strong customer demand for our services and a favorable interest rate environment. We remain confident in our ability to deliver organic growth in earnings per share of 25% in 2003."

> Net interest income, which arises from deposits generated by clients, grew 18% to $37.5 million for the fourth quarter of 2002 from $31.8 million for the same period in 2001. . . .

> Net interest income increased 31% to $143.5 million in 2002 from $109.3 million in 2001. . . .

153.    <u>False Statement</u>: The January 23, 2003 Report on Form 8-K, signed by defendant Sheehan, also reported the Company's financial highlights for the quarter and year ended December 31, 2002, and the quarter and year ended December 31, 2001, and the following financial results (in thousands, except per share data):

|  | Quarter Ended December 31, 2002 | Quarter Ended December 31, 2001 | Year Ended December 31, 2002 | Year Ended December 31, 2001 |
|---|---|---|---|---|
| Net interest income | $37,495 | $31,839 | $143,478 | $109,281 |
| Net income | $18,305 | $14,481 | $68,946 | $50,200 |
| Diluted EPS | $0.28 | $0.22 | $1.04 | $0.76 |

154.     <u>False Statement</u>: On January 23, 2003, the Company held an earnings conference call with market analysts, attended by defendants Sheehan and Spinney.  At the start of the conference call defendant Sheehan confirmed the Company's fourth quarter earnings:

> Diluted EPS for the fourth quarter came in at 28 cents, up 8 cents on a link quarter basis, and up 6 cents or 27% from quarter 4 of last year.  For the year-ended 2002, our dollar four and EPS represents a 37% increase over our 2001 EPS of 76 cents.  As of December 31st, we processed approximately 785 billion of assets for our clients.  Up approximately 43 billion from 742 as of the end of September 30, 2002.  And down 29 billion from 814 at year-end 2001.

Exhibit D.  Spinney also confirmed the Company's fourth quarter earnings and provided 2003 earnings guidance:

> Good morning, as Kevin mentioned, fourth quarter diluted EPS came in at 28 cents, up two cents or 8% [UNINTELLIGIBLE] basis.  Our diluted EPS at 28 cents represents a 27% increase over the fourth quarter of 2001's EPS of 22 cents, and our full year 2002 diluted EPS of $1.04 represents a 37% increase over 2001's EPS of 76 cents.
>
> *          *          *
>
> Despite three consecutive years of market value declines that we have experienced, for which we cannot predict an end, in the realization that we're experiencing historically favorable interest rate conditions for a liability sensitive institution such as our bank, we are formally issuing 2003 EPS guidance of 25% bottom line growth from our 2002 base earnings of $1.04. This guidance assumes no market appreciation.  In other words, absent another severe sustained down turn in the equity markets, we're made comfortable with our long term EPS growth rate of 25%. . . .

*Id*.

155.     <u>Stock Price</u>: On January 23, 2003, in response to the Company's press release, conference call and Form 8-K, the price of the Company's stock increased 6.4% increasing $1.61 to trade at $27.81 from the previous day's close of $26.14.

156.  <u>False Statement</u>: On February 27, 2003, Investors Financial filed its Report on Form 10-K with the SEC for the fiscal year ending 2002.  The Form 10-K was signed by defendants Sheehan, Rogers and Spinney and reported the following financial results (in thousands, except per share data):

|  | Quarter Ending December 31, 2002 | Year Ended December 31, 2001 |
|---|---|---|
| Net interest income | $143,478 | $109,281 |
| Net income | $68,946 | $50,200 |
| Basic EPS | $1.07 | $0.79 |
| Diluted EPS | $1.04 | $0.76 |

157.  <u>Reasons why statements in ¶¶152-156 are false and misleading</u>: The financial results reported in the January 23, 2003 press release and Form 8-K and the Form 10-K for the year ending December 31, 2002, were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company was improperly using the prospective method of accounting to push the amortization of premium to future periods by failing to account for the Company's actual prepayments on its debt securities, (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value.  In addition, the Company giving an EPS growth rate of 25% was also false and misleading because the Company did not disclose the above.  Furthermore, at this point in time, the Company's net interest income by 2003 was overstated by $10.8 million.

158.  CW1 reported that despite the Company's statement to the contrary, SBA bonds were or should have been impacted by the restatement. ¶¶53-55. Plaintiffs' investigation of SBA variable rate guaranteed loan pools, which the Company admitted were the kind of security that primarily

made up its Federal Agency portfolio (¶¶51-52) experienced prepayments in 2002. CW1 also reported that during 2002-2003 SBA securities were being prepaid. ¶¶53-55. Because the Company was improperly using the prospective method which allowed it to ignore its debt securities' actual prepayments, the defendants were able to shift the amortization of premium to future periods, thereby artificially inflating net interest income, net income and earnings. By switching to the correct method required by FAS 91 (the retrospective method), and taking into account the Company's actual prepayments on its debt securities the Company's net interest income, net income and earnings were lower during this time. The following charge summarizes the restatement (in millions, except per share data):

|  | As Previously Reported | As Restated | Restatement Adjustments |
|---|---|---|---|
| **Statement of Income** |  |  |  |
| Net interest income | $106,838 | $98,355 | ($8,483) |
| Net income | $50,200 | $44,686 | ($5,514) |
| Basic EPS | $0.79 (pre-split $1.58) | $0.71 (pre-split $1.42) | ($0.08) |
| Diluted EPS | $0.76 (pre-split $1.53) | $0.68 (pre-split $1.36) | ($0.08) |

## I.    Defendants' False and Misleading Statements Concerning the 1Q03 Financial Results

159.    <u>False Statement</u>: On April 10, 2003, prior to the market opening, the Company issued a press release entitled, "Investors Financial Services Corp. Announces First Quarter Earnings." The press release listed defendant Spinney as a contact and was filed with the SEC on Report on Form 8-K signed by defendant Sheehan. The press release stated, in part:

> BOSTON – April 10, 2003 – Investors Financial Services Corp. (Nasdaq: IFIN) reported first quarter diluted operating earnings per share of $0.29, an increase of 21% from $0.24 in the first quarter of 2002. Net operating income for the first quarter was $19.3 million, up 20% from $16.1 million in the first quarter of 2002. Prior year diluted earnings per share reflects the two-for-one stock split which occurred on June 14, 2002.

*        *        *

Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "Investors Financial Services again delivered impressive operating results in a challenging economic environment. Our diverse revenue stream and prudent cost controls continued to drive our strong performance. We are confident that we will be able to meet our diluted operating earnings per share target of $1.30 and our GAAP diluted earnings per share target of $1.09 for 2003."

Net interest income grew 10% to $39.4 million for the first quarter of 2003 from $35.7 million for the same period in 2002. . . .

160.    <u>False Statement</u>: The April 10, 2003 Report on Form 8-K, also reported the Company's financial highlights for the quarter ended March 31, 2003 (and repeated the financials for the quarter ended March 31, 2002) and the following financial results (in thousands, except per share data):

|  | Quarter Ended March 31, 2003 | Quarter Ended March 31, 2002 |
|---|---|---|
| Net interest income | $39,369 | $35,737 |
| Net income | $5,412 | $16,055 |
| Diluted EPS | $0.08 | $0.24 (Pre-split 0.48) |

161.    <u>False Statement</u>: On May 14, 2003, Investors Financial filed its Report on Form 10-Q for its first quarter ending March 31, 2003 with the SEC. The Form 10-Q was signed by Sheehan and Spinney and reported the following financial results (in thousands, except per share data):

|  | Quarter Ending March 31, 2003 | Quarter Ending March 31, 2002 |
|---|---|---|
| Net interest income | $39,369 | $35,737 |
| Net income | $5,412 | $16,055 |
| Basic EPS | $0.08 | $0.25 |
| Diluted EPS | $0.08 | $0.24 |

162.  <u>False Statement continued</u>: The Company also reported its increased investment in

SBA securities, but failed to disclose the SBA securities prepayment risk, actual prepayments or

assumptions used in the Company's prepayment estimates.[12]  The Form 10-Q disclosed, in part:

> We also increased our investments in Federal agency securities, such as those
> issued by the SBA, during the three months ended March 31, 2003.  Generally,
> Federal agency securities have a higher yield than U.S. Treasury securities due to
> credit and call risk. Credit risk related to Federal agency bonds is substantially
> reduced by payment guarantees and credit enhancements.

163.  <u>Reasons why statements in ¶¶159-162 are false and misleading</u>: The financial results

reported in the April 10, 2003 press release and the Form 10-Q for the quarter ending March 31,

2003 were materially false and misleading and were not reported in accordance with GAAP and

Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants

intentionally and/or recklessly did not disclose (1) that the Company was improperly using the

prospective method of accounting to push the amortization of premium to future periods by failing to

account for the Company's actual prepayments on its debt securities, (2) the Company's prepayment

policy and significant assumptions underlying its prepayment estimates, and (3) the Company's

prepayment risk that its debt securities could be redeemed prior to maturity and that the Company

would lose its interest income and unamortized premium amount for securities purchased over par

value.  In addition, the Company's guidance was false and misleading because the Company did not

disclose the above.  At this point in time the Company's net interest income for 2001 and 2002 was

overstated by $10.8 million.  Furthermore, notable is the fact that the Company stopped breaking

down its held-to-maturity investment portfolio by years to maturity.

---

[12]     The Company first disclosed the SBA securities prepayment risk in its June 30, 2003 Report
on Form 10-Q filed on August 11, 2003.

**J.    The Defendants' False and Misleading Statements
Concerning 2Q03 Financial Results**

164.    <u>False Statement</u>: On July 16, 2003, prior to the market opening, the Company issued

a press release entitled, "Investors Financial Services Corp. Announces Second Quarter Earnings."

The press release listed defendant Spinney as a contact and was filed with the SEC on Report on

Form 8-K signed by defendant Sheehan.  The press release stated, in part:

> BOSTON – July 16, 2003 – Investors Financial Services Corp. (Nasdaq: IFIN) reported second quarter diluted operating earnings per share of $0.32, an increase of 23% from $0.26 in the second quarter of 2002.  Net operating income for the second quarter was $21.3 million, up 23% from $17.3 million in the second quarter of 2002. For the six months ended June 30, 2003, the Company reported diluted operating earnings per share of $0.61, an increase of 22% from $0.50 for the same period in 2002.  Net operating income for the six months ended June 30, 2003 was $40.6 million, an increase of 22% from $33.4 million for the same period of 2002.  Prior year diluted earnings per share reflect the two-for-one stock split which occurred on June 14, 2002.

> *            *            *

> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "The second quarter of 2003 represented another period of outstanding performance by Investors Financial Services marked with significant accomplishments. . . . We remain confident in our ability to meet our diluted operating earnings per share target of $1.30 and our GAAP diluted earnings per share target of $1.19 for 2003."

> Net interest income grew 11% to $38.2 million for the second quarter of 2003 from $34.4 million for the same period in 2002. . . .

165.    On July 16, 2003, the Company held an earnings conference call with market

analysts, attended by defendants Sheehan, Rogers and Spinney.  At the start of the conference call

the Company and defendant Spinney admitted that the yield curve was flattening and stated that it

was built into their models and guidance:

> **John Spinney** - *Investors Financial Services Corp - SVP and CFO*

> We continued to maintain strong and interest margin in spread, ***despite flattening [inaudible] curve*** primarily as a result of strong client funding. . . .

> **Brad Moore** - *Putnam Lovell NBF - Analyst*

66

Secondly can you gives [sic] a little bit of color on where you think the contraction in our net interest margin on a go-forward basis.

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Right now our sensitivity to a 200 basis point increase in rates parallel shift in the curve is about 6.7% reduction in net interest income so net interest income is about 30%, that would equate to roughly 2%, and 2% of our top line is about $8 million, so worst case scenario would be 8 cents over a 12-month period. We don't feel like that – we've got much risk at all in terms of interest rates moving up right now.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

Did you say that assumed a parallel shift?

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Yeah, it's a parallel shift over 12 months.

**Brad Moore -** *Putnam Lovell NBF* - Analyst

***and if it was a flattening curve***, . . . how would that impact the assumption?

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

***[A] flattening curve would contract our net interest income slight but I don't have that number at my finger tips***.

Exhibit E.

166.  <u>False Statement</u>: On July 16, 2003, the Company filed a Report on Form 8-K with the SEC.  The Form 8-K was signed by defendant Sheehan and reported the Company's financial highlights for the quarter ended June 30, 2003 (and repeated the financials for the quarter ended June 30, 2002) and the following financial results (in thousands, except per share data):

|  | Three Months Ended June 30, 2003 | Three Months Ended June 30, 2002 |
|---|---|---|
| Net interest income | $38,168 | $34,380 |
| Net income | $28,020 | $17,317 |
| Diluted EPS | $0.42 | $0.26 |

167.  <u>Stock Price</u>: On July 16, 2003, in response to the Company's press release, conference call and Form 8-K, the price of the Company's stock increased 1.3% increasing $0.39 to trade at $31.28 from the previous day's close of $30.89.

168.   <u>False Statement</u>: On August 11, 2003, Investors Financial filed its Report on Form 10-Q with the SEC for its second quarter ending June 30, 2003. The Form 10-Q was signed by defendants Sheehan and Spinney and reported the following financial results (in thousands, except per share data):

|  | Quarter Ended June 30, 2003 | Quarter Ended June 30, 2002 |
|---|---|---|
| Net interest income | $38,168 | $34,380 |
| Net income | $28,020 | $17,317 |
| Basic EPS | $0.43 | $0.27 |
| Diluted EPS | $0.42 | $0.26 |

169.   The June 30, 2003 Form 10-Q for the first time disclosed that the Company's SBA securities had prepayment risk. The Form 10-Q stated, in part:

> The increase in the held to maturity portfolio stems primarily from purchases of Federal agency securities, particularly those issued by the SBA. ***SBA securities provide an attractive yield with limited credit risk and prepayment risk*** in a rapidly changing interest rate environment. The weighted average life of the SBA securities match with our overall asset liability strategy. SBA securities are variable rate securities indexed to the Prime rate and are purchased with an intent and ability to hold to maturity.

170.   <u>Reasons why statements in ¶¶164-169 are false and misleading</u>: The financial results reported in the July 16, 2003 press release and the Form 10-Q for the quarter ending June 30, 2003, were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company was improperly using the prospective method of accounting to push the amortization of premium to future periods by failing to account for the Company's actual prepayments on its debt securities, and (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates. In addition, notable is the fact that the Company stopped breaking down its held-to-maturity investment portfolio by years to maturity.

### K.   Defendants' False and Misleading Statements Concerning 3Q03 Financial Results

171.   <u>False Statement</u>: On October 15, 2003, prior to the market opening, the Company issued a press release entitled, "Investors Financial Services Corp. Announces Third Quarter Earnings Up 54%." The press release listed defendant Spinney as a contact and was filed with the SEC as an attachment to the Report on Form 8-K signed by defendant Sheehan. The press release stated, in part:

> BOSTON – Investors Financial Services Corp. . . . reported third quarter diluted earnings per share of $0.40, an increase of 54% from $0.26 in the third quarter of 2002. Net income for the third quarter was $26.4 million, up 53% from $17.3 million in the third quarter of 2002. For the nine months ended September 30, 2003, the Company reported diluted operating earnings per share of $1.01, an increase of 33% from $0.76 for the same period in 2002. Net operating income for the nine months ended September 30, 2003 was $67.0 million, an increase of 32% from $50.6 million for the same period of 2002. Prior year diluted earnings per share reflect the two-for-one stock split which occurred on June 14, 2002.

> *      *      *

> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "Investors Financial Services delivered extremely impressive results for the third quarter of 2003. Driven by new business wins, higher equity values, and prudent expense management, the Company continues to display strong earnings growth. . . .

> *      *      *

> Net interest income was flat at $35.2 million for the third quarter of 2003 compared to the $35.2 million recorded for the same period in 2002. . . .

172.   <u>False Statement</u>: On October 15, 2003, the Company held an earnings conference call with market analysts, attended by defendants Sheehan and Spinney. Defendants stated, in part:

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman and CEO*

Thanks. I will begin by reviewing some of the key points from our third quarter, and then John Spinney will discuss our financial results in more detail. Investors Financial Services recorded extremely impressive results for the third quarter of 2003. Diluted operating EPS for the quarter came in at 40 cents, up 25 percent on a linked-quarter basis; up 14 cents or 54 percent from quarter three of last year.

*      *      *

69

To summarize, again, we delivered excellent results for our investors during the third quarter of 2003. These results were driven by our ability to sell new and existing clients, our continued focus on prudent expense management, and solid equity market performance. I will now turn the call over to John Spinney, who will review the quarter's financial results in more detail.

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

Good morning. As Kevin mentioned, third-quarter diluted operating EPS came in at 40 cents a share, up 8 cents or 25 percent on a linked-quarter basis. Our diluted EPS of 40 cents represents a 54 percent increase over our third-quarter 2002 diluted EPS of 26 cents.

\*        \*        \*

Each of our revenue sources represents a component of our compensation for providing asset processing services to our clients. Net interest income is one of these components and results from investing the residual cash of our asset processing clients, who use our balance sheet as a convenient way to invest their excess cash.

We generate asset servicing fees based on assets under administration, the number of transactions generated by our clients, and managed risk (ph) income. These three revenue components create a natural hedge for our business model, which has been one of the factors enabling us to succeed in a variety of market environments.

The breakdown of our revenue stream for the third quarter of 2003 was 55 percent asset based, 15 percent transaction based, and 30 percent net interest income based, continuing the shift that we have witnessed recently to more of a contribution from asset-based fees as opposed to net interest income.

\*        \*        \*

Securities lending decreased 12 percent year-over-year, due to a smaller lending book, and declined linked quarter primarily due to the end of the international dividend season. Net interest income was flat on a year-over-year basis and decreased 8 percent linked quarter, primarily due to increased prepayments in our mortgage-backed securities portfolio through most of the summer. We expect lower prepayment activity in the fourth quarter.

Also we recorded an additional interest expense in the third quarter of approximately 1 million related to the ineffectiveness of our swap portfolio in accordance with FAS 133. The 1 million will flow back into net interest income over the remaining life of the swaps. Absent a further cut in the Fed funds rate, we expect little to no impact going forward.

We continue to maintain strong net interest margin spread as a result of continued healthy levels of client funding. The linked-quarter net interest margin decreased by 27 basis points to 1.81 percent, while the linked-quarter interest rate spread

contracted by 26 basis points to 1.71 percent.  Compared to the same quarter of last year, net interest income was flat, primarily as a result of a larger balance sheet offsetting a lower interest rate environment.

*       *       *

We continue to be cautiously optimistic about the capital markets and interest rate environment.  As such we are increasing our GAAP EPS guidance to a range of $1.30 to $1.32 a share for the year ended December 31, 2003; and we're revising our diluted operating earnings-per-share target to a range of $1.41 to $1.43.  We remain comfortable with our long term growth rate of 25 percent in EPS.  I would now like to open up the call to your questions.

*       *       *

**Jon Arfstrom** - *RBC Capital Markets – Analyst*

Okay.  And you're still comfortable with the 25 percent growth rate on that $1.40 to $1.43?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

Currently we are.  Yes, Jon.

*       *       *

**Meryl Witmer** - *Eagle Capital Partners - Analyst*

This is actually Meryl Witmer.  Excuse me for being a title dense, but I am just looking at the comp and benefit line, which I believe went from almost 51 million in the second quarter to 42.5 million this quarter.  Is that like a lower bonus accrual?  If you didn't let anybody go, is that a lower bonus accrual?  Did people leave?  Did you have some consultants you are now paying?  What caused that?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

Some of that is bonus accrual; and some of that is taking the efficiencies in terms of headcount reductions in the business.

**Meryl Witmer** - *Eagle Capital Partners - Analyst*

So there were headcount reductions?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

As a result of not replacing positions for people that left the firm, where we had efficiencies in the technology that allowed us not to replace positions.

**Meryl Witmer** - *Eagle Capital Partners - Analyst*

I see; so you let some people run off and the technology took its place.

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

Exactly. It just goes hand-in-hand with depreciation expense being up because we put the technology in place.

**Meryl Witmer** - *Eagle Capital Partners - Analyst*

I see. That ties in nicely. Now the lower bonus accruals, is that a foreshadowing of things not great to come?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

I think part of that, and we talked about it on the second-quarter call, was just a tremendous second quarter for us. Having the ability to accrue bonuses against hiring earnings in the second quarter, that allowed us to take lower bonus accruals going forward. And I think giving the REIT charge we took, we're not going to reach the potential of maximizing bonuses. So our accruals are going to be lower just as a result of that.

**Meryl Witmer** - *Eagle Capital Partners - Analyst*

So did you front-end load the bonuses into the second quarter?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

We accrue bonuses when we have the room (ph) in the EPS that marries up to it. So if the performance is there, we will accrue bonuses up against the performance.

**Meryl Witmer** - *Eagle Capital Partners - Analyst*

Although this quarter is very good also.

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

It is. But as we went into the third quarter, we looked at last year and said, last year's third quarter was not the best quarter in terms of transactional revenue; and the markets really took a sharp downturn; so we were not about to get behind the eight-ball on bonus accruals, and have to make up for it in the summertime.

\*        \*        \*

**Casey Ambrich** - *Millennium Partners – Analyst*

One last quick question. Can you give some color on how the margin changed by month? I will start with that.

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

The net interest margin? By month I don't think it's really that important to go through in detail. But if you look at the decline sequentially, the biggest contributor to that was obviously the prepayments on the mortgage-backed portfolio, that caused earnings to go down on the net interest income line.

I actually added back the effect of that prepayment; and it probably gets us back to somewhere like 195, 196 from a margin perspective. So I clearly isolated the prepayments on the mortgage-backed portfolio. But we have those slow down now, and we are anticipating to have a fourth quarter of very slow prepayments relative to the third quarter.

Exhibit F.

173.     <u>False Statement</u>: The October 15, 2003 Report on Form 8-K, signed by defendant Sheehan, also reported the Company's financial highlights for the quarter ended September 30, 2003 and the following financial results (in thousands, except per share data):

|  | Three Months Ended September 30, 2003 | Three Months Ended September 30, 2002 |
|---|---|---|
| Net interest income | $58,350 | $63,781 |
| Net income | $26,404 | $17,269 |
| Basic EPS | $0.41 | $0.27 |
| Diluted EPS | $0.40 | $0.26 |

174.     <u>Stock Price</u>: On October 15, 2003, in response to the Company's press release, conference call and Form 8-K, the price of the Company's stock increased 3.2% increasing $1.14 to trade at $37.14 from the previous day's close of $36.00.

175.     <u>False Statement</u>: On November 12, 2003, Investors Financial filed its Report on Form 10-Q for its third quarter ending September 30, 2003 with the SEC. The Form 10-Q was signed by defendants Sheehan and Spinney and reported the following financial results (in thousands, except per share data):

|  | Three Months Ended September 30, 2003 | Three Months Ended September 30, 2002 |
|---|---|---|
| Net interest income | $35,262 | $35,235 |
| Net income | $26,404 | $17,269 |
| Basic EPS | $0.41 | $0.27 |
| Diluted EPS | $0.40 | $0.26 |

73

176.    The Form 10-Q disclosed that the Company's SBA bonds had prepayment risk.  The Form 10-Q stated, in part:

> As we continue to grow our balance sheet, we purchase investment securities that will protect our net interest margin while maintaining an acceptable risk profile.  The increase in the held to maturity portfolio stems primarily from purchases of Federal agency securities, particularly those issued by the Small Business Administration ("SBA").  **SBA securities provide an attractive yield with limited credit risk and prepayment risk** in a rapidly changing interest rate environment.  The weighted average life of the SBA securities correspond with our overall asset liability strategy.  SBA securities are variable rate securities indexed to the Prime rate and are purchased with an intent and ability to hold to maturity.

177.    <u>Reasons why statements in ¶¶171-176 are false and misleading</u>: The financial results reported in the October 15, 2003 press release and the Form 10-Q for the quarter ending September 30, 2003 were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company was improperly using the prospective method of accounting to push the amortization of premium to future periods by failing to account for the Company's actual prepayments on its debt securities, and (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates.  In addition, at this point in time, the Company's net interest income was overstated by $10.8 million.  However, by the end of 2003, net interest income would only be overstated by $9.8 million, because $1 million was understated during 2003.  Furthermore, notable is the fact that the Company stopped breaking down its held-to-maturity investment portfolio by years to maturity.

## L.    Defendants' False and Misleading Statements Concerning 4Q04 Financial Results and Fiscal Year 2003 Financial Results

178.    <u>False Statement</u>: On January 22, 2004, prior to the market opening, the Company issued a press release entitled, "Investors Financial Services Corp. Announces Fourth Quarter Earnings Up 71% and Over $1 Trillion in Assets Processed."  The press release listed defendant

Spinney as a contact and was filed with the SEC as an attachment to the Report on Form 8-K signed

by defendant Sheehan.  The press release stated, in part:

> BOSTON – Investors Financial Services Corp. (Nasdaq: IFIN) reported fourth quarter diluted earnings per share of $0.48, an increase of 71% from $0.28 in the fourth quarter of 2002.  Net income for the fourth quarter was $31.9 million, up 74% from $18.3 million in the fourth quarter of 2002.  For the year ended December 31, 2003, the Company reported diluted operating earnings per share of $1.49, an increase of 43% from $1.04 per share in 2002.  Net operating income for the year was $99.0 million, up 44% from $68.9 million in 2002.  Prior year diluted earnings per share reflect the two-for-one stock split which occurred on June 14, 2002.

> Diluted operating earnings per share and net operating income for the year ended December 31, 2003 exclude a $7.2 million charge, net of federal income tax benefit, that resulted from a retroactive change in Massachusetts tax law enacted in the first quarter of 2003 and the Company's subsequent settlement of the resulting tax assessment with the Massachusetts Department of Revenue.  The change in tax law disallowed a dividends received deduction taken by Investors Bank & Trust Company on dividends it had received since 1999 from a wholly-owned real estate investment trust. In the second quarter of 2003, the Company settled this disputed tax issue, agreeing to pay 50% of the liability, resulting in the $7.2 million charge, net of federal income tax benefit.

> This press release includes both an income statement based on GAAP and a reconciliation of the GAAP income statement to a pro forma operating income statement that excludes the $7.2 million charge described above.  Management believes that operating earnings per share and net operating income, which exclude the charge, present a more useful depiction of the Company's actual results of operations because they exclude the effect of a one-time change in tax law that is unrelated to the Company's ongoing operations.  Including the $7.2 million charge, the Company recorded GAAP net income for the year ended December 31, 2003 of $91.8 million and GAAP diluted earnings per share of $1.38.

> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "2003 represented another outstanding year for Investors Financial Services. We delivered impressive growth in both revenue and net income, driven by new business wins, stronger capital markets and prudent expense management.  In addition, our assets under administration exceeded $1 trillion for the first time.  The current improving market conditions and the leverage inherent in our business model make us confident in our ability to deliver growth in earnings per share of 25% in 2004."

Net interest income, which arises from investing deposits generated by clients, grew 12% to $41.3 million for the fourth quarter of 2003 from $36.9 million for the same period in 2002. . . .

Net interest income increased 8% to $152.9 million in 2003 from $141.0 million in 2002.

179.    <u>False Statement</u>: The January 22, 2004 Report on Form 8-K, signed by defendant Sheehan, also reported the Company's financial highlights for the quarter and year ended December 31, 2003 and the quarter and year ended December 31, 2003 and the following financial results (in thousands, except per share data):

|  | Quarter Ended December 31, 2003 | Quarter Ended December 31, 2002 | Year Ended December 31, 2003 | Year Ended December 31, 2002 |
|---|---|---|---|---|
| Net interest income | $41,256 | $36,915 | $152,883 | $141,046 |
| Net income | $31,924 | $18,305 | $91,760 | $68,946 |
| Basic earnings per share | $0.49 | $0.28 | $1.41 | $1.07 |
| Diluted earnings per share | $0.48 | $0.28 | $1.38 | $1.04 |

180.    <u>False Statement</u>: On February 20, 2004, Investors Financial filed its Report on Form 10-K for the fiscal year ending December 31, 2003 with the SEC.  The Form 10-K was signed by defendants Sheehan, Rogers and Spinney, and reported the following financial results (in thousands, except per share data):

|  | Quarter Ending December 31, 2003 | Quarter Ending December 31, 2002 | Year Ended December 31, 2001 |
|---|---|---|---|
| Net interest income | $152,883 | $143,478 | $109,281 |
| Net income | $91,760 | $68,946 | $50,200 |
| Basic EPS | $1.41 | $1.07 | $0.79 |
| Diluted EPS | $1.38 | $1.04 | $0.76 |

181.    The December 31, 2003 Form 10-K disclosed that the SBA securities have prepayment risk.  The Form 10-K stated, in part:

The increase in the held to maturity portfolio stems primarily from purchases of federal agency securities, particularly those issued by the Small Business Administration ("SBA").  ***SBA securities provide an attractive yield with limited credit risk and prepayment risk*** in a rapidly changing interest rate environment.  The weighted-average life of the SBA securities correspond with our overall asset liability strategy.  SBA securities that we hold are variable rate securities indexed to

76

the Prime rate and are purchased with an intent and ability to hold to maturity. The held to maturity investment portfolio is not viewed as our primary source of funds to satisfy liquidity needs.[13]

*        *        *

We invest in mortgage-backed securities, Federal agency bonds and corporate debt to increase the total return of the investment portfolio. . . . Federal agency bonds generally have a higher yield than U.S. Treasury securities due to credit and call risk. Credit risk results from the possibility that the Federal agency issuing the bonds may be unable to meet the terms of the bond. ***Call risk is similar to prepayment risk and results from the possibility that fluctuating interest rates and other factors may result in the exercise of the call option by the Federal agency prior to the maturity date of the bond***. Credit risk related to mortgage-backed securities and Federal agency bonds is substantially reduced by payment guarantees and credit enhancements.

182.    <u>False Statement</u>:  The same Report on Form 10-K reported Federal agency securities in a loss position for greater than 12 months (in thousands, except per share data):

|  | Less than 12 months | | 12 months or longer | | Total | |
|---|---|---|---|---|---|---|
|  | Fair  Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| Federal agency securities | 1,005,518 | 8,378 | 600,457 | 4,422 | 1,605,975 | 12,800 |

Federal agency securities in a loss position greater than 12 months are represented by securities issued by the Small Business Association and are guaranteed to recover the contractual principal of these investments. These securities are classified as held to maturity and management believes that the Company will recover all principal; therefore, no impairment losses have been recognized. Corporate debt securities in a loss position are represented by Trust Preferred securities ("Trups") issued by reputable financial institutions. The credit ratings of the underlying issuers range from A1 to AA3 ratings. The Company holds senior tranches of these issuances and believes that it will recover all contractual payments; therefore, no impairment losses have been recognized.

183.    <u>Reasons why statements in ¶¶178-182 are false and misleading</u>: The financial results reported in the January 22, 2004 press release and the Form 10-K for the year ending December 31,

---

[13]    FAS 115 requires that a debt security should not be "classified as held-to-maturity if the enterprise anticipates that the security would be available to be sold in response to":
   a.    Changes in market interest rates and related changes in the security's prepayment risk
   b.    Needs for liquidity

77

2003 were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company was improperly using the prospective method of accounting to push the amortization of premium to future periods by failing to account for the Company's actual prepayments on its debt securities, and (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates.

184.    CW1 reported that despite the Company's statement to the contrary, SBA bonds were or should have been impacted by the restatement. ¶¶53-55. Plaintiffs' investigation of SBA variable rate guaranteed loan pools, which the Company admitted were the kind of security that primarily made up its Federal Agency portfolio (¶¶51-52) experienced prepayments in 2003. CW1 also reported that during 2002-2003, SBA securities were experiencing prepayments. ¶¶53-55. Because the Company was improperly using the prospective method of accounting which allowed it to ignore its debt securities' actual prepayments, defendants were able to shift the amortization of premium to future periods. According to the restatement, premiums that were earlier pushed to future periods, which understated net interest income in 2003, are now being reversed. Hence, net interest income is higher during this period. However, at this point in time, net interest income was overstated by a cumulative $9.8 million. The following chart summarizes the restatement (in millions, except per share data):

|  | As Previously Reported | As Restated | Restatement Adjustments |
|---|---|---|---|
| **Statement of Income** |  |  |  |
| Net interest income | $152,883 | $153,914 | $1,031 |
| Net income | $91,760 | $92,421 | $661 |
| Basic EPS | $1.41 | $1.42 | $0.01 |
| Diluted EPS | $1.38 | $1.39 | $0.01 |

**M.    Defendants' False and Misleading Statements Concerning 1Q04 Financial Results**

185.    <u>False Statement</u>: On April 12, 2004, after the close of the market, the Company issued

a press release entitled, "Investors Financial Services Corp. Announces First Quarter Earnings Up 79

Percent." The press release listed defendant Spinney as a contact and was filed with the SEC as an

attachment to the Report on Form 8-K signed by defendant Sheehan. The press release stated, in

part:

> BOSTON – April 12, 2004 – Investors Financial Services Corp. (Nasdaq: IFIN) reported first quarter diluted earnings per share of $0.52, an increase of 79% from diluted operating earnings per share of $0.29 in the first quarter of 2003. Net income for the first quarter of 2004 was $35.0 million, up 81% from $19.3 million in net operating income in the first quarter of 2003.
>
> *        *        *
>
> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "Investors Financial Services again recorded impressive results in the first quarter of 2004. Led by strong increases in our core asset processing revenue, foreign exchange fees, and net interest income, we were able to grow our revenue by over 30% on a year-over-year basis. Due to our increased revenue and continued operating leverage, we are confident in our ability in 2004 to deliver growth in earnings per share in excess of 25% over our 2003 operating earnings per share."
>
> Net interest income, which arises from investing deposits generated by clients, grew 19% to $46.0 million for the first quarter of 2004 from $38.8 million for the same period in 2003. . . .

186.    <u>False Statement</u>: The April 12, 2004 Form 8-K, signed by defendant Sheehan, also

reported the Company's financial highlights for the quarter ended March 31, 2004 and the following

financial results (in thousands, except per share data):

|  | Three Months Ended March 31, 2004 | Three Months Ended March 31, 2003 |
| --- | --- | --- |
| Net interest income | $45,961 | $38,783 |
| Net income | $34,975 | $5,412 |
| Basic EPS | $0.53 | $0.08 |
| Diluted EPS | $0.52 | $0.08 |

187.  <u>False Statement</u>: On May 7, 2004, Investors Financial filed its Report on Form 10-Q for its first quarter ending March 31, 2004 (and repeated the financials for the quarter ended March 31, 2003) with the SEC.  The Form 10-Q was signed by defendants Sheehan and Spinney and reported the following financial results (in thousands, except per share data):

|  | Three Months Ended March 31, 2004 | Three Months Ended March 31, 2003 |
|---|---|---|
| Net interest income | $45,961 | $38,783 |
| Net income | $34,975 | $5,412 |
| Basic EPS | $0.53 | $0.08 |
| Diluted EPS | $0.52 | $0.08 |

<u>False Statement Continued</u>: In the same filing, the Company dropped the specific disclosure about SBA securities prepayment risk.  The Company now disclosed that:

> We invest in mortgage-backed securities, Federal agency bonds and corporate debt to increase the total return of the investment portfolio. . . .  Federal agency bonds generally have a higher yield than U.S. Treasury securities due to credit and call risk.  Credit risk results from the possibility that the Federal agency issuing the bonds may be unable to meet the terms of the bond.  ***Call risk is similar to prepayment risk and results from the possibility that fluctuating interest rates and other factors may result in the exercise of the call option by the Federal agency prior to the maturity date of the bond***.  Credit risk related to mortgage-backed securities and Federal agency bonds is substantially reduced by payment guarantees and credit enhancements.

188.  <u>False Statement</u>: On June 7, 2004, the Company filed a Regulation FD report with the SEC on Report on Form 8-K signed by defendant John Henry.  The Regulation FD report stated in part:

> In meetings with investors this week, the Company will reaffirm its estimates for operating earnings of $1.90 to $1.95 per share for the year ended December 31, 2004.  The Company will also reaffirm that these earnings estimates for the year ended December 31, 2004 include the effect of increased interest rates, which the Company expects may rise as much as 300 basis points over the next eighteen months, beginning in the second half of 2004.  The Company's earnings estimates for the year ended December 31, 2004 also include an expected flattening of the yield curve, the difference between long-term and short-term interest rates, as short-term interest rates increase.

189.    <u>Stock Price</u>: On June 7, 2004, in response to the Company's Form 8-K that reaffirmed

earnings estimates, the price of the Company's stock increased 2.8% increasing $1.16 to trade at

$42.68 from the previous day's close of $41.52.

190.    <u>Reasons why statements in ¶¶185-189 are false and misleading</u>: The financial results

reported in the April 12, 2004 press release and Form 8-K, and the Form 10-Q for its first quarter

ending March 31, 2004, and the June 7, 2004 Company guidance were materially false and

misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-

01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not

disclose (1) that the Company was improperly using the prospective method of accounting to push

the amortization of premium to future periods by failing to account for the Company's actual

prepayments on its debt securities, (2) the Company's prepayment policy and significant

assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its

debt securities could be redeemed prior to maturity and that the Company would lose its interest

income and unamortized premium amount for securities purchased over par value. *See* ¶¶183-184

for a discussion on why these statements were false and misleading.

### N.    Defendants' False and Misleading Statements Concerning 2Q04 Financial Results

191.    <u>False Statement</u>: On July 14, 2004, after the close of the market, the Company issued

a press release entitled, "Investors Financial Services Corp. Announces Second Quarter Earnings Up

63%." The press release listed defendant Spinney as a contact and was filed with the SEC as an

attachment to the Report on Form 8-K signed by defendant Sheehan. The press release stated, in

part:

> BOSTON – July 14, 2004 – Investors Financial Services Corp. (Nasdaq: IFIN)
> reported second quarter diluted earnings per share of $0.52, an increase of 63% from
> $0.32 in diluted operating earnings per share in the second quarter of 2003. Net
> income for the second quarter was $35.4 million, up 66% from $21.3 million in net

operating income in the second quarter of 2003. For the six months ended June 30, 2004, the Company reported diluted earnings per share of $1.04, an increase of 70% from $0.61 in diluted operating earnings per share for the same period in 2003. Net income for the six months ended June 30, 2004 was $70.4 million, an increase of 73% from $40.6 million in net operating income for the same period of 2003.

*       *       *

Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "The second quarter of 2004 represented another period of solid performance by Investors Financial Services. Our core and ancillary service fees continued to display impressive organic growth rates. New clients, further penetration of existing clients, and strong fund flows into our clients' products all contributed to these robust top-line increases. Given these results, we are confident in our ability to grow our diluted earnings per share in excess of 30% in 2004."

Net interest income, which arises from investing deposits generated by clients, grew 18% to $44.3 million for the second quarter of 2004 from $37.6 million for the same period in 2003. . . .

Net interest income, which arises from investing deposits generated by clients, grew 18% to $90.3 million for the first six months of 2004 from $76.4 million for the same period in 2003. . . .

192.   <u>False Statement</u>: On July 14, 2004, the Company held an earnings conference call

with market analysts, attended by defendants Sheehan and Spinney. Defendants stated in part:

Kevin Sheehan - *Investors Financial Services Corp.* - Chairman & CEO

Thanks, Joe. I will begin by reviewing some of the key points from the second quarter and then John Spinney will discuss our financial results in more detail.

Investors Financial Services recorded extremely impressive results for the second quarter of 2004. Diluted EPS for the quarter came in at 52 cents, up 63 percent from the second quarter of 2003 diluted operating EPS. Our total asset servicing revenue grew by a strong 30 percent year-over-year, driven by a 27 percent increase in core service revenue and a 39 percent increase in ancillary services fees.

*       *       *

The current status of our new business pipeline remains medium. We continue to maintain a positive outlook on our sales pipeline as we are seeing strong levels of RFP activity and increased interest by our clients in our service offerings.

To summarize, we again delivered outstanding results for our investors during the second quarter of 2004. These results were driven by our ability to sell to new and existing clients, strong client fund flows and a favorable interest rate environment.

*     *     *

*Carla Cooper - Robert W. Baird - Analyst*

I had a question, I guess also about your guidance. Just if I think about your new guidance, even the top end of the range implies that the quarters coming up in the back half of the year are going to be a little weaker than certainly what we saw this quarter. And I'm just wondering sort of philosophically, what sort of lens -- is there anything sort of conservatism baked in there, or what kind of — I don't think you've ever had a year where the quarters have sort of been flat.

John Spinney

I think on the guidance front, Carla, we brought it up to a point where we felt comfortable achieving those numbers. And giving ourselves some flexibility, as we've historically always done, we start with a 25 percent growth rate at the beginning of the year and try to outperform it quarter after quarter and try to guide you up, and try not to get ahead of ourselves.

*     *     *

*Jamie Lester - SAB Capital Management - Analyst*

I'm with you; I'm just trying to see – you guys, obviously, had net income of what, 35 million? But equity was down 10 million in the quarter. So, I guess, what happened there?

John Spinney

We had net income and then we had the marked to market on the portfolio, and the offset for the marked to market in the swaps runs through other OCI.

*Jamie Lester - SAB Capital Management - Analyst*

So there's another 20 million of swap?

John Spinney

Roughly about 20 million; yes.

*     *     *

*Jamie Lester - SAB Capital Management - Analyst*

So you did see some compression in the quarter?

John Spinney

Slightly.

83

Exhibit G.

193.  <u>False Statement</u>: The July 14, 2004 Report on Form 8-K, signed by defendant Sheehan, also reported the Company's financial highlights for the quarter ended June 30, 2004 (and repeated the financials for the quarter ended June 30, 2003) and the following financial results (in thousands, except per share data):

|  | Three Months Ended June 30, 2004 | Three Months Ended June 30, 2003 |
|---|---|---|
| Net interest income | $44,292 | $37,582 |
| Net income | $35,418 | $28,020 |
| Basic EPS | $0.54 | $0.43 |
| Diluted EPS | $0.52 | $0.42 |

194.  <u>Stock Price</u>: On July 15, 2004, in response to the Company's press release, conference call and the Form 8-K, the price of the Company's stock increased 5.1% increasing $2.03 to trade at $42.15 from the previous day's close of $40.12.

195.  <u>False Statement</u>: On August 6, 2004, Investors Financial filed its Report on Form 10-Q for its second quarter ending June 30, 2004 with the SEC. The Form 10-Q was signed by defendants Sheehan and Spinney and reported the following financial results (in thousands, except per share data):

|  | Three Months Ended June 30, 2004 | Three Months Ended June 30, 2003 |
|---|---|---|
| Net interest income | $44,292 | $37,582 |
| Net income | $35,418 | $28,020 |
| Basic EPS | $0.54 | $0.43 |
| Diluted EPS | $0.52 | $0.42 |

<u>False Statement Continued</u>: The Company dropped the specific disclosure about SBA securities prepayment risk. Now, the Company disclosed that:

> We invest in mortgage-backed securities, Federal agency bonds and corporate debt to increase the total return of the investment portfolio. . . . Federal agency bonds generally have a higher yield than U.S. Treasury securities due to credit and call risk. Credit risk results from the possibility that the Federal agency issuing the bonds may be unable to meet the terms of the bond. ***Call risk is similar to prepayment risk and results from the possibility that fluctuating interest rates and***

84

*other factors may result in the exercise of the call option by the Federal agency prior to the maturity date of the bond*.  Credit risk related to mortgage-backed securities and Federal agency bonds is substantially reduced by payment guarantees and credit enhancements.

196.   <u>False Statement</u>: On September 28, 2004, the Company filed a Regulation FD report with the SEC on Report on Form 8-K signed by defendant Sheehan.  The Regulation FD report stated, in part:

> At an investor conference on September 29, 2004, management will reaffirm estimates for the Company's diluted earnings per share for the year ended December 31, 2004 of $2.00 to $2.05 per share.

197.   <u>Stock Price</u>: On September 28, 2004, in response to the Company's disclosure, the price of the Company's stock increased 1.5% increasing $0.66 to trade at $44.94 from the previous day's close of $44.28.

198.   <u>Reasons why statements in ¶¶191-197 are false and misleading</u>: The financial results reported in the July 14, 2004 press release, Forms 8-K and 10-Q for its second quarter ending June 30, 2004 were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)), because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company was improperly using the prospective method of accounting to push the amortization of premium to future periods by failing to account for the Company's actual prepayments on its debt securities, (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value.  In addition, the Company's reaffirming its guidance was also false and misleading because the Company did not disclose the above.  Furthermore, notable is the fact that the Company stopped

breaking down its held-to-maturity investment portfolio by years to maturity. *See* ¶¶183-184 for a discussion on why these statements were false and misleading.

      **O.    Defendants' False and Misleading Statements Concerning 3Q04 Financial Results**

      199.   <u>Part of the True State of the Company's Financial Condition Enters the Market</u>: On October 21, 2004, after the close of the market, the Company issued a press release entitled, "Investors Financial Services Corp. Expects to Report Fully Diluted EPS of $0.51 to $0.53 for Q3 2004; Evaluating FAS 91 Change but Expects No Significant Impact for 2004, 2003 or 2002 Reported Results; The Company Reaffirms Expected Fully Diluted EPS of $2.00 to $2.05 for 2004." The press release listed defendant Spinney as a contact and was filed with the SEC on Report on Form 8-K signed by defendant Sheehan. The press release stated, in part:

> Investors Financial Services Corp. (Nasdaq: IFIN) announced today that it expects to report fully diluted earnings per share of $0.51 to $0.53 for the quarter ended September 30, 2004. The Company also expects to report fully diluted earnings per share of $1.55 to $1.57 for the nine months ended September 30, 2004. The Company is releasing a preliminary earnings estimate today as it finalizes the impact of an expected change in application of Financial Accounting Standard No. 91 ("FAS 91"). This change is not expected to have a material impact on earnings for 2004.

>                \*      \*      \*

> Kevin J. Sheehan, Chairman and Chief Executive Officer, stated, "Our business trends remain strong, as both core services and ancillary services continued to show impressive growth in the third quarter. We are pleased with the continued validation of our unwavering commitment to superior client service. We continue to expect to achieve fully diluted earnings per share of $2.00 to $2.05 for 2004."

> Commenting on the change in the application of FAS 91, the Company noted that it has historically applied a prospective method under FAS 91 to determine the amortization of premiums and accretion of discounts on applicable investment securities. ***The Company has determined that it is appropriate to change to applying a retrospective method on applicable investment securities***. The Company does not believe that the impact of this change will be significant in the years 2004, 2003 and 2002. The impact on 2001 reported earnings per share could be higher due to changes in interest rates that occurred in that year. The Company is working

closely with its audit committee in evaluating the effects of this change in application of FAS 91, and expects to complete this evaluation by November 15, 2004.

200.    Part of the True State of the Company's financial Condition Enters the Market: On October 21, 2004, the Company held an earnings conference call with market analysts, attended by defendants Sheehan and Spinney.  Defendants provided details regarding their guidance and stated in part:

Kevin Sheehan - Investors Financial Services Corp. - Chairman, CEO

I want to begin by reviewing some key points from the Press Release we issued this afternoon.  For the quarter ended September 30th, 2004 we expect to report fully diluted earnings per share of 51 cents to 53 cents with a 9-month ended September 30th, 2004 we expect to report $1.55 to $1.57 in earnings per share.  We expect the final results to be available by November 15th.  Before considering a FAS 91 adjustment, earnings per share would have been 51 cents for the third quarter of 2004. Core business trends remain positive. . . .

*        *        *

Turning back to today's Press Release we have consistently applied the perspective method under FAS 91 since the initial public offering in 1995 and are examining whether the retrospective method should be used for certain types of investment securities.  We are currently completing a comprehensive review of applying FAS 91 with respect to immunization of premiums and an accretion of discounts on our investment securities.  I would like to stress that this change and an application of FAS 91 has no impact on our continuing operations or our client service levels. From a financial perspective, the impact of this change will not be significant for years 2002 through 2004.  But could result in a larger reduction in 2001 reporting earns per share due to the changing interest rate environment during that year.   All years whether immaterial or not will be restated to correct the numbers upon completion of our comprehensive review. In other words, if it is wrong, we will fix it.  Given the status of our pipeline, as well as the capital markets and interest rate environments, we remain comfortable with our 2004 earnings per share guidance of 2 to 205.  *We remain comfortable with our long-term growth rate of 25% in EPS* and would now like to open up the call to your questions. Operator, can you open it to questions?

Jon Arfstrom  - RBC Capital Markets - Analyst

Interesting release. *Question on the accounting change, of course.  Is it something that the auditors decided needed to be changed?*  When did it arise and can you just talk about what needs to be done before you can officially put out the number with the full release?

Kevin Sheehan - Investors Financial Services Corp. - Chairman, CEO

*Sure. I think clearly everybody is looking at income recognition in this particular area. And we really have re-evaluated our approach. It is an extremely complex and technical area and we wanted to really essentially take a real hard look at what we were doing and make sure that we were using the right methodology.* We have gone through an analysis of our portfolio and looked at it under both methodologies. It is a very time consuming and detailed exercise. We have involved both the audit committee and the external auditors in reviewing the results. And I think it will take us probably until the November 15th time frame to complete that exercise and process all the changes to the financials if they are necessary.

Jon Arfstrom - RBC Capital Markets - Analyst

*Is it as simple as -- is it conservatism?* And if one results in a lower number that's what you will choose or how do you differentiate between which method is the best to use?

Kevin Sheehan - Investors Financial Services Corp. - Chairman, CEO

*I think they are just really 2 fundamentally different methodologies and I think we have come to the conclusion in conjunction with our advisors that the retrospective method is the more correct method and more consistent with the requirements of GAAP. And we just have to change to it.*

Jon Arfstrom - RBC Capital Markets - Analyst

Okay. Another question, and I'm assuming that it is a net interest income in tact which is why the number isn't disclosed in the release?

Kevin Sheehan - Investors Financial Services Corp. - Chairman, CEO

Yes.

*        *        *

Jon Arfstrom  - RBC Capital Markets - Analyst

Okay. And then the other thing, the change you talked about the accounting change not having any impact in the prior years, anything for 05? I know Kevin you stated that the 25% growth rate is still something you're comfortable with. You don't expect this to have any material change on your expectations for 05?

Kevin Sheehan  - Investors Financial Services Corp. - Chairman, CEO

No, I don't.

Carla Cooper - Robert W. Baird & Company - Analyst

Could you – I guess a couple things. One is, you say that the earnings in the quarter would have been 51 to 53 cents if this method is applied. So I guess 2 questions. One, what do you expect it to be once this method is applied? And the second thing is, do you suspect that this would also change – you reiterated the 2 to 205, but might this change in accounting also, change that number?

Kevin Sheehan - Investors Financial Services Corp. - Chairman, CEO

Yes. What I think what we said in the – I don't know where we said it. I think what our expectation is that without any change in accounting the earnings would be 51 cents for the third quarter with a change in accounting. We think there could be some increased recognition and that's why we put the 53 cents in.

Carla Cooper  - Robert W. Baird & Company - Analyst

Okay. Got it. And what about that same thought process applied to the 2 to 205 number that you have given for '04?

Kevin Sheehan  - Investors Financial Services Corp. - Chairman, CEO

You know, I think until we get through this complete process, I think we're comfortable staying with the 2 to 205 and once we are through the complete process we will be able to give you a much more definitive number there.

Carla Cooper  - Robert W. Baird & Company - Analyst

*Okay. And John do you think with your accounting background you could indulge us a little bit with some FAS 91 and just talk a little bit more about perspective versus retrospective and maybe why it has become particularly important at this time?*

John Spinney Jr.  - Investors Financial Services Corp. - CFO

I guess – sure. *That's easy to do*, Carla, I guess. *The FAS 91 is a FAS related to the amortization of discounts and premiums and direct costs on loans that originated by financial institutions as well. Under this particular FAS, you have to calculate an effective yield for the securities in order to amortize premiums and discounts on the securities and the investment portfolio. We have always used a prospective method which basically takes your current accounting yield and projects it forward and for purposes of determining a current amortization of premium or accretion of discount. Under the* ~~prospective~~ *[retrospective] method of accounting you would calculate your current yield today by taking all the prior cash flows and projecting your future cash flows to come up with a new yield for determining, really your net investment today and comparing that to the prior period of that investment and adjusting any balance up or down as a result of that analysis. So in the case of a security that had premium in -- when that evaluation was done there could be an additional premium that would need to be recognized after that analysis was performed. That was retrospective.*

\*     \*     \*

Kyle Simonairro  - T Rowe Price - Analyst

*Could you tell us what happened this quarter that made this accounting issue come up? Was there a change in interest rate, or was it just something that you caught? John, you're a CPA. You were previously a partner in a Big 5 firm. What happened this quarter that you suddenly woke up and said we need to take a look at this?*

John Spinney Jr.  - Investors Financial Services Corp. - CFO

*Yes. I think part of any internal control structure in an accounting environment, you look at your accounting policies -- we looked our mortgage back accounting policies during this period. We went into our systems took a look at how they were calculating the interest method. We went back to the accounting standards and realized that we were using the prospective method and although the prospective method was allowed, the retrospective method probably was more appropriate for securities that we hold in our portfolio. As a result to that we consulted our advisors. Realized we should have been using the retrospective method. Did the right thing and went back and recalculated what those numbers would have been.* We are in the process of doing that. And as Kevin said, I think the results are pretty insignificant over the last few years with the largest impact in '01. *And as a result of doing that review we'll do what we have to do to make it right.*

Kyle Simonairro - T Rowe Price - Analyst

Do you have an estimate of a range of your net interest margin during the quarter?

John Spinney Jr. - Investors Financial Services Corp. - CFO

No.

Exhibit H.

201.   <u>Stock Price</u>: On October 22, 2004, upon this news, investors immediately sold off Investors Financial stock causing the stock price to fall 16.5% decreasing $7.20 to trade at $36.50 from the previous day's close of $43.70, on trading volume of 11.6 million shares, over 17 times the average Class Period trading volume.

202.   <u>Reasons why statements in ¶¶199-201 are false and misleading</u>: The Company misrepresented the reasons why it needed to restate its financial results stating that it is "an extremely complex and technical area" and that they just happened to wake up one day and realize

90

that the way they were accounting for their mortgage-backed securities was wrong because they were using the prospective method.  Not only was defendant Spinney a CPA, but was a former audit partner at KPMG with significant auditing and SEC reporting experience.  Indeed, as demonstrated by the conference call, defendant Spinney could easily recite the retrospective method, thus making defendant Sheehan's comments suggesting that the Company did not understand the accounting provision, simply incredible.  Moreover, the Company's auditor has publicly stated in 2000 that all mortgage-backed securities are required to follow the retrospective method.

203.    On October 27, 2004, the Company filed an Item 2.02 (Results of Operations and Financial Condition) and Item 4.02 (Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review with the SEC) on Report on Form 8-K signed by defendant Sheehan.  The Form 8-K disclosure stated, in part:

> On October 21, 2004, the Audit Committee, in consultation with the Company's management, determined to amend its Annual Report on Form 10-K for the fiscal year ended December 31, 2003 and the subsequent Quarterly Reports on Form 10-Q for the quarters ended March 31, 2004 and June 30, 2004 to restate the financial statements (the "relevant financial statements") and related information contained therein, and, as such, that the financial statements of the Company and the related auditors' report for the periods reported therein should no longer be relied upon.  The Company's restatement arises from the application of Statement of Financial Accounting Standards No. 91 ("FAS 91") (Accounting for Nonrefundable Fees and Costs Associated with Originating or Acquiring Loans and Initial Direct Costs of Leases).

> During this past financial quarter, the Company engaged in a review of its accounting policies and practices with regard to its investment portfolio.  In the course of this review, management and the Company's Audit Committee, in consultation with Deloitte & Touche LLP ("Deloitte"), the Company's independent registered public accounting firm, have reviewed the Company's accounting policies under FAS 91.  FAS 91 establishes the accounting for nonrefundable fees and costs associated with lending, committing to lend or purchasing a loan or a group of loans.

> ***The principal application of FAS 91 to the Company's financial statements is in determining the accounting treatment of premiums paid and discounts realized on the purchase by the Company of securities backed by mortgages and other loans.***  Historically, the Company had applied the prospective method to determine the amortization of such premiums and the accretion of such discounts for

the securities in its investment portfolio. ***The Company's management and Audit Committee have determined that the appropriate treatment for application of FAS 91 to certain of the Company's securities is the retrospective method.***

The Company has commenced recalculating the amortization of premiums and accretion of discounts in its investment portfolio resulting from the application of the retrospective method under FAS 91. The Company does not believe that the impact of this application will be significant in the years 2004, 2003 and 2002. The impact on 2001 reported earnings per share could be greater due to changes in interest rates that occurred in that year. The Company is working closely with the Audit Committee in evaluating the effects of the application of the retrospective method under FAS 91, and expects to complete this evaluation by November 15, 2004.

The Audit Committee has discussed with Deloitte the matters disclosed in this filing. The Company is working expeditiously to prepare its amended filings. ***The Company's restated annual financial statements will be subject to an audit by Deloitte and the Company's restated quarterly financial statements will be subject to a review by Deloitte. The Company intends to effect the restatements for all affected periods through amendments to its annual report on Form 10-K for the year ended December 31, 2003 on or about November 15, 2004 and its quarterly reports on Form 10-Q for the quarters ended March 31, 2004 and June 30, 2004 shortly thereafter.***

204.    On November 15, 2004, after the close of the market, the Company issued a press release entitled, "Investors Financial Services Corp. Announces Third Quarter Earnings Up 29%; Wins $160 Billion Middle Office Outsourcing Mandate with New European Client; Completes Previously Disclosed Review of FAS 91 and Related Restatement; Files Amended Forms 10K and 10Q." The press release listed defendant Spinney as a contact and was filed with the SEC Report on Form 8-K signed by defendant Sheehan. The press release stated, in part:

BOSTON – November 15, 2004 – Investors Financial Services Corp. (Nasdaq: IFIN) reported third quarter diluted earnings per share of $0.53, an increase of 29% from $0.41 in diluted earnings per share in the third quarter of 2003. Net income for the third quarter was $36.1 million, up 31% from $27.5 million in net income in the third quarter of 2003. For the nine months ended September 30, 2004, the Company reported diluted earnings per share of $1.57, an increase of 71% from $0.92 in diluted earnings per share for the same period in 2003. Net income for the nine months ended September 30, 2004 was $106.7 million, an increase of 74% from $61.2 million in net income for the same period of 2003.

The Company also reported today that it filed its Quarterly Report on Form 10-Q for the quarter ended September 30, 2004.  Today the Company also filed an amended Annual Report on Form 10-K/A for the year ended December 31, 2003, and amended Quarterly Reports on Form 10-Q/A for the quarters ended March 31 and June 30, 2004.  These filings complete the Company's restatement of its financial statements for the years ended December 31, 2001, 2002, 2003 and for the six months ended June 30, 2004.  As previously disclosed, the Company's restatement arose from its application of Statement of Financial Accounting Standards No. 91 to the Company's securities portfolio.

The Company's cumulative restatement since inception resulting from the accounting review was a reduction of $6.2 million in net interest income.  The opening adjustment to retained earnings on January 1, 2001 was an increase of $0.9 million. For the year ended December 31, 2001, the total net interest income adjustment was a reduction of $8.5 million, resulting in a decrease in diluted earnings per share of $0.08.  The respective net interest income adjustments for the years ended December 31, 2002, 2003 and 2004 were a reduction of $2.3 million, an increase of $1.0 million and an increase of $2.7 million.  The adjustments to diluted earnings per share in 2002, 2003 and 2004 were a reduction of $0.02 per share, an increase of $0.01 per share and an increase of $0.02 per share, respectively.

Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "We have successfully completed a comprehensive review of the accounting for premiums and discounts on each investment in our securities portfolio.  Consistent with our preliminary disclosure, our accounting review resulted in no significant change to our 2004, 2003 or 2002 results.  Our operating results continue to display the leverage and resilience of our business model. We remain confident in our ability to grow our diluted earnings per share in excess of 30% in 2004."

\*     \*     \*

Net interest income grew 31% to $48.3 million for the third quarter of 2004 from $36.9 million for the same period in 2003. Operating expenses were $94.5 million for the third quarter of 2004, up 15% from $81.9 million for the same period in 2003. . . .

Net interest income grew 22% to $138.8 million for the first nine months of 2004 from $113.8 million for the same period in 2003. Operating expenses were $295.3 million for the first nine months of 2004, up 14% from $258.6 million for the same period in 2003. . . .

205.    On November 15, 2004, the Company held an earnings conference call with market

analysts, attended by defendants Sheehan and Spinney.  Defendants stated, in part:

Kevin Sheehan - Investors Financial Services Corp. - Chairman, CEO

93

Senior management, the audit community of the board, our internal auditors and our independent registered public accountants have completed a comprehensive review of the amortization of premiums and accretion of discounts on all of our investment securities. We have examined the accounting for and evaluation of each and every investment security in our portfolio from December 31, 2000 to September 30, 2004. We are now amortizing premiums and accreting discounts in the affected securities in accordance with generally accepted accounting principals, including FAS 91. Again, we're making this statement in relation to all the securities and security types in our portfolio.

Today, we filed an amended annual report on form 10-KA for the year ended December 31, 2003. Amended quarterly reports on form 10-K -- 10-QA for the first two quarters of 2004 and our quarterly report on form 10-Q for the quarter ended September 30, 2004. We initially reported on October 21 that the impact of this change was not significant for the years 2002 through 2004, but it resulted in a larger reduction in 2001 reported earnings per share due to the rapidly changing interest rate environment during that period. The company's cumulative restatement since inception, resulting from the accounting review was a reduction of 6.2 million in net interest income. The opening adjustment to retained earnings as of January 1, 2001, was an increase of .9 million.

2001's total net interest income adjustment was a reduction of 8.5 million, resulting in a decrease in diluted earning per share of 8 cents. The net interest income adjustment for 2002 was a reduction of 2.3 million or 2 cents per share. For 2003, the adjustment was an increase of $1 million or 1 cent per share. For 2004, the adjustment was an increase of 2.7 million or 2 cents per share. There was no significant change to our capital or leverage ratios for any restated quarter. A detailed presentation of the changes arising from the restatement can be found in the reports we filed today with the SEC. *In addition, this restatement did not impact the accounting for our SBA portfolio.*

*We did, however, correct a clerical error in the contractual maturity table in the MD&A session of our 2003 10-K. We previously reported federal agency securities having a yield of 3.16% in the over-10-year category [sic] and 2.76% in the 5- to 10-year category. These yields should have been 2.71% and 2.28% respectively, consistent with the income we recognize in our financial statements.*

To summarize, we undertook a comprehensive effort to audit, recalculate and correct our financial statements and our SEC filings. We accomplished these tasks in a short period of time thanks to the tireless effort of our dedicated employees.

We will now turn to a review of our financial results. For the quarter ended September 30, 2004, we reported fully diluted earnings per share of 53 cents, up 29% from the third quarter of 2003's diluted EPS of 41 cents. For the 9 months ended September 30, 2004, net operating revenue rose 27% to 456 million while diluted operating earnings per share rose 52% and net operating income rose 56%. Our five-

year compound annual growth rate and diluted earnings per share through September 30 remains an impressive 43%.

\*     \*     \*

John Spinney - Investors Financial Services Corp. - Senior Vice President, CFO

As Kevin mentioned, third-quarter diluted EPS came in at 53 cents, a 29% increase over our third-quarter, 2003, diluted EPS of 41 cents. On a year-over-year basis, our third-quarter net operating revenue increased 22% while our operating expenses grew 15%, again, exhibiting positive earnings growth in the continued leverage of our business model. For the nine months ended September 30, 2004, net operating revenue rose 27% to 456 million while our expenses grew 14%. Diluted operating earnings per share rose 52% and net operating income rose 56% for the nine months ended September 30, 2004.

We generate revenues based on assets under administration, the number of transactions generated by our clients and net interest income. These three revenue streams create a natural hedge for our business model. The breakdown of our revenue stream for the third quarter of 2004 was 52% asset-based, 16% transaction-based, and 32% net interest income based. I will now discuss the significant income and expense components for the third quarter in more detail.

\*     \*     \*

Net interest income was up 31% on a year-over-year basis primarily due to balance sheet growth driven by strong client funding and a relatively steep yield curve.

We continue to maintain strong net interest margin of spread as a result of the strong client funding. The linked quarter net interest margin increased by 18 basis points to 1.94% while the linked quarter interest rate spread also increased 18 bases points to 1.85%.

\*     \*     \*

Given the status of our pipeline as well as the capital markets and interest rate environments, we remain comfortable with our 2004 earnings per share guidance of $2 to $2.05, representing a greater than 35% annual increase in diluted earnings per share. As we previously stated, our guidance includes a 200 additional 200 basis point increase in the Fed funds rate from today to 4% over the next 15 months. *Included in our guidance is and has always been a forecast of SBAs running at industry prepayment speeds. We remain comfortable with our long-term growth rate of 25% on EPS.* As we have done historically, we revert back to our historical growth rate of 25% at the outset of a new year and adjust our guidance as we lock in new business. Amy, I'd now like to open up the call to your questions.

\*     \*     \*

95

Jon Arfstrom - RBC Capital Markets - Analyst

*Question on the restatement. Is it finished, is there any more risk here, is this issue complete and it's over with and we don't have to think about it.*

John Spinney - Investors Financial Services Corp. - Senior Vice President, CFO

*Yes, it's done, Jon. We made a full assessment and filed everything today.*

Jon Arfstrom - RBC Capital Markets - Analyst

Any changes you see in your business as a result of this, higher expense rate, does it impede your ability to grow, does it inject volatility, what changes?

John Spinney - Investors Financial Services Corp. - Senior Vice President, CFO

It doesn't have any affect on our business whatsoever, especially in terms of continuing to grow the business. We're still focusing on buying the same types of investments and generating that complementary income from net interest income and we see very little volatility as a result.

\*       \*       \*

Jon Arfstrom - RBC Capital Markets - Analyst

*Okay. And then I guess the last question is just on your interest rate positioning. Has anything that the Fed has done so far and the changes in the slope of the curve surprised you or has it all been consistent with your expectations for a flattening curve?*

John Spinney - Investors Financial Services Corp. - Senior Vice President, CFO

*It's pretty consistent with what we expected in terms of what the Fed moves have been. And it was built into that 300-basis point guidance we gave way back in June and continues to be in our guidance with the 200 basis points up from here today.*

\*       \*       \*

Kevin Sheehan  - Investors Financial Services Corp. - Chairman, CEO

Thank you, Amy. In closing, thanks for your patience as we work through this restatement. Given the new business closing during the month and the increasing demand for our services, we look forward to a strong fiscal 2005.  Thanks again.

Exhibit I.

206.    <u>Partial Revelation of the True State of the Company's Financial Condition</u>: On

November 15, 2004, Investors Financial filed its Amended Report on Form 10-K for the fiscal year

96

ending December 31, 2003 with the SEC that restated its financials results for fiscal years 2001,

2002, and 2003. The Amended Form 10-K was signed by defendants Sheehan, Rogers and Spinney

and reported the following restated financial results for 2001, 2002, and 2003 (in thousands, except

per share data):

2001 Restated Financial Results

| | As Previously Reported | As Restated | Restatement Adjustments |
|---|---|---|---|
| Statement of Income | | | |
| Net interest income | $106, 838 | $98, 355 | ($8,483) |
| Net income | $50, 200 | $44, 686 | ($5,514) |
| Basic EPS | $0.79 (pre-split $1.58) | $0.71 (pre-split $1.42) | ($0.08) |
| Diluted EPS | $0.76 (pre-split $1.53) | $0.68 (pre-split $1.36) | ($0.08) |

2002 Restated Financial Results

| | As Previously Reported | As Restated | Restatement Adjustments |
|---|---|---|---|
| Statement of Income | | | |
| Net interest income | $141,046 | $138,725 | ($2,321) |
| Net income | $68,946 | $67,437 | ($1,509) |
| Basic EPS | $1.07 | $1.05 | ($0.02) |
| Diluted EPS | $1.04 | $1.02 | ($0.02) |

2003 Restated Financial Results

| | As Previously Reported | As Restated | Restatement Adjustments |
|---|---|---|---|
| Statement of Income | | | |
| Net interest income | $152,883 | $153,914 | $1,031 |
| Net income | $91,760 | $92,421 | $661 |
| Basic EPS | $1.41 | $1.42 | $0.01 |
| Diluted EPS | $1.38 | $1.39 | $0.01 |

207.    On November 15, 2004, Investors Financial filed its Amended Report on Form 10-Q

for its first quarter ending March 31, 2004 with the SEC. The Amended Form 10-Q was signed by

defendants Sheehan and Spinney and reported the following restated financial results (in thousands,

except per share data):

March 31, 2004 Restated Financial Results
for the Three Months Ended March 31, 2004

|  | As Previously Reported | As Restated | Restatement Adjustments |
|---|---|---|---|
| Statement of Income |  |  |  |
| Net interest income | $45,961 | $48,421 | $2,460 |
| Net income | $34,975 | $36,553 | $1,5478 |
| Basic EPS | $0.53 | $0.53 | $0.00 |
| Diluted EPS | $0.52 | $0.54 | $0.02 |

208.  <u>Partial Revelation of the True State of the Company's Financial Condition</u>: On November 15, 2004, Investors Financial filed its Amended Form 10-Q for its second quarter ending June 30, 2004 with the SEC.  The Form 10-Q was signed by defendants Sheehan and Spinney and reported the following restated financial results (in thousands, except per share data):

March 31, 2004 Restated Financial Results
For the Three Months Ended June 30, 2004

|  | As Previously Reported | As Restated | Restatement Adjustments |
|---|---|---|---|
| Statement of Income |  |  |  |
| Net interest income | $44,292 | $42,075 | ($2,217) |
| Net income | $35,418 | $33,916 | ($1502) |
| Basic EPS | $0.54 | $0.51 | ($0.03) |
| Diluted EPS | $0.52 | $0.50 | ($0.02) |

209.  <u>Partial Revelation of the True State of the Company's Financial Condition</u>: On November 15, 2004, Investors Financial filed its Report on Form 10-Q for its third quarter ending September 30, 2004 with the SEC.  The Form 10-Q was signed by defendants Sheehan and Spinney and reported the following financial results (in thousands, except per share data):

|  | Three Months Ended September 30, 2004 |
|---|---|
| Net interest income | $48,267 |
| Net income | $36,134 |
| Basic EPS | $0.54 |
| Diluted EPS | $0.53 |

210.  <u>Reasons why statements in ¶¶204-209 are false and misleading</u>: The financial results reported in the November 15, 2004 press release and conference call, the Amended Report on Form 10-K for the fiscal year ending December 31, 2003,  the Amended Report on Form 10-Q for the

98

quarter ending March 31, 2004, the Amended Report on Form 10-Q for the quarter ending June 30, 2004, the Report on Form 10-Q for the quarter ending September 30, 2004 were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company's federal agency securities, primarily SBA bonds, had become impaired requiring a write-down to net income of at least $12.8 million by the end of fiscal year 2004 (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value.  In addition, the Company's November 15, 2004 conference call was also false and misleading because the Company denied that the restatement did not impact the accounting for its SBA portfolio, when in fact the Company made material adjustments to the Company's effective yield calling it just a "clerical error."  A switch from the prospective method to the retrospective method would reduce the SBA securities effective yield, due to "actual prepayments" factored into the securities' new effective yield.

211.    <u>False Statement</u>: On December 16, 2004, after the close of the market, the Company issued a press release entitled, "Investors Financial Services Corp. Raises Earnings Guidance for 2004 Fully Diluted EPS; Expects Earnings of $2.07 to $2.09 Per Share."  The press release listed defendant Spinney as a contact and was filed with the SEC Report on Form 8-K signed by defendant Sheehan.  The press release stated, in part:

> BOSTON – December 16, 2004 – Investors Financial Services Corp. (Nasdaq: IFIN) announced today that it has raised its earnings guidance for fully diluted earnings per share and currently expects $2.07 to $2.09 per share for the year ended December 31, 2004.  The Company plans to report its final results for the quarter and year ended December 31, 2004 on or about January 25, 2004.

Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "We have witnessed stronger business trends during the fourth quarter of 2004 due to higher asset values and transaction volumes that are driving solid results in our core and ancillary services.  In addition, we recently completed the first conversion of our previously announced European outsourcing mandate.  Based upon our favorable operating environment and outlook for future sales, *we remain comfortable with our long term guidance of 25% growth in fully diluted earnings per share*."

212.    Stock Price: On December 17, 2004, in response to the Company's Form 8-K that raised earnings estimates, the price of the Company's stock increased 4.8% increasing $2.09 to trade at $45.70 from the previous day's close of $43.61.  The next trading day, on December 20, 2002, the stock continued to climb increasing 3.6% to close at $47.34.

213.    Reasons why statement in ¶211 is false and misleading:  The financial guidance reported in the December 16, 2004 press release stating that the Company was comfortable with its long term guidance of 25% growth in fully diluted earnings per share was materially false and misleading because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company's Federal agency securities, primarily SBA bonds, had become impaired requiring a write-down to net income of at least $12.8 million by the end of fiscal year 2004 (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value.

**P.    Defendants' False and Misleading Statements Concerning 4Q04 and Fiscal Year 2004 Financial Results**

214.    False Statement: On January 25, 2005, after the close of the market, the Company issued a press release entitled, "Investors Financial Services Corp. Announces 2004 Diluted Earnings Per Share [U]p 50%; 2004 Net Operating Revenue Increases 25%."  The press release

listed defendant Spinney as a contact and was filed with the SEC Report on Form 8-K signed by

defendant Sheehan.  The press release stated, in part:

> BOSTON – January 25, 2005 – Investors Financial Services Corp. (Nasdaq: IFIN) reported diluted earnings per share of $2.09 for the year ended December 31, 2004, an increase of 50% from $1.39 in 2003.  Net income for the year ended December 31, 2004 was $142.0 million, up 54% from $92.4 million in 2003. For the fourth quarter of 2004, diluted earnings per share grew 11% to $0.52 from $0.47 for same period in 2003.  Net income for the fourth quarter was $35.3 million, up 13% from $31.2 million in the fourth quarter of 2003.

> For the year ended December 31, 2004, diluted operating earnings per share increased 39% to $2.09 per share from $1.50 per share in 2003 and net operating income increased 43% to $142.0 million from $99.6 million in 2003.  Diluted operating earnings per share and net operating income for 2003 are presented on a non-GAAP basis, which excludes the impact of a retroactive change in Massachusetts tax law enacted during 2003 as described below in this press release.

> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "Investors Financial Services delivered another year of outstanding results during 2004.  Sizeable wins from new and existing clients and the leverage inherent in our business model continue to drive our impressive performance. ***We remain confident in our ability to produce growth of 25% in diluted earnings per share in 2005***."

215.   <u>False Statement</u>: On January 25, 2005, the Company held an earnings conference call

with market analysts, attended by defendants Sheehan and Spinney.  Defendants stated, in part:

> John Spinney - Investors Financial Services Corp. - CFO, SVP

> Thank you, and good afternoon. As Kevin mentioned, for the year ended December 31st, 2004, net operating revenue rose 25 percent to 613 million, while our expenses grew only 16 percent. As a result of this leverage in our model, we are able to grow net operating income by 43 percent to 142 million in diluted earnings per share by 39 percent to $2.09. For the fourth quarter, net operating revenue increased 19 percent year over- year, while our diluted operating earnings per share grew to $0.52, an 11 percent increase over our fourth-quarter 2003 diluted EPS of $.47.

> *      *      *

> ***Turning to our earnings guidance for 2005, as we have done historically, we are reverting back to our targeted long-term diluted earnings-per-share growth rate of 25 percent at the outset of the year and will adjust our guidance as we progress through the year.  Our guidance includes an additional 175 basis point increase in the fed (ph) funds rate from today to 4 percent by the end of 2005. <u>We are also</u>***

*modeling a further flattening of the yield curve in 2005.  We remain comfortable
with our long-term growth rate of 25 percent EPS.*

\*          \*          \*

Joel Gomberg - William Blair - Analyst

(Indiscernible) It's not a list of — and then, you had a pick-up in your deposits at
year end. Is that something that is seasonal, and we expect to go back down? *And
then, we have clearly seen some flattening of the yield curve here this last quarter*.
So maybe you could talk a little bit about your expectations on the margin – some
contraction here in the first quarter, as we move along if the deposits run down.

Kevin Sheehan - Investors Financial Services Corp. - Chairman, CEO

I think I would probably look at it more on an average basis and year over- year on
the deposits front. Regardless of what we've got right at 12/31 is grown
tremendously. And that afforded us the ability to grow the balance sheet by $2 billion
this year.  And as our assets continued to grow that we administer, more deposit flow
will come off of that as a result.  So I feel pretty comfortable that deposit flows will
continue to move in line with asset growth.  And whatever we've got at year-end, it
could have been a year-end principal and interest payments that we got over year-
end.  So I'd more focus on the average balance increasing.

*And then with respect to the yield curve, we do have a flattening of the yield curve
baked into our guidance for next year and expect dead (ph) funds to achieve 4
percent by the end of December. That's baked into our guidance. Does that answer
your question?*

Joel Gomberg - William Blair - Analyst

Yes, thank you.

Exhibit J.

216.    On February 18, 2005, the Company filed an Item 5.02.  Departure of Directors or

Principal Officers; Election of Directors; Appointment of Principal Officers with the SEC on Form

8-K signed by defendant Sheehan.  The Form 8-K disclosure stated, in part:

On February 15, 2005, Donald G. Friedl, a director of Investors Financial
Services Corp. (the "Company"), notified the Company's Board of Directors that he
is retiring from his position as a director effective at the expiration of his term on
April 14, 2005, and thus will not stand for re-election at the Company's annual
meeting of stockholders scheduled for April 14, 2005.

102

217.  <u>False Statement</u>: On February 28, 2005, Investors Financial filed its Report on Form 10-K for the fiscal year ending December 31, 2004 with the SEC.  The Form 10-K was signed by defendants Sheehan, Rogers and Spinney, and reported the following financial results (in thousands, except per share data):

|  | Year Ended December 31, 2004 |
|---|---|
| Statement of Income |  |
| Net interest income | $187,680 |
| Net income | $141,962 |
| Basic EPS | $2.15 |
| Diluted EPS\ | $2.09 |

218.  <u>False Statement continued</u>: The same Report on Form 10-K also reported Federal agency securities that were in a loss position for greater than 12 months.  The Company previously had reported in its December 31, 2003 Form 10-K that $600 million Federal agency securities were in a loss position for 12 months or longer when the Company filed its 2003 10-K.  The Report on Form 10-Q disclosed the following regarding impairment of its securities (in thousands):

*The unrealized losses related to the Company's investment in mortgage-backed and federal agency securities are attributable to changes in market interest rates. The contractual cash flows for certain of these securities are guaranteed by agencies of the U.S. government, including government sponsored agencies. As a result, the Company's exposure to the credit risk of these securities is minimal. At December 31, 2004, there were 590 investment securities that were in unrealized loss positions. The market value decline as a percentage of amortized cost for the Company's mortgage-backed and Federal agency investment securities portfolio was less than 1% at December 31, 2004. The Company has the intent and ability to hold these securities until forecasted recovery, which may in some cases be maturity. The Company does not consider these investments to be other than temporarily impaired at December 31, 2004.*

|  | Less than 12 months | | 12 months or longer | | Total | |
|---|---|---|---|---|---|---|
|  | **Fair Value** | **Unrealized Losses** | **Fair Value** | **Unrealized Losses** | **Fair Value** | **Unrealized Losses** |
| Federal agency securities | 1,446,223 | 12,332 | 518,045 | 6,111 | 1,964,268 | 18,443 |

103

219.   <u>Reasons why statements in ¶¶214-218 are false and misleading</u>:  The financial results reported in the January 25, 2005 press release, conference call and the Report on Form 10-K for the year ending December 31, 2004 were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company's Federal agency securities, primarily SBA bonds, had become impaired requiring a write-down to net income of at least $12.8 million for fiscal year 2004, (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value.

**Q.     Defendants' False and Misleading Statements
         Concerning 1Q05 Financial Results**

220.   <u>False Statement</u>: On April 13, 2005, after the close of the market, the Company issued a press release entitled, "Investors Financial Services Corp. Announces First Quarter 11% Investors Financial Services Corp. Announces First Quarter Earnings Up 11%."  The press release listed defendant Spinney as a contact and was filed with the SEC as an attachment to the Report on Form 8-K signed by defendant Sheehan.  The press release stated, in part:

> BOSTON, MA, April 13, 2005 - Investors Financial Services Corp. (Nasdaq: IFIN) reported first quarter diluted earnings per share of $0.60, an increase of 11% from diluted earnings per share of $0.54 in the first quarter of 2004.  Net income for the first quarter of 2005 was $40.9 million, up 12% from $36.6 million in net income in the first quarter of 2004.
>
> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "Investors Financial Services again delivered solid results in the first quarter of 2005. Our core services revenue grew impressively on both a year-over-year and linked quarter basis, driven by new business wins and client fund flows. ***We continue to have a number of exciting opportunities in our pipeline to drive earnings growth in fiscal year 2005***."

*          *          *

104

Net interest income decreased 2% to $47.6 million for the first quarter of 2005 from $48.4 million for the same period in 2004. . . .

221.    <u>False Statement</u>: On April 13, 2005 the Company held an earnings conference call

with market analysts, attended by defendants Sheehan and Spinney.  Defendants stated, in part:

Kevin Sheehan - Investors Financial Services Corp. - Chairman, CEO

Investors Financial Services recorded solid results for the first quarter of 2005. On a link quarter basis, our net operating revenue grew by 7%, while our operating expenses increased by 2%, again exhibiting positive earnings leverage. Diluted EPS for the quarter came at $0.60, up 15% on a linked quarter basis, and up 11% on a year-over-year basis. We achieved these positive results for the first quarter as well as the final two quarters of 2004 in an environment where the Fed funds rate rose by 175 basis points **and the yield curve flatten[ed] significantly**.

\*          \*          \*

Joel Gomberg - William Blair - Analyst

John, can you talk about your outlook for the rest of the year in terms of the net interest market margin, as the Fed looks like will continue to raise rates, and outlook for net interest income?

John Spinney - Investors Financial Services Corp. - CFO

**Yes, our outlook is still the same as it was before, you know, a 4% Fed funds rate by the end of the year. And I think what happened to us, and you saw it in this quarter's results, was probably a little flatter curve than we anticipated. I still think we will probably achieve net interest income about what we achieved last year. We were talking a little bit higher than that before**.

**And depending on how the yield curve behaves the rest of the year, it could be higher than that. So we are just keeping on the steady and trying to manage through it right now.**

Joel Gomberg - William Blair - Analyst

But net interest income, basically flat year-over-year?

John Spinney - Investors Financial Services Corp. – CFO

It could be flat, year-over-year, Joel. It could be higher than where it is today.

\*          \*          \*

Stuart Quint - Gartmore Global Investments - Analyst

105

*Just a question on your previous comment about net interest – about the yield curve being flatter than what you had initially anticipated. If you are saying net interest income is flat, and in your guidance – I am just trying to get a sense for are you implying that there is something else that you are adjusting to offset the expectation that net interest income might be weaker than what you were initially thinking? Or am I reading too much into what you are saying?*

John Spinney - Investors Financial Services Corp. – CFO

I think, back to Kevin's comments on his part of the presentation, *we see the pipeline as being a lot more robust*. And a lot of things are pent-up from the regulatory matters starting to flow through. *And clearly closing sales and closing them sooner rather than later is going to make up for that.* And with those new sales comes ancillary services, outback securities lending, cash management, that, again, drives some of the higher margin revenue lines [sic] items.

*             *             *

Jon Arfstrom - RBC Capital Markets - Analyst

*I think Stuart got my question. But basically, what you're saying is – flat to modestly higher NII will be offset by higher-than-expected fee income to get you to 25% growth rate. So the curve is steeper, NII is stronger; curve is flatter, NII is weaker, and the Cs (ph) more than likely will offset any margin pressure that we see. That is what you are saying, right?*

John Spinney - Investors Financial Services Corp. - CFO

*Yes*.

Exhibit K.

222.   <u>False Statement</u>: On May 9, 2005, Investors Financial filed its Report on Form 10-Q for its first quarter ending March 31, 2005, with the SEC. The Report on Form 10-Q was signed by defendants Sheehan and Spinney and reported the following financial results (in thousands, except per share data):

|  | Three Months Ended March 31, 2005 |
| --- | --- |
| Statement of Income |  |
| Net interest income | $47,613 |
| Net income | $40,948 |
| Basic EPS | $0.61 |
| Diluted EPS per share (diluted | $0.60 |

In the same filing, defendants recognized the flattening yield curve:

106

Net interest income is affected by the volume and mix of assets and liabilities and the movement and level of interest rates. The slight decline in our net interest income was primarily driven by lower interest rate spreads, offset by balance sheet growth. ***Short-term interest rates have been steadily increasing since the second half of 2004 without a concurrent increase in longer-term rates, resulting in a flattening yield curve.*** Consequently, our interest-bearing liabilities, of which the majority is priced based on floating rates, have repriced faster than our interest-earning assets, resulting in lower spreads. The average interest rate spreads for the periods ended March 31, 2005 and 2004 were 1.58% and 2.03%, respectively. In addition, reinvestment and purchase spreads on fixed and floating-rate assets were lower than expected due to higher market demand, especially for shorter-term and floating-rate fixed income investments during this rising interest rate environment.

(a)    <u>Reasons why statements in ¶¶220-222 are false and misleading</u>: The financial results reported in the April 13, 2005 press release and Report on Form 8-K, and the Report on Form 10-Q for its first quarter ending March 31, 2005 were materially false and misleading and were not reported in accordance with GAAP and Regulation S-X (17 C.F.R. §210.4-01(a)(1)) because, as described in ¶¶36-67, defendants intentionally and/or recklessly did not disclose (1) that the Company's federal agency securities, primarily SBA bonds, had become impaired requiring a write-down to net income of at least $12.8 million for fiscal year 2004 (2) the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and (3) the Company's prepayment risk that its debt securities could be redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value.

**R.    Defendants' False and Misleading Statements Concerning 2Q05 Financial Results**

223.    <u>Partial Revelation of the Company's True Financial Condition</u>: On July 14, 2005, after the close of the market, the Company issued a press release entitled, Investors Financial Services Corp. Announces Second Quarter Earnings Revises Fiscal Year 2005 and 2006 Guidance Announces Stock Repurchase Plan of [U]p to $150 Million." The press release listed defendant

Spinney as a contact and was filed with the SEC as an attachment to the Report on Form 8-K signed

by defendant Sheehan.  The press release stated, in part:

> BOSTON – July 14, 2005 - Investors Financial Services Corp. (Nasdaq: IFIN) reported second quarter diluted earnings per share of $0.64, an increase of 28% from diluted earnings per share of $0.50 in the second quarter of 2004.  Net income for the second quarter of 2005 was $44.1 million, up 30% from $34.0 million in net income in the second quarter of 2004.  For the six months ended June 30, 2005, the Company reported diluted earnings per share of $1.24, an increase of 19% from $1.04 in diluted earnings per share for the same period in 2004. Net income for the six months ended June 30, 2005 was $85.1 million, an increase of 21% from $70.5 million in net income for the same period of 2004.

> \*       \*       \*

> *Despite a more robust sales environment, including higher volumes of sales opportunities than in the previous two fiscal years and continued closing of strategically important new business wins in the first and second quarters of 2005, the Company is revising its fiscal year 2005 and 2006 diluted earnings per share guidance.  The Company expects to achieve growth of approximately 10% in diluted earnings per share in 2005 compared to diluted earnings per share of $2.09 in 2004 under Accounting Principles Generally Accepted in the United States of America ("GAAP").  From a core diluted earnings per share perspective, the Company expects 2005 diluted earnings per share to be approximately flat with 2004 GAAP diluted earnings per share of $2.09.  ...For 2006, the Company expects GAAP diluted earnings per share to be approximately flat compared to expected 2005 GAAP diluted earnings per share.  From a core earnings perspective, the Company expects to achieve approximately 8% to 10% growth in diluted earnings per share in 2006 over 2005 core diluted earnings per share.*

> *A number of factors have contributed to the Company's revision of its historical target for annual growth in diluted earnings per share. Key factors that are driving the change in expected diluted earnings per share include: a flatter than expected yield curve*; narrower than expected reinvestment spreads; weaker than expected market-sensitive revenues, including fees linked to both the equity and foreign currency markets; and continued investments in headcount and technology to support new and existing clients.  These factors are expected to be partially offset by continued strong growth in the Company's core service fees, which are driven by sales to new and existing clients and consistent growth in the Company's assets under administration.  The Company's pipeline for new business remains medium and the Company continues to bid on and win mandates from new and existing customers.

> Kevin J. Sheehan, Chairman and Chief Executive Officer, commented, "Since our initial public offering in November 1995, the Company achieved a compound annual growth rate in diluted earnings per share of 39%.  Over the last

five years, a period characterized by generally weaker financial markets and more regulation of financial products, the Company grew diluted earnings per share at an impressive 42% compound annual growth rate. ***However, during 2005 we have experienced sustained interest rate pressure and market sensitive revenue challenges. As a result, with less than six months remaining in 2005, we do not believe that we will meet our historical annual growth target in diluted earnings per share in 2005 and 2006***. We remain confident in and committed to our business model and our ability to deliver industry leading customer service levels and financial performance, including long-term growth in diluted earnings per share in excess of industry averages. We are announcing another important new business win today, a $30 billion full-service contract with a major U.S. life insurance company."

\*      \*      \*

***Net interest income of $42.0 million for the second quarter of 2005 was approximately flat compared to $42.1 million for the same period in 2004***. Operating expenses were $113.2 million for the second quarter of 2005, up 12% from $100.7 million for the same period in 2004.

Net interest income was approximately flat at $89.7 million for the first six months of 2005 compared to $90.5 million for the same period in 2004. Operating expenses were $218.0 million for the first six months of 2005, up 9% from $200.8 million for the same period in 2004. . . .

\*      \*      \*

From a GAAP earnings perspective, the Company expects 2006 diluted earnings per share to be approximately flat compared to expected 2005 GAAP diluted earnings per share. The Company expects annual growth in core diluted earnings per share of approximately 8% to 10% in 2006 compared to expected 2005 core diluted earnings per share. Core 2005 diluted earnings per share excludes the impact of securities gains (approximately $0.10 per diluted share for the first six months of 2005) and the recognition of the indefinite reversal provision of APB 23 with respect to its Irish subsidiaries (approximately $0.10 per diluted share). The Company expects net operating revenue growth of 8% to 10% in 2006. As discussed above, 2005 net operating revenue includes securities gains, which we do not expect to recur in 2006. The Company is basing its 2006 net operating revenue guidance on continued strength in its core service business, continued sales of core and ancillary services to new and existing clients, continued client fund flows, and a sustained flat yield curve. The Company expects approximately 8% to 10% growth in expenses in 2006 and moderate diluted earnings per share impact from its share repurchase program.

224.    On July 14, 2005, after the close of the market, the Company held an earnings conference call with market analysts, attended by defendants Sheehan and Spinney. Defendants stated, in part:

109

Kevin Sheehan

On today's call, we will cover our revised 2005 and 2006 earnings growth targets and our results for the second quarter of 2005. . . .

\*     \*     \*

*Unfortunately, we have had a strong year for new sales. We have not been able to sell enough new business to overcome the significant environmental challenges that we are experiencing in 2005*. As both CEO and a stockholder, I am disappointed by the current environment and our revisions to earnings guidance. We continue to have a strong core business with great opportunities for growth. As we will discuss in more detail on this call, while the next 18 months will likely present a number of challenges, we believe in the long term we will continue to grow at a level that exceeds industry averages. In the short term, if we believe market conditions are favorable, we will be a buyer under the repurchase program approved by our board.

*During 2005, we've experienced a more challenging environment than we have faced over the previous nine years. These challenges include a sustained, flatter-than-expected yield curve*, narrower-than-expected reinvestment spreads on our reinvestment portfolio, and weaker-than-expected market-sensitive revenues, including those linked to equity and foreign exchange markets and investment advisory fees. *The yield curve and narrower reinvestment spreads have hampered our ability to deploy capital in an effective fashion*.

\*     \*     \*

*From a core perspective, we expect 2005 diluted earnings per share to be approximately flat with our 2004 GAAP results of 209 per share*. ...We are maintaining a cautiously optimistic outlook for 2006 as we expect to continue to see headwinds driven by a challenging environment for net interest income, flat equity markets, and contract renewals. We also expect to continue to invest in our infrastructure, which may impact our operating leverage.

*For 2006, we expect GAAP diluted earnings per share to be approximately flat with 2005 GAAP diluted earnings per share. We expect 2006 growth in core diluted earnings per share to be approximately 8% to 10% over expected 2005 core results, reflecting a degree of caution for the reasons I just discussed.*

*<u>Our new guidance for 2005 and 2006 places an expected financial performance – our expected financial performance in line with publicly available guidance of our primary competitors</u>*. Long-term, we continue to expect our financial performance to exceed industry averages.

Turning to our second-quarter results, net operating revenue grew 12% year-over-year, driven by increases in core service revenue, cash management, sweep fees, and securities lending fees. Diluted EPS for the quarter came in at $.64, up 28% from second-quarter 2004 diluted EPS. As of June 30, we processed approximately 1.5

trillion of assets for our clients, up $27 billion or 2% from March 31, 2005 and up almost 300 billion or 25% from June 30, 2004. . . .

*     *     *

John Spinney, Jr.: As Kevin mentioned, second-quarter diluted EPS came in at $.64, a 28% increase over second-quarter 2004 diluted EPS of $.50. The $.64 in second-quarter diluted EPS includes securities gains of approximately 5.6 million or approximately $.06 per share related to the Company's strategy of replacing lower after-tax yielding municipal securities with higher after-tax yielding municipal securities, capitalizing on strong market conditions.

*     *     *

Sweep fees increased 37% year-over-year to 24% linked quarter, due to increased cash balances held by our clients. Securities lending fees increased over 120%, both year-over-year at linked quarter due to improved market conditions. Net interest income was approximately flat on a year-over-year basis as ***our balance sheet growth was offset by a flatter yield curve***. Net interest income declined 12% linked quarter due to a flatter yield curve and tighter reinvestment spreads. The linked quarter net interest margin decreased by 28 basis points to 1.47% while the linked quarter interest rate spread decreased by 31 basis points to 1.27% due to the factors I just mentioned.

*     *     *

I would now like to discuss our revised 2005 and 2006 diluted earnings per share guidance. ***For fiscal 2005, the Company expects to achieve approximately 10% growth in GAAP diluted earnings per share***. From a core perspective, we expect 2005 diluted earnings per share to be approximately flat with our 2004 GAAP results of $2.09 per share. As Kevin discussed, core diluted earnings per share for 2005 exclude the impact of securities gains totaling $0.10 per share to date 2005 and approximately $.10 per share related to APB 23.

*     *     *

***We assume in our net interest income forecast for 2005 and 2006 that short-term interest rates will rise until the end of 2005, and that the yield curve will remain flat***. We also assume that we will resume growing the balance sheet moderately in 2006 to generate incremental net interest income.

*     *     *

We are maintaining a cautiously optimistic outlook for 2006 as we expect to continue to see headwinds driven by a challenging environment for net interest income, flat equity markets, and contract renewals. We also expect to continue to invest in our infrastructure, which may impact our operating leverage. For 2006, we expect GAAP diluted earnings per share to be approximately flat compared to 2005 cap diluted

earnings per share. From a core earnings per share perspective, we are projecting annual growth in 2006 diluted EPS of approximately 8 to 10% over expected 2005 core results.

We are basing our 2006 earnings guidance on expected net operating revenue growth of approximately 8 to 10% compared to 2005 net operating revenue. 2005 net operating revenue includes approximately 10 million or $0.10 per share in securities gains taken year to date, which we do not expect to recur in 2006.

We expect our 2006 net operating revenue growth to be driven by the sustained strength of our core service business, continued sales of core and ancillary services to new and existing clients, to continued 6% client fund flow, a sustained flat yield curve, and tight reinvestment spreads

For 2007 and beyond, we are projecting long-term annual growth and net operating revenue of 12 to 14% and annual operating leverage of approximately 50 to 100 basis points, resulting in an annual diluted earnings per share growth of approximately 13 to 15%. We remain confident in and committed to our business model and our ability to deliver industry-leading customer service levels and financial performance, including long-term earnings growth in excess of industry averages.

*      *      *

Jon Arfstrom - RBC Capital Markets - Analyst

Can you just, maybe, John, talk a little bit more about what you are doing or what you're planning on doing with the balance sheet for the second half of the year. It sounds like, reading between the lines, you are letting cash build, and you will opportunistically trigger the buyback at a certain point in time. Or do you think that all the cash flow will go to the buyback, or will you let capital build? Can you just discuss that a little bit?

John Spinney, Jr.: Yes, we're going to pretty much keep the balance sheet at its current levels, reinvest cash flows, and continue to build capital through net income, use some of that capital through net income in our overcapitalization right now, relative to our targeted leverage ratio to buy back stock opportunistically.

*      *      *

Jon Arfstrom - RBC Capital Markets - Analyst

Okay. And did your guidance include any type of balance sheet restructuring or are you simply letting the cash flows roll in and then deciding what to do with them once they roll in?

John Spinney, Jr.: Yes, there's no restructuring, as I said in the call. We are investing in the similar type of assets we've always invested in. Short duration, variable rate products, and we don't see a change in our investment philosophy.

\*     \*     \*

Hi, Andrea.

Andrea Jao - Lehman Brothers - Analyst

***I wanted to drill down a bit on margin compression***. I was hoping you could break that down into -- how much was due to lower reinvestment yields. **How much was due to premium amortization accelerating**, if there's any. And how much of that was, you know, swap ineffectiveness, which added actually the margin, $2.3 million last quarter.

John Spinney, Jr.: I think the biggest driver there is just reinvestment spreads compressing. The other stuff I would characterize as probably immaterial or similar to what it's been in the past.

Andrea Jao  - Lehman Brothers - Analyst

So that means there was no swapping effectiveness this quarter?

John Spinney, Jr.: There was, but it was small in the first quarter.

Andrea Jao  - Lehman Brothers - Analyst

Got it. And just one follow-up question. ***Are you carrying a lot of premium bonds at the moment?***

John Spinney, Jr.: ***We have some premium bonds, yes***.

Andrea Jao  - Lehman Brothers - Analyst

***Is it possible to share how much of the mix is premium bonds? Or is it just a small portion?***

John Spinney, Jr.: ***We typically don't give that amount of detail about our investment portfolio, Andrea.***

\*     \*     \*

Carla Cooper - Robert W. Baird - Analyst

And Kevin, I guess back to your comments. ***<u>You talked about a pretty dramatic change, vis-a-vis the historical numbers that Investors Financial has achieved</u>. I guess, how fundamental, as you look from your perch, having been in this business a long time, how fundamental do you view the changes here -- you know, the numbers certainly look like they are changing a lot,*** but maybe you can give us some perspective of how fundamental these changes feel to you as you look at the next 18 months and beyond.

113

Kevin Sheehan

*I think the big change for us is the compression in the – in the spreads and our inability to exact any growth in earnings from the net interest income side of the business, at least in this environment where we are facing rising rates*. On the other side, the core side, where we are increasing fee-based services in the ancillaries, I think we are performing pretty strongly and I think we will continue to do that and we will probably drive a lot hotter on that side to compensate for the limitations on the net interest income side and when that becomes more favorable and we can expand that again, you can expect to see us do it.

Carla Cooper  - Robert W. Baird - Analyst

So just to clarify, *your comments really relate to portfolio yields and net interest income as opposed to a change in the core competitive environment that you think is limiting your growth or your profitability*.

Kevin Sheehan

*Right. You can see that's where we got hammered, is on the net interest income side.*

\*        \*        \*

David Chamberlain  - PIMCO - Analyst

Hi, Guys. Just quickly, when you are look at your assumptions for '06, what are you assuming in terms of interest margin, any additional compression from a current level. What are you thinking on those lines?

John Spinney, Jr.: Our interest rate outlook is a continued rise in short-term rates to the end of the year and probably some continued flattening in the yield curve, depending on what happened to the tenure [ph] but we are assuming it gets flatter from here.

\*        \*        \*

Matt D'Attilio - Reinhard & Mahoney - Analyst

Yes, could you guys just comment overall, *similar to the previous question on how much compression you think can be left in your business model. I think part of the surprise on the press release is the 31-basis point contraction, and spread was probably a little bit greater than people's models. Maybe you can just discuss where it can go from there*.

John Spinney, Jr.: It could go down a little bit lower, *but we're not going to give an estimate of where we think it's going to end up. I think, given where the guidance*

*is we have out there and what that means for EPS in the next two quarters, I think it's pretty much baked into the numbers right now.*

\*     \*     \*

Greg Lapin - Saranac Capital - Analyst

Hi. Greg Lapin at Saranac. My first question -- just looking at the income statement really quick. There a typo, or – you show that the second quarter of '04 having flat net interest income, but when you go back in my model and in the press release it was lower, yet the six-month number is the same. So I didn't know if there was any reclass or if you could just check on that. It can't be that way. So in the past it was $44.3 million, and – so –

John Spinney, Jr.: Yes, we will go back and look at it, but we did restate some numbers last year, so maybe – maybe you are looking at your model that maybe wasn't updated.

Greg Lapin  - Saranac Capital - Analyst

But the six-month number is the same in each -- okay. Then, just going into -- I will follow up. OCI is reclassed to give transference and net interest income. Is it safe to assume that this quarter might be the $6.5 million divided by 3?

John Spinney, Jr.: No, it's not safe to do that. It is a dynamic that changes every quarter and it's less than it was in the first quarter.

Greg Lapin  - Saranac Capital - Analyst

I am not talking about the hedge ineffectiveness – is that connected with the hedge ineffectiveness? So that the 6.5 is for the next three quarters?

John Spinney, Jr.: Yes.

Greg Lapin - Saranac Capital - Analyst

Oh, they are the same thing. Okay. Then another thing is just – if you look at other borrowings, they've – at the end of period basis, $2 billion, the average was 1.35. Or the average is 2 billion, the end-of-period is 1.35.

*Does this kind of show that you reversed course in the middle of the quarter and decided to change – and just – if that is the case, how comprehensive was your business strategy review when you underwent this to reassess your '05, your '06 projections and your long-term growth rates in EPS. What kind of process was that?*

John Spinney, Jr.: First of all, on the borrowings front, the average was higher during the quarter. At the end of the quarter we had a lot of deposits come in and that's why

115

there's a difference between the average and the quarter-end number. And we've always historically had some amount of borrowings on our balance sheet to – to utilize our capital effectively. ***Coming out of the first quarter, we had a pretty – pretty relatively steep yield curve. We continue to – to manage net interest income and the growth of the balance sheet around at least getting some benefit out of that steepness.***

***As the yield curve flattened throughout the second quarter***, we reanalyzed our position with respect to growing the balance sheet, and in towards the end of the third quarter, we decided to stop growing the balance sheet into the third and fourth quarter, and that's kind of how it played out, I guess.

Greg Lapin - Saranac Capital - Analyst

And just for the long term, when you looked in '07 and beyond, we could assume the balance sheet grows, customer flows come in. Why the lower level to that magnitude? What else went in – were you looking at. Did you have a comprehensive – do you use consultants, did you look at financial asset growth, you just assess the business? You are still pretty small. Just wanted – anything more you could say on that?

Kevin Sheehan

***We just couldn't get the incremental yield so it didn't make sense. Wasn't effective to continue to grow the balance sheet with borrowed funds.***

Greg Lapin  - Saranac Capital - Analyst

The interest rate environment will normalize in '07 so you have a different long-term growth rate, moving down from 25% to 13 to 15.

Kevin Sheehan

Yes, I think you will see us more aggressive, but we wanted to be extremely conservative in putting these numbers together and not reach -- if the rates turn around, great. We will start to grow the balance sheet again.

Exhibit L.

225.    <u>Stock Price</u>: On July 15, 2005, upon this news, investors immediately sold off Investors Financial stock causing the stock price to fall 18.0% decreasing $7.47 to trade at $34.05 from the previous day's close of $41.52, on trading volume of 22 million shares, over five times the average trading volume.

226. <u>Reasons why statements in ¶¶223-224 were only a partial disclosures</u>: The financial results reported in the July 14, 2005 press release and conference call partially disclosed the true state of the Company's financial condition, its prepayments and net interest income; however, the Company's explanation that the reduced guidance was due to a flat or flattening yield curve was untrue. CW stated that Sylvester would never have uttered such nonsense," adding that such a statement of surprise is "naïve garbage." CW1 stated that "anyone with half a brain knew that for months all the extra cash from the Far East was going into 10-year US Treasury bonds," thus keeping longer term interest rates down, while short term rates rose, compressing rates and flattening the yield curve. Moreover, defendants' statements that the reduced guidance was due to a surprise flattening in the yield is further tarnished by their earlier class period statements where the defendants stated that the Company "*model[s] a further flattening of the yield curve*" and that "*a flattening of the yield curve[is] baked into our guidance*." During the Class Period, defendants stated:

**October 10, 2002:**

Charles Trafton (ph): What's your outlook, you know, given the flat and the [flattening] yield curve and the very high prepayment fees on the mortgage portfolio?

Mike Rogers  -  Investors Financial Services Corporation -  President

*We have it coming down throughout the next 12 months which is why we believe, even though we're going to increase deposits on the balance sheet, that management's income is going to stay flat.*

**July 16, 2003:**

John Spinney  - Investors Financial Services Corp - SVP and CFO

*We continued to maintain strong and interest margin in spread, despite flattening [inaudible] curve primarily as a result of strong client funding.*

Brad Moore  - Putnam Lovell NBF - Analyst  *and if it was a flattening curve*, would how would that impact the assumption?

John Spinney  - Investors Financial Services Corp - SVP and CFO

117

*[a] flattening curve would contract our net interest income slight but I don't have that number at my finger tips.*

**November 15, 2004:**

Jon Arfstrom  - RBC Capital Markets - Analyst

*Okay. And then I guess the last question is just on your interest rate positioning. Has anything that the Fed has done so far and the changes in the slope of the curve surprised you or has it all been consistent with your expectations for a flattening curve?*

John Spinney  - Investors Financial Services Corp. - Senior Vice President, CFO

*It's pretty consistent with what we expected in terms of what the Fed moves have been. And it was built into that 300-basis point guidance we gave way back in June and continues to be in our guidance with the 200 basis points up from here today.*

**January 25, 2005:**

John Spinney - *Investors Financial Services Corp. - CFO, SVP*

*We are also modeling a further flattening of the yield curve in 2005.  We remain comfortable with our long-term growth rate of 25 percent EPS.*

Joel Gomberg - *William Blair – Analyst*

*And then, we have clearly seen some flattening of the yield curve here this last quarter*.

Kevin Sheehan - Investors Financial Services Corp. - Chairman, CEO

*And then with respect to the yield curve, we do have a flattening of the yield curve baked into our guidance for next year and expect dead (ph) funds to achieve 4 percent by the end of December. That's baked into our guidance. Does that answer your question?*

227.    The truth regarding the Company's earnings shortfall and severely reduced guidance was disclosed when the Company filed its June 30, 2005 Form 10-Q with the SEC on August 9, 2005.

**VII.    POST CLASS PERIOD EVENTS**

228.    On August 9, 2005, Investors Financial filed its Report on Form 10-Q for its second quarter ending June 30, 2005 with the SEC.  The Form 10-Q was signed by defendants Sheehan and

118

Spinney and for the first time disclosed under the heading entitled "Market Risk" that the Company

had experienced payments on its SBA portfolio.  The Form 10-Q stated, in part:

> Prepayment speeds for mortgage-backed securities increased during the second quarter of 2005 due to increased refinancing activity driven by declining mortgage rates.  We expect recent prepayment experience to continue subject to future interest rate movements.  ***Prepayment experience for Federal agency securities (primarily SBA guaranteed loan pools) also increased over this period as the weighted average life of the securities shortened.  We expect the combination of heightened prepayment experience and, more significantly, reduced reinvestment opportunities to continue to pressure our net interest income for the remainder of 2005.***

229.    The Form 10-Q also for the first time disclosed the Company's prepayment policy, as

required by FAS 91.  The Form 10-Q stated, in part:

> Securities – The specific identification method is used to determine gains and losses on sales of securities.  Amortization and accretion of debt securities purchased at a premium or discount are amortized or accreted into income using a method which approximates the constant effective yield.  The Company applies Financial Accounting Standard No. 91, Accounting for Nonrefundable Fees and Costs Associated with Originating or Acquiring Loans and Initial Direct Costs of Leases ("FAS 91") for the amortization of premiums and accretion of discounts.  Prepayments are anticipated using three-month actual prepayment experience for securities that represent holdings of large numbers of similar loans for which prepayments are probable and the timing and amount of prepayments can be reasonably estimated.  Premiums and discounts on securities not meeting these criteria are amortized or accreted over their contractual term using the constant effective yield.  Actual prepayment experience for all investment securities is reviewed monthly and the timing of the amortization and accretion is adjusted accordingly.

230.    On November 4, 2005, Investors Financial filed its Report on Form 10-Q for its third

quarter ending September 30, 2005 with the SEC.  The Form 10-Q was signed by defendants

Sheehan and Spinney and disclosed under the heading entitled "Market Risk" that the Company

experienced payments on its SBA portfolio.

> Prepayment speeds for mortgage-backed securities increased during the third quarter of 2005 due to increased refinancing activity driven by declining mortgage rates.  We expect recent prepayment experience to continue subject to future interest rate movements.  ***Prepayment experience for Federal agency securities (primarily SBA guaranteed loan pools) also increased over this period, which resulted in a shorter***

119

*weighted average life of the securities. We expect the combination of heightened prepayment experience and, more significantly, reduced reinvestment opportunities to continue to pressure our net interest income for the remainder of 2005.*

## VIII. ADDITIONAL EVIDENCE OF DEFENDANTS' SCIENTER

231.    As alleged herein, defendants acted with scienter in that they had actual knowledge of the Company's financial results and issued public documents and statements that were materially false and misleading; and knowingly and substantially participated in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, defendants, by virtue of their receipt of information reflecting the true facts regarding accounting for the Company's debt securities, their control over and responsibility for the Company's financial statements, participated in the fraudulent scheme alleged herein.

### A.    Investors Financial's Compensation Scheme Motivated Defendants to Commit Fraud

232.    Defendants were also motivated to report false revenues and earnings and thus capitalize on the accounting fraud and the artificial inflation of Investors Financial stock. In fact, each of the defendants and executive officers, Sheehan, Rogers, Spinney, Keenan, Mancuso and Maroney earned huge incentive-based bonuses which were based upon the achievement of revenue and EPS goals in the Company's fiscal year operating plan. Defendants' Proxy Statements, filed with the SEC on March 19, 2001, March 13, 2002, March 11, 2003, March 2, 2004 and March 7, 2005, show that executive defendants' bonus compensation was heavily tied to the Company's financial performance. Each year's compensation plan established: (a) base salaries; (b) option grant levels; and (c) target levels for operating EPS and bonus amounts payable to executive officers under the Senior Executive Bonus Plan, based on achieving such targets. The target levels set by the proxies provided that:

120

If [year] operating earnings per share equal the minimum target, executive officers will receive bonuses ranging from 100% to 125% of their annual base pay, depending on their positions, with the Chief Executive Officer receiving 125% of his annual base pay. If [year] operating earnings per share exceed the target level, additional bonus amounts are available to the executive officers under the bonus plan, up to a maximum amount equal to 225% of their respective annual base pay. The actual level of bonus earned is based upon achievement of specific predetermined performance targets established by the Committee. No bonuses will be payable to executive officers if [year] operating earnings per share are less than or equal to [previous year] operating earnings per share.

233.   Incentive-based compensation played a significant role in the Individual Defendants'

total compensation. For example, the March 13, 2002 Proxy disclosed that 69% of defendant

Sheehan's salary was based on corporate performance and disclosed more information on how his

salary was computed:

The 2001 base salary for Mr. Sheehan, the Company's Chief Executive Officer, was established by the Board of Directors in December 2000. Under the terms of the 2001 Senior Executive Bonus Plan, Mr. Sheehan's bonus eligibility was set forth on a matrix under which Mr. Sheehan would receive no bonus if 2001 operating earnings per share did not exceed 2000 operating earnings per share. Mr. Sheehan's bonus eligibility increased incrementally with each $.05 per share by which 2001 operating earnings exceeded 2000 operating earnings. In accordance with the terms of the 2001 Senior Executive Bonus Plan, at the Company's operating earnings level of $1.53 per share for 2001, Mr. Sheehan was eligible for a bonus equal to 225% of his 2001 salary, or $1,462,500. Accordingly, approximately 69% of his $2,112,500 in 2001 cash compensation was based on corporate performance, specifically, the Company's operating earnings per share.

234.   A breakdown of the Individual Defendants' bonus and salary structure for years

2001-2004 is provided below:

| Name | Year | Salary | Bonus | Total | Options | All Other Compensation |
|---|---|---|---|---|---|---|
| Sheehan | 2001 | $650,000 | $1,462,500 | $2,112,500 | 70,557 | $6,090 |
| | 2002 | $750,000 | $1,687,500 | $2,437,500 | 33,428 | $6,840 |
| | 2003 | $787,500 | $1,771,875 | $2,559,375 | 30,000 | $27,300 |
| | 2004 | $867,000 | $2,817,750 | $3,684,750 | 98,204 | $26,825 |
| | | | | | | |
| Rogers | 2001 | $550,000 | $1,237,500 | $1,787,500 | 103,962 | $6,090 |
| | 2002 | $650,000 | $1,462,500 | $2,112,500 | 77,767 | $6,840 |
| | 2003 | $682,500 | $1,535,625 | $2,218,125 | 70,052 | $14,570 |
| | 2004 | $751,000 | $2,440,750 | $3,191,750 | 119,277 | $14,720 |
| | | | | | | |

| Name | Year | Salary | Bonus | Total | Options | All Other Compensation |
|---|---|---|---|---|---|---|
| Maroney | 2001 | $365,000 | $821,250 | $1,186,250 | 46,199 | $5,863 |
| | 2002 | $425,000 | $956,250 | $1,381,250 | 20,000 | $6,714 |
| | 2003 | $446,250 | $1,004,063 | $1,450,313 | 22,438 | $10,453 |
| | 2004 | $515,000 | $1,673,750 | $2,188,750 | 37,465 | $10,667 |
| | | | | | | |
| Spinney | 2001 | $72,115 | $150,000 | $222,115 | 20,000 | $123 |
| | 2002 | $250,000 | $375,000 | $625,000 | 70,000 | $6,420 |
| | 2003 | $300,000 | $675,000 | $975,000 | 22,954 | $7,960 |
| | 2004 | $350,000 | $1,137,500 | $1,487,500 | 71,915 | $8,170 |
| | | | | | | |
| Keenan | 2001 | $285,000 | $641,250 | $825,250 | 31,930 | $5,729 |

Defendants thus reaped direct tangible economic benefit by overstating net interest income and reporting false financials.

### B.    Individual Defendants Sold Stock for Multi-Millions in Insider Proceeds While in Possession of Material Adverse Information

235.    In addition to the Investors Financial executives who pocketed more than $21.8 million in bonuses related to the Company's false net interest income, net income and earnings, the Individual Defendants unloaded more than $68.1 million worth of their Investors Financial stock during the Class Period.

236.    While insider sales are not necessary to establish scienter in this case, defendants' stock sales are consistent with the scheme to defraud.  During the same time that Investors Financial and the Individual Defendants issued false financial statements causing Investors Financial's stock price to be artificially inflated, the Individual Defendants took advantage of the inflation of the stock price and sold more than $68.1 million worth of their Investors Financial shares to the unsuspecting public.  A summary of defendants' stock sales follows:[14]

| CLASS PERIOD STOCK SALES | | | | | |
|---|---|---|---|---|---|
| Last Name | First Name | Date | Shares | Price | Proceeds |
| SHEEHAN | KEVIN | 5/29/2001 | 100,000 | 35.92 | 3,592,000 |
| | | 7/13/2001 | 68,000 | 40.02 | 2,721,360 |

---

[14]    All data is adjusted for the Company's June 17, 2002, 2 for 1 stock split.

| CLASS PERIOD STOCK SALES | | | | | |
|---|---|---|---|---|---|
| Last Name | First Name | Date | Shares | Price | Proceeds |
| | | 7/16/2001 | 10,000 | 40 | 400,000 |
| | | 7/19/2001 | 62,000 | 40.02 | 2,481,240 |
| | | 7/20/2001 | 18,000 | 40 | 720,000 |
| | | 7/23/2001 | 14,000 | 40 | 560,000 |
| | | 5/13/2002 | 388,000 | 38.99 | 15,128,120 |
| | | 5/14/2002 | 37,000 | 39.06 | 1,445,220 |
| | | 12/30/2003 | 4,400 | 39.01 | 171,644 |
| | | 12/30/2003 | 1,700 | 39 | 66,300 |
| | | 12/30/2003 | 1,300 | 39.02 | 50,726 |
| | | 12/30/2003 | 700 | 39.04 | 27,328 |
| | | 12/30/2003 | 500 | 39.03 | 19,515 |
| | | 12/30/2003 | 400 | 39.09 | 15,636 |
| | | 1/5/2004 | 50,000 | 39 | 1,950,000 |
| | | 1/5/2004 | 21,500 | 39.05 | 839,575 |
| | | 1/5/2004 | 4,000 | 39.06 | 156,240 |
| | | 1/5/2004 | 3,500 | 39.04 | 136,640 |
| | | 1/6/2004 | 15,000 | 39 | 585,000 |
| | | 3/14/2005 | 40,000 | 51.04 | 2,041,600 |
| | | 3/14/2005 | 35,000 | 50.96 | 1,783,600 |
| | | 3/14/2005 | 35,000 | 50.98 | 1,784,300 |
| | | 3/14/2005 | 30,000 | 50.97 | 1,529,100 |
| | | 3/14/2005 | 15,000 | 51 | 765,000 |
| | | | **955,000** | | **38,970,144** |
| ROGERS | MICHAEL | 11/22/2002 | 9,938 | 35.5 | 352,799 |
| | | 11/22/2002 | 6,100 | 35.15 | 214,415 |
| | | 11/22/2002 | 5,502 | 35.33 | 194,386 |
| | | 11/22/2002 | 5,380 | 35.48 | 190,882 |
| | | 11/22/2002 | 4,379 | 35.1 | 153,703 |
| | | 11/22/2002 | 4,263 | 35.5 | 151,337 |
| | | 11/22/2002 | 4,219 | 35.4 | 149,353 |
| | | 11/22/2002 | 4,088 | 35.3 | 144,306 |
| | | 11/22/2002 | 4,000 | 35.25 | 141,000 |
| | | 11/22/2002 | 3,900 | 35.4 | 138,060 |
| | | 11/22/2002 | 3,600 | 35.34 | 127,224 |
| | | 11/22/2002 | 3,401 | 35.39 | 120,361 |
| | | 11/22/2002 | 3,000 | 35.3 | 105,900 |
| | | 11/22/2002 | 2,856 | 35.55 | 101,531 |
| | | 11/22/2002 | 2,600 | 35.41 | 92,066 |
| | | 11/22/2002 | 2,500 | 35.27 | 88,175 |
| | | 11/22/2002 | 2,438 | 35.35 | 86,183 |
| | | 11/22/2002 | 2,260 | 35.35 | 79,891 |
| | | 11/22/2002 | 2,238 | 35.07 | 78,487 |
| | | 11/22/2002 | 2,200 | 35 | 77,000 |
| | | 11/22/2002 | 2,100 | 35.27 | 74,067 |
| | | 11/22/2002 | 2,100 | 35.34 | 74,214 |
| | | 11/22/2002 | 1,823 | 35.09 | 63,969 |
| | | 11/22/2002 | 1,800 | 35.47 | 63,846 |
| | | 11/22/2002 | 1,538 | 35.31 | 54,307 |

| CLASS PERIOD STOCK SALES | | | | | |
|---|---|---|---|---|---|
| Last Name | First Name | Date | Shares | Price | Proceeds |
| | | 11/22/2002 | 1,300 | 35.62 | 46,306 |
| | | 11/22/2002 | 1,238 | 35.05 | 43,392 |
| | | 11/22/2002 | 1,120 | 35.4 | 39,648 |
| | | 11/22/2002 | 1,058 | 35.27 | 37,316 |
| | | 11/22/2002 | 719 | 35.28 | 25,366 |
| | | 11/22/2002 | 600 | 35.05 | 21,030 |
| | | 11/22/2002 | 519 | 35.55 | 18,450 |
| | | 11/22/2002 | 438 | 35.15 | 15,396 |
| | | 11/22/2002 | 318 | 35.35 | 11,241 |
| | | 11/22/2002 | 238 | 35.12 | 8,359 |
| | | 11/22/2002 | 238 | 35.16 | 8,368 |
| | | 11/22/2002 | 238 | 35.18 | 8,373 |
| | | 11/22/2002 | 238 | 35.21 | 8,380 |
| | | 11/22/2002 | 238 | 35.25 | 8,390 |
| | | 11/22/2002 | 238 | 35.27 | 8,394 |
| | | 11/22/2002 | 238 | 35.28 | 8,397 |
| | | 11/22/2002 | 238 | 35.29 | 8,399 |
| | | 11/22/2002 | 238 | 35.34 | 8,411 |
| | | 11/22/2002 | 238 | 35.36 | 8,416 |
| | | 11/22/2002 | 238 | 35.37 | 8,418 |
| | | 11/22/2002 | 238 | 35.37 | 8,418 |
| | | 11/22/2002 | 238 | 35.39 | 8,423 |
| | | 11/22/2002 | 238 | 35.4 | 8,425 |
| | | 11/22/2002 | 238 | 35.41 | 8,428 |
| | | 11/22/2002 | 238 | 35.44 | 8,435 |
| | | 11/22/2002 | 219 | 35.2 | 7,709 |
| | | 11/22/2002 | 219 | 35.44 | 7,761 |
| | | 11/22/2002 | 119 | 35.22 | 4,191 |
| | | 11/22/2002 | 72 | 35.48 | 2,555 |
| | | 11/22/2002 | 30 | 35.21 | 1,056 |
| | | | **100,000** | | **3,533,311** |
| | | | | | |
| SPINNEY | JOHN | 8/12/2002 | 200 | 27.36 | 5,472 |
| | | | | | |
| KEENAN | KAREN | 5/9/2001 | 30,000 | 35.09 | 1,052,700 |
| | | 7/18/2001 | 30,000 | 38.34 | 1,150,200 |
| | | 1/24/2002 | 30,000 | 36.5 | 1,095,000 |
| | | 3/8/2002 | 30,000 | 37.5 | 1,125,000 |
| | | | **120,000** | | **4,422,900** |
| | | | | | |
| MANCUSO | ROBERT | 12/11/2002 | 6,600 | 27.88 | 184,008 |
| | | 12/11/2002 | 4,767 | 27.86 | 132,809 |
| | | 12/11/2002 | 3,400 | 27.89 | 94,826 |
| | | 12/11/2002 | 2,600 | 27.85 | 72,410 |
| | | 12/11/2002 | 1,000 | 27.87 | 27,870 |
| | | 12/11/2002 | 400 | 27.91 | 11,164 |
| | | 12/11/2002 | 177 | 27.9 | 4,938 |
| | | 12/11/2002 | 100 | 27.84 | 2,784 |
| | | 12/11/2002 | 100 | 27.92 | 2,792 |

124

| | | CLASS PERIOD STOCK SALES | | | |
|---|---|---|---|---|---|
| **Last Name** | **First Name** | **Date** | **Shares** | **Price** | **Proceeds** |
| | | 3/12/2003 | 25,000 | 21.68 | 542,000 |
| | | 3/12/2003 | 300 | 21.86 | 6,558 |
| | | 8/22/2003 | 6,750 | 29.18 | 196,965 |
| | | 8/22/2003 | 4,800 | 29.4 | 141,120 |
| | | 8/22/2003 | 100 | 29.48 | 2,948 |
| | | 8/22/2003 | 100 | 29.44 | 2,944 |
| | | 10/17/2003 | 23,748 | 35.5 | 843,054 |
| | | 10/17/2003 | 6,252 | 35.49 | 221,883 |
| | | 1/26/2004 | 10,500 | 43.15 | 453,075 |
| | | 1/26/2004 | 1,800 | 43.32 | 77,976 |
| | | 1/26/2004 | 500 | 43.42 | 21,710 |
| | | 1/26/2004 | 500 | 43.3 | 21,650 |
| | | 1/26/2004 | 200 | 43.54 | 8,708 |
| | | 1/26/2004 | 200 | 43.34 | 8,668 |
| | | 1/26/2004 | 200 | 43.22 | 8,644 |
| | | 1/26/2004 | 200 | 43.21 | 8,642 |
| | | 1/26/2004 | 100 | 43.43 | 4,343 |
| | | 1/26/2004 | 100 | 43.4 | 4,340 |
| | | 1/26/2004 | 100 | 43.39 | 4,339 |
| | | 1/26/2004 | 100 | 43.36 | 4,336 |
| | | 1/26/2004 | 100 | 43.25 | 4,325 |
| | | 1/26/2004 | 100 | 43.27 | 4,327 |
| | | 1/26/2004 | 100 | 43.2 | 4,320 |
| | | 1/26/2004 | 100 | 43.19 | 4,319 |
| | | 1/26/2004 | 100 | 43.16 | 4,316 |
| | | 1/27/2004 | 5,100 | 42.72 | 217,872 |
| | | 1/27/2004 | 4,500 | 42.73 | 192,285 |
| | | 1/27/2004 | 3,950 | 42.67 | 168,547 |
| | | 1/27/2004 | 1,000 | 42.71 | 42,710 |
| | | 1/27/2004 | 600 | 42.79 | 25,674 |
| | | 1/27/2004 | 500 | 42.74 | 21,370 |
| | | 1/27/2004 | 265 | 42.64 | 11,300 |
| | | 1/27/2004 | 200 | 42.92 | 8,584 |
| | | 1/27/2004 | 200 | 42.91 | 8,582 |
| | | 1/27/2004 | 200 | 42.86 | 8,572 |
| | | 1/27/2004 | 200 | 42.69 | 8,538 |
| | | 1/27/2004 | 100 | 42.93 | 4,293 |
| | | 1/27/2004 | 100 | 42.9 | 4,290 |
| | | 1/27/2004 | 100 | 42.89 | 4,289 |
| | | 1/27/2004 | 100 | 42.87 | 4,287 |
| | | 1/27/2004 | 100 | 42.85 | 4,285 |
| | | 1/27/2004 | 100 | 42.84 | 4,284 |
| | | 1/27/2004 | 100 | 42.7 | 4,270 |
| | | 1/27/2004 | 100 | 42.68 | 4,268 |
| | | 4/15/2004 | 12,500 | 40 | 500,000 |
| | | 4/15/2004 | 600 | 40.26 | 24,156 |
| | | 4/15/2004 | 300 | 40.2 | 12,060 |
| | | 4/15/2004 | 300 | 40.17 | 12,051 |
| | | 4/15/2004 | 200 | 40.24 | 8,048 |

| | | | | | CLASS PERIOD STOCK SALES | |

| Last Name | First Name | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|
| | | 4/15/2004 | 200 | 40.21 | 8,042 |
| | | 4/15/2004 | 200 | 40.02 | 8,004 |
| | | 4/15/2004 | 200 | 40.01 | 8,002 |
| | | 4/15/2004 | 100 | 40.28 | 4,028 |
| | | 4/15/2004 | 100 | 40.22 | 4,022 |
| | | 4/15/2004 | 100 | 40.19 | 4,019 |
| | | 4/15/2004 | 100 | 40.11 | 4,011 |
| | | 4/15/2004 | 100 | 40.05 | 4,005 |
| | | 7/19/2004 | 6,000 | 44.31 | 265,860 |
| | | 7/19/2004 | 5,100 | 44.35 | 226,185 |
| | | 7/19/2004 | 4,000 | 44.25 | 177,000 |
| | | 7/19/2004 | 4,000 | 44.27 | 177,080 |
| | | 7/19/2004 | 3,600 | 44.36 | 159,696 |
| | | 7/19/2004 | 3,000 | 44.38 | 133,140 |
| | | 7/19/2004 | 2,000 | 44.24 | 88,480 |
| | | 7/19/2004 | 2,000 | 44.29 | 88,580 |
| | | 7/19/2004 | 300 | 44.37 | 13,311 |
| | | 11/18/2004 | 10,741 | 43.85 | 470,993 |
| | | 11/18/2004 | 4,800 | 45.04 | 216,192 |
| | | 11/18/2004 | 1,200 | 43.95 | 52,740 |
| | | 11/18/2004 | 1,114 | 45.45 | 50,631 |
| | | 11/18/2004 | 1,000 | 45.6 | 45,600 |
| | | 11/18/2004 | 1,000 | 45.05 | 45,050 |
| | | 11/18/2004 | 900 | 44 | 39,600 |
| | | 11/18/2004 | 800 | 44.51 | 35,608 |
| | | 11/18/2004 | 765 | 44.14 | 33,767 |
| | | 11/18/2004 | 700 | 44.5 | 31,150 |
| | | 11/18/2004 | 600 | 45 | 27,000 |
| | | 11/18/2004 | 500 | 43.93 | 21,965 |
| | | 11/18/2004 | 500 | 43.86 | 21,930 |
| | | 11/18/2004 | 500 | 44.03 | 22,015 |
| | | 11/18/2004 | 400 | 43.96 | 17,584 |
| | | 11/18/2004 | 301 | 44.75 | 13,470 |
| | | 11/18/2004 | 300 | 43.94 | 13,182 |
| | | 11/18/2004 | 300 | 43.84 | 13,152 |
| | | 11/18/2004 | 300 | 44.6 | 13,380 |
| | | 11/18/2004 | 300 | 44.55 | 13,365 |
| | | 11/18/2004 | 300 | 44.53 | 13,359 |
| | | 11/18/2004 | 200 | 43.9 | 8,780 |
| | | 11/18/2004 | 200 | 45.2 | 9,040 |
| | | 11/18/2004 | 200 | 44.8 | 8,960 |
| | | 11/18/2004 | 200 | 44.56 | 8,912 |
| | | 11/18/2004 | 200 | 44.52 | 8,904 |
| | | 11/18/2004 | 200 | 44.45 | 8,890 |
| | | 11/18/2004 | 200 | 44.2 | 8,840 |
| | | 11/18/2004 | 179 | 44.7 | 8,001 |
| | | 11/18/2004 | 100 | 45.4 | 4,540 |
| | | 11/18/2004 | 100 | 45.35 | 4,535 |
| | | 11/18/2004 | 100 | 45.21 | 4,521 |

126

| CLASS PERIOD STOCK SALES | | | | | |
|---|---|---|---|---|---|
| Last Name | First Name | Date | Shares | Price | Proceeds |
| | | 11/18/2004 | 100 | 45.16 | 4,516 |
| | | 11/18/2004 | 100 | 44.74 | 4,474 |
| | | 11/18/2004 | 100 | 44.71 | 4,471 |
| | | 11/18/2004 | 100 | 44.64 | 4,464 |
| | | 11/18/2004 | 100 | 44.54 | 4,454 |
| | | 11/18/2004 | 100 | 44.46 | 4,446 |
| | | 11/18/2004 | 100 | 44.21 | 4,421 |
| | | 11/18/2004 | 100 | 43.97 | 4,397 |
| | | 1/28/2005 | 5,000 | 50.3 | 251,500 |
| | | 1/28/2005 | 4,000 | 50.5 | 202,000 |
| | | 1/28/2005 | 2,500 | 50.19 | 125,475 |
| | | 1/28/2005 | 2,500 | 50.2 | 125,500 |
| | | 1/28/2005 | 2,500 | 50.25 | 125,625 |
| | | 1/28/2005 | 2,500 | 50.26 | 125,650 |
| | | 1/28/2005 | 2,500 | 50.39 | 125,975 |
| | | 1/28/2005 | 2,500 | 50.4 | 126,000 |
| | | 1/28/2005 | 2,500 | 50.49 | 126,225 |
| | | 1/28/2005 | 2,000 | 50.6 | 101,200 |
| | | 1/28/2005 | 1,500 | 50.68 | 76,020 |
| | | 4/18/2005 | 8,000 | 43.69 | 349,520 |
| | | 4/18/2005 | 7,500 | 43.93 | 329,475 |
| | | 4/18/2005 | 5,000 | 43.8 | 219,000 |
| | | 4/18/2005 | 5,000 | 43.9 | 219,500 |
| | | 4/18/2005 | 2,500 | 44 | 110,000 |
| | | 4/18/2005 | 1,000 | 43.98 | 43,980 |
| | | 4/18/2005 | 1,000 | 44.01 | 44,010 |
| | | | **253,709** | | **9,975,145** |
| | | | | | |
| MARONEY | EDMUND | 5/21/2001 | 65,680 | 36.09 | 2,370,391 |
| | | 7/18/2001 | 30,000 | 38.36 | 1,150,800 |
| | | 1/24/2002 | 30,000 | 35.07 | 1,052,100 |
| | | 10/17/2003 | 60,000 | 35.29 | 2,117,400 |
| | | 3/5/2004 | 15,000 | 45 | 675,000 |
| | | 7/20/2004 | 15,000 | 45 | 675,000 |
| | | 12/27/2004 | 15,000 | 50 | 750,000 |
| | | | **230,680** | | **8,790,691** |
| | | | | | |
| HENRY | JOHN | 5/3/2001 | 30,000 | 35.55 | 1,066,500 |
| | | 11/21/2002 | 5,000 | 34.74 | 173,700 |
| | | 11/21/2002 | 3,900 | 34.64 | 135,096 |
| | | 11/21/2002 | 1,100 | 34.79 | 38,269 |
| | | 11/21/2002 | 1,000 | 35.17 | 35,170 |
| | | 11/21/2002 | 600 | 34.65 | 20,790 |
| | | 11/21/2002 | 400 | 34.77 | 13,908 |
| | | 11/21/2002 | 400 | 34.78 | 13,912 |
| | | 11/21/2002 | 300 | 34.66 | 10,398 |
| | | 11/21/2002 | 200 | 34.71 | 6,942 |
| | | 11/21/2002 | 100 | 34.8 | 3,480 |

127

| CLASS PERIOD STOCK SALES | | | | | |
|---|---|---|---|---|---|
| Last Name | First Name | Date | Shares | Price | Proceeds |
| | | 10/30/2003 | 3,050 | 35.47 | 108,184 |
| | | 10/30/2003 | 1,650 | 35.46 | 58,509 |
| | | 10/30/2003 | 300 | 35.48 | 10,644 |
| | | 1/26/2004 | 8,748 | 42.4 | 370,915 |
| | | 1/26/2004 | 3,500 | 42.6 | 149,100 |
| | | 1/26/2004 | 2,500 | 42.75 | 106,875 |
| | | 1/26/2004 | 1,100 | 42.8 | 47,080 |
| | | 1/26/2004 | 500 | 42.71 | 21,355 |
| | | 1/26/2004 | 400 | 42.9 | 17,160 |
| | | 1/26/2004 | 300 | 42.65 | 12,795 |
| | | 1/26/2004 | 200 | 42.94 | 8,588 |
| | | 1/26/2004 | 200 | 42.85 | 8,570 |
| | | 1/26/2004 | 100 | 43.15 | 4,315 |
| | | 1/26/2004 | 100 | 42.93 | 4,293 |
| | | 1/26/2004 | 100 | 42.89 | 4,289 |
| | | 1/26/2004 | 100 | 42.84 | 4,284 |
| | | | 65,848 | | 2,455,121 |
| | | | | | |
| | | Total: | 1,725,237 | | $68,152,784 |

| Investors Financial Services Corp. % of Holdings Sold Summary:  4/10/2001 - 7/14/2005 | | | | | |
|---|---|---|---|---|---|
| Last Name | Shares Retained Through CP | Shares Sold | % Sold | Shares & Options Retained | % Sold |
| SHEEHAN | 916,812 | 955,000 | 51.02% | 1,983,650 | 32.50% |
| ROGERS | 1,120,679 | 100,000 | 8.19% | 1,956,743 | 4.86% |
| SPINNEY | 10,572 | 200 | 1.86% | 104,115 | 0.19% |
| KEENAN | 186,770 | 120,000 | 39.12% | 220,937 | 35.20% |
| MANCUSO | 228,258 | 253,709 | 52.64% | 235,758 | 51.83% |
| MARONEY | 135,134 | 230,680 | 63.06% | 175,136 | 56.84% |
| HENRY | 51,985 | 65,848 | 55.88% | 83,653 | 44.05% |

| Investors Financial Services Corp. Defendants' Yearly Stock Sale Totals | | |
|---|---|---|
| Year | Shares Sold | Dollar Amount |
| 2001 | 457,680 | $17,265,191 |
| 2002 | 647,344 | $24,369,491 |
| 2003 | 141,050 | $4,603,358 |
| 2004 | 264,363 | $11,184,491 |
| 2005 | 215,000 | $10,730,255 |

| Investors Financial Services Corp. Defendants' Individual Yearly Stock Sale Totals | | | | | |
|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | 2005 |

128

| SHEEHAN | $10,474,600 | $16,573,340 | $351,149 | $3,662,455 | $7,903,600 |
|---|---|---|---|---|---|
| ROGERS | | $3,533,313 | | | |
| SPINNEY | | $5,472 | | | |
| KEENAN | $2,202,900 | $2,220,000 | | | |
| MANCUSO | | $533,601 | $1,957,472 | $4,657,417 | $1,826,655 |
| MARONEY | $3,521,191 | $1,052,100 | $2,117,400 | $2,100,000 | |
| HENRY | $1,066,500 | $451,665 | $177,377 | $759,619 | |
| | | | | | |
| **TOTAL** | **$17,265,191** | **$24,369,491** | **$4,603,358** | **$11,184,491** | **$10,730,255** |

## IX.    LOSS CAUSATION

237.    During the Class Period, as detailed herein, defendants devised a scheme to deceive investors and the market about Investors Financial's true financial condition by issuing false financial statements and knowingly misrepresenting its net interest income.  Defendants knew, or recklessly disregarded however, that Investors Financial was experiencing prepayments on its debt securities and that it was improperly using the prospective method of accounting to push amortization of premium amounts to future periods. By failing to correctly record the amortization of premium, defendants presented a misleading picture of the Company's financial results, net interest income, net income and earnings.

238.    Defendants' false and misleading statements had the intended effect of and caused Investors Financial's stock to trade at artificially inflated prices throughout the Class Period and to reach a Class Period high of $53.44 per share on February 7, 2005.  Later, when more information regarding the true state of the Company's operations concealed by defendants' fraudulent scheme reached the market, Investors Financial's stock price plunged on October 21, 2004 as part of the prior artificial inflation came out of Investors Financial's stock price and on July 14, 2005, the remaining amount of artificial inflation came out of Investors Financial's stock.  As a result, lead plaintiff and other members of the class suffered economic losses, *i.e.*, damages under the federal securities laws.

239.    For example, throughout the Class Period, it was part of defendants' scheme to present a misleading picture of Investors Financial's net interest income by failing to truthfully disclose that Investors Financial was 1) experiencing prepayments on its SBA securities, 2) improperly using the prospective method of accounting to push the amortization of premium on its debt securities to future periods, 3) not disclosing the Company's prepayment policy and significant assumptions underlying its prepayment estimates, and 4) not disclosing the truth regarding the Company's prepayment risk that its debt securities could be (and were) redeemed prior to maturity and that the Company would lose its interest income and unamortized premium amount for securities purchased over par value.  All of these factors negatively affect the Company's net interest income.

240.    On October 21, 2004, the partial truth about Investors Financial's operations and financial condition began to leak out into the market when Investors Financial announced that it was evaluating FAS 91 change because it had incorrectly recorded the amortization of premiums and accretion of discounts on its investment securities by using the "prospective" method and that it was changing to the "retrospective" method.  The Company announced that it did not believe the impact of the change will be significant in fiscal years 2004, 2003, and 2002, but that the impact on 2001 reported earnings could be higher.  The Company expected the evaluation to be completed by November 15, 2004.

241.    On October 22, 2004, the stock price plummeted $7.20 per share (or 16%) to $36.50 per share on trading volume of over 11.6 million shares, ***almost 14 times*** the previous day's trading volume of only 839,898, as investors immediately sold off Investors Financial stock as the information indicated that the Company's financial condition was unknown.  Because partial true

130

facts about Investors Financial's operations and financial conditions reached the market, part of the prior artificial inflation came out of Investors Financial's stock price.

242.    On November 15, 2004, the partial truth about Investors Financial's operations and financial condition began to leak out into the market when Investors Financial restated its financial results filed with the SEC for the fiscal years 2001, 2002, 2003 and for the first two quarters of 2004, resulting in a cumulative reduction of $6.2 million in net interest income.  For fiscal years 2001 and 2002, net interest income was overstated by $8.5 million and by $2.3 million, respectively, and diluted EPS were overstated by $0.08 and $0.02, respectively.  Similarly, for fiscal year 2003 and for the first two quarters of 2004, net interest income was understated by $1 million and by $2.7 million, respectively, and diluted EPS were understated by $0.01 and $0.02, respectively.  On the Company's conference call, defendants, specifically defendant Sheehan falsely represented that the "this restatement did not impact the accounting for our SBA portfolio." As stated previously, CW1 reported that despite the Company's statement to the contrary, SBA bonds were or should have been impacted by the restatement.

243.    On November 16, 2004, the stock price rose to $3.93 per share (or 9%) to $44.96 per share on trading volume of over 4.1 million shares, ***4.3 times*** the previous day's trading volume of only 968,200, as investors immediately bought Investors Financial stock as the information indicated that the Company's financial condition was not as bad as previously thought.  Moreover, had the defendants disclosed the truth that the Company's SBA portfolio and that these securities experienced prepayments, it would have signaled to investors that the Company's current and future interest income derived from its SBA securities would be lower than initially projected and the resulting stock movement would have been negative.  Which is exactly what occurred at the end

of the Class Period when the Company announced severely reduced guidance, flat interest income and that its SBA securities had been prepaid. On this news, the stock declined dramatically.

244.    On July 14, 2005, the partial truth about Investors Financial's operations and financial condition began to leak out into the market when Investors Financial announced that its *net interest income for the second quarter of 2005 would be flat compared to the same period in 2004* and the Company was revising its fiscal year 2005 and 2006 diluted EPS guidance. For 2005 diluted earnings per share, guidance was cut from 25% to 10%. For 2006, diluted EPS, the Company stated that it expected to achieve approximately 8% to 10% growth in diluted EPS in 2006 over 2005 diluted EPS. The Company blamed the substantial decrease in guidance on "a flatter than expected yield curve; narrower than expected reinvestment spreads; weaker than expected market-sensitive revenues, including fees linked to both the equity and foreign currency markets; and continued investments in headcount and technology to support new and existing clients." The Company admitted in its June 30, 2005 Report on Form 10-Q that the Company's drastically reduced guidance was in part due to prepayments on its SBA securities stating: "the combination of heightened prepayment experience and, more significantly, reduced reinvestment opportunities to *continue to pressure our net interest income for the remainder of 2005*."

245.    On July 15, 2005, the stock price dropped to $7.47 per share (or 18%) to $33.68 per share on trading volume of over 22 million shares, *six times* the previous day's trading volume of only 3,714,815, as investors sold off Investors Financial stock as the information indicated that the Company's financial condition was worse than previously represented and the Company's net interest income would be flat and the Company's earnings growth was cut from 25% to 10% for 2005 and 2006. Because partial true facts about Investors Financial's operations and financial

132

conditions reached the market, part of the prior artificial inflation came out of Investors Financial's stock price.

246.    The decline in Investors Financial's stock price as the market learned the bad news about the true state of the Company's financial results and operations was directly related to defendants' prior misrepresentations and fraudulent conduct pursuant to their scheme to misrepresent and conceal Investors Financial's true financial problems.

247.    Like other members of the class of purchasers of Investors Financial's stock who purchased at artificially inflated prices during the Class Period, lead plaintiffs suffered an economic loss, *i.e.*, damages, when Investors Financial's stock price plummeted upon defendants' October 21, 2004 and July 14, 2005 announcements.

248.    As a result of the lead plaintiffs' purchases at artificially inflated prices during the Class Period and the subsequent revelation of the Company's true financial condition causing the stock price to drop, lead plaintiffs and other members of the class suffered economic losses, *i.e.*, damages, under the federal securities laws.

249.    The timing and magnitude of Investors Financial's stock price decline negate any inference that the loss suffered by lead plaintiffs and other class members was caused by changed market conditions, macroeconomic or industry factors or Company-specific facts unrelated to defendants' fraudulent conduct.  On October 22, 2004, the day Investors Financial's revelations caused the stock to drop by 16%, the NDF index lost only 1%, and the S&P's 500 securities index lost less than 1%.  On July 15, 2005, the day Investors Financial's revelations caused the stock to drop by 18%, the NDF index gained less than 1%, and the S&P's 500 securities index gained less than 1%.  The economic loss, *i.e.*, damages, suffered by lead plaintiffs and other members of the class, was a direct result of defendants' fraudulent scheme to artificially inflate Investors Financial's

133

stock price and the subsequent significant decline in the value of Investors Financial's stock when the true state of the Company's operations was revealed to the market.

## X.    CAUSES OF ACTION

**COUNT ONE**

**For Violation of Section 10(b) of the Exchange Act
and Rule 10b-5 Against All Defendants**

250.    Plaintiffs incorporate ¶¶1-249 by reference.

251.    During the Class Period, defendants disseminated or approved the false statements specified above, which they knew, or recklessly disregarded, were materially false and misleading in that they contained material misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

252.    Defendants violated §10(b) of the Exchange Act and Rule 10b-5 in that they:

(a)    Employed devices, schemes, and artifices to defraud;

(b)    Made untrue statements of material facts or omitted to state material facts necessary in order to make statements made, in light of the circumstances under which they were made not misleading; or

(c)    Engaged in acts, practices, and a course of business that operated as a fraud or deceit upon plaintiffs and others similarly situated in connection with their purchases of Investors Financial's publicly traded securities during the Class Period.

253.    It is appropriate to treat the Individual Defendants as a group for pleading purposes and to presume that the false, misleading and incomplete information conveyed in Investors Financial's public filings, press releases and other publications as alleged herein are the collective actions of the Individual Defendants. Each of the Individual Defendants, by virtue of his high-level

position with Investors Financial, directly participated in the management of Investors Financial, and was directly involved in the day-to-day operations of Investors Financial at the highest level. Each of the Individual Defendants was involved in drafting, producing, reviewing, approving and/or disseminating the materially false and misleading statements and information alleged herein, including SEC filings, press releases, and other publications. Each of the Individual Defendants had the ability and/or opportunity to prevent their issuance or cause them to be corrected. Accordingly, each of the Individual Defendants is responsible for the accuracy of the public reports, releases, and statements detailed herein and is therefore primarily liable for the representations contained therein.

254.    Plaintiffs and the class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for Investors Financial's publicly traded securities. Plaintiffs and the class would not have purchased Investors Financial's publicly traded securities at the prices they paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by defendants' misleading statements.

255.    As a direct and proximate result of these defendants' wrongful conduct, plaintiffs and the other members of the class suffered damages in connection with their purchases of Investors Financial publicly traded securities during the Class Period.

## COUNT TWO

### For Violation of Section 20(a) of the Exchange Act
### Against All Defendants

256.    Plaintiffs incorporate ¶¶1-255 by reference. The executive officers of Investors Financial prepared, or were responsible for preparing, the Company's press releases, SEC filings and conference calls. The Individual Defendants controlled other employees of Investors Financial. Investors Financial controlled the Individual Defendants and each of its officers, executives and all of its employees.

135

257.    Defendants Sheehan and Rogers controlled Investors Financial.  CW1 reported that IBT was a "dictatorship of two partners," defendants Sheehan and Rogers.  CW1 stated that although Sylvester recommended the categories of investments for IBT, defendant Rogers decided on the specific asset and the dollar amount to be invested.  Similarly, CW3 reported that defendants Rogers and Sheehan "called the shots" concerning IBT's operations.

258.    Furthermore, defendant Sheehan admitted his control person status in his Reported Form 144 filings with the SEC on July 16, 2001, July 19, 2001, July 23, 2001, August 2, 2001, May 13, 2002, May 14, 2002, December 30, 2003, January 5, 2004, January 6, 2004, and March 14, 2005.

259.    By reason of such conduct, defendants are liable pursuant to §20(a) of the Exchange Act.

## XI.    CLASS ACTION ALLEGATIONS

260.    Plaintiffs bring this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons who purchased Investors Financial publicly traded securities (the "Class") on the open market during the Class Period.  Excluded from the Class are defendants, directors and officers of Investors Financial and their families and affiliates.

261.    The members of the Class are so numerous that joinder of all members is impracticable.  The disposition of their claims in a class action will provide substantial benefits to the parties and the Court.  During the Class Period, Investors Financial had more than 66.5 million shares of stock outstanding, owned by thousands of persons.

262.    There is a well-defined community of interest in the questions of law and fact involved in this case.  Questions of law and fact common to the members of the Class which predominate over questions which may affect individual class members include:

(a)    Whether the Securities Act of 1933 was violated by defendants;

(b)    Whether the Exchange Act was violated by defendants;

136

(c)     Whether defendants omitted and/or misrepresented material facts;

(d)     Whether defendants' statements omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading; and

(e)     Whether defendants knew or recklessly disregarded that their statements were false and misleading for purposes of the Exchange Act claims.

## XII.     NO SAFE HARBOR

263.     The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements in this Complaint, because the specific statements pleaded herein were neither identified as "forward-looking statements" when made, nor accompanied by meaningful cautionary language identifying important factors that could cause actual results to differ materially from those in the specific statements.  To the extent that the statutory safe harbor applies to any of the statements pleaded herein, defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker knew that the particular forward-looking statement was false, and/or the forward-looking statement was made by or with the approval of an executive officer of Investors Financial who knew that the statement was false or misleading.

## XIII.     PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray for judgment as follows:

A.     Declaring this action to be a proper class action;

B.     Awarding damages, including interest; and

C.     And such equitable/injunctive or other relief as the Court may deem proper.

## XIV.     JURY DEMAND

Plaintiffs demand a trial by jury.

DATED:  February 3, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
JAMES W. OLIVER


       /s/ Jeffrey W. Lawrence
_____
JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

KRAKOW & SOURIS, LLC
AARON D. KRAKOW (BBO No. 544424)
CHRISTOPHER N. SOURIS (BBO No. 556343)
225 Friend Street
Boston, MA  02114
Telephone:  617/723-8440
617/723-8443 (fax)

Liaison Counsel

T:\CasesSF\InvestorsFinancialServices\Corrected Consolidated Complaint.doc

Exhibit A

# Deloitte & Touche

▲

*February 2000*
*Vol. 5 Issue 1*

# *Speaking of Securitization*

*Accounting, Tax, Regulatory and Other Developments*
*Affecting Transfers and Servicing of Financial Assets*

**In This Issue**

**Accounting For Investments In MBS and ABS**
page 1 - Abstract/Background

page 2 - Classification

page 8 - Accounting for Income

page 13 - Investments by Securitizers in Retained Interests-Residuals

page 15 - Servicing by Securitizers

page 19 - Acknowledgements

S.O.S. contains general information only; it is not a substitute for consultation with a professional. To receive copies or other information dealing with matters herein, contact the **Securitization Strategies Team hotline** at (213) 688-6555 or **e-mail** us at sst-los_angeles@dttus.com.

Securitization Strategies Team - helping you **from Concept ... to Wall Street ... and Beyond ...**

**Deloitte Touche Tohmatsu**

## ACCOUNTING FOR INVESTMENTS IN MBS AND ABS
### Sunil Gangwani, Allen S. Thomas and James Mountain

*Abstract*

The Financial Accounting Standards Board (the "FASB") is an independent organization which seeks to establish and improve standards of financial accounting and reporting for the guidance and education of the public, including issuers, auditors, and users of financial information. The Securities and Exchange Commission has empowered the Financial Accounting Standards Board to set these accounting standards for publicly held companies. The goal of these financial accounting standards is to foster uniform representation of financial statements of business organizations in the United States.

*Background*

This article provides a brief overview of certain U.S. generally accepted accounting principles ("GAAP") applicable to investments in mortgage loans, mortgage servicing assets and securitized debt instruments which are also known as mortgage-backed securities ("MBS") and asset-backed securities ("ABS"). It does not address income tax issues. It is not meant to provide professional advice but instead it is intended to merely state certain facts and, in some cases, the concepts behind the pronouncements of the FASB. The primary focus here will be on statements issued by the FASB. Specifically, this article addresses certain information set forth in the Statement of Financial Accounting Standards ("SFAS") No. 65, *Accounting for Certain Mortgage Banking Activities*", SFAS No. 91, "*Accounting for Nonrefundable Fees and Costs Associated with Originating or Acquiring Loans and Initial Direct Costs of Leases*", SFAS No. 115, "*Accounting for Certain Investments in Debt and Equity Securities*," SFAS No. 125, "*Accounting for Transfers and Servicing of Financial Assets and Extinguishment of Liabilities*" and SFAS No. 134 "*Accounting for Mortgage-Backed*

*Securities Retained after the Securitization of Mortgage Loans Held for Sale by a Mortgage Banking Enterprise*." Certain unique issues related to investments such as "residuals" and "interest-only" securities are addressed by Emerging Issues Task Force ("EITF") Issue No. 89-4, "*Accounting for Purchased Investment in a Collateralized Mortgage Obligation Instrument or in a Mortgage-Backed Interest Only Certificate*" and EITF Issue No. 93-18, "*Recognition of Impairment for an Investment in a Collateralized Mortgage Obligation Instrument or in a Mortgage-Backed Interest Only Certificate*."

MBS and ABS are generally considered "debt instruments" for accounting purposes irrespective of the form of such securities. For example, an MBS from one transaction may be issued as an undivided interest (often characterized as "Certificates") in a pool of mortgage loans while an MBS from another transaction may be issued as debt (often characterized as "Notes" or "Bonds") of a special purpose entity. For accounting purposes, both such investments are usually treated as "debt securities." Therefore, interest-only securities, floaters, inverse floaters, principal-only securities, senior classes, subordinate classes, certificated residual classes, etc. are considered debt securities despite the fact that some of these types of securities may be issued in "equity" form. (Please note however, that certain residual interests may in fact be treated as equity).

### Classifications

SFAS No. 115 requires investors to classify each security they hold into one of three categories: (a) held-to-maturity, (b) trading or (c) available-for-sale. Each classification is based on the intent and ability of the investor at the date of acquisition.

> **Held-to-maturity ("HTM"):** Debt securities that are acquired with the "positive intent and ability" to hold until maturity are classified as held-to-maturity. Equity securities are not eligible for the HTM category. HTM securities are reported at amortized historical-cost basis. Fluctuations in market value due to changing economic conditions have no impact on the carrying value of such debt securities. Any unrealized gain is not reported. Any unrealized losses are not recognized unless the asset is permanently impaired. The sale of HTM securities prior to maturity, might call into question the classification of current and future securities purchased on a HTM basis.

> **Trading:** Debt securities that are acquired for the sole purpose of profiting from short term fluctuations in price are classified as trading securities. Most brokers/dealers, pension plans and investment companies have their assets classified into this category. It is expected that this account will be the most active account for purchases and sales of securities. While the holding period of securities would typically be short, investors may also elect at the acquisition date to classify a security as trading, even if the holding period is expected to be long-term. Such assets are always reported at fair value. Any unrealized gain or loss is reported in earnings. Transfers to and out of the trading classifications should be rare.

> **Available-for-sale ("AFS"):** Debt securities that are not classified in either of the above two categories are placed in the available-for-sale category. Many regulated organizations may have assets in this category as a result of regulatory changes that may require disposing of certain securities within a certain time frame. Also, certain debt securities must be classified into

either the trading or AFS category if they can be contractually prepaid or otherwise settled in such a way that the holder would not recover substantially all of its investment. The assets are reported at fair value. Any unrealized gain or loss is reported in a separate component of shareholders' equity. If the investment is permanently impaired, the excess of amortized cost over fair value is recognized currently as a loss in the income statement.

| **Exhibit 1** | | | |
|---|---|---|---|
| **Classification of Debt Securities** | | | |
| **Impact** | **HTM** | **Trading** | **AFS** |
| Balance Sheet | Historical cost - adjusted for amortization of discount or premium in accordance with effective interest method. | Fair value. | Fair value. |
| Income Statement | Interest income reported in earnings based on the effective interest method; | Interest income reported in earnings based on the effective interest method; | Interest income reported in earnings based on the effective interest method; |
| | Losses arising from permanent impairment of assets reported in earnings. | Unrealized gain or loss arising from changes in market value reported directly in earnings. | Unrealized gain or loss arising from changes in market value reported as other comprehensive income and a separate component of shareholder's equity. |
| | | | Permanent impairment losses reported in earnings. |

Since these classifications are made on an individual security basis and largely reflect ability and intent, the same type of debt security may be reported on a different basis in the same organization. This classification is determined at acquisition and should be reassessed on each reporting date. However, debt securities are generally not allowed to be freely moved from one category to another. The FASB has provided certain guidelines under which reclassification of a security is permitted.

The debt securities reported under the held-to-maturity category cause the least amount of fluctuation in earnings of an organization. Earnings are reported on an historical cost basis which is based on pricing factors at the time of acquisition. Factors such as current market value and current interest rates generally have no impact on earnings. However, prepayments and credit losses do impact earnings as described below. If an organization does not have the ability to hold the debt securities until maturity due to interest rate risk, prepayment risk, currency risk, liquidity risk or gap management, they should not be classified as HTM. For example, if a bank is expecting to sell certain securities to meet

liquidity demands in the future, these debt securities should be classified as AFS or trading from the acquisition date. Similarly, if an organization does not have the positive intent to hold the debt securities until maturity, they should not be classified as HTM. Another example would be an organization's desire to sell securities in order to offset taxable losses or gains. For instance, if there are taxable losses, an organization cannot sell any appreciated debt securities from HTM to offset the taxable losses. If the intent is to offset taxable gains or losses by selling certain debt securities, those debt securities should be classified in the AFS or trading category from the acquisition date. Also, it was concluded by the FASB that hedging price and interest rate risk will be considered to be inconsistent with the intent to hold a debt security to maturity. When an organization adopts SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities," it will no longer be able to completely hedge price or interest rate risk of HTM securities. However, at the time of adopting SFAS No. 133, an organization has a one-time opportunity to reclassify any securities out of HTM into AFS or Trading.

Any movements via reclassification or direct sales from the HTM category are expected to be rare. If a debt security is reclassified, the FASB expects the existence of very compelling and unusual reasons for doing so. Reclassifications are permitted if: (a) there is permanent credit impairment of such securities, (b) regulatory requirements change the risk weighting significantly or otherwise cause business organizations to sell such securities, (c) tax law changes the tax exempt status of such securities, (d) a major business combination or disposition (such as a merger or an acquisition) causes the organization to dispose of certain securities to maintain existing interest rate or credit risk profiles and (e) other events that are isolated, non-recurring and unusual that could not have been reasonably anticipated. Transfer or sale of an HTM security for other than the specified reasons would call into question the original classification and "taint" all other HTM securities. Those other tainted HTM securities would need to be reclassified and no new securities could be classified as HTM for a certain period. Fortunately for securitization transactions, the sale of the "tail" portion of the debt securities is allowed without raising doubts about the initial classification of the entire portfolio. The "tail" portion is identified as the earlier to occur of (a) when 85% of the outstanding principal balance at the date of acquisition is paid down and (b) 90 days or less to the final maturity date of the debt security.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Exhibit 2** | | | | | | | |
| **Historical Cost Method** | | | | | | | |
| Period | Scheduled Balance | Principal | Expected Interest | Payment | Carrying Value | 12.893% Income | Unamortized Discount |
| 0 | $100,000 | | | (98,000) | 98,000 | | 2,000 |
| 1 | 98,776 | 1,224 | 1,000 | 2,224 | 96,828 | 1,053 | 1,947 |
| 2 | 97,539 | 1,237 | 988 | 2,224 | 95,644 | 1,040 | 1,894 |
| 3 | 96,290 | 1,249 | 975 | 2,224 | 94,448 | 1,028 | 1,842 |
| 4 | 95,028 | 1,262 | 963 | 2,224 | 93,238 | 1,015 | 1,790 |
| 5 | 93,754 | 1,274 | 950 | 2,224 | 92,015 | 1,002 | 1,739 |
| 6 | 92,467 | 1,287 | 938 | 2,224 | 90,779 | 989 | 1,688 |
| - | - | - | - | - | - | - | - |
| 48 | 25,036 | 1,955 | 270 | 2,224 | 24,919 | 289 | 117 |
| 49 | 23,062 | 1,974 | 250 | 2,224 | 22,962 | 268 | 100 |
| 50 | 21,068 | 1,994 | 231 | 2,224 | 20,985 | 247 | 84 |
| 51 | 19,055 | 2,014 | 211 | 2,224 | 18,986 | 225 | 69 |
| 52 | 17,021 | 2,034 | 191 | 2,224 | 16,965 | 204 | 56 |
| 53 | 14,966 | 2,054 | 170 | 2,224 | 14,923 | 182 | 44 |
| 54 | 12,892 | 2,075 | 150 | 2,224 | 12,859 | 160 | 33 |
| 55 | 10,796 | 2,096 | 129 | 2,224 | 10,773 | 138 | 24 |
| 56 | 8,680 | 2,116 | 108 | 2,224 | 8,664 | 116 | 16 |
| 57 | 6,542 | 2,138 | 87 | 2,224 | 6,532 | 93 | 10 |
| 58 | 4,383 | 2,159 | 65 | 2,224 | 4,378 | 70 | 5 |
| 59 | 2,202 | 2,181 | 44 | 2,224 | 2,201 | 47 | 2 |
| 60 | 0 | 2,202 | 22 | 2,224 | (0) | 24 | 0 |

Regardless of the specific classification, interest income including amortization of purchased discount or premium is reported in earnings. Exhibit 2 shows the "effective interest" or "level yield" method of amortization for a hypothetical amortizing mortgage-like debt security with an outstanding principal balance of $100,000, a coupon of 12.0% per annum, a term of 5 years and a gross purchase price of 98.0% ($98,000). Based on these characteristics, the investor receives a contractual payment of $2,224 per month for 60 months. The internal rate of return or yield to maturity of the debt security is 12.893% per annum. The reportable income is calculated as the product of the beginning carrying value of the debt security in a period and 12.893% per annum. The ending carrying value in that period is determined by adding the interest income to the previous carrying value and reducing the resulting amount by the total cash payment received. If this debt security were classified as held-to-maturity, the carrying value of the security will be reported as shown in Exhibit 2 in every reporting period. Exhibit 3 shows the impact of a decline in the fair value to 95.0% (representing an unrealized loss of $2,972 and a fair value of $91,475) at the end of the first quarter for the same security carried under the three different categories. Note that the change in the fair value does not change the carrying value of the assets held in the HTM category.

---

### Exhibit 3

#### Impact on Reported Earnings - Journal Entries

**Original Entry**

| | | |
|---|---|---|
| Investments in MBS | $98,000 | |
| Cash | | $98,000 |

**Held-to-Maturity#**

| | | |
|---|---|---|
| Cash | $6,673 | |
| Interest income* | | $3,121 |
| Investments in MBS** | | $3,552 |

\# Requires disclosure of the fair value of this portfolio.
\* Earnings (includes $158 amortization of discount).
\*\* Principal amount received less amortization of discount.

**Trading**

| | | |
|---|---|---|
| Cash | $6,673 | |
| Interest income* | | $3,121 |
| Investments in MBS | | $3,552 |
| | | |
| Loss from MBS* | $2,972 | |
| Investments in MBS | | $2,972 |

\* Earnings will increase by a net of only $149.

**Available-for-Sale**

| | | |
|---|---|---|
| Cash | $6,673 | |
| Interest income | | $3,121 |
| Investments in MBS | | $3,552 |
| | | |
| Other comprehensive income* | $2,972 | |
| Investments in MBS | | $2,972 |

\* Separate component of equity (amount should be net of tax).

**Exhibit 4**

**Reclassification of Debt Securities**

| From\To | HTM | Trading | AFS |
|---|---|---|---|
| **HTM** | - | Recorded at fair value.<br><br>Unrealized gain or loss recognized in earnings at the time of reclassification. | Recorded at fair value. Unrealized gain or loss reported in a separate component of shareholder's equity. |
| **Trading** | Recorded at fair value.<br><br>Unrealized gain or loss already reported in earnings; no reversals. | - | Recorded at fair value.<br><br>Unrealized gain or loss already reported in earnings; no reversals. |
| **AFS** | Recorded at fair value.<br><br>Unrealized gain or loss recognized to be continued in a separate component of shareholder's equity. This amount is amortized in accordance with the effective interest method. | Recorded at fair value.<br><br>Unrealized gain or loss recognized in earnings at the time of reclassification. | - |

Exhibit 4 shows the recording of transfers in the event of a reclassification.

Somewhat similar to the rules for debt securities SFAS No. 65, accounting for certain mortgage banking activities, requires mortgage bankers to classify whole mortgage loans into one of two categories: held for sale or held for long-term investment. Mortgage loans classified as held for sale are carried at the lower of cost or market value ("LOCOM"). If market value is less than cost, a valuation allowance is recorded for the difference, resulting in a charge to income. Changes in the required valuation allowance due to changes in market value are reflected in income as they occur. This means that recovery of a previous LOCOM mark down can be recognized as a gain. However, the loans should not be carried at an amount above cost.

Mortgage loans held for long-term investment are those where there is an ability and intent to hold the loans for the foreseeable future, or until maturity. Loans held for long-term investment are carried at amortized cost and evaluated for other than temporary impairment. If ultimate recovery of the carrying amount of the loan is doubtful, the loans should be written down to the expected collectible amount, which becomes the new cost basis. The write down is recorded as a loss and any subsequent recovery is not recognized until the loans are sold or mature. Unlike SFAS No. 115, there is no specific list of circumstances under which loans may be transferred between classifications, although such transfers should be infrequent. Selling or transferring a loan out of the held for long-term investment category would not "taint" the similar classification of any other loan.

*Accounting for Income*

The generally accepted method of accounting for amortization of discount and premium for mortgage loans and debt securities, as described earlier, is called the "effective interest" or "level yield" method. The initial carrying value of the mortgage loans used to calculate the effective yield ("level yield" or "purchase yield") is the purchase price adjusted for (increased by) any direct costs and (decreased by) any nonrefundable origination fees associated with the mortgage loans. The initial carrying value of the debt securities is the purchase price plus accrued interest, if any, paid for such securities. The effective interest method determines the periodic income as either (a) the sum of coupon income and accretion of purchase discount, if any, or (b) the difference between coupon income and amortization of purchase premium, if any, in each case using the internal rate of return to determine the accretion of discount or amortization of purchase premium. In Exhibit 2 it was assumed that the investor will receive only contractual payments and that the debt security is neither callable nor puttable. However, in the case of mortgage loans and MBS, investors have implicitly written a call option to the mortgagors which makes them likely to prepay their loans at no additional cost (generally) to them in a declining interest rate environment. Prepayments are generally expected to rise in a declining interest rate environment because mortgagors can obtain other mortgage loans with lower prevailing interest rates. Prepaying the existing mortgage loans can therefore reduce their cost of borrowing. Since the borrowers in the underlying assets are long a call option, they have the right but not the obligation, to exercise the call. This arrangement makes it extremely difficult to predict the future cash flows to investors in mortgage loans and MBS and thus makes the yield to maturity only an estimate at any point in time. The FASB recognized the importance of the callable nature of mortgage-backed and asset-backed securities.

> **Effect of Prepayments:** If a securitized instrument is purchased at par, changing prepayments does not impact the interest income based on the effective interest method. The interest income received over time is the same as the cash received based on the coupon and the then-outstanding face amount. However, if such an instrument is purchased at a discount from par, an increase in interest rates can adversely affect income because mortgagors are less likely to prepay their mortgages and the accretion of discount will occur over a longer period of time. Of course, the reverse is true as well (i.e. purchases at a premium can be adversely affected by a decrease in interest rates).

SFAS No. 91 allows two basic methods of accounting for interest income for mortgage loans and debt securities that are prepayable. The first method is based on the contractual cash flows determined at the time of purchase without regard to any prepayments that may arise in the future. As prepayments are experienced, the discount or premium related to such prepayments is adjusted in the interest income for that period.

The second method is based on the cash flows with estimated prepayments embedded in those cash flows. The FASB does not require estimation of prepayments under SFAS No. 91. The method may be used if a pool of underlying mortgage loans consists of a large number of mortgage loans or similar assets with substantially similar characteristics such that prepayments can be reasonably estimated. In every reporting period, investors are required to make adjustments to the effective yield to maturity and hence the future interest income based on the actual prepayment experience to date and the expected future prepayment experience of the underlying mortgage loans. Using the actual prepayments from the date

of acquisition to the reporting date and the expected future prepayments from the reporting date onward, a new effective yield is calculated from the date of acquisition. The carrying value is adjusted to the amount that would have existed had the new effective yield been applied since acquisition. The difference between the new carrying value and the actual carrying value is charged or credited to interest income. This results in a "catch up" of effective yield in every reporting period. If a debt security were purchased at a discount and if the prepayments were to accelerate, the new effective yield would be higher than the one calculated at acquisition. Consequently, the interest income in the future reporting periods would be higher than initially projected. If prepayments were to decelerate, the new effective yield would be lower than the one calculated at acquisition resulting in lower interest income for the subsequent reporting periods. This method is also known as the "retrospective method." All fixed rate MBSs and adjustable rate MBSs are required to follow the retrospective method (other than high-risk IO and certain other classes for which the return of substantially all of the initial investment is not guaranteed). Exhibit 5 depicts the impact of "catch up" for a hypothetical mortgage-like debt security. In the first and second quarter, the income on the security is $3,119 (interest income of $3,146 (@13.266%) and a write-down of $27) and $2,955 (interest income of $2,841 (@13.154%) and a write-up of $94), respectively. This method will have the most impact on period-to-period earnings in the middle of the life of the investment. Because the effective yield to maturity is adjusted, a portion of the total change in cash flows is amortized over the remaining life at a higher or lower yield. Shortly after acquisition, very little income has been recognized so the yield adjustment recognized most of the cash flow change over future periods. Near the end of the investment's life, a change in prepayments will have less impact on cash flows.

**Exhibit 5**
**Retrospective Method**

| Period | Prepayments | Effective Yield | Carrying Value | Cash | Income | Discount Amortization | Unamortized Discount |
|---|---|---|---|---|---|---|---|
| 0 | | | 98,000 | | | | 2,000 |
| 1 | 22% | 13.266% | 94,835 | 4,249 | 1,083 | 83 | 1,917 |
| 2 | 22% | 13.266% | 91,746 | 4,137 | 1,048 | 81 | 1,836 |
| 3 | 22% | 13.266% | 88,733 | 4,027 | 1,014 | 78 | 1,757 |
| | | | | | | | |
| 0 | | | 98,000 | | | | 2,000 |
| 1 | 22% | 13.154% | 94,826 | 4,249 | 1,074 | 74 | 1,926 |
| 2 | 22% | 13.154% | 91,728 | 4,137 | 1,039 | 72 | 1,854 |
| 3 | 22% | 13.154% | 88,707 | 4,027 | 1,006 | 70 | 1,784 |
| 4 | 15% | 13.154% | 86,387 | 3,292 | 972 | 67 | 1,717 |
| 5 | 15% | 13.154% | 84,103 | 3,232 | 947 | 66 | 1,651 |
| 6 | 15% | 13.154% | 81,852 | 3,172 | 922 | 64 | 1,586 |
| | | | | | | | |
| 0 | | | 98,000 | | | | 2,000 |
| 1 | 22% | 13.356% | 94,842 | 4,249 | 1,091 | 91 | 1,909 |
| 2 | 22% | 13.356% | 91,761 | 4,137 | 1,056 | 88 | 1,821 |
| 3 | 22% | 13.356% | 88,755 | 4,027 | 1,021 | 85 | 1,736 |
| 4 | 15% | 13.356% | 86,451 | 3,292 | 988 | 83 | 1,653 |
| 5 | 15% | 13.356% | 84,182 | 3,232 | 962 | 81 | 1,572 |
| 6 | 15% | 13.356% | 81,946 | 3,172 | 937 | 79 | 1,492 |
| 7 | 30% | 13.356% | 78,442 | 4,416 | 912 | 78 | 1,415 |
| 8 | 30% | 13.356% | 75,061 | 4,253 | 873 | 74 | 1,340 |
| 9 | 30% | 13.356% | 71,801 | 4,096 | 835 | 71 | 1,269 |

Adjustable rate MBS ("ARM") are complicated not just by prepayments but also by the fact that their coupons are tied to specific indices. If the index moves the coupon income of the ARM becomes subject to increase or decrease. Also, most ARMs are created with "teaser" rates which rates may be significantly below the current interest rates at the time of issuance (resulting from a desire to attract new borrowers in the underlying mortgage loans who cannot afford a higher initial payment that would have resulted from a fixed rate mortgage). The teaser rates are fixed for a short period of time (the teaser period) after origination of mortgages. However, after the lapse of the teaser period, the coupon rate is pegged to an index implying that the coupon equals the applicable index plus the specified margin (subject to certain caps and floors). How does one compute the effective yield for an ARM with changing interest rates? For the purposes of amortizing the discount or premium, the FASB allows both (a) using an index rate at acquisition for the life of the ARM to project cash flows and (b) adjusting the coupon to the correctly indexed rate at the end of the teaser period and projecting the cash flows accordingly. The second strategy results in most of the original discount from discounted ARMs to be recognized in the teaser period. Floaters and Inverse Floaters coupons are tied to an index. In the case of Floaters, the coupon moves in the same direction as the related index, whereas in the case of Inverse Floaters, the coupon moves in the opposite direction. Note that both can be leveraged in relation to the underlying index making a significant impact on the coupon income. Both are accounted for using the retrospective method.

The FASB has defined "high risk" securities as those securities where there is a potential for loss of substantially all of the original investment due to changes in (a) market interest rates, (b) prepayment rates or (c) temporary reinvestment earnings. For a debt security to not be considered a high risk security, the generally accepted threshold is recovery of 90% or more of the initial investment. Under this definition, both interest-only ("IO") and most residual securities are considered high risk securities and the accounting for such securities is therefore based on the "prospective method" as described under EITF Issue No. 89-4, *"Accounting for Purchased Investment in a Collateralized Mortgage Obligation Instrument or in a Mortgage-Backed Interest Only Certificate."* In the initial accrual period, interest income is accrued based on the initial carrying value and effective yield. Any cash received is first used to apply towards accrued interest and then to reduce the carrying value to zero. At each reporting date, the effective yield is adjusted prospectively from the reporting period based on the new estimate of prepayments. If the new effective yield is less than the then-current risk-free interest rate, the investment is considered impaired and written down to fair value, which becomes the new cost basis. The new effective yield is calculated based on the carrying value at the end of the previous reporting period, the new prepayment estimates and the contractual terms of the debt security. This procedure continues until all cash has been received. Note that this does not result in a write-up or a write-down of the carrying value in the reporting period. Only the future interest income is affected. Exhibit 6 depicts the impact of the prospective method for a hypothetical mortgage-like debt security. In the second first and second quarters, the income from the debt security is $3,146 and $2,838, respectively. Also, as amended by SFAS No. 125, these types of debt securities may not be classified in the HTM category. Because of the high-risk and volatile nature of these debt securities, they are marked to market and classified in either the trading or AFS category.

### Exhibit 6

### Prospective Method

| Period | Prepayments | Effective Yield | Carrying Value | Cash | Income | Discount Amortization | Unamortized Discount |
|--------|-------------|-----------------|----------------|------|--------|-----------------------|----------------------|
| 0 |     |         | 98,000 |       |       |    | 2,000 |
| 1 | 22% | 13.266% | 94,835 | 4,249 | 1,083 | 83 | 1,917 |
| 2 | 22% | 13.266% | 91,746 | 4,137 | 1,048 | 81 | 1,836 |
| 3 | 22% | 13.266% | 88,733 | 4,027 | 1,014 | 78 | 1,757 |
| 4 | 15% | 13.137% | 86,413 | 3,292 | 971   | 66 | 1,691 |
| 5 | 15% | 13.137% | 84,127 | 3,232 | 946   | 65 | 1,626 |
| 6 | 15% | 13.137% | 81,876 | 3,172 | 921   | 63 | 1,562 |
| 7 | 30% | 13.421% | 78,375 | 4,416 | 916   | 81 | 1,481 |
| 8 | 30% | 13.421% | 74,998 | 4,253 | 877   | 78 | 1,403 |
| 9 | 30% | 13.421% | 71,741 | 4,096 | 839   | 75 | 1,328 |

Despite the fact that principal-only ("PO") securities are very sensitive to changes in market interest rates and prepayments, they are not considered high-risk securities under the definition described above. Aside from the permanent credit impairment that may potentially result in a loss of some portion of the original investment, investors in these securities generally receive back their entire investment. The adverse changes in market interest rates or the prepayment rates may only affect the effective yield or the total return of such debt securities. Of course, the market value of the security will be affected by changing interest rates and prepayments. Any changes in the fair value may be carried over to earnings or to a separate component of the equity based on the classification of the security as trading, AFS or HTM.

In certain situations, increasing prepayments that result in reduced cash flows to the security holder can cause the effective yield to equal or fall below 0%. Prior to the release of EITF Issue No. 93-18 such debt securities were written down to the undiscounted cash flows (equivalent to 0% effective yield) of the debt securities, however, now such debt securities are tested against the comparable duration risk-free yield and consequently written down to fair value in such a way as to yield the market rate in the future.

### Exhibit 7

### Recognition of Interest Income

| Debt security | Accounting Income |
| --- | --- |
| Planned Amortization Classes, Targeted Amortization Classes, Support Classes and other Fixed Rate Certificates | Retrospective method |
| Principal-Only Certificates | Retrospective method |
| Interest-Only Certificates | Prospective method |
| Residual Certificates | Prospective method |
| Adjustable Rate, Floater and Inverse Floater Certificates | Retrospective method |
| Originated Fixed Rate Loans | Retrospective method |

**Nuances**: 1) Most MBS investors accrue income during a specified accrual period, however, the accrued income is paid out to the investors only after certain number of days (often called delay days in the MBS community). SFAS No. 91 does not provide guidance on the computational techniques to account for such delay days. Economically, it reduces the effective yield on the debt security; 2) SFAS No. 91 also does not provide guidance on computational techniques to take into account purchased accrued interest. A typical fixed rate MBS accrues interest for the entire calendar month prior to the month of actual payment. If such MBS settles on the 28th of the month, an investor will purchase twenty-seven days of accrued interest from the seller; and 3) Due to variations in prepayment speeds and index rates, it is possible for discount and premium ARMs to accrete their cost basis to more than the outstanding principal balance or the initial basis at acquisition, respectively. In such cases, the cost basis is capped at the outstanding principal balance (for discount ARMs) or the market value (%) at acquisition (for premium ARMs). For simplicity, all examples shown in this article are based on (a) no delay days and (b) no accrued interest.

*Investments by Securitizers in Retained Interests - Residuals*

Many organizations securitize their assets periodically. There are many reasons to access the capital markets via securitization. The most important reason being the availability of funds at lower costs.

However, there has been a lot of press talk about certain accounting procedures followed by lending institutions which primarily depend on securitization to access the capital markets. Many lenders have had to change their accounting resulting in a write down of their assets, in particular, the residual interests in securitizations held by them. When high yielding mortgage loans such as B&C/subprime quality loans are securitized, a residual security is created by virtue of the fact that the underlying assets generate higher coupon income than that needed for any on-going expenses and the interest on newly formed debt securities. The difference between the income on the assets and the expense on the liabilities represents "excess interest" needed for credit enhancement and is given the form of "residual security" or "residual interest." These residual interests are akin to interest-only strips and generally have no principal balance. If prepayment rates were to increase, the residual interests would be left with declining cash flow possibly causing a significant loss of the original investment. Per SFAS No. 125, these securities must be classified into trading or AFS category and marked to market in every reporting period.

Ideally, the "market" or fair value of the residual security used for accounting purposes should be the price at which it can be traded. Quoted market prices in active markets are the best indicators of fair value. However, residual securities trading is scarce and very specialized making the market for such debt securities very inactive and illiquid. If quoted market prices are unavailable, the FASB allows estimation of fair value based on reasonable assumptions about future cash flows. The process of projecting the future cash flows for residual securities is driven mainly by the following assumptions: the (a) prepayment rate and (b) expected credit loss rate in a pool of mortgage loans. Future cash flows using the above assumptions are then discounted back to the date of securitization at the prevailing discount rates. These discounted cash flows provide an estimate of the fair value of the residual security.

If a securitization is to be treated as a sale for accounting purposes, the recognition of "gain" or "loss" is not an election of the seller. A seller must recognize gain or loss immediately based on the allocation of the carrying value of the mortgage loans to the debt securities sold. A hypothetical securitization shown in the box below depicts how pre-tax gain (loss) is calculated for a securitization assuming that the net carrying value of the mortgage loans is at par. The key factor here is to estimate the fair value of the residual class which often tends to drive a transaction. If the fair value is not available and if it cannot be estimated for a retained security, it should be recorded at zero.

**Exhibit 8**

**Pre-tax Gain for Securitization**

| Class | Balance | Coupon | Price | FMV | Allocation | Basis | Sold |
|---|---|---|---|---|---|---|---|
| **Loans** | $100,000 | 9.0% | - | - | | $100,000 | Y |
| **Class AAA** | 96,000 | 7.5 | 100% | $96,000 | 94.27% | 94,266 | Y |
| **Class BB** | 4,000 | 7.5 | 96 | 3,840 | 3.77 | 3,771 | Y |
| **Residual** | | - | | 1,500 | 1.47 | 1,473 | N |
| **Servicing** | | 0.5 | | 500 | 0.49 | 490 | N |
| | $100,000 | | | $101,840 | 100.00% | $100,000 | |

| | |
|---|---|
| **Proceeds** | $99,840 |
| **Allocated Carrying Value** | (98,037) |
| **Pre-tax Gain** | $1,803 |

**Journal Entries after a Securitization**

| Journal Entries | Debit | Credit |
|---|---|---|
| Cash | $99,840 | |
| Class R certificates | 1,473 | |
| Servicing asset | 490 | |
| Mortgage loans | | $100,000 |
| Gain-on-sale | | 1,803 |
| | | |
| Class R certificates* | 27 | |
| Other comprehensive income | | 27 |

*Adjusting entries to mark the retained interest to fair value. Servicing asset (is not a security and) remains at carrying value.

The expected rate of return on the residual depends primarily on the expected credit loss experience and the expected prepayment experience of the underlying mortgage loans. Significant fluctuations in the earnings stream can result if the valuations are done incorrectly at the beginning of the process.

Upon acquisition, an effective yield is calculated for the residual security based on the reasonable assumptions about prepayment and credit loss rates. This effective yield is equal to the discount rate used at acquisition. In the above example, the prepayment rate was 25% per annum, the loss rate was 0.75% per annum taken as a haircut from interest income, and the discount rate for the residual security was 19.5% per annum. The effect of changing one of the assumptions (while keeping the others constant) from the base case is shown in Exhibit 9.

**Exhibit 9**

**Impact of Varying Assumptions on the Hypothetical Retained Interest**

| Loss Rate | 0.00% | 0.25% | 0.50% | 1.00% |
|---|---|---|---|---|
| Fair Value | $3,078 | $2,548 | $2,021 | $981 |
| % Change from Base Case | 105% | 70% | 35% | -35% |
| | | | | |
| Prepayment Rate | 20.00% | 22.50% | 27.50% | 30.00% |
| Fair Value | $1,717 | $1,602 | $1,405 | $1,320 |
| % Change from Base Case | 14% | 7% | -6% | -12% |
| | | | | |
| Discount Rate | 10.00% | 12.50% | 15.00% | 17.50% |
| Fair Value | $1,853 | $1,745 | $1,648 | $1,562 |
| % Change from Base Case | 24% | 16% | 10% | 4% |

These securities are carried at fair value in either the trading or AFS category. Any unrealized gains or losses because of changes in the fair value of a trading security is recognized in earnings. For AFS securities, these changes are recognized in a separate component of equity called "comprehensive income." These debt securities are tested for other-than-temporary impairment by comparing the discounted present value of the expected cash flows at a comparable risk-free rate to the current carrying value of such debt security. The debt security is considered impaired if such difference is negative in which case the debt security should be written down to fair value. The write-down is a charge against earnings. The debt securities which are classified into the trading category need not be assessed for such impairment because any difference in fair value is already included in earnings.

At the time of this writing, the EITF has added to its agenda, EITF Issue No. 99-20, *(Recognition of Interest Income and Impairment on Certain Investments.)* Initially, the scope of the project will be limited to retained interests classified as either held-to-maturity or available-for-sale. Existing GAAP does not provide robust guidance for the ongoing measurement of interest income and other adjustments for securitized debt instruments whose cash flows may change as a result of prepayments, credit losses, changes in an interest rate index and other reasons. Multiple interest income accounting models have been developed and applied for particular types of securities to deal with changes in their estimated future cash flows.

*Servicing by Securitizers*

Servicing is inherent in all financial assets. The servicing function includes, but is not limited to, collections of principal, interest and taxes from borrowers, disbursement of such funds to investors and related taxing authorities, monitoring delinquencies and performing foreclosures on behalf of investors. Servicing becomes a distinct asset only when it is contractually separated from the underlying financial assets or if it is purchased separately.

Per SFAS No. 125, if the seller retains the servicing function of the securitized mortgage loans and the contractual servicing fee is more than "adequate," a servicing asset must be recorded on the balance sheet. Conversely, if the servicing compensation is not adequate, a servicing liability must be recorded. How does one determine the "adequate compensation" for any

portfolio? In general, it includes the cost of servicing plus some profit demanded by the marketplace. Note that the adequate compensation is not determined by the individual servicing operations. It is set by the marketplace. As a rule of thumb, larger balance mortgage loans demand smaller servicing fee and vice versa. For example, the servicing fee for non-conforming jumbo mortgage loans is generally 20 basis points whereas for conforming mortgage loans serviced by agency-approved servicers is expected to be higher than 20 basis points. In our example the contractual servicing fee is assumed to be 50 basis points. In most securitizations the servicers are entitled to late fees and any reinvestment earnings of the funds held. On the other hand, these servicers are also contractually obligated to advance certain payments for delinquent borrowers and, in some cases, for interest shortfalls caused by unexpected prepayments of principal. For simplicity, it is assumed in our example that the extra income from late fees and reinvestment earnings will offset these expenses (and that the time value of the difference is zero). Let us further assume that there is an average bid (solicited or unsolicited) of 40 basis points to service the portfolio. If the seller retains the servicing function of the portfolio, the 10 basis points over and above the average bid indicates that a servicing asset must be booked after securitization. If the contractual servicing fee were only 25 basis points, the 15 basis points below the representative bid would indicate a servicing liability.

A servicing asset or liability is not amortized using any of the contractual, retrospective or prospective methods discussed earlier. In fact, both servicing assets and liabilities are amortized in proportion to and over the period of net estimated servicing income (excess of servicing revenues over the servicing costs) or net servicing loss (excess of servicing costs over the servicing revenues). In addition, the servicing asset or liability should be reassessed each period for impairment by comparing the carrying value against the fair value of the asset or liability. If the fair value is lower than the carrying value, the servicing assets are adjusted downward to the lower-of-cost-or-market and the difference is carried via valuation allowance into earnings. Subsequent writeups through earnings are allowed only to the extent of previous writedowns.

The determination of impairment in servicing assets requires stratification of underlying assets being serviced. The underlying assets must be broken down into categories representing significant risk in the portfolio such as fixed rate vs. adjustable rate mortgage loans, coupon, remaining term, geographic location, etc. The fair value in each individual category is compared to the carrying value of the corresponding category. The writedown is taken through a valuation allowance in each individual category. A writedown in one category must not be offset by an increase in the fair value (over the carrying value) in another category. For servicing liabilities, an increase in fair value implies an increase in the liability via a basis adjustment (no valuation allowance) with the loss carried through earnings. Servicing assets and liabilities must be accounted for separately.

The income on IO securities is recognized either based on changes in fair value and the effective yield method (if classified as trading) or simply based on the effective yield method (if classified as available-for-sale). Because there are differences in the subsequent accounting for servicing and IO securities, sellers may structure contracts for the retained interests to provide smaller servicing assets and larger IO securities or vice versa. Exhibit 10 depicts the differences in accounting for income from servicing assets and IO securities for the same expected cash flows. The different methods of accounting for servicing and IO securities in this above example result in the same aggregate amount of accounting income to be recognized over the life of the investment, however the timing of such income varies.

The servicing assets are adjusted for the difference between fair value and the carrying value as described above under the LOCOM method, but only if the fair value were less than the carrying value of the assets. Thus, in subsequent periods, gains are recognized only to the extent of previously recorded losses. On the other hand, in each reporting period, the IO securities are adjusted to fair value, for both gains and losses, in earnings (if classified as trading) or equity (if classified as available-for-sale).

**Exhibit 10**

**Accounting for Servicing Asset by Sellers (portfolio $100M, 9.0% coupon, 30 years, 25% CPR)**

| Period | Servicing Fee (.5%) | Servicing Fee less Servicing Costs | % of Total Income | Carrying Value at 12% | Amortization of Servicing Asset | Income (Fee less Amortization) |
|---|---|---|---|---|---|---|
| 0 | | | | $1,211,810 | | |
| 1 | $41,667 | $16,667 | 2.45% | 1,182,140 | $29,670 | $11,997 |
| 2 | 40,657 | 16,263 | 2.39% | 1,153,188 | 28,951 | 11,706 |
| 3 | 39,672 | 15,869 | 2.33% | 1,124,938 | 28,250 | 11,422 |
| 4 | 38,711 | 15,484 | 2.27% | 1,097,373 | 27,566 | 11,146 |
| 5 | 37,773 | 15,109 | 2.22% | 1,070,475 | 26,898 | 10,875 |
| 6 | 36,857 | 14,743 | 2.17% | 1,044,230 | 26,246 | 10,612 |
| 7 | 35,964 | 14,386 | 2.11% | 1,018,620 | 25,609 | 10,355 |
| 8 | 35,092 | 14,037 | 2.06% | 993,632 | 24,988 | 10,104 |
| 9 | 34,241 | 13,696 | 2.01% | 969,250 | 24,382 | 9,859 |
| 10 | 33,410 | 13,364 | 1.96% | 945,459 | 23,791 | 9,619 |
| 11 | 32,600 | 13,040 | 1.92% | 922,245 | 23,214 | 9,386 |
| 12 | 31,809 | 12,723 | 1.87% | 899,595 | 22,650 | 9,158 |

Accounting for IO security with same expected cash flows as above

| Period | Carrying Value | Interest-Only Amortization | Income |
|---|---|---|---|
| 0 | $1,211,810 | | |
| 1 | 1,182,261 | $29,549 | $12,118 |
| 2 | 1,153,427 | 28,835 | 11,823 |
| 3 | 1,125,288 | 28,138 | 11,534 |
| 4 | 1,097,830 | 27,458 | 11,253 |
| 5 | 1,071,035 | 26,795 | 10,978 |
| 6 | 1,044,888 | 26,147 | 10,710 |
| 7 | 1,019,373 | 25,515 | 10,449 |
| 8 | 994,475 | 24,898 | 10,194 |
| 9 | 970,179 | 24,296 | 9,945 |
| 10 | 946,471 | 23,708 | 9,702 |
| 11 | 923,336 | 23,135 | 9,465 |
| 12 | 900,761 | 22,575 | 9,233 |



**Exhibit 11**

**Servicing Assets and Liabilities**

| Assets/Liabilities |

Period 1

Strata 1 ($100)
Strata 2 ($100)        → Valuation Allowance ($200)
Strata 3 +$100
Strata 4 +$100

Period 2

Strata 1 +$200
Strata 2 +$100        → Valuation Allowance ($100)
Strata 3 ($100)
Strata 4 +$100

*Acknowledgements*

The information set forth herein has been gathered from various publications from the Financial Accounting Standards Board. The rules and regulations are subject to change from time to time. The authors strongly encourage readers to refer to the original information published by the FASB or to contact their accountants for appropriate advice. The authors would also like to thank Marty Rosenblatt of Deloitte & Touche LLP.

**SUNIL GANGWANI** is a Director in the Securitization Transactions Team at Deloitte & Touche, New York. Sunil's primary focus is the modeling of domestic and international CDOs, asset-backed and mortgage-backed transactions. Sunil has extensive experience in managing structured transactions backed by high yield debt, bank loans, mortgages, automobile loans, equipment leases, tax liens and stranded assets. He is often consulted by clients and non-clients in providing securitization transaction related services such as due diligence and verification of information set forth in the offering documents for ABS. He has played a key role in developing the ABS practice of Deloitte & Touche. He has also authored "Securitization 101" and "MBS Structuring - Concepts and Techniques." Sunil can be reached at (212) 436-3719 or sgangwani@dttus.com.

**ALLEN S. THOMAS, JR.** is the Market Unit Leader of the Securitization Transactions Team at Deloitte & Touche LLP, New York, which is comprised of 55 client service professionals dedicated to assisting clients on securitization transactions. Allen has 17 years of public accounting experience, primarily within the financial services industry. Over the last 13 years, he has worked exclusively with mortgage-backed and asset-backed transactions. He has supervised our computer driven analyses of more than 2,000 CMO/REMIC public offerings, involving more than $1 trillion in assets. Allen is a well known consultant on structuring and the analysis of bond sensitivity to prepayments and losses.

**JAMES MOUNTAIN** is a Partner in the Capital Markets Group at Deloitte & Touche LLP in New York specializing in accounting structuring of securitizations and other structured finance transactions. Jim serves a wide variety of issuers, underwriters and investors. His work has spanned virtually every securitization asset class including residential and commercial mortgages, credit card and trade receivables, as well as real estate, aircraft, automobiles and other equipment operating and finance leases.

Exhibit B



# Thomson StreetEvents

## Conference Call Transcript

**IFIN - Q2 2002 Investors Financial Services Earnings Conference Call**

Event Date/Time: Jul. 11. 2002 / 6:00AM PT
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

## CORPORATE PARTICIPANTS

**Operator**

**Joe DeChristofero**
*Investors Financial Services*

**Kevin Sheehan**
*Investors Financial Services - Chairman and CEO*

**Mike Rogers**
*Investors Financial Services - President*

**John Spinney**
*Investors Financial Services - CFO*

## CONFERENCE CALL PARTICIPANTS

**Analyst**

**Unknown Speaker**

## PRESENTATION

**Operator**

Please stand by. Good day, everyone. Welcome to the Investors Financial Services Corporation second quarter earnings release conference call. Today's call is being recorded. At this time for opening remarks and introductions, I'd like to turn the call over to Mr. Joe DeChristofero (phonetic).

**Joe DeChristofero** *- Investors Financial Services*

Thank you, operator. Thanks for joining us on today's call. We'll be making a number of forward-looking statements which are based on management's assumptions as of today. The company's actual results may differ materially from our current predictions due to any one of a number of factors. Information regarding the factors that may affect our actual results is set forth in the MBNA section of the most recent 10-Q and 10-K. I recommend that anyone listening to this call review those reports carefully.

Because this call will be archived on our website, I want to emphasize again for anyone listening at a later date that the statements made today are based on our assumptions today, July 11th, 2002. These assumptions may change, but the recording of this call will not be updated. Joining us on today's call are Kevin Sheehan, Chairman and Chief Executive Officer, Mike Rogers, President, and John Spinney, Chief Financial Officer. I'll now turn the call over to Kevin Sheehan.

**Kevin Sheehan** *- Investors Financial Services - Chairman and CEO*

Good morning. I'll begin by reviewing some key points from the second quarter and then John Spinney will discuss our financial results in more detail and update our guidance on our models. The diluted EPS for the second quarter came in at 26 cents up two cents or eight fence link quarter and up eight cents 44 quarter two of last year.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

As of June 30th we processed approximately $835 billion of assets for our clients, up approximately $4 billion from March 31st, 2002, and $21 billion from the year ended 2001. During the quarter the S and P 500 index declined approximately 14 percent and NASDAQ declined approximately 21 percent. We converted approximately $19 billion in assets from new clients during the quarter and added an additional $11 billion in assets from existing clients.

Finally, market depreciation and client fund flows reported from a $26 billion decrease in our assets processed during the quarter. During the quarter we converted new business we announced on last quarter's call. This new business included Oak Mark Funds, CDC Invest Funds, Agone TransAmerica Funds, and BGI Global ETF Product, MFCI I-shares (phonetic).

In addition, we expanded our relationship with BGI by winning the processing mandate for I-shares. Some of which are expected to commence trading in July. The pipeline for new business remains at $40 million in annualized revenue. We define pipeline as the actualized revenue on outstanding bids where we believe we have a 50 percent greater likelihood or greater of winning the new business. The BGI conversion is on track for completion by October 31st, 2002, and the second quarter 2002 represents another solid top line and bottom line performance for our company in a difficult market environment. These results have been driven by our ability to sell new business in a declining market and a continued favorable interest rate environment. Now I'd like to turn the call over to John Spinney, who will review the quarter's results in more detail.

John Spinney - *Investors Financial Services - CFO*

Good morning. As Kevin mentioned, second quarter diluted EPS came in at 26 cents a share and 8 percent linked quarter increase. Our diluted EPS of 26 cents represents a 44 increase over the second quarter of 2001 EPS of 18 cents. Diluted EPS in net income for 2002 both exclude the amortization of good will in the accordance with provisions HASBY-142 (phonetic).

Revenue growth remains a key driver of the company's EPS growth. That off burning revenue which is made up of net interest income and fee income increased 4 percent link quarter and 22 percent over the same quarter of last year. The two components of our revenue, net income are reported separately financial statement for presentation purposes, but these two revenue sources are derived from the same core securities processing business as clients use the company's balance sheet as a convenient way to invest their excess cash, thus generating net income for us.

I'll now walk through the significant income and expense components in more detail. Debt income decreased 4 percent link quarter primarily due to three factors. Interest rate resets on our variable rate investments, 2Q having 91 days versus 89 in Q1 in an asset liability strategy to prepay high rate FHLB advance and replace it with one at a lower rate.

Despite these factors we maintained healthy net interest margin and spread percentages as the yield curve remained steep during the second quarter. The link quarter interest rates spread contracted by 33 basis points to 2.26 percent while net interest margin contracted by 35 basis points to 2.45 percent. Compared to the same quarter of last year, net interest income was up 28 percent both due to a steep EPO (phonetic) curb and the increase side of our balance sheet.

Fee income increased 8 percent link quarter due primarily to additional client fund flows in higher income from our securities lending and foreign exchange services. On a year over year basis fee income increased 20 percent due to higher asset levels in 2002 versus 2001 and higher ancillary revenues in 2002 versus 2001 all achieved during challenging equity marketing conditions.

Operating expenses increased 3 percent link quarter an increase in transaction processing fees accounted for the majority of the increase in operating expenses. Transaction processing fees were up link quarter as a result of higher transaction volumes in Q2 versus Q1. Comp and benefits, our largest operating expense, declined on a link quarter basis by approximately $1 million. The decrease in compensation and benefits link quarter as a result of lower bonus and payroll tax accruals in Q2 versus Q1. Both of which were partially offset by additional head count added in Q2 to service new business. We continue to maintain strict cost controls especially in the face of weaker equity markets.

I'd also like to address an issue that some of you may have seen in last month's American Banker, that we will disclose in our second quarter Q. Like many other financial institutions in Massachusetts, we recently received from the Mass DOR, Department of Revenue, a notice of intent to asset state excise taxes for tax years 1999 and 2000, 6.2 million including interest. The notice claims that the bank was not eligible to receive a 95 percent dividends received deduction on dividends it received from Investors Funding Corps, the bank's majority owned REET (phonetic. After consultation with our tax accountants and legal counsel, we believe strongly in a technical merits of our case and at this time feel comfortable

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

with our 1999 and 2000 tax provisions. As always, we are reviewing a number of business strategies that may also minimize our tax exposure. Prospectively we remain comfortable with our current effective tax rate.

In addition, I received several inquiries regarding our option dilution disclosure in our annual report. After reviewing financial accounting standards 123 and consulting with our independent accountants, it was fair to say we have been extremely conservative in our disclosure. The key drivers of the dilution calculation are the expected life of the option, the volatility of the underlying stock, and the effective tax rate used in the pro forma calculation. Our 2001 FAS-123 option dilution disclosure was based upon an expected option life of ten years, a volatility percentage of 57 percent, and a 30 percent effective tax rate.

Under these variables the resulting dilution as disclosed in the annual report was 37 percent. Utilizing the annual expected life of 40 years volatility over these years of 55.3 percent, an effective tax rate of 27.3, reflecting the tax benefit of the compensation deduction, the actual dilution would have been 18 percent.

I hope this clarifies our disclosure. We plan to update our FAS-123 disclosure for 2001 in our 2002 annual report. Given our continued strong top and bottom performance during the second quarter the continued favorable interest rates environment and client wins and conversions, we are raising our 2002 EPS guidance to 101 to 103, from a dollar to 102. We remain comfortable with our long term growth rate of 25 percent in EPS. I'd now like to open up the call to your questions.

## QUESTION AND ANSWER

**Operator**

Thank you. The question-and-answer session will be conducted electronically. Any participant wishing to ask a question, please press star one on your touch tone telephone. We'll take your calls in the order that you signal and as many as time permits. Again, that is star one to ask a question.

We'll first hear from Jon Afrstrom of RBC Capital Markets.

**Analyst**

Good morning guys. Pretty good quarter. Can you give us an update on how much of the new business from last quarter is already on the books and how much is left to go on Q3?

**John Spinney** - *Investors Financial Services - CFO*

Pretty much all the business we announced last quarter we talked about on this call has been converted in this call. The last piece converted on July 1, Jon, so that will be in place for the full Q3.

**Analyst**

And then can you talk a little bit about value added, what drove some of the results there.

**John Spinney** - *Investors Financial Services - CFO*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

I think on the value added side, security funding, we were in a traditional foreign dividend season, we got a little bit of benefit from that. We also on the effect side had good transaction volume and substantive favorable spread over the period.

**Analyst**

And then on the new guidance are you still saying the 25 percent long term growth rate should be listed in '03?

**John Spinney** - *Investors Financial Services - CFO*

Yes.

**Analyst**

Thank you.

**Operator**

Moving on, we'll next hear from Joel Gomberg of William Blair.

**Analyst**

Perhaps expand a little bit more about the exchange rated fund business, how that has added to business this year compared to last. How you might make money in that business a little differently, some of your core business, and then talk about the opportunity there in the fixed income ETF business of BGI is rolling out, and what type of market you think is out there for those markets. Thanks.

**John Spinney** - *Investors Financial Services - CFO*

Sure. The ETF business for us in terms of what it's meant has grown significantly since December of last year. I think we started the year at probably 19 billion, we ended this quarter in 27 billion of assets in that product. We pretty much own the market in terms of number of funds out there. I think we have 75 percent of the funds in the marketplace and we probably have close to 30 or 40 percent of the assets in ETF. So the marketplace, we're a marketplace leader, I would say, Joel.

In terms of how that translates into our results, as the assets have grown over the first two quarters, we picked up our traditional asset based and transaction fee revenue, the other incremental revenue derive from the ETF, what's called accretion and redemption fees, and every time an authorized placement agent wants to create or redeem one of these units which is denominated, I believe, 50,000 shares, they give deliver us a basket of securities plus some balancing cash. We deliver back the 50,000 units or they can collect 50,000 units in the marketplace deliver back to us and we deliver securities and cash back to us and that creates a little more revenue on those products. It's part of the fixed income ETFs. So those are - just were approved by the FCC.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

Our client enrollment was up in July. We believe there's an appetite for that market and they've been very successful in selling the car (phonetic) product that's growing extremely well and we think over time that's going to be accepted just as well as the equity ETFs.

---

**Analyst**

Do you receive the same type of profitability or fees from the fixed income versus the equity ETF?

---

**Mike Rogers** *- Investors Financial Services - President*

Joel, this is Mike. Really it works the same way where two pieces of income are involved, an asset based fee with a minimum setting out so the asset is raised to a certain point and then a transaction fee component as John said those of those transactions are accrual, one, and redeeming in kind to the portfolio.

---

**Analyst**

Okay. Last question, John, the balance sheet grew by a billion dollars, period to period end. Could you explain that?

---

**John Spinney** *- Investors Financial Services - CFO*

Sure, period to period end would happen at the end of this quarter. Well, first of all, our strategy in terms of our asset liability management was to (inaudible) the balance sheet at the at the end of this quarter we ended up with some late wires from clients where we had already gone and sold fed funds earlier in the day and now we were - we bought fed funds earlier in the day and then the $600 million of wires came in late in the day and we had to go out and sell fed funds. So you'll see we had a little inflation just for that one day for that $600 million that came in late day that we had to put out.

---

**Analyst**

Unwind?

---

**John Spinney** *- Investors Financial Services - CFO*

Next day.

---

**Analyst**

Thanks a lot.

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

**John Spinney** - *Investors Financial Services - CFO*

Yes.

**Operator**

We'll next hear from James Allen of JLS.

**Analyst**

Yes. Great quarter. Could you give me some comments in terms of what is the potential that you could sign another big deal that's kind of a transformation deal such as the one you signed in California and are you prepared to do that now and what's the potential we might see that by the end of the year.

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

We don't have anything to announce now. We certainly have the capability. When we nail one down, that's typically when we announce it.

**Analyst**

Okay. Can you give us a little bit of guidance on when to think about when we might be seeing something of that size?

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

No, I think it's really difficult to do that. We're certainly competing for outsourcing business, but I don't think we're at a stage where we could give you any more than that for guidance.

**Analyst**

Are there significant details that have a piece out right now?

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

We're probably bidding on seven or eight deals that are outsourcing deals.

**Analyst**

That are all of that significant size to your company?

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

There's nothing that's $500 billion out.

**Analyst**

So just give us an idea, are these more like $100 billion or smaller, the deals you're bidding for.

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

They could range anywhere from $25 billion to $300 billion.

**Analyst**

But a $300 billion deal, that's pretty significant to your company at this point.

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

That's right.

**Analyst**

That's very much.

**Operator**

Next we'll hear from Timothy Willi of A.G. Edwards.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

**Analyst**

Sure. John, if I could ask another question about the balance sheet. On an average basis you had nice link quarter growth, obviously the margins came down but you still had good interest income. If you could just give us some thoughts on - I know it's hard from quarter to quarter, given what your clients may or may not do but should we expect to see, you know, continued margin compression but very strong sort of sequential growth and average earning assets and are you giving any kind of thought there and also be sort of curious about you all articulated 125 basis point rate hike assumption, I believe, when you were giving guidance in the beginning of the year and you still see that happening or is that sort of changed as you sort of ponder what could happen through the next two quarters?

**John Spinney  - *Investors Financial Services - CFO***

I would say, Tim, good morning, by the way, the projections we've talked about in the past I think we've now revised what we think our outlook is on interest rates a little bit and we don't think there's going to be much movement until the end of this year and then we've got our assumption is probably 100 basis points over the next 12 months after that is in our assumption. So if you look at our net interest margin and spread now I think you're going to continue to see some compression as the reset happen in the portfolio as we get paydowns within the portfolio and reinvest those at lower rates we're naturally going to gravitate downward, so I would expect some contraction throughout the rest of the year.

**Analyst**

And then the other question was some of the value added services. I don't understand the seasonality in securities lending which you talked about, but could you talk about the actual sort of growth of customers or the portions of customer business that you've been able to gain, year over year sequentially just the seasonality or the market volatility. We now have 20 percent of customers giving us 20 percent more business. Any way you can quantify that?

**John Spinney  - *Investors Financial Services - CFO***

Off the top of my head, all I can say to you is all the new business that we bid or win, as we win business, if it comes with all the ancillaries, we add them. If we don't get all the ancillaries, out of the box, we continuously working with clients the customers to get them converted on FX and securities lending. I would say that we have more opportunity now in our customer base given the fact that we've added more clients to grow those revenues in the future than we did year over year if you looked at it. So I think the opportunity is greater. I really can't tell you.

**Kevin Sheehan  - *Investors Financial Services - Chairman and CEO***

I'd like to help you out. We added five new clients, Tim, year to year, in the second landing side and our assets under loan went up approximately a billion half although market conditions really have turned back some of the spread that we were traditionally making on some of those loans. So some of our efforts were diminished by the general market conditions.

**Analyst**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call |

Thank you very much.

---

**Operator**

Next we'll hear from Brad Moore of Putnam Lovell.

---

**Analyst**

Hi, good morning. A couple things it first off, just to circle back to the guidance again, you did speak to interest rates, but also be curious to know, originally your flat equity markets when you first put out your assumption, is that still your assumption or what is the assumption into your new guidance now.

---

**John Spinney  - Investors Financial Services - CFO**

The assumption is we're going to be down where we are. I think we can still make the guidance that we have out there.

---

**Analyst**

Okay. And is that - is that your expectation for 2003 as well with regard to the equity markets?

---

**John Spinney  - Investors Financial Services - CFO**

We will hope that will knock down, but right now we're expecting most of our growth is going to be organic and from new sales in '03.

---

**Analyst**

From the fund flows you mentioned this quarter can you give us some idea as to the clients that contributed materially to those fund flows? Was it largely BGI? And can you give us some color as to who was responsible for the fund flows?

---

**John Spinney  - Investors Financial Services - CFO**

I would say a portion of that was BGI and another piece that was Agone American Transaction (phonetic) business we discussed on this or a previous call.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

**Analyst**

Is it safe to say the majority was BGI?

**John Spinney** *- Investors Financial Services - CFO*

No, I wouldn't say the majority is BGI.

**Analyst**

Okay. And then with regard to new business, what's that pricing environment looking like? Do you see any change there?

**John Spinney** *- Investors Financial Services - CFO*

I think the pricing environment is still competitive as we see every time we're on the marketplace and at the end of the day it still comes down in our opinion to the service levels and, you know, and technology and that's what we seem to be differentiating ourselves in the sales and the marketplace.

**Analyst**

Okay. So any significant downward change in pricing or is it just variable like it has been in prior quarters?

**John Spinney** *- Investors Financial Services - CFO*

I think it's similar to prior quarters, still competitive.

**Analyst**

A couple of other things. Can you give us a sense, then, with specifically with regard to the value added revenue items, can you give us more color as to the actual growth rates for sec lining versus FX versus cash management.

**John Spinney** *- Investors Financial Services - CFO*

Quarter over quarter or link quarter?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call |
| --- |

**Analyst**

Year over year.

---

**John Spinney** - *Investors Financial Services - CFO*

Year over year, FX were up 51 percent for the quarter and security funding were up 36 percent quarter over quarter. Six month numbers were up 37 percent for FX and 29 percent securities lending.

---

**Analyst**

And then finally can you give us the amount of BGI revenue this quarter?

---

**John Spinney** - *Investors Financial Services - CFO*

We won't disclose BGI revenue.

---

**Analyst**

Okay. Great. All right. Thank you.

---

**John Spinney** - *Investors Financial Services - CFO*

You're welcome.

---

**Operator**

Again, star one to be placed in the queue for a question or comment. We'll next hear from Carla Cooper of Robert W. Baird.

---

**Analyst**

Good morning.

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

**John Spinney** - *Investors Financial Services - CFO*

Hi Carla.

**Analyst**

I note the small item value added services but investment advisory actually shows some spectacular growth. Could you tell us a little comment on that?

**John Spinney** - *Investors Financial Services - CFO*

That's what Merimac (phonetic) mutual fund products, five money market funds that we distribute to our institutional customers as security lending customers and then to the outside world for cash management. The yields on those funds have really performed very well over the last 18 months, and I think it reflects some benefits we've gotten from that yield with outside distribution as well as reflects investment advisors pulling back out of equities and using that cash vehicle as a holding place where hopefully market conditions will improve.

**Analyst**

Great. And one other question I think one of the questions you made on the last conference call the amount of business buying early in the year actually gets you to the point where you're quite comfortable with guidance based on the business you just won. Am I remembering that correctly? Any update to that?

**John Spinney** - *Investors Financial Services - CFO*

What's that question again, Carla? I didn't understand that.

**Analyst**

I thought what we said on the last conference call was that the amount - the significant amount of business that was signed that's been signed so far in a year actually gives you - brings you almost all the way to the point where you could actually achieve the current guidance even without signing new customers? Am I remembering that correctly?

**John Spinney** - *Investors Financial Services - CFO*

Yeah, that's probably correct.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

**Analyst**

Okay. So all right. That was the question. Thanks.

**Operator**

Next we'll hear from Thomas Kanler (phonetic) of KBW investment bank.

**Analyst**

Great quarter. A couple of questions if I might, one for John, one for Kevin. Can you help us understand what was the size of the uptake in transaction volumes that you're processing on a late quarter basis?

**Kevin Sheehan**  *- Investors Financial Services - Chairman and CEO*

Sure. The processing was up, I think, 36 percent in terms of dollars and the volumes were pretty much up relatively the same. That's link quarter annualized?

**Analyst**

Not annualized?

**Kevin Sheehan**  *- Investors Financial Services - Chairman and CEO*

The way transactions work is we've had buy or sell a transaction. There's a fee associated with that so we annualize that item.

**Analyst**

Okay. Second question. Would you elaborate a little more what is the source of positive change that creates new guidance up a few pennies.

**Kevin Sheehan**  *- Investors Financial Services - Chairman and CEO*

New guidance I think we converted more asset on some of the new business that we had expected, the markets haven't taken us down as much as we had thought, that interest margin remains strong. I think prior guidance was they thought it was going to go up in the second half of the year. Now it's not moving. And in all those positive things, last to bring guidance up.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call |
| --- |

**Analyst**

I guess I'm trying to understand the positive on the net income. If I look correctly it's a little flat in the quarter and I thought you guys were looking for a little higher expectation than just income growth, so am I correct to infer that the noninterest income growth is actually better than you expected in offsetting the flat and interest growth?

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

No, I would say we would expect say we would expect that interest margin remain strong, as I mentioned earlier in the call, we prepaid some FHLD advances that costs a little money to basically lock in some long term spread for '03 and '04 and that's why the margin was off a little bit and I think we'll see a little bit of pickup from that next quarter.

**Analyst**

That helpful, John. Kevin, just some sort of a theoretical question, pick your broken, the lady who has done such a good job of running BGI stepped down for health reasons and there's a team of management below them, but there's been some discussion in the marketplace I guess as to whether or not there is as much pressure for management buyout or the unit would be sold. Do you have any thoughts as to whether or not her stepping down changes that outlook for what's likely to happen there?

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

You know, I don't, and I think if I did it would be really inappropriate for me to comment. We do have a five year contract with them with really no outs in that contract and as you'll recall, we picked up the 300 odd people that went with the transaction and have spent certainly significant resources in converting that into this institution, so I think we feel pretty secure with the relationship, whether they aggressively pursue their management buy out at this time or defer it, but I really don't have any guidance that I can confirm for you in terms of where they're going to go with that.

**Analyst**

That's fair. Just a point of clarification, if I may, when you say no outs, what does that mean exactly?

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

Basically it's a no cut contract. It's a five year deal with four years left to run.

**Analyst**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call |
|---|

Thanks a bunch.

---

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

Yes.

---

**Operator**

And actually we have a follow-up from Timothy Willi of A. G. Edwards.

---

**Analyst**

Kevin, I guess I want a theoretical question but you've had a lot more experience in this business than myself and probably others covering your name, but I think I would be curious working your years of this business in this type of environment that we've volatile and we've now taken another leg down, have you seen where this postpones decisions even further or another enterprise that's moved fairly far down the path, they continue to plug ahead, you know, despite fairly volatile or quick changes in market directions or, you know, has it been your experience this will cause people to sort of stop and reevaluate again?

---

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

No, I think we've found in the past although it sounds lot of intuitive, I think this is the time when a lot of people investing the next dollar coming through the door look strategically, look at costs, those costs they this outsource and typically tends to be an environment where we get the focus of the strategic thinkers and the decision makers in the organizations and typically they move more aggressively, I think, in terms of closing business or looking at the possibilities of changing the way they do business.

---

**Analyst**

Okay. So then it's actually sort of speeds up the process or makes it more pressing to kind of get the R and P and all that stuff wrapped up and moved forward.

---

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

That's our feeling.

---

**Analyst**

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

One more question on that note. Could you refresh my memory on what kind of costs are beared by, you know, your customers, whether there is a conversion from one company to another, any significant outlays they have to make or painless from that perspective?

**Kevin Sheehan** *- Investors Financial Services - Chairman and CEO*

It's painless.

**Operator**

Next we have another question from James Allen from JLS.

**Analyst**

Great. Could you give us an idea just when you talked about the back half in terms of your guidance not going up what sort of market expectations are you building in there? Are you expecting improvements or a flat market?

**John Spinney** *- Investors Financial Services - CFO*

We've got a flat market built into that right now. As soon as the markets went down, we went back and reforecasted and we're comfortable with our guidance today based on our reformed values.

**Analyst**

And one other point I didn't see in the press release, maybe it's there, if we expensed options for EPS, what would EPS have been?

**John Spinney** *- Investors Financial Services - CFO*

For 2001, it would have been let me see, I don't have that number right in front of me, but would have been 18 percent off of $1.53. Let me do a quick calculation. $1.35, probably.

**Analyst**

And does that - I take it it's significantly smaller for this quarter; is that correct?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

**John Spinney** *- Investors Financial Services - CFO*

Would have been $1.26, I'm sorry.

**Analyst**

I take it it's significantly less for this quarter?

**John Spinney** *- Investors Financial Services - CFO*

It would be if you were looking at - actually no. It wouldn't be any different unless the Black Shull's (phonetic) calculation changes would take the value down. I think it will take up from that if you had to expense because the valuation probably would come down a little bit.

**Analyst**

But it's something approximately 15 percent, something like that?

**John Spinney** *- Investors Financial Services - CFO*

Yes.

**Analyst**

Something reasonable for a tech company that's growing quickly?

**John Spinney** *- Investors Financial Services - CFO*

Yes.

**Analyst**

Thank you very much.

**Operator**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

We'll next hear another follow-up from Brad Moore.

---

**Analyst**

Yes, just to be clear, on the assets, you said that assets were up 19 billion from new clients and I understood that those - that those flows related to the four or five clients you mentioned that you won last quarter. Could you give us the names of clients that you've won this quarter and therefore will show up in new flows for next quarter?

---

**Kevin Sheehan** - *Investors Financial Services - Chairman and CEO*

We didn't win any additional new business this quarter. The numbers we gave you were for the conversions of the assets from last quarter we announced and fund flows from existing customers to this quarter.

---

**Analyst**

Okay. And so - I mean is that a little unusual, then, that you didn't win any new clients during the quarter, in terms of your historical velocity of new clients? Are you saying the market is relating to that or just a timing issue?

---

**John Spinney** - *Investors Financial Services - CFO*

Just a timing issue, Brad.

---

**Analyst**

But presumably, then, you were in the bidding process, I think, as you said, with seven or eight clients during the quarter and it's your expectation that some of those are clients to be signed earlier in the third quarter or should they just be clients that you expect to come in over the course of the entire quarter?

---

**John Spinney** - *Investors Financial Services - CFO*

It's traditionally been our policy to disclose them only when we win them.

---

**Analyst**

Okay. Thank you.

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 11. 2002 / 6:00AM, IFIN - Q2 2002 Investors Financial Services Earnings Conference Call

**Operator**

That concludes our question-and-answer session. A replay of this call will be available starting at 11:00 central today and will run through July 18th at midnight. To access this replay please dial 719-457-0820 and enter in the pass code of 718642. Again that number is 719-457-0820 with a pass code of 718642. This concludes today's conference call. Thank you for your participation.

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Exhibit C

# Thomson StreetEvents

## Conference Call Transcript

**IFIN - Q3 2002 Investors Financial Services Earnings Conference Call**

Event Date/Time: Oct. 10. 2002 / 6:00AM PT
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

## CORPORATE PARTICIPANTS

**Kevin Sheehan**
*Investors Financial Services Corporation - Chairman and Chief Executive Officer*

**Mike Rogers**
*Investors Financial Services Corporation - President*

**John Spinney**
*Investors Financial Services Corporation - Chief Financial Officer*

**Joe DeChristofero**
*Investors Financial Services Corporation*

## CONFERENCE CALL PARTICIPANTS

**Tom Williams**
*C W*

**Brian**

**John Finney**

## PRESENTATION

---

**Operator**

Please stand by. Good day, everyone, and welcome to the Investors Financial Services Corporation third quarter earnings release conference call. Today's call is being recorded. At this time for opening remarks and introductions, I would like to turn the call over to Mr. Joe DeChristofero. Please go ahead, sir.

Joe DeChristafarro(ph): Thanks, Operator. Thank you for joining us on today's call. We'll be making a number of forward looking statements which are based on management's assumptions and predictions as of today. The company's actual results may differ materially from our current predictions due to any one of a number of factors. Information regarding the factors that may affect our actual results is set forth in the MD and A (ph) section of our most recent 10(k) and 10(q).

I recommend that anyone listening to this call review those reports carefully. Because this call will be archived on our web site, I want to emphasize again for anyone listening at a later date that the statements made today are based on our assumptions as of today, October 10th, 2002. These assumptions may change, but the recording of this call will not be updated. Joining us on today's call are Kevin Sheehan, Chairman and Chief Executive Officer, Mike Rogers, President, and John Spinney, Chief Financial Officer. I will now turn the call over to Kevin Sheehan .

---

**Kevin Sheehan** - *Investors Financial Services Corporation - Chairman and Chief Executive Officer*

I will begin by reviewing some key points from the third quarter and then John Spinney will discuss the financial results in more detail and update your guidance for your models. Diluted EPS for the third quarter came in at 26 cents. Essentially flat on a late quart basis and up 6 cents or 30 percent from quarter 3 of last year. As of September 30th, we processed approximately 742 billion of assets for our clients, down approximately 93 billion from 835 billion as of June 30th, 2002 and down 72 billion from the year-end 2001. The third quarter , to the surprise of no one on this call, was difficult, to say the least, for capital markets.

To recap for the quarter (ph) the S&P 500 index declined approximately 18 percent and the Nasdaq declined approximately 20 percent. We converted approximately 4.6 billion in assets from new clients during the quarter. These assets represented the I-dex (ph) mutual fund business that we announced on last quarter's call as well as the new assets from A I G. In addition, we added 7.4 billion in new assets from existing clients during the quarter. Sales to existing clients came from Eat on Vance(?), [inaudible] fixed income I shares and Goldman Sachs. Finally, market

| Thomson StreetEvents | www.streetevents.com | | Contact Us | 2 |

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

depreciation in client fund flows resulted in 6 billion decrease in our assets processed during the quarter. The pipeline for new business remains at 40 million in annualized revenue.

To review, we define pipeline as the annualizes revenue on outstanding bids we believe we have a 50 percent or greater likelihood of winning the business. As of today, substantially all the assets assumed from the outsourcing of B GI's North American operation have been converted to our platform. The BGI conversion will be completed in the fourth quarter. To summarize, we again delivered solid results for our investors during the third quarter in an extremely difficult market. These results have been driven by our business' diversified revenue mix and continued favorable interest rate environment. Now I'd like to turn the call over to John Spinney, who will review the quarter's financial results in more detail.

**John Spinney - *Investors Financial Services Corporation - Chief Financial Officer***

Good morning. As Kevin mentioned, third quarter diluted EPS came in at 26 cents a share, basically flat on a late quarter basis. Our diluted EPS at 26 cents represents a 30 percent increase over the third quarter of 2001's EPS of 20 cents and our year to date EPS of 76 cents represents a 41 percent increase over 2001's year to date EPS of 54 cents. As we have stated on prior calls, diluted earnings per share and net income for 2002 both exclude the amortization of good will in accordance with the provisions of FASB 142. Net operating revenue, which is made up of net interest income, fee income and transaction income, increased 1 percent late quarter in 14 percent over the same quarter of last year.

For financial statement presentation purposes, we report two components of our revenue, net interest income and fee income which includes our transaction based fees. But each of our revenue sources is derived from the same core securities processing business. We did not gather deposits for their own sake like a retail bank. Instead, we generate net interest income by investing the residual cash of our asset processing clients who use our balance sheet as a convenient way to invest their excess cash. As I mentioned before, we generate fees based on assets under administration, net interest income and the number of transactions generated by our clients. It has been our experience that during market down turns, our net interest income and transaction volumes typically increase providing a hedge to our asset sensitive revenues.

The break down of our revenue stream for the third quarter was 51 percent asset based 33 percent net interest income and 16 percent transaction based. I'll now walk through the significant income and expense components in more detail. Net interest income increased 4 percent late quarter primarily due to the growth of our balance sheet which is driven by an increase in client funding and borrowings. Offsetting this was a prepayment penalty as a result of an asset liability strategy. To prepay a high rate F H L B advance with one of their (?) lower rate. We maintained healthy net interest margins spread percentages despite the flattening of the yield curve during the third quarter. The late quarter interest rate spread contracted 7 basis points to 2.1 9 percent, where the length quarter net interest margin contracted by 6 basis points to 2.39 percent. Compared to the same quarter of last year, net interest income was up 24 percent due both to a steep EL (ph) curve and the increased size of our balance sheet.

Our fixed rate mortgage backed portfolio, like many others, has experienced higher than normal prepayments as a result of drop in the 10 year treasury. While we are experiencing these higher than normal prepayments, we have been able to reinvest these cash flows in mortgage back securities with attractive spreads. Over the past year, we have shifted our focus on new purchases to short duration pass through MBS's especially 3-1 and 5-1 hybrid arms. These securities help keep our yield up while minimizing extension risk.

Our liability sensitivity has shrunk since the beginning of the year due to shorter duration but we still remain liability sensitive. As long as interest rates remain low or go lower, we intend to maintain the same posture, replacing fixed rate run-off with short duration fixed rate paper. 90 percent of our investment portfolios invested in securities backed by the U.S. government or triple A rated Muni (ph) securities. As a result we've been able to avoid credit losses and maintain strong net interest income and margin. Asset based fee income decreased 1 percent late quarter despite 11 percent decrease in our assets under administration. Our ability to win business and the ability of our clients to sell additional product, thus generating fund flows, allowed us to minimize the impact of the pronounced market downturn of the third quarter. Also contributing to this positive lack of correlation is our tiered pricing structure for asset based fees since we have detrimental pricing schedules for asset based fees as asset values deteriorate, revenue isonly impacted by the asset decline at the then marginal rate.

Transaction driven income, in which we include our ancillary services such as securities lending foreign exchange fees and cash management fees, increased 6 percent late quarter and 37 percent year over year, driven by strong foreign exchange and securities lending revenues over the past year. Linked quarter foreign exchange fees increased due to higher transaction volumes and volatility in the currencies traded by our clients, while securities lending was down 34 percent in late quarter as a result of market value declines, spread compression and the continued lack of capital markets activity. Also Q2 is seasonally higher due to the payment of dividends on foreign stocks. Total operating expenses increased 1 percent in late quarter.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

---

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

---

We were able to reduce our compensation and benefits expense by 2 percent on a late quarter basis. an increase in occupancy expense accounted for the majority in the increase in our operating expenses. Occupancy expense was up 21 percent in late quarter as a result of or need to take down additional space and in anticipation of future revenue growth driven by new client wins and expansion of existing relationships. We continue to maintain strict cost controls especially in the face of weaker equity markets.

As mentioned on our last call, the Massachusetts Department of Revenue has issued the bank a notice of intent to assess data excess taxes of 6.2 million related to dividends it received from its majority owned REIT (ph). The bank along with over 40 others has joined a coalition to obtain a declaratory judgment from the state's supreme judicial court. We are currently in that process and expect to prevail. As such we have not provided for any additional state excise tack. Despite the market value decline experienced during the third quarter and the prepayments on our mortgage backed portfolio, we are made comfortable with our 2002 EPS guidance at 101 to 103. Absent another severe sustained downturn in the equity markets, we remain comfortable with our long term EPS growth rate of 25 percent. I'd now like to open up this call for your questions.

## QUESTION AND ANSWER

**Operator**

Thank you. the questions and answer session will be conducted electronically. If you would like to ask a question, press star 1 on your touch tone keypad. We will take as many questions as time permits and take the questions in the order we receive them. Again if you would like to ask a question, please press star 1. Our first question will come from Tom McCanliss (ph) with Keith Brett wood.

Tom McCanliss (ph): Yes, good morning, gentlemen and congratulations. Several questions. You talk about how your comp. and bennies (ph) went down, when your head count, I guess, is going up. Is there any kind of reversal going on there? That's the first first question.

**John Spinney  -  Investors Financial Services Corporation -  Chief Financial Officer**

Yes, comp and benefits is down as a result of some head count reduction and lower bonus accruals in the third quarter because we had bonus accruals in the first and second quarter, but it's a combination of two things: head count down quarter to quarter and excessive cost accruals now.

Tom McCanliss (ph): Second question is: It looks like you had a terrific success in your cash management business this quarter. Could you talk about what was driving the success there?

**Unidentified**

I think a couple of things are driving that: Further penetrations of our clients due to continuing sales, as well as market conditions that result in a natural hedge. You know, this is one business that we look at and our customers, you know, pay us servicing fees and sometimes they want that servicing fees paid by compensating us with balances.

Tom McCanliss (ph): Okay. and the next question I have is for Kevin and anybody else I suppose, but could you talk a bit about the environment today, what it's like, your ability to generate, you know, keep a pipeline that's around 40 million of new business when the way you all define it, I would anticipate it's tougher to make the sales, tougher to make close the sale. Is there any light at the end of the tunnel, or are my perceptions more generic and you all are able to do things that are unique to RFN (ph)?

**Unidentified**

I think we've seen a pretty active market. This is typically a time when portfolio managers and investment management companies are looking at ways to reduce their operating costs. They look more strategically at their business. I think from sales standpoint here we have tremendous level of activity. Exactly when those pieces of business will close is essentially unknown to us, but I will say that there's been extremely high levels of activity in the sales process.

Tom McCanliss (ph): Do you get a sense you all are looking at bigger business, bigger pieces of business than you were 6 to 9 months ago?

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

**Unidentified**

Certainly on the outsourcing side of the equation there are more and more people looking at more comprehensive undertakings in terms of externalizing their component of the business and their business needs are broader based right through their middle office operations.

Tom McCanliss (ph): One other question in terms of your assets under administration. How do they break down between equities, bonds and cash?

**Unidentified**

At the end of the quarter, Tom, 69 percent were in equities and 31 percent was in fixed income. We don't break up fixed income by bonds and money markets.

Tom McCanliss (ph): And then finally, what appears to be a little bit of reduced leverage on your balance sheet, net interest income growing, has the duration changed? Are your purchases, your new money purchases a little bit longer duration than what your existing duration is in the investment street book?

**Unidentified**

Our duration is down from 1.6 years to 2 at the beginning of the year. I think what we've done very effectively here is to buy securities that don't have extension risk if rates go up and have used these market conditions to lower risk in our portfolio.

Tom McCanliss (ph): Terrific. Thank you all very much.

**Unidentified**

Sure.

**Operator**

Thank you. Our next question will come from John Ofstrum (ph) with RBC Capital Markets.

John Ofstrum (ph): Good morning, guys.

**Unidentified**

Good morning, John.

John Ofstrum (ph): Can you talk about the historical success you've had in converting the pipeline, you talk about greater than 50 percent probability, but what has that been historically, is it higher than 50?

**Unidentified**

Basically, John, we prevail on about 25 percent of the business that we chase, so I would say that our historical conversions at least been one out of every four. RFP's and proposals we go out on we're winning.

John Ofstrum (ph): But the pipeline, the pipeline number that you give, you talk about having it greater than 50 percent success potential?

**Unidentified**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

Yes.

John Ofstrum (ph): So it's likely to be higher than 50 percent , is what you're saying

**Unidentified**

Yeah, it could be.

John Ofstrum (ph): And then in terms of your net interest income assumptions, particularly when you talk about your larger than 25 percent growth rate, what assumptions are you making for '03?

**Unidentified**

Right now we're making assumptions that fed funds rate will stay where it is until about July and then over the next 30 months after that at 225 basis point rise in that; that's what's baked in our model. And we're assuming, with that, we're talking about a flat net interest income line item for '03 right now.

John Ofstrum (ph): So flattening of the curve? The other thing, then, would be just in terms of client fund flows: You talked a little bit about market declines versus client fund flows. How are your clients performing? Are they seeing increased fund flows in general, can you make a generalization there?

**Unidentified**

I think -- we don't track the actual fund flows because we're not the T A for the clients. But intuitively what I like to tell investors and folks like yourself is that we've got a client base that's not necessarily retail focused, but more institutional focused, that sells a lot of retirement product. and as a result, we've got that recurring asset flow every single year from the $11,000 that people put into 401(K)'s and 403 B's and those type of retirement plans. So although we don't break it out intuitively based on our ability to our assets to go down less than the marketplace, we're probably gathering more assets than probably most other institutions.

John Ofstrum (ph): The last question for Kevin. How confident are you in your ability to sell through this, in other words, to be able to sell enough business to get to that 125?

**Kevin Sheehan - *Investors Financial Services Corporation - Chairman and Chief Executive Officer***

I think every year we're confronted with this. I don't think this is anything unusual for us. We come into the end of the year with a certain amount of business on our books and typically the progression we've made in the ensuing years is business that we have to close out of the pipeline. And I think our history suggests we've been pretty effective in doing that. We've certainly pulled back to 25 percent growth rate in the face of declining markets, but I think we're very bullish on our business and we think we can drive that 25 percent next year.

John Ofstrum (ph): Okay. Thanks a lot, guys.

**Unidentified**

You're welcome.

**Operator**

Thank you. Our next question will come from (inaudible) Cinto (?) with Cinto (?) Capital.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

Cinto (?): Good morning. I was wondering if you guys can talk about your tier 1 leverage. Just doing sort of back of the envelope calculation, I have you guys at something like six and a half percent including trust preferreds. and then I guess what I'm really sort of getting at is: what does that really mean in terms of growth of average-earning assets going forward?

**Unidentified**

I think our leverage capital ratio is closer to 5 and-a-half to 5.6. And I think, with the leverage ratio, we've said to the regulators we're going to maintain that above 5 percent. So I think we do have room for growth in the balance sheet and earning assets. However, that said, the driver of the earning asset side is typically the ability to track more deposits from our clients and that's typically how we grow the balance sheet. However we do ALCO (?) policies that allow us to borrow he and require us to maintain no greater than a 40 percent borrowed funds position at any point in time. We've actually been running much lower than that as client funding has been very strong and our balance sheet is about 80 percent client funded right now.

Cinto (?): What does that mean in terms of where you can get average earning assets can go from here?

**Unidentified**

I think they could go up as far as 8 billion by the end of next year.

Cinto (?): Wouldn't that take you below 5 percent in terms of tier 1?

**Unidentified**

We're going to generate capital every single quarter that will keep us within that 5 and-a-half to 5 percent band.

Cinto (?): Your outlook for margin over that time frame is?

**Unidentified**

Pretty much flat with this year which is probably expected around 140 million.

Cinto (?): Okay. Thank you very much.

**Unidentified**

Yep.

**Operator**

Thank you. Again, if you would like to ask a question today, please press star 1. We'll now go to Charles Trafton (ph) with Adams Harkness.

Charles Trafton (ph): Hi thanks. Good morning. The 93 million in asset decrease from June to September, could you shed a little light on how much was lost clients versus fund flows and market gains?

**Unidentified**

There were no losses.

Charles Trafton (ph): Okay. What about sales to new clients in September?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

**Unidentified**

Let's see. I think I covered that. We converted about 4.6 billion from new clients and 7.4 billion in new assets from existing clients during the quarter and the market depreciation was about 106 billion.

Charles Trafton (ph): Great. You had a similar kind of market depreciation a year ago in the 80 billion range and you seem to come through the last four quarters pretty well. A lot of that was because you got very large clients. Is your average deal that you guys are pitching now much larger than in the past because of the BGI (ph) business has allowed you to pitch for larger business?

**Unidentified**

I wouldn't say -- I would say there are certainly larger pieces of business in the mix, but I think it's right across the board. I don't think we're focused on any one specific tier of business.

Charles Trafton (ph): Is the sales cycle for that business in the last year the same, longer, shorter? more of an urgency to out source right now or are people [inaudible]?

**Unidentified**

I would say in the last couple months there's been some reluctance to pull the decision making. I think a lot of firms have been caught up with the budgeting process trying to figure out what the impact is going to be for them in the coming year, but I expect that to turn around fairly shortly.

Charles Trafton (ph): Do you think that will loosen up at year-end, is that when a lot of those decisions are made?

**Unidentified**

I think so.

Charles Trafton (ph): Great. And the occupancy has gone up 40 something percent this quarter. What do you think that will do in the next four quarters?

**Unidentified**

I think we've got adequate space to carry us into most of next year. So I don't think we'll see much of an uptick except for -- I'm sorry, we're going to add some space in Dublin next year so we'll get a little bit of increase in '03 related to Dublin. But, that space that came on this quarter with some space in Boston...

Charles Trafton (ph): Right.

**Unidentified**

We won't be adding space in Boston for the next 12 months or so at this point.

Charles Trafton (ph): What about head count between now and the end of the year? In order to make your growth goals, do net add 5 percent heads, zero?

**Unidentified**

I'd say as it's 5 percent.

Charles Trafton (ph): Okay. Thanks .

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

**Operator**

Thank you. Our next question will come from Tom Williams with C W.

**Tom Williams - *C W***

Good morning. Quick question on your investment portfolio: The disclosure previously said about 75 percent of your portfolio was in mortgage backs. Can you talk to me about how you calculate your duration? And if you're buying 5-1 arms and funding those with the overnight sweep and deposit, how do you feel your durations matched?

**Unidentified**

First on the match, while they have a -- those deposits are core, they're part of the business, they're here all the time. We've had some outside firms review that and they've concluded that they're also core. And we look at our portfolio and it's 48 percent fixed and the remainder is floating rate or adjustable rate of securities. So we feel comfortable that the liabilities do match to the assets. Every two weeks we run an assimilation of interest rate shop, up 200 basis points, up 300 basis points, down 100 basis points, and we aggressively manage the result of that so that we can grow the company long term.

Charles Trafton (ph): When you say its reviewed, can you tell us who reviews these?

**Mike Rogers - *Investors Financial Services Corporation - President***

We have a treasury operations and treasury department produces the documents and they're reviewed at ALCO (?) that this is Mike I sit on, Kevin sits on, John Finney sits on as well as the Head of Treasury Spike Sylvester.

Charles Trafton (ph): And when you talk about your mortgage portfolio being -- or that the deposits being core, if your assets under custody go down, certainly that's going to impact the deposits that are there, that's the mutual fund companies, correct?

**Mike Rogers - *Investors Financial Services Corporation - President***

It typically has not because the float that's coming from fail activity, redemption activity, other residual cash, really hasn't -- doesn't change based on market conditions. Or if anything, as the market goes down, those redemptions pick up, people become more conservative and leave more cash with us.

Charles Trafton (ph): All right. So I just want to make it clear, the review that you spoke of is really an internal review?

**Mike Rogers - *Investors Financial Services Corporation - President***

Yes, but we also have an outside consultant come in and validate that our assumption and our process is sound.

Charles Trafton (ph): And your net interest margin sounds like declined 6 or 7 basis points depending on how you look at it?

**Mike Rogers - *Investors Financial Services Corporation - President***

That's right.

**Unidentified**

This quarter.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

Charles Trafton (ph): What's your outlook, you know, given the flat and the yield curve and the very high prepayment fees on the mortgage portfolio?

**Mike Rogers - *Investors Financial Services Corporation - President***

We have it coming down throughout the next 12 months which is why we believe, even though we're going to increase deposits on the balance sheet, that management's income is going to stay flat.

Charles Trafton (ph): So, increase the investment portfolio will enable you to maintain your net interest income, but the margin will decline?

**Mike Rogers - *Investors Financial Services Corporation - President***

That's right. You know, I think it's important to note here that less than a billion dollars of those assets that are on the balance sheet, liabilities are on the balance sheet are not core to the business. So these deposits, again, are generated by our clients and we feel comfortable here in an increasing market and in a decreasing market.

Charles Trafton (ph): I guess your deposits are 2.7 billion?

**Mike Rogers - *Investors Financial Services Corporation - President***

But also on the line that is borrowed funds or repo's, many of those are repo's come from our clients that are required to have them collateralized.

Charles Trafton (ph): All right.

**Mike Rogers - *Investors Financial Services Corporation - President***

So the line that reads short term and other borrowings, a significant portion of that is generated by our clients and is just the deposit that's collateralized.

Charles Trafton (ph): And finally, what percentage of your estimate of[inaudible]

**Unidentified**

They're about 60 percent.

**Unidentified**

I can give you that. Hold on a second. Yeah, just under 60 percent.

Charles Trafton (ph): Thank you very much.

**Unidentified**

Yep.

**Operator**

Thank you. Our next question will come from Brian (inaudible) with Standard Morris.

| Thomson StreetEvents | www.streetevents.com | | Contact Us | 10 |
|---|---|---|---|---|

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

**Brian**

Hi, guys. Just wondering what capitalized software expense was in the quarter. It looks like June 30th of '02 was 16.3 million. Can you comment, about a third of pretax income, it looks like it represented the entire year over year, increase in net income in the first half? Also, why was it up so much year over year in the first half versus one H O '01 (ph)?

**Unidentified**

Capitalized software for the quarter was 8.9 million Q2 was 8.6, Q1 was 7.7. And primarily the reason it's up was that we've got some major initiatives going on straight through processing and the remainder of the builds that are being done for the Barclay's (ph) conversion also some software we've written to totally replace our future fund add min (ph) system, and also a couple of web products to enable our clients to get data and manage some of their assets -- asset information independently. The other thing is: the only reason we capitalize this stuff is because the FAS (ph) standard 98.1 requires us to do it and that's why we're capitalizing what we're capitalizing.

**Brian**

What's the amortization policy?

**Unidentified**

The amortization policy is three to five years depending on the useful life of the asset.

**Brian**

Thanks a lot.

**Unidentified**

Sure.

**Operator**

Thank you. Our next question will come from Kathy Kerry (ph) with Robert W. Baird.

Kathy Kerry (ph): Good morning.

**Unidentified**

Good morning, Kathy. Kathy Kerry (ph): Just a quick question, John, about your assumptions for market values on you're talking about the net interest income portion being flat. Are you looking at the market and staying at the levels that it's at? And I guess from your comments coming off the 25 percent growth rate, if we were to see a significant decline, is that like another 20 percent down?

**John Finney**

Yeah, I would say it's fair to say another 20 percent down. My assumptions for '03 are flat equity markets. We haven't baked in any ramping up of the equity markets to achieve the $1.27. So I think if we had a major melt down from here we'd have to relook at our guidance for next year. Kathy Kerry (ph): Okay. I saw an article recently I think it was in the Wall Street Journal about BGI closing down a couple of their I share funds. Just in general, is that something that's hurting asset values, too, as companies start to shut down or consolidate funds that don't have a lot of assets in them or aren't performing well?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

**Unidentified**

You know, I think at least on the B GI example they closed three down and opened four up and they were extremely successful with their new fixed income products that they rolled out this quarter. So I think we see that across the board with all of our clients, if there are some products that are not working, they are closing down, but they're finding other products that will be successful and opening those up. Kathy Kerry (ph): Great. Thanks.

**Operator**

Thank you. We'll next hear from Brad Moore (ph) with Putnam Lovell. Brad Moore (ph): Hi, good morning. a couple things: First off on the revenue pipeline, can you just take me through that again? Is that the 40 million in annualized revenue, is that from both new and existing clients and does that include net interest income as well?

**Unidentified**

No, that pipeline is primarily from new clients and it does not include net interest income. Brad Moore (ph): Okay. with regard to the -- is it safe to say, then, -- well, let me just shift tax. with regard to BGI, has there been any success at all in terms of moving that client relationship to a new level, or is it basically currently just the custody and the accounting work?

**Unidentified**

I think there's been some huge success in terms of moving into the next level that we are essentially done with the conversion, and that we achieved moving the largest outsourcing deal in the industry's history to a scalable platform that can be reused and I think they're very pleased with the effort that we've done in hitting our time goals there. We have been able to upgrade a couple of the accounts to include FX trading and we'll continue to pursue that and other opportunities. Brad Moore (ph): Okay. with regard to the competitive landscape, are you still seeing the same competitors currently in the environment?

**Unidentified**

Yes. Brad Moore (ph): OK. With regard to pricing trends, are you sensing that your clients are now getting more competitive or no change in pricing?

**Unidentified**

[inaudible] pricing continues to be relatively stable but as we always told you it's very competitive out there, so. Brad Moore (ph): OK. And then can you give us shares outstanding at the end of the quarter?

**Unidentified**

Sure. It's 64,547,952 and fully diluted, 66,276,997. Brad Moore (ph): Okay. and last question, I think you gave us the revenue changes securities lending down 34 percent late quarter. Was that correct?

**Unidentified**

34 percent, right. Brad Moore (ph): OK. And then FX, can you repeat that?

**Unidentified**

That was up 24 percent in late quarter. Brad Moore (ph): OK. Great. Thank you.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

**Unidentified**

Yep.

**Operator**

Thank you. Our next question will come from Jim Jones (ph) with Caribbean Partners. Jim Jones (ph): Good morning. I have a couple of questions: the first, just going back to the question about capitalized software expenses -- if I do my math right, if you go to your pretax and you do the numbers without the software, capitalized software expenses, I assume that they are expensed, your year to year comparison would be that there was little or no growth.

**Unidentified**

Yeah, I see what you're saying. Yep. Jim Jones (ph): Is that correct?

**Unidentified**

That would be pretty correct assumption, but I think the value of capitalized software is creating an asset to drive the revenue and the growth of the company in the future and that's why it's capitalized as an asset. Jim Jones (ph): Okay, I understand. Another question. I believe that all of the members of the financial services round table which includes some of your competitors like State Street and Bank of New York, plus most of the other large money center banks have agreed to extend stock options.

**Unidentified**

Yes. Jim Jones (ph): I think in the past this has had a pretty big impact on your net income delusion factor some 30 odd percent, 37 percent, I think, in 1991. What are your plans on future expensing of stock options and what is the likely impact on 2002 EPS and also your current estimate of impact on projected 2003 earnings?

**Unidentified**

Well, I think, first of all, that 2002, I don't think will be impacted by expensing options as we haven't made a decision to do that yet. We're waiting for the FAS-B (ph) (inaudible) exposure draft this past week on transition rules to 123. and also still kind of looking at the calculation of the value under the (inaudible) other method which is similar to what that group of institutions you mentioned earlier came out with. They all said they were adopted and they're waiting for what's the right valuation methodology. I think we're going to evaluate the transition rules and make our decision as we move into '03, the first year that would impact us. And our planning assumptions, we're planning to have some expense in '03 and just haven't bona fide the exact amount based on what the grants we're going to provide. Jim Jones (ph): But in terms of us being able to do our analysis, should we assume something around sort of 30, 37 percent level?

**Unidentified**

No. Actually, last quarter on our call, I came out with some revised guidance on that footnote you're referring to. and in our assumptions in that 2001 annual report, a 10- year life was assumed and, in reality, the average life of the options was 2.8 years. However, because the FAS-B (ph) requires you to use the longer of the vesting period or the average life, we had to go to a default of four years. Using a four- year life on those options created a 20 percent delusion versus 37 percent delusion. Jim Jones (ph): Okay. So roughly a 20 percent delusion going forward from stock options expense if you decide to go forward with it?

**Unidentified**

From an EPS perspective, yes. Jim Jones (ph): Just one more question on capitalized software costs. How much have you capitalized in total in round numbers?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

---

**Unidentified**

I'm going to say about 35, 40 million since we started capitalizing Jim Jones (ph): Okay. Thank you.

---

**Unidentified**

Yep.

---

**Operator**

Thank you. We'll next here hear from Jerry Swank (ph) D Swank Group Brokerage (ph). Jerry Swank (ph): Hi, guys. Some of my questions in the custody business have already been answered, but a couple things. When you look at your numbers it's obvious in the business model that, you know, the custody business without the deposits loses some money. Is there any reason to change that model? And secondly, you comment on the competition, but I'm surprised given that some of your competitors are having pretty big problems as it relates to businesses you're not in, like commercial loans, etc., that the pricing environment in the custody business isn't alleviated somewhat. Could you comment on that? And then I have a couple portfolio questions to ask.

---

**Unidentified**

I think the biggest misconception about the business is that we're in multiple different businesses as they relate to the net interest, income and asset based fees. The reality is: when we go out to price a piece of business we go through an expense buildup process and then we give the client the opportunity to pay us an asset base fees, transactions fees, or any kind of a sweep or overnight product that goes on our balance sheet. and that is taken through a comprehensive analysis to put us in a position where we're generating a positive performance on that piece of business. We don't have any independent deposit gathering function that we drive in the organization. It all relates specifically to the asset processing business. That's how we get those deposits. Jerry Swank (ph): Let me asking something here. Do your competitors use that same model and does the absolute level of rates in the curve matter when you do that or is your model kind of been the same on pricing today as it was a few years ago?

---

**Unidentified**

I think it's relatively the same, and I think our competitors use very similar models. and we give the client the host of capabilities to employ with his cash: they can be third-party vehicles, it can be on our balance sheet, they have various in terms of currencies that they put in those deposits, time frames that they utilize during the day to place and invest those deposits with us overnight. So I think there's a tremendous level of flexibility all of us extend to the client bases. Jerry Swank (ph): Do you feel you ever lose business because one of your competitors is more aggressive on a curve trade or on quality of the taking lower quality or more riskier assets on the balance sheet than you do?

---

**Unidentified**

I think fundamentally the drivers in the business have always been service levels and technology. Those to me are the two most finite deliverables. I don't think there is enough differentiation in the pricing of deposit products or some of the other aspects of the business to make that much of a difference. I think we're extremely competitive and we use the technology to get us to competitive pricing across the board with the day to day servicing components. Jerry Swank (ph): And so the other thing, given some of the loan problems your competitors has it still hasn't impacted their attitude or pricing in the marketplace?

---

**Unidentified**

I don't think so. I think they see that as a different component of the business. Those are typical corporate relationships that have nothing to do really with the asset servicing side of their model Jerry Swank (ph): A couple other things on the portfolio and your ALCO (ph) committee meetings and your portfolio monitoring and you're up and down which is very interesting stuff. Could you share with us, are you using your own software? We saw yesterday we had a couple guys in your neighborhood smart head fund guys blow up because obviously their prepayment model wasn't very good. Could you share with us whose model you use, Merrill's model or Gold man's model? And as it relates to your portfolio?

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

Surely you must be more nervous than you were three months ago about prepayment, just about prepayment models for all mortgage securities being valid.

**Unidentified**

We use several different models and look at the results that come out of all of them. You know, we have tried to since 1998 buy securities that don't have a premium or only have a slight premium, so we don't get hit with a huge penalty. We do have some reinvestment risk and I think that's why reinvesting the security at a lower rate which is why we are forecasting net interest income to stay flat. the example that I think you referred to of yesterday's announcement was the situation where people were selling securities short and we don't take those types of bets. We are trying to hit singles over and over again and not take on huge risk here that, if our model doesn't work, we will have a problem. Jerry Swank (ph): Thanks.

**Operator**

Thank you. Our next question will come from John Henry (ph) with Vicar Young Capital Management (ph). John Henry (ph): Yes. Thank for taking the call. A quick question for you. You answered most of my questions in regards to the custody sign ins. Historically it looks like most of your custody growth has come from acquisition. Is that a strategy going forward as well?

**Unidentified**

I would say historically, absent the Bar clay's(ph) piece of business which is the largest outsourcing to date in the industry, our assets primarily have come from sales to new clients and existing clients and this hasn't been a grow by acquisition type strategy. So I don't think that's a fair statement. John Henry (ph): I just look at the Chase acquisition and a few of the others as well. Just going forward, though, is that a major part of your growth strategy or it's not I guess from what you're saying?

**Unidentified**

I think the growth rates we've put out there and the guidance we've provided is purely organic. John Henry (ph): OK.

**Unidentified**

Anything that we do would be above and beyond that. John Henry (ph): OK. Your revenues for the most recent quarter and your pure custody revenues, actually, went up quite a bit despite the decline in the overall custody growth. Is that because you're actually get being better pricing power on a per asset under administration basis?

**Unidentified**

Well, the core fees late quarter are actually down about a million and a half. As I said earlier, I think one of the benefits that we have is I did a little analysis of our revenue streams and as the assets come down there's a lot of funds that are at a higher key on their sliding scale the decremental fee schedule. So as assets came down 20 percent, a lot of the thresholds are still at the upper levels which minimize the impact on the revenues for the quarter. John Henry (ph): Okay. All right. Thank you very much.

**Operator**

Thank you. We'll next hear from David Foster (ph)with Body Brown Asset Management (ph). David Foster (ph):Hi, thanks. Most of my questions have been answered, but following up on an earlier question, could you provide a breakdown of your short term borrowings, how much was repo and how much was federal home loan bank and others?

**Unidentified**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

Of the 3.4 that is in the results, about 2 billion of that was internal repo with our clients, approximately half a billion of that was long term federal home loan advancers that we use to hedge some risk, and about a billion was short term financing through either reverse repo's or fed fund borrow. David Foster (ph): The billion, the last part, the billion financing, that's not client driven ; is that correct?

**Unidentified**

Right. David Foster (ph): Okay. and do you also -- can you give us some idea or break down of what percent of your deposits come from some of your major clients, how much from Eton Vance (ph), Bar clay's, any other clients that are significant sources for these deposits?

**Unidentified**

We don't give out that information. David Foster (ph): Okay. That's all I have. Thank you.

**Unidentified**

Yep.

**Operator**

Thank you. and we'll now hear from Glen Shapiro (ph) with Sigma Capital. Glen Shapiro (ph): Hi. I think my question is a follow-up to an earlier question which was just looking at the core custody business and what it is as a percentage of assets under administration. I'm wondering if you can walk me through the pricing a bit because quarter over quarter it went from -- and I'm looking at end of period but from 27 basis points up to 31 basis points. So I'm wondering if that's a sustainable new level of fees as a percentage of assets under administration that you guys are going to be able to maintain or is it a bulk of the assets priced off earlier in the quarter so I should expect the percentage to come down once assets under administration stabilize and as a result that fee line to be lower than the 57 million probably more than the 54, 55ish range?

**Unidentified**

How did you come up with 27 basis points on that? Glen Shapiro (ph): I took in the second quarter I took 57 million and annualized it and divided by the end of period, 835 billion.

**Unidentified**

That's not right. We're not even near 27 basis points on custody assets. Glen Shapiro (ph): OK. Can you walk me through -- I'm just looking at it. Maybe I'm not using the right number I'm getting a miscalculation. But just looking at it, the custody dollar amount actually stayed relatively constant quarter over quarter but the assets under administration went down, as you said, 93 billion?

**Unidentified**

Yes. Glen Shapiro (ph): Can you walk me through how the pricing is working for the fact that the dollar amount of fees generated off of significantly lower asset base, how that works in terms of if it's sustainable or not or pricing went up or priced off the beginning of the quarter?

**Unidentified**

First of all, a majority of our revenues are derived from average daily net asset values. They're not period end assets. and then I think, as I said earlier from a revenue perspective, you know, we're in decremental fee schedule similar to investment advisors. So if you're at quarter of a basis point or half a basis point or basis point at the upper level tier of that fee schedule on any particular client, in the next tier down is one basis point or one and a half. As the assets come down right now in this down draft we've suffered, we're losing revenue at let's say half to a quarter or one basis point. and then as you move down the decrements, the basis points go up. So as you stop moving down, you would have more revenue impact. But we haven't seen that yet because the assets are over those thresholds. Glen Shapiro (ph): Okay. I apologize. What I've done is I just

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call |
| --- |

grossed it up into basis points so it would be easier for me to look at. I agree it's not 27 basis points. It's some hundredths of it. So I guess my question is, is there pricing jump ups because assets are falling per customer? So the pricing scale is actually going up so that you guys can maintain the same dollar amount, or should I expect that line item to go down over time?

**Unidentified**

If the markets go down you should probably see that number go down. Glen Shapiro (ph): Okay. So I'm looking at assets under administration down 100 billion, quarter over quarter. I'm just wondering, is it 57 million I should be expecting kind of in the lower to mid 50s for the fourth quarter?

**Unidentified**

For asset fees? Glen Shapiro (ph): Yes, for custody fees.

**Unidentified**

I don't know off the top of my head, but it's probably somewhere north of that. Glen Shapiro (ph): Okay. Do you see where I'm going with it? I know you guys have reaffirmed guidance for the fourth quarter. I guess my question was: I see kind of the core business coming down a little bit, so where is it getting made up in the fourth quarter [inaudible] you have a new level down on the amount of assets that you guys administer?

**Unidentified**

I would stay relatively flat from where we are today, maybe down a little bit. We've got other business that will potentially convert in the fourth quarter that will add assets, that will add fees. So I wouldn't move too far off where we are today. Glen Shapiro (ph): Okay. So I mean I was just thinking I should expect a sharp uptick in the assets, holding markets flat I should expect a sharp uptick into the assets under administration in the fourth quarter, back up by 100 billion. and it would have to come on pretty early in the quarter so that you can hold those daily averages pretty constant over the course of the quarter?

**Unidentified**

I think what we showed you in the last quarter was assets came down 11 percent and it had what...

**Unidentified**

1 percent decrease in ...

**Unidentified**

So I think if you saw a similar impact, that's what you'd see in term of decremental, if you saw asset recoveries, you'd see it work literally in the inverse of that equation. But offsetting that will be new business that comes in the across a broad base of tiers, depending what size piece of business comes in. You don't have to see $100 billion jump up to get us back to where we were. Glen Shapiro (ph): Okay. I don't want to take a lot of you guys time. I'll call you off line. I'm just having trouble understanding that with assets under administration being 100 (?) billion in the quarter that you guys would be able to maintain the same dollar amount in custody...

**Unidentified**

Call us. Glen Shapiro (ph): Okay. I appreciate it.

**Operator**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Oct. 10, 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call |
|---|

Our next question will come from Tom McCanlis (ph) with Keith Brettwood. Tom McCanlis (ph): Yes, just related to your initiatives, I know STP is a prerequisite for you and your major competitors. And I think I understand that you're going to be somewhat STP ready mid year next year. Is that a factor that goes into your planning process for new business next year? And specifically, what is the thoughts towards planning for deposit growth next year? What kind of deposit growth are you guys looking for? Is it contingent upon clients more new business once you get to that next level of technology readiness, is it contingent upon new business that you're pretty sure you're going to win in the first quarter? I'm just trying to get a better handle on deposit growth how and/or if there is any linkage to STP along with [inaudible] curiosity in interest as to how you will be positioned on the STP front.

---

**Unidentified**

I think deposit growth is linked to just core business growth. I don't think that's directly related to STP. We believe we have some huge advantages with STP. Over 90 percent of our trades today come straight through to us from our clients and get turned around all electronically without human hands touching them. and we believe our technology platform gives us a long-term competitive advantage, because when most of our competitors talk about STP, they talk about STP only through the settlement of the securities. When we talk about STP, it includes settlement of the security, but it also includes the portfolio economy, the general ledger accounting and the pricing and NAV calculation of the impact of those transactions all hit straight through processing. Tom McCanlis (ph): Along with order process, trade order processing and messaging?

---

**Unidentified**

That's right. Tom McCanlis (ph): So and the other 10 percent of your trades I suppose, is that what I understand will be more electronically driven...

---

**Unidentified**

I think 5 percent of those get implemented in the next week or so with BGI switching to our technology, and the other 5 percent right now with advisors that can't get us those trades electronically, and we're working with them to get them so it will all be straight through processing. Tom McCanlis (ph): Then going -- that's great. Then going back to the deposit question, what kind of deposit growth are you all anticipating and how much of that will be driven by new business versus taken more from existing clients?

---

**Unidentified**

From that standpoint, we don't care whether it comes from new business but we prefer to penetrate existing clients.

---

**Unidentified**

I think as I said earlier, we're looking at balance sheet of 8 billion at the end of the year, Tom. In order to get there it's going to be through mostly client deposits. Tom McCanlis (ph): OK.

---

**Unidentified**

In '03. End of '03, 8 billion. Tom McCanlis (ph): And then finally, could I just go back and revisit the competitive question, it would seem that investors financial would be in a good position to lease from a marketing perspective as you're going out to get new business because so many of your competitors have credit or have had credit related issues and/or are focused elsewhere, particularly just looking at what's going on with JP Morgan Chase. Are you finding attitudinal change among your client base in the bidding process?

---

**Unidentified**

I don't think related specifically to credit exposure, no. Tom McCanlis (ph): Great. Well, thank you very much.

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

**Unidentified**

Yep.

**Operator**

Thank you. We'll now have a follow-up question from Brian (inaudible) with Standard Morris.

**Brian**

My follow-up has been asked. Thank you.

**Operator**

Thank you. and we'll now have a follow-up question from Tom Williams (ph) with C W. Tom Williams (ph): Yes. If you could just please clarify, it appears as though despite an 11 percent drop in your assets in your custody, your asset servicing and other fee revenues actually increased sequentially. How did you accomplish that? It's pretty extraordinary.

**John Spinney  -  *Investors Financial Services Corporation -  Chief Financial Officer***

Well, I think we talked a little bit about pricing in that I think the other piece that drives that is the FX was a good quarter for us and sweep fees were good.

**Unidentified**

John, I think the other thing, sorry to interrupt you, that is impacting here is the new business that was sold both and converted in both the second and third quarter helped offset some of the market value declines.

**Unidentified**

That's correct. Tom Williams (ph): Could you briefly give us a run down of those non-interest revenue line items?

**Unidentified**

Yes. The FX -- actually it's on an 8(k), but the FX was 7.7 million. That was up 24 percent. Securities lending was 2.4 million, down 34 percent. Sweep fees were 4.4 million, up 18 percent. and investment advisory was flat at 1.8 million. Tom Williams (ph): And then the expense breakdown again?

**Unidentified**

Between... Tom Williams (ph): Operating expense breakdown, please.

**Unidentified**

Yeah, hold on a second. The ones we talked about comp and benefits was down 2 percent. Occupancy was up 21 percent. Those were the two biggest ones of note. Tom Williams (ph): All right. Thank you.

**Unidentified**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

Yep.

**Operator**

Thank you. and we'll have a follow-up question from Jim Jones (ph) with Caribbean Partners. Jim Jones (ph): Yeah. I'm trying to revisit my projections for 2003. If we take the quarter just announced and annualize your net interest income to get to roughly 140 million of net interest income for next year which is what you've said you're expecting, and then we take the asset servicing fees which have declined about 1 percent, I'm also looking at your total operating expenses which have gone up about 4.2 percent on eye quarter on quarter basis I'm struggling to get to the point where I take that bottom line of 26 cents a share and I get to a growth of 25 percent from that number, which if you annualize is a dollar 4 to the $1.20 to $1.25 range we're expecting for next year because your expenses are growing and even if you get did you remember you're going to have to get a lot more servicing business in order to make up for that growth in expenses.

**Unidentified**

I think in our projections for '03, we've annualized our current book of business and we've also factored in the 140 million of net interest margin. And I think coming out of the blocks we were probably only 17 cents off of hitting a buck 27 at that point in time. and we clearly have said to everybody we talk to that we realize that net interest income is going to be flat and we are going to make a dollar 27 by sales to new clients and existing clients which we have done historically in the past and are comfortable with doing. And I think from an expense perspective, some of the expense growth you're seeing is step variable in terms of like the occupancy that came on this quarter. We're going to have very little increase in occupancy expense relative to next year's revenue growth. So we're getting a little bit of a pinch for that right now, but and the other thing you're going to see is just a reduction, I think, in expenses on the run rate going into '03 as we've just been through the 2003 budget process and have revise revisited all expense items and re-forecasted those to get to our dollar 27 Jim Jones (ph): So your run rate now on your current analysis if I understand you gets you — means that you have to get 17 cents worth of new business in order to make the number for next year?

**Unidentified**

Yeah, in a simplistic model, yes. Jim Jones (ph): Okay. I understand. and that's excluding the impact of any changes in options expensing and things that were discussed earlier?

**Unidentified**

At the buck 27, there's no option expense number in that. Jim Jones (ph): Thank you.

**Unidentified**

Yeah.

**Operator**

Thank you. And we do have another follow-up question from Brian (inaudible) with Standard Morris.

**Brian**

Yes. You haven't announced in the large custody business signings. Do you have any expectations for Q4 and '03 for new custody signings in your assumptions for the buck 20 and change?

**Unidentified**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call |
| --- |

Like I said, we've got pipeline of 40 million of annualized revenue. It's good business in that pipeline. And I think what I'm kind of hearing is you're looking for big chunks of custody assets, but I think I want to clarify that whether it's 100 billion or 10 billion, I could end up with the same revenues. It really depends on what services the clients takes. I think from an analyst's perspective I'd focus on the services that are sold to the assets versus the absolute size of the assets that are brought in.

**Brian**

But are you looking at any acquisitions in this area of the business? And I guess if so, what kind of [inaudible] rates are you using, what are your acquisition metrics?

**Unidentified**

First of all, we're not specifically looking at any acquisition in this space right now. and our acquisition matrix or criteria is basically it's got to be fit into the current, you know, operating strategy and it's got to be accretive within the first 12 months of its life with us. and those are the base criteria. We don't want to denigrate our growth margin. Excuse me.

**Brian**

What do you attribute this strong growth in FX revenues to?

**Unidentified**

This quarter it was-- we came out in July the first few weeks in July strong transaction volume, it continued into the August time frame, a little slower towards September, beginning of July we had some good volatility in the marketplace.

**Unidentified**

It's really two way flows and additional penetration of our clients.

**Brian**

Why would this be sustainable, given only 3 percent of international assets?

**Unidentified**

Because we've made further penetration with different advisors and we think they are going to continue to trade both in and out of the U.S. dollar.

**Brian**

Thank you.

**Operator**

Thank you. This concludes our question and answer session. A replay of this call will be available starting at 12:00 noon Eastern today and will run through October 17th at midnight central. To access this replay, please dial 719-457-0820 and enter the pass code of 771369. Again, that's 719-457-0820 with the pass code of 771369. This concludes today's conference call. Thank you for your participation and have a great day.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 10. 2002 / 6:00AM, IFIN - Q3 2002 Investors Financial Services Earnings Conference Call

## DISCLAIMER

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies mayindicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION  PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

# Exhibit D

# Thomson StreetEvents

## Conference Call Transcript

**IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call**

Event Date/Time: Jan. 23. 2003 / 6:00AM PT
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call

## CORPORATE PARTICIPANTS

**Joe DeCristofaro (ph)**

**Kevin Sheehan**
*Investors Financial Services Corp - Chairman & Chief Executive Officer*

**John Spinney, Jr**
*Investors Financial Services Corp. - Chief Financial Officer*

## CONFERENCE CALL PARTICIPANTS

**John Afrstrom**
*RBC Capital Markets*

**Kathy Carrie (ph)**
*Robert W Baird & Co*

**Thomas McCandless**
*Keefe Bruyette & Woods*

**Cassandra Toroian**
*Cohen Brothers & Co*

**Kyle Sumenaro (ph)**
*T Rowe Price*

**Tim Willi**
*AG Edwards*

**Bradley Moore**
*Putnam Lovell NBF*

## PRESENTATION

**Operator**

Good day everyone and welcome to the Investors Financial Services Corp. fourth quarter earnings release conference call. Today's conference is being recorded. Now at this time, I'd like to turn the conference over to Mr. Joe DeCristofaro. Please go ahead, sir.

**Joe DeCristofaro**

Thanks, operator. Thanks for joining us on today's call. We'll be making a number of forward-looking statements which are based on management's assumptions and predictions as of today. The company's actual results may differ materially from our current predictions due to any one of a number of factors. Information regarding the factors that may effect our actual results is set forth in the MDN&A section of our most recent 10-K and 10-Q. I recommend that anyone listening to this call review those reports carefully. Because this call will be archived on our website, I want to emphasize again for anyone listening at a later date, that the statements made today are based on our assumptions as of today, January 23, 2003. The assumptions may change but the recording of this call will not be updated. Joining us on today's call are Kevin Sheehan, Chairman and Chief Executive Officer; Mike Rogers, President, and John Spinney, Chief Financial Officer. I'll turn the call over to Kevin Sheehan.

**Kevin Sheehan** - *Investors Financial Services Corp - Chairman & Chief Executive Officer*

Good morning, I'll begin by reviewing some of the key points from the fourth quarter and then John Spinney will discuss our financial results in more detail and update our guidance for your models. Diluted EPS for the fourth quarter came in at 28 cents, up 8 cents on a link quarter basis, and up 6 cents or 27% from quarter 4 of last year. For the year-ended 2002, our dollar four and EPS represents a 37% increase over our 2001 EPS

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call

of 76 cents. As of December 31st, we processed approximately 785 billion of assets for our clients. Up approximately 43 billion from 742 as of the end of September 30, 2002. And down 29 billion from 814 at year-end 2001.

During 2002, the S&P 500, NASDAQ and the Dow declined by 23%, 32% and 17% respectively. Given the pronounced decline in the major indices during 2002, we view our year-over-year decline in assets processed of 29 billion or almost 4% as quite positive. This very slight decline reflects our ability to sell new business in the strong distribution capabilities of our customers. The fourth quarter of 2002 was somewhat better from a capital markets perspective than both the third quarter and 2002 as a whole. As indices bottomed in early October and finished up for the quarter. To recap, for the fourth quarter, the S&P 500 index rose approximately 8%, and NASDAQ rose approximately 14%.

However, we build the majority of our business based on average daily net assets, which do not necessarily reflect the point-to-point increase in these market indices. This dynamic explains at least partly why our custody and fund accounting and administration revenues were down 1% link quarter. We converted approximately 3 billion in assets from existing clients during the third quarter -- the fourth quarter. Market appreciation and client flows resulted in a $40 billion increase in our assets processed during the quarter. Our pipeline is currently 40 million in annualized revenue and outstanding bids. However, we decided to stop using pipeline as a metric for the analyst community as we feel the number, because it is treated essentially as a backlog, which it definitely is not, brings more confusion than clarity to our story.

Instead, we will offer a general commentary on the current condition of our pipeline using a simple strong, medium or soft characterization system. The current status of the pipeline is medium, as we have plenty of potential opportunities for new business. That being said, we would say that the fourth quarter saw a bit of sluggishness in the corporate decision-making process. To summarize, we delivered solid results for our investors during the fourth quarter and full year 2002 in an extremely difficult capital market environment. These results were driven by our diversified revenue mix and a continued favorable interest rate environment. Now I'd like to turn the call over to John Spinney, who will view the quarter's financial results in more detail.

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Good morning, as Kevin mentioned, fourth quarter diluted EPS came in at 28 cents, up two cents or 8% [UNINTELLIGIBLE] basis.. Our diluted EPS at 28 cents represents a 27% increase over the fourth quarter of 2001's EPS of 22 cents, and our full year 2002 diluted EPS of $1.04 represents a 37% increase over 2001's EPS of 76 cents.

As we've stated on prior calls, diluted earnings per share and net income for 2002, both exclude the amortization of goodwill in accordance with the provisions of FASB 142. Then operating revenue which is made up of net interest income feeing from a transaction income increased 1% link quarter, and 10 percent over the same quarter of last year, for financial statement presentation purposes, we report two components of our revenue, net interest income and fee income, which includes our transaction-based fees. But, we'd like to stress that each of our revenue sources is derived from the same core processing, securites processing business. We do not gather deposits for their own sake like a retail bank. Instead, we generate net interest income by investing the residual cash of our asset processing clients who use our balance sheet as a convenient way to invest their excess cash.

As I mentioned before, we generate fees based on assets under administration, net interest income and the number of transactions generated by our clients. It has been our experience that during market downturns, our net interest income and transaction volumes typically increase providing a hedge to our asset-sensitive revenues. The breakdown of our revenue stream for the fourth quarter was 53% asset-based, 34% net interest income and 13 transaction-based. For the full year 2002, the breakdown was 47% asset based, 34% net interest income, and 19% transaction based. The diversified revenue stream contributes to the resiliency of our business model in a difficult capital market environment. I'll now walk through the significant income and expense components in more detail. Net interest income increased 5% link quarter, mostly due to the growth of our balance sheet which was driven primarily by the increase in client funding. Offsetting this growth was a prepayment penalty of approximately 2.5 million as a result of an asset liability strategy to prepay a high rate FHLB advance with one at a lower rate. We continued to maintain healthy net interest margin and spread percentages as the yield curve deepened slightly.

The link quarter interest rate spread increased by one basis point to 220 bases points, while the link quarter net interest margin contracted by 4 basis points to 235 basis points. Compared to the same quarter of last year, net interest income was up 18% due both to a steep yield curve and the increased size of our balance sheet. Approximately 98% of our investment portfolio is invested in securities backed by the U.S. Government and/or AAA-rated securities. As a result, we've been able to avoid credit losses and maintain strong net interest income. Core asset based fee income increased 2% link quarter, despite the almost 6% increase in our assets under administration. I'd like to remind listeners that the majority of our business is built on average daily net assets. Thus to a significant extent, asset values have to remain at an elevated level for a sustained period of time for us to benefit from a market upturn. Turning from revenue recognition to the fundamental health of our business, our ability to

| Thomson StreetEvents | www.streetevents.com | | Contact Us | 3 |

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Case 1:05-cv-11627-RCL    Document 27-19    Filed 02/03/2006    Page 5 of 16

Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call

win business and the ability of our clients to sell additional product thus generating fund flows, has allowed us to minimize the impact of the three-year market downturn. Our tiered pricing structure for asset based fees helps us to stem the broader market downturn.

As stated in our last call, we have decremental pricing schedules for asset based fees as asset values deteriorate, revenue is only impacted by the asset decline at the then marginal rate. Transaction driven income in which we include our axilery services such as securities lending, foreign exchange fees and cash management fees, declined 9% link quarter driven by a drop in our foreign exchange revenues when compared to the third quarter. FX was down link quarter due to low volumes in terms of dollars and transactions, and low volatility in the currencies traded by our clients. For all of 2002 transaction driven income rose 21% driven by sharp increases in FX and securities lending. Total operating expenses were essentially flat link quarter, comp and benefits expense declined by 4% on a link quarter basis due to lower bonus accruals and lower head count.

Technology and telecom expenses were up 21% link quarter largely due to lease buyouts on PCs aimed at reducing future expense levels, and due to higher contract programming costs on projects moved from the capitalization phase to the post-implementation phase. On a year-over-year basis, our operating expenses increased 18% compared to 21% increase in our revenue. We grew our compensation and technology expenses as growth in our business warranted. Other expense increases occurred in occupancy as we increased our office space to support the growth in our business and a depreciation in amortization as previously capitalized software projects are being placed into service. We continue to maintain strict cost controls across the organization, especially in the face of continued weaker capital markets. We increase our cost structure only to support the addition of new business. As mentioned on our last call, the Mass. department of revenue issued the bank a notice of intent to assess state excise taxes related to dividends that it received from its majority owned REIT's for the years ended 1999 and 2002. During the fourth quarter of '02, the state sent us another notice of intent to assess state excise taxes of 5.4 million for tax year-end 2001. Bringing the total from 6.2 million to 11.6 million for that three-year period.

We would like to remind you that our bank along with over 40 other Massachusetts financial institutions has joined a coalition to obtain a declaratory judgment from the state Supreme Judicial Court. We are currently in that process and expect to prevail. As such, we have not provided for any additional state excise tax. Despite three consecutive years of market value declines that we have experienced, for which we cannot predict an end, in the realization that we're experiencing historically favorable interest rate conditions for a liability sensitive institution such as our bank, we are formally issuing 2003 EPS guidance of 25% bottom line growth from our 2002 base earnings of $1.04. This guidance assumes no market appreciation. In other words, absent another severe sustained down turn in the equity markets, we're made comfortable with our long term EPS growth rate of 25%. And now I'd like to open up the call to your questions.

## QUESTION AND ANSWER

**Operator**

Thank you very much, sir. The question-and-answer session will be conducted electronically today. If you would like to ask a question, we ask that you please press star 1 on your telephone key pad at this time. And once again, that's star 1 to ask a question and we'll pause for just a moment to assemble our roster. And our first question comes from John Afrstrom from RBC Capital Markets

**John Afrstrom** - *RBC Capital Markets*

Spinney, just a question from your Federal Home Loan Bank borrowings. What did you do, what is the current term and rate, and can you just give us a little more detail on that?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Yes, basically, John, we took a higher rate, fixed rate FHLB advance and refinanced it out to a lower rate FHLB advance. The cost of doing that was a prepayment penalty of two and a half million dollars which will be more than recouped over the next 12 to 18 months. That was the strategy there. We also, in doing that particular transaction, matched up certain assets that we purchased to mirror that particular liability maturity, so we ended up having a matched asset against a liability for the most part.

**John Afrstrom** - *RBC Capital Markets*

Okay. And is this the same borrowing that you used the strategy with earlier in the year, or is this separate some.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

> Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

That's correct. It's similar strategy.

**John Afrstrom** - *RBC Capital Markets*

Similar strategy, okay. You mentioned down bonus accruals. Anything particular there? Is it a change in head count? What's behind that?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Oh, I think historically you know, we've had strong first quarters and we've taken higher accruals when the income was stronger, in certain quarters so as we came to the end of the year, we had less to accrue to our maximum bonus tiers. As a result, we had less bonus accrual in the fourth quarter. Then we did have some head count reductions that helped us save some bonuses, but a majority of it was the timing of the accrual.

**John Afrstrom** - *RBC Capital Markets*

Okay. And then I guess the other question I had was contract renewals. Do you have any big contract renewals coming up and any -- anything new under the State Street Deutsch business that causes you to be more or less optimistic on the new business outlook?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Right now, we do not have any major contracts renewing until probably 2005. So I'd say we've got still 75% of our contracts, our assets on long-term contract until the end of 2004. At this point, we haven't seen a lot of movement from the Deutsch State Street transaction, but has happened in the past, when other entities merge or combine, sometimes there's dislocation of clients and that benefits us.

**John Afrstrom** - *RBC Capital Markets*

Okay. And I guess one last question on your forward guidance, you're still saying flattish, 140 million net interest income for next year?

**Kevin Sheehan** - *Investors Financial Services Corp - Chairman & Chief Executive Officer*

I think we'd advise you to be a little more aggressive on that.

**John Afrstrom** - *RBC Capital Markets*

Okay.

**Kevin Sheehan** - *Investors Financial Services Corp - Chairman & Chief Executive Officer*

It's remained extremely strong and that's why we feel pretty comfortable with our estimates going forward.

**John Afrstrom** - *RBC Capital Markets*

Okay. Thanks a lot, guys.

**Kevin Sheehan** - *Investors Financial Services Corp - Chairman & Chief Executive Officer*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call |

Yes.

**Operator**

OPERATOR: and moving on, we'll now go to Kathy Carrie with Robert W. Baird & Co.

**Kathy Carrie  - *Robert W Baird & Co***

Good morning. I have one clarification question. When you talked about converting 3 billion in new business this quarter, was that business that was won in the third quarter?

**John Spinney, Jr  - *Investors Financial Services Corp. - Chief Financial Officer***

We didn't have conversions of new business, we had sales to existing business, Kathy, sales to existing clients.

**Kathy Carrie  - *Robert W Baird & Co***

That was new sales in the fourth quarter?

**John Spinney, Jr  - *Investors Financial Services Corp. - Chief Financial Officer***

That's correct.

**Kathy Carrie  - *Robert W Baird & Co***

Great. And then Kevin, when you talked about business being -- or signings, I guess, being a little bit sluggish in December, is that a change from what you had seen earlier in the year or pretty much how you had felt in most of 2002?

**Kevin Sheehan  - *Investors Financial Services Corp - Chairman & Chief Executive Officer***

I think the fourth quarter was particularly slow, particularly after the September downturn, but I think we still have a lot of activity and we have a lot of bids outstanding. I think the issue is when we'll close on those transactions.

**Kathy Carrie  - *Robert W Baird & Co***

Okay. Thank you.

**Kevin Sheehan  - *Investors Financial Services Corp - Chairman & Chief Executive Officer***

You're welcome.

**Operator**

OPERATOR: and we'll now go to Tom McCandless with Keefe Bruyette & Woods.

**Thomas McCandless  - *Keefe Bruyette & Woods***

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call

Good morning and congratulations on a good quarter and a good year given the difficult market. A couple of questions. Could you give us what your head count number was at the end of the year?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Yeah, I will. Hold on one second. It was 2591, Tom.

**Thomas McCandless** - *Keefe Bruyette & Woods*

Thanks. The next question, could you update us on the portion of your asset under custody that are equity-oriented? Last quarter it was 69%, this quarter would be?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

70%.

**Thomas McCandless** - *Keefe Bruyette & Woods*

Okay. The next question is, John, with respect to the balance sheet comings and goings, could you share with us what it is you are able to do to lower your short-term borrowing costs by two and a half million? Were you able to swap some paper out? How did that work?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

I think we got some really strong client balances in the fourth quarter, Tom, as a result, our funding costs were down. We didn't have to get higher rate funding.

**Thomas McCandless** - *Keefe Bruyette & Woods*

That explains the 24% decline in interest expense for short-term borrowings?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Pretty much, yeah.

**Thomas McCandless** - *Keefe Bruyette & Woods*

That's terrific, because -- that allows you to offset your prepay penalty. Could you share with us an update as you have in prior quarters what sort of the rate sensitivity is of the balance sheet these days? The rate sensitivity on a 200 basis point up, I want to say is like 6 1/2% reduction in net interest income. 200 basis points up.

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Would be a 6 1/2% decrease in net interest income which this year was 140 million.

**Thomas McCandless** - *Keefe Bruyette & Woods*

Over twelve months with no action?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call |
|---|

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Yep.

**Thomas McCandless** - *Keefe Bruyette & Woods*

Okay. And also, in terms of the volume of transactions processed, could you update us there on this quarter?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

We had higher transaction volumes vis-a-vis third quarter quarter.

**Thomas McCandless** - *Keefe Bruyette & Woods*

Okay. And then I guess finally, many of us are unable -- were unable to listen to your comments in December, but did all receive your AK filing where you discussed hopefully an ability to lower the cost of expensing options if you all decide to do that. Could you please update us on your current thinking there?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Sure. I think our currently thinking on expensing stock options is that we don't plan on expensing stock options unless, you know, the FASB or some accounting hierarchy determines we need to expense options. And if we did, we've already done that calculation and would expect it to be somewhere around 3 cents.

**Thomas McCandless** - *Keefe Bruyette & Woods*

for a full year?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

For a full year. And then obviously if we follow the transition rules, under 128 now I guess it is, it would be 3 cents, then obviously it would add on top of that every single year, 3 cents or so until you're maxed out at probably somewhere 12 to 15 cents.

**Thomas McCandless** - *Keefe Bruyette & Woods*

Okay. That's helpful. And finely, I noticed in the 8 K that you're able to drop your other operating expenses by a healthy $600 million quarter-to-quarter. There is there any particular lumpiness in there? Is that sustainable? Could you add a little color to the $600 million drop?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

I think it's 600,000 I don't think t's $600 million..

**Thomas McCandless** - *Keefe Bruyette & Woods*

Sorry, you're right.

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

| Thomson StreetEvents | www.streetevents.com | Contact Us | 8 |
|---|---|---|---|

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call |

And I think it's continuing to manage expense out and, you know, we did some reductions in staff in December to eliminate positions that were not needed. We also, you know, managed our poor performers during that period. So we got a little bit of lift in the fourth quarter from that. And I think, you know, we'll expect to be able to manage expenses going into '03. To make our efficiency better than it was this year.

**Thomas McCandless** - *Keefe Bruyette & Woods*

And I apologize, one final question: I'm just curious, yesterday, I think Northern Trust indicated they really began to step up their marketing in the fourth quarter because the marketing people have been eager for that to happen and felt their brand would sell well. I would somehow come to the conclusion the same could be said for your company. Have you all made a decision to step up marketing or are you thinking about it?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

I think we've got a world class marketing department. We've -- about a year ago, we added a lot of staff and we really geared up at the beginning of the year. I think we've been charging hard the whole year, so, for us, I don't think it was a realization of the third or fourth quarter to change anything different from what we'd done in the past.

**Thomas McCandless** - *Keefe Bruyette & Woods*

Okay, terrific. Thanks so much.

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

You're welcome.

**Operator**

OPERATOR: and we'll now go to Cassandra Toroian with Cohen Brothers & Co..

**Cassandra Toroian** - *Cohen Brothers & Co*

I just have a question about your pipeline, you're categorizing or you're saying it's medium. Would you describe the pipeline when you're saying you have, I guess it's $40 million in revenue in that pipeline, is that new business? Are you including potential new business from existing clients? And is this just processing? Are there -- is it some outsourcing? How would you -- would you give some more color on it?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Sure, I think the pipeline is primarily all new business, Cassandra. Some of its outsourcing opportunities, some of it's fund accounting custody. It includes ancillary services, such as FX, securities lending and cash, so I think all of those things, except for it doesn't really include sales to existing clients that we know about. We just keep those out of the pipeline and book them as we go.

**Cassandra Toroian** - *Cohen Brothers & Co*

That's great.

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Thank you.

**Operator**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call

OPERATOR: and just a quick reminder, that is star 1, if you'd like to ask a question. And we'll now go to Kyle Sumenaro with T. Rowe Price.

**Kyle Sumenaro** - *T Rowe Price*

Hey, guys. Hey, I wanted to follow up on your guidance for 2003. You had given us $1.27 number on the last few quarterly conference calls, being that you exceeded expectations in '02, I was wondering if you're feeling more comfortable with a number closer to $1.29 to $1.30.

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

I would say $1.30 is fine.

**Kyle Sumenaro** - *T Rowe Price*

Could you give us a sense, you mentioned a flat market is incorporated in that guidance. Could you give us a sense for what type of variance there may be in terms of how comfortable you'd be, being that current estimates are $1.25 and you're saying you're more comfortable with the $1.30. How bad would the market have to be for you to come in at $1.25 next year?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Uhm, I would say, down 20%. Somewhere between 10 and 20%.

**Kyle Sumenaro** - *T Rowe Price*

Also, could you give us a sense, I know the foreign exchange business has been weak across the trust banks, just wanted to get a sense for what your stating in the first few weeks of this quarter, if the market's picked up at all?

**Kevin Sheehan** - *Investors Financial Services Corp - Chairman & Chief Executive Officer*

Yeah, we're seeing some trades, but I wouldn't say it's markedly picked up.

**Kyle Sumenaro** - *T Rowe Price*

Thank you, guys.

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

You're welcome.

**Operator**

OPERATOR: and we'll now move to Tim Willi with A.G. Edwards.

**Tim Willi** - *AG Edwards*

Good morning. Two questions. One was, in terms of the pipeline, I guess, would you be able to characterize Europe versus North America, any differently or would your comments apply to both regions in general terms?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

It applies to both regions, I think, we've tried to emphasize with you, while we've had extremely strong business growth in Dublin, it's certainly is not the driver in terms of the company's business. It's predominantly domestic and that remains true.

**Tim Willi** - *AG Edwards*

Okay. The other question I had was just a balance sheet question, and I probably should know this. In terms of looking at period and balance sheets, there was the big drop in securities repurchased on the liability side, with a big bump up in savings accounts. Is that due to the refinancing you just talked about, John, or is that something else that drove sort of the change in those numbers?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

No, I think, as I mentioned earlier to Tom McCandless, that we had really good client funding during the fourth quarter and we were able to take down our borrowings, Tim.

**Tim Willi** - *AG Edwards*

Okay. Great, thanks.

**Operator**

OPERATOR: and moving on, we'll now go to Brad Moore with Putnam Lovell NBF.

**Bradley Moore** - *Putnam Lovell NBF*

Good morning. A couple of things. Can you go back to the value added revenue and again go through for me the link quarter change? I think you talked about transactions being down and FX being down, but I don't think you commented on securities lending. Could can you take me through the link quarter change in that category?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Sure, Brad. Securities lending was up about 350,000 link quarter, I think a big driver from that growth was the interest rate cut in November that provided us a little lift on our reinvestment income. And really that's about the size of it. Well, the markets were up a little bit, that drove the balances of the collateral that drove a little bit more income as well.

**Bradley Moore** - *Putnam Lovell NBF*

Okay. So securities lending was up, and you said FX was down, cash management --

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

, ah, yes. Sweep was up 4% link quarter, about $200,000, a little healthier. Sweep income coming out of our global sweep products. And investment advisory was off a little bit link quarter, down about $50,000. And that just fluctuates with what the balances are in our money market funds in [UNINTELLIGIBLE].

**Bradley Moore** - *Putnam Lovell NBF*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call

apart from market conditions, how are your efforts going in terms of penetrating your existing client base with some of these value-added services?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Well, I think they're very strong. Our clients take nine out of our 14 services right now. Each quarter we're harvesting more ancillary services from existing clients. And there's still more to go as penetration levels haven't hit 100% across all the ancillary services.

**Bradley Moore** - *Putnam Lovell NBF*

Are there some areas where you think you're sort of underpenetrated or on track, or are there areas where you think that you're ahead of expectations in terms of you penetration?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Well, I think we can further improve our penetration across all the areas, because we're not fully penetrated. The closest we are to 100% is on cash management. So and that's in the low 90s. But everything else is in, you know, 60, 70% range, 80%.

**Bradley Moore** - *Putnam Lovell NBF*

Okay. On another tack, can you talk -- tell me about, what was the thinking behind the increase in the dividend?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

I think we try to raise the dividend every year given the earnings of the company keep on going up. And we don't want to increase it to the point where we give away capital that we could use to continue the growth of the business or if we saw an attractive transaction where we needed the capital to support that transaction. So we try to continue to increase the dividend and I think it positions ourselves for, you know, portfolio managers that look for dividend-paying stocks, we want to make sure we're in those greens as well.

**Bradley Moore** - *Putnam Lovell NBF*

Okay. and then in terms of new business signed recently, what do you expect to convert in this -- in the first quarter of of '03? What do you have that you're working with that you expect to convert either in terms of assets or revenue?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Typically, we don't give out that guidance, but like we said, we've got 40 million of annualized revenue in the pipeline. And there's stuff that's close to being made, decisions are being made on it. But, you know, it could change daily. They push it out a week, they push it out two weeks, so I'd just kind of say that we have a $40 million pipeline, and I think we've got the ability to convert some stuff that's in there now. What it is, I don't know. We'll know better when we go on the first quarter call.

**Bradley Moore** - *Putnam Lovell NBF*

Okay. And then final question: Curious to know, I was a little surprised, you mentioned a head count reduction and I was thinking that you guys had been ramping up, given some of your new business wins over the last few quarters. Can you tell me about what sort of head count reductions and -- you incurred and what do you expect in '03?

**Kevin Sheehan** - *Investors Financial Services Corp - Chairman & Chief Executive Officer*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Jan. 23, 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call |
| --- |

These were just a 50 head count reduction, nothing significant, just trimming to clean up the place and take advantage of some efficiencies we've created in the organization and performance issues. Standard run-of-the-mill practice.

**Bradley Moore** - *Putnam Lovell NBF*

Okay. Great, thanks.

**Kevin Sheehan** - *Investors Financial Services Corp - Chairman & Chief Executive Officer*

You're welcome.

**Operator**

OPERATOR:And we'll now go back to Tom McCandless with a follow-up question.

**Thomas McCandless** - *Keefe Bruyette & Woods*

Actually, I have two questions: One, John, could you give us some sense of what the expectation is for deposit inflows from your customers this year?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

I don't give that type of guidance, Tom. But clearly we're always mining our client base for more deposits.

**Thomas McCandless** - *Keefe Bruyette & Woods*

Any color on how much balance sheet growth we should anticipate?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

I think, you know, we could grow the balance sheet to potentially 8 billion by the end of next year, provided, you know, we get the deposits that go with it.

**Thomas McCandless** - *Keefe Bruyette & Woods*

By the end of '04?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

'03.

**Thomas McCandless** - *Keefe Bruyette & Woods*

This year.

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Yeah, '03.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call

**Thomas McCandless** - *Keefe Bruyette & Woods*

And then secondly, is there not contemplated or planned an upgraded rollout of some of your products and services this year, could you share with us kind of what some of the bigger initiatives are with respect to upgrades and initiatives [UNINTELLIGIBLE]?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

I think if you're talking about technology initiatives, we continue to work on a straight through processing platform, which is the largest initiative, and then secondly, our mutual fund admin platform which will be rolled out this year.

**Thomas McCandless** - *Keefe Bruyette & Woods*

What are the new attributes of the new fund admin platform that make it new and better than it was?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

It's --

**Kevin Sheehan** - *Investors Financial Services Corp - Chairman & Chief Executive Officer*

It will improve our operating efficiency as well as give clients access through to the web so we'd have realtime reporting right back to our clients.

**Thomas McCandless** - *Keefe Bruyette & Woods*

Terrific. Thank you.

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Yes.

**Operator**

OPERATOR: and we'll now go back to Kyle Sumenaro with a follow-up question.

**Kyle Sumenaro** - *T Rowe Price*

Hey, guys. Just a follow-up question on the net interest income line for next year. Do you anticipate, and obviously with guidance of the flat market, do you anticipate that line item being up next year, flat next year or down next year?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

We clearly think it will be up from the previous guidance.

**Kyle Sumenaro** - *T Rowe Price*

Okay. And is there a -- can you give us any guidance in terms of what you see as a sustainable net interest margin for the next few years?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Jan. 23. 2003 / 6:00AM, IFIN - Q4 2002 Investors Financial Services Corp. Earnings Conference Call |

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

I think we could probably stay somewhere between where we are today and 185 basis points on average.

**Kyle Sumenaro** - *T Rowe Price*

Okay. So speculation on your margin going to 130 basis points, I guess, or termed 130 points on the spread would be out of your range of possibilities?

**John Spinney, Jr** - *Investors Financial Services Corp. - Chief Financial Officer*

Based on our current modeling, we would think it would be hard to get there. All set, Kyle?

**Operator**

Thank you very much, gentlemen, this concludes our question-and-answer session. session. A replay of this call will be available starting at 12 noon eastern time today and will run through January 29 at midnight, central time. To access this replay, please dial (719)457-0820, and enter the pass code of 439171. Once again, that number is (719)457-0820, with pass code 439171. This concludes our conference call, thank you all for participating and have a great day.

**D I S C L A I M E R**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Exhibit E

# Thomson StreetEvents

## Conference Call Transcript

### IFIN - Q2 2003 Investors Financial Services Corp. Earnings Conference Call

Event Date/Time: Jul. 16. 2003 / 6:00AM PT
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 16. 2003 / 6:00AM, IFIN - Q2 2003 Investors Financial Services Corp. Earnings Conference Call

## CORPORATE PARTICIPANTS

**Joe DeCristofaro**
*Investors Financial Services Corp - Manager of IR*

**Kevin Sheehan**
*Investors Financial Services Corp - Chairman and CEO*

**John Spinney**
*Investors Financial Services Corp - SVP and CFO*

**Mike Rogers**
*Investors Financial Services Corp - President*

## CONFERENCE CALL PARTICIPANTS

**Jon Arfstrom**
*RBC Capital Markets - Analyst*

**Joel Gomberg**
*William Blair and Company - Analyst*

**Brad Moore**
*Putnam Lovell NBF - Analyst*

**Carla Cooper**
*Robert W. Baird - Analyst*

**Tim Willi**
*AG Edwards and Sons - Analyst*

**Tom McCandles**
*Keefe, Bruyette & Woods - Analyst*

## PRESENTATION

**Operator**

This is premier conferencing. Please stand by. We are about to begin. Good day everyone and welcome to the Investors Financial Services Corporation second quarter release conference call. Today's call is being record at this time for opening remarks and introductions I would like to turn the call over to Mr. Joe DeCristofaro. Please go ahead, sir.

**Joe DeCristofaro** - *Investors Financial Services Corp - Manager of IR*

Thanks, operator. Thank you for joining us on today's call. We'll be making a number forward-looking statements which are based on management's assumptions and predictions as of today. The company's actual results may differ materially from our current predictions due to any one of a number of factors. Information regarding the factors that may affect our actual results is set forth in the MD&A section of our most recent 10-Q and 10-K filings with the SEC. I recommend that anyone listen to this call review these reports care three. because this call will be archived on our web site Q WW.IBTCO.com I want to emphasize for anyone listing at a later date that the statements made today are based on our assumptions as. today, July 16, 2003. This assumptions may change but the recording of this call will not be updated. Joining us on today's call are Kevin Sheehan, Chairman and Chief Executive Officer, Mike Rogers President, and John Spinney, Chief Financial Officer.

I'll now turn the call over to Kevin Sheehan.

**Kevin Sheehan** - *Investors Financial Services Corp - Chairman and CEO*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Jul. 16. 2003 / 6:00AM, IFIN - Q2 2003 Investors Financial Services Corp. Earnings Conference Call |

Good morning. I'll begin by reviewing some of the key points from the second quarter and then John Spinney will discuss our financial results in more detail the second quarter witnessed several important developments at Investors Financial Services. As we announced three weeks ago we reported diluted operating EPS for the second quarter of 32 cents per share. A penny ahead of consensuses estimates. We also disclosed we were selected by Barclays investor Canada a to process approximately $22 billion in assets. That we settled a REIT tax matter with the Massachusetts Department of Revenue and that the dispute was dismissed without our company making any payments. Looking at the bottom line results in a little more detail, diluted operating EPS for the second quarter came in at 32 cents. Up 10% on a [inaudible] basis, and up 6 cents or 23% from quarter 2 of last year. Including the $6.7 million tax charge reversal we disclosed in June related to the settlement of or REIT tax matter with the Massachusetts Department of Revenue our GAAP EPS for the quarter came in at 42 cents. In accordance with reg G we included both the GAAP and pro forma operating results in this morning's press release which you can access on the web site.

As of June 30th we processed approximately $897 billion of assets for our clients, up $113 billion from March 31st, 2003. On a pro forma basis, including the new business associated with the BGI Canada outsourcing our assets processed as of June 30, 2003, would have been approximately $919 billion. The BGI Canada business is scheduled to start converting during the third quarter of 2003 subject to regulatory approvals.

We converted approximately $5 billion in assets from existing clients during the quarter and lost $2 billion in assets as a result of the expiration of our contract with city street, a joint venture of city group and State Street bank, and experienced market appreciation and client fund flows of $110 billion during the quarter. The current status of our new business pipeline remains medium. We believe that the positive capital market improvement environment during the second quarter has created some momentum on several new business opportunities. We feel that this shift in market sentiment may lead to shorter decision cycles and create opportunities to close new business by the end of 2003.

To summarize, we again delivered excellent results for our investors during the second quarter of 2003. These results were driven by our ability to sell existing clients, our continued focus on prudent expense management and strong equity and fixed income market environments. I'll now turn the call over to John spin Spinney who will review the quarter's financial results in more detail.

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Thank you and good morning. As Kevin mentioned, second quarter diluted operating EPS came in at 32 cents up 3 cents or 10% on a link quarter basis. Our diluted operating EPS of 32 cents represents a 23% increase over our second quarter 2002 diluted EPS of 26 cents. From a GAAP perspective we earned 42 cents for the quarter as a result of the 6.7 million or 10-cent a share reversal of a charge resulting from our settlement of the REIT tax matter with the Commonwealth of Massachusetts. Net operating revenue which is made up of fee income, transaction income and net interest income increased 7% link quarter and 11% over the same quarter of last year. Each of our revenue sources represents a component of our compensation for providing asset processing services to our clients. Net interest income is one of these components and results are investing the residual cash of our asset processing client who use our balance sheet as a convenient way to invest their excess cash. As I mentioned before we generate fees based on assets under administration, the number of transactions convenient rated by our clients, and net interest income. These three revenue components create a natural hedge for our business mad model which has been one of the factors enabling us to succeed in a variety of market environments. The breakdown have our revenue stream for the second quarter 2003 was 52% asset based, 31% net interest based and 17% transaction based.

I'll now discuss the significant income and expense components in more detail. Asset servicing fees increased 13% link quarter in line with the major indices and also due to higher transaction volumes from clients. Net interest income decreased 3% link quarter primarily due to an asset liability strategy which we also employed in 2002 if of prepaying a high yielding FHLD advance with a new borrowing and a lower rate and matching that lower rate borrowing against fixed rate assets of the same maturity We continued to maintain strong and interest margin in spread, despite flattening [inaudible] curve primarily as a result of strong client funding. The link quarter net margin decreased by 26 basis points to 208 while the linked quarter interest rates spread contracted by 25 basis points to 1.97%. Compared to the same quarter of last year, net interest income was up 11%, mostly due to the increased size of our balance sheet partially offset by a decrease in rates. Approximately 98% of our investment portfolio is invested in securities backed by the U.S. government and/or AAA rated securities. We continue to run a closely matched balance sheet with an asset duration of approximately 1.2 years and liability duration of approximately 1 year. Transaction driven income which we include our and auxiliary services such as security lending, foreign exchange fees and cash management fees increased 27% link quarter driven primarily by a strong rise in our FX business when compared to the first quarter of 2003.

Regarding FX, new clients further penetration of existing clients, high transaction volumes, and volatility in the currencies traded by our clients contributed to the strong performance. Securities lending was up link quarter due to higher equity market values in the international dividend payment season. On a year-over year basis transaction driven income rows 32% driven by strong increases in FX and cash management fees.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 16. 2003 / 6:00AM, IFIN - Q2 2003 Investors Financial Services Corp. Earnings Conference Call

Total operating expenses were up 6% linked quarter compared to our 7% increase in revenue. Comp and benefits expense rows by 2% on a link quarter basis, mainly due to higher bonus accruals as a result of the company's strong performance in the second quarter offset by lower head count and lower payroll tax accruals. Technology and telecommunications expense was up 3% link quarter due to increased spending on projects to meet client needs, increase our internal efficiency and reduce risk. Transaction processing was up 40% link quarter due to higher transaction volume in the second quarter of '03 versus the first quarter of 03. Depreciation and amortization increased 9% link quarter as projects that were previously capitalized were placed in the service during the second quarter of 03. Professional fees were up 23% a link quarter basis as a result of cost related to the REIT settlement, dismissal of the [MOPEX] (ph.) case and the California overtime lawsuit.

On a year-over-year basis our operating expenses increased 6% compared to our 11% increase in revenue. Despite the upturn in equity and fixed income values we'll continue to maintain strict cost controls until we see recurring positive economic indicators including new business wins and sustained levels in the capital markets. As always we'll only increase our cost structure to support the addition of new business. As most of you know we accrued a tax liability on our balance sheet and a tax expense on our income statement for the quarter ended March 31st, 2003, related to potential tax liabilities of the bank. The effect of this accrual reduced our net income for the first quarter of 2003 by $13.9 million or 21 cents a share. Last month the bank and the Massachusetts Department of Revenue entered into a settlement agreement that obligated the bank to pay 50% of its outstanding tax liability including interest. As a result of this settlement agreement, we recognize an income tax benefit during the second quarter of 2003 of $6.7 million or ten cents a share. We are cautiously optimistic about the capital markets in interest rate environment as such we continue to expect to achieve GAAP earnings per share of $1.19 for the year ended December 31st 2003 there when represents our original guidance of $1.30 per share reduced by net tax charge of 11 cents as previously described. We remain comfortable with our long-term growth rate of 25% in EPS.

I'd now like to open up the call to your questions. Operator?

## QUESTION AND ANSWER

**Operator**

Thank you the question and answer session will be conducted electron electronically. If you would look to ask a question, you would may do so by press than the star key followed by the digit 1 on your touch tone telephone. Make sure you're mute is ever function is turned off to allow your signal to reach our equipment. Again, that's star 1 if you would like to ask a question. We'll take our first question from Jon Arfstrom is from RBC Capital Markets.

**Jon Arfstrom** *- RBC Capital Markets - Analyst*

Morning guys.

**John Spinney** *- Investors Financial Services Corp - SVP and CFO*

Morning Jon.

**Jon Arfstrom** *- RBC Capital Markets - Analyst*

a question for you on value added, you talked about the international dividend tax payment season. I guess there are other things in there. Can you talk about who it performed towards the end of the quarter and for the first two weeks has that strength in the business continued?

**John Spinney** *- Investors Financial Services Corp - SVP and CFO*

Are you talking SEC lending specifically, Jon?

**Jon Arfstrom** *- RBC Capital Markets - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 16. 2003 / 6:00AM, IFIN - Q2 2003 Investors Financial Services Corp. Earnings Conference Call

FX and SEC lending.

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

the first two weeks of this quarter?

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Yep. And then how it perform towards the tail end of the second quarter it.

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Performed really well toward the sail end of the second quarter. We got a lot of activity the last two weeks of June on FX, and in securities lending after the rate cut we'll benefit slightly going into this third quarter but obviously, as the margin compresses there and collateral, we buy new additional collateral at lower rates, that will compress that. I think going forward FX will probably be a little bit lower than it was this quarter. We had the best month of our life last month of about 4-1/2 million in revenue, the best day of our life last month as well, so I would expect that it would be -- it would come off that a little bit, but I still think that we have strong outlook for the rest of the year.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. On your restructuring of the liabilities, I guess in the past you shared a few more details. Are you willing to do that in term of the penalty paid and the rate and the maturity of what you --

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Yeah, basically we prepaid I think $100 million advance. We incurred a $1.1 million penalty which runs through interest expense. Refinanced that were with a lower borrowing, put on some fixed rate assets, and basically locked in 200 basis point spread over the life of that borrowing. It's relatively small , $100 million on a half million dollar balance sheet.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Fair enough. On '04 I know you haven't commented on that, but do you still feel that bids on what you neonow you can stick with a 25% growth rate?

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

That's correct.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. Thank you.

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Yep.

**Operator**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 16. 2003 / 6:00AM, IFIN - Q2 2003 Investors Financial Services Corp. Earnings Conference Call

and we'll go to our next question that comes from Joel Gomberg of William Blair and Company.

**Joel Gomberg** - *William Blair and Company - Analyst*

Good morning. Maybe you can flesh out a little bit what you did for State, for City Street and then where the new business came from existing customers.

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Yeah. On City Street we did custody fund accounting. It was I want to say probably less than a million dollars of revenue on an annualized basis. And obviously, you know, they're a competitor of ours and when the contract was up there was no surprise on our front that that was going to move back to State Street. That's reflected in our guidance for this year and our expectations for next year. And what was the second part of that question, Joel? I'm sorry.

**Joel Gomberg** - *William Blair and Company - Analyst*

On new business from existing customers.

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

On the new business from existing customers we did $5 billion of assets. The biggest chunk of that was from Eaton advance, a couple billion dollars, some new funds.

**Operator**

Anything else, Mr. Gomberg?

**Joel Gomberg** - *William Blair and Company - Analyst*

No, that's it. Thanks.

**Operator**

As a reminder you may press star 1 if you do have a question, that is star 1 to ask a question. We'll go back to Brad Moore of Putnam Lovell NBF.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

Good morning. A couple things. First, I wanted to know if you can give us a little bit more color on the operating environment. You did mention that you were sensing some improvement in the behavior of the target market, and I was just curious to understand if you can give us a little bit more about who it is. Is it mostly existing customers? You have seen a fair amount of new customers in that. And anything as to the timing of what that activity might look like.

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

You know, I think the pipeline still remains medium. We've definitely seen a pickup in interest in our services as the markets have recovered and investment managers have, you know, refocus owed strategic things look outsourcing and looking at their service providers, and our salespeople have had many more meetings with prospects, so I think what we're seeing is a general upturn in calls, in meetings with our salespeople, moving

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 16. 2003 / 6:00AM, IFIN - Q2 2003 Investors Financial Services Corp. Earnings Conference Call

things that were in the pipeline forward, and we've got a handful of outsourcing deals that I think one or two of those have the possibility of closing by the end of this year or early '04.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

and would you characterize those as small, medium or large?

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

I think they're sizable.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

Okay. And it would be the full range of services or what do you see in terms of client interest in term of the menu of services?

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

I think, you know, everybody looks at the full complement of services, Brad, very little people focus solely just on custody or fund accounting.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

Secondly can you gives a little bit of color on where you think the contraction in our net interest margin on a go-forward basis.

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Right now our sensitivity to a 200 basis point increase in rates parallel shift in the curve is about 6.7% reduction in net interest income so net interest income is about 30%, that would equate to roughly 2%, and 2% of our top line is about $8 million, so worst case scenario would be 8 cents over a 12-month period. We don't feel like that -- we've got much risk at all in terms of interest rates moving up right now.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

Did you say that assumed a parallel shift?

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Yeah, it's a parallel shift over 12 months.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

and if it was a flattening curve, would how would that impact the assumption?

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

a flattening curve would contract our net interest income slight but I don't have that number at my finger tips.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

All right. Thanks.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 16. 2003 / 6:00AM, IFIN - Q2 2003 Investors Financial Services Corp. Earnings Conference Call

**Operator**

and now we'll go to Carla Cooper of Robert W. Baird.

**Carla Cooper**  *- Robert W. Baird - Analyst*

Good morning. I wondered if you could talk a little bit just maybe update us on your thinking vis-à-vis the $1.30. Clearly at the beginning of the year I would have thought anyway that the components of that would have been a little different. Is it fair to say now that the $1.30 is likely to come a bit more from asset administration and value added services and a little less from net interest income?

**John Spinney**  *- Investors Financial Services Corp - SVP and CFO*

I think, Carla, from a geography perspective net interest income is going to be a little slightly lower than the $1.60 we talk about earlier. You know, given the markets, if they're sustainable levels versus choppy levels, we'll basically have more coming from the mutual fund administration line, and I think we've done a very good job managing expenses than we did this quarter as a result of the out performance. We booked up bonus accruals that we needed to book to offset the earnings that we put up for the quarter. But I would say from a geography perspective net interest income a little bit less than $1.60. Revenues and Mutual fund fees with a market stab will stay at the levels they are today and value added can like I said FX is usually a little bit slower over the summertime so that will probe come back in the third quarter to a more reasonable level of, you know, 2-1/2 to $3 million or something like that a month.

**Carla Cooper**  *- Robert W. Baird - Analyst*

Got I and then any other -- to my recollection you talk about the balance sheet sort of $8 billion being a number that we should -- I had in my head anyway for '03. Is that still looking a bit bigger than that or are you still looking around something for $8 billion for the year?

**John Spinney**  *- Investors Financial Services Corp - SVP and CFO*

I think it's a little bit higher than that like 8.3, 8.5, something like that in the neighborhood average balance sheet.

**Carla Cooper**  *- Robert W. Baird - Analyst*

for this quarter but I think previously you talk about of where you thought you could end the year.

**John Spinney**  *- Investors Financial Services Corp - SVP and CFO*

Yeah, it will probable be I a little bit higher than that.

**Carla Cooper**  *- Robert W. Baird - Analyst*

and then finally as regards competition, are you seeing, you know, anything different a long those lines? And I guess specifically also, you know, new discussion of pricing as these investment managers begin to sort of re look at outsourcing services?

**John Spinney**  *- Investors Financial Services Corp - SVP and CFO*

I think from a pricing perspective there hasn't been a lot of pricing pressure. I think we've said that historically on the past calls. I think given where our pricing is in the marketplace, being less than a basis point in some of the core custody services, is not a lot of room to take that fee down, and I think, you know, people typically look at service levels and at the end of the day, with our number one rankings. A.In global custodian two years in a row, I think people focus on quality for the price, and that's why we get very little price pressure.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 16. 2003 / 6:00AM, IFIN - Q2 2003 Investors Financial Services Corp. Earnings Conference Call

**Carla Cooper** - *Robert W.Baird - Analyst*

Thanks.

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Yep.

**Operator**

and now we'll go to Tim Willi of AG Edwards and Sons.

**Tim Willi** - *AG Edwards and Sons - Analyst*

Good morning. I was wondering if on the pipeline discussion if you could give any color when you talk about the or look at it, the pipeline for perspective new customers versus existing customers, and just if you are seeing any change in focus in activity from people you're currently doing work with and, you know, their willingness to make additional decisions and give you more assets or does that remain relatively stable and you're really just focusing on brand new entities when you talk about the pipelines?

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

I think, Tim, you know, we don't talk about all the new business that our clients give us every single month. But we do a tremendous amount of growth year in and year out from lines client that start new funds and new products similar to the piece of business that Eaton Vance started this quarter. So year over year we've continued to see our clients put on new product and put on product that fits into the current marketplace or whatever's being bought in the marketplace, so that's continued to drive one part of the sales side. And on the other side is really the new client business, and as I said earlier I think with the markets being up, folks are spending more time analyzing their vendors and the service levels and talking to our folks, and I think we'll see some more movement there, you know, in the next two quarters.

**Tim Willi** - *AG Edwards and Sons - Analyst*

Okay. So it's possible that the kind of wind win you just could the got from Barclays where they gave you a nice chunk of business and current customer feasible that you may get some other customers where you get lump sums like that versus just somebody opening up a new fund, but clearly you're also hitting the payment very hard on people you don't deal with yet.

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Yeah, I mean on both fronts, we're attacking it on both fronts, and we're seeing positive movement on both fronts.

**Tim Willi** - *AG Edwards and Sons - Analyst*

Okay. Thank you.

**Operator**

Ands a reminder you may press star 1 to ask your question. That is star 1 if you would like to ask a question. We'll go next to Tom McCandles of Keefe, Bruyette & Woods brokerage.

**Tom McCandles** - *Keefe, Bruyette & Woods - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

---

Jul. 16. 2003 / 6:00AM, IFIN - Q2 2003 Investors Financial Services Corp. Earnings Conference Call

---

Good morning. Quick question. Can you remind us of what the underlying assumptions were for the EPS guidance for this year and next year, assumptions regarding asset values?

---

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

Asset values we typically run with no market appreciation assumptions, and right now, as I said, we're cautiously optimistic. The markets may be up 15% for the quarter. I don't know how they're going to perform for the next six months. So, you know, we're cautious in guiding anywhere off the $1.30 right now. With respect to interest rates, we have interest rates flat to the end of '04, and then going up 300 over 18 months, 300 basis point over 18 months.

---

**Tom McCandles** - *Keefe, Bruyette & Woods - Analyst*

Great. And are you seeing any pickup in activity given the head count reduction effort over at State Street either in hue hires or in customer detexts?

---

**John Spinney** - *Investors Financial Services Corp - SVP and CFO*

None.

---

**Tom McCandles** - *Keefe, Bruyette & Woods - Analyst*

Fair enough. Thanks.

---

**Operator**

and this concludes our question and answer session. A replay of this call will be available starting at 12:00 noon eastern today and will run through July 22 at midnight central time. To access this replay please dial 719-457-0820. And enter in the pass code of 426571. This concludes today's conference p thank you all for your participation.

---

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies mayindicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION  PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Exhibit F



# Thomson StreetEvents

## Conference Call Transcript

### IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

Event Date/Time: Oct. 15. 2003 / 6:00AM PT
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 15. 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

## CORPORATE PARTICIPANTS

**Joe DeCristofaro**
*Investors Financial Services Corp. - Company Representative*

**Kevin Sheehan**
*Investors Financial Services Corp. - Chairman and CEO*

**John Spinney**
*Investors Financial Services Corp. - CFO and SVP*

## CONFERENCE CALL PARTICIPANTS

**Jon Arfstrom**
*RBC Capital Markets - Analyst*

**Brad Moore**
*Putnam Lovell NBF - Analyst*

**Tom McCrohan**
*KBW Asset Management - Analyst*

**Casey Ambrich**
*Millennium Partners - Analyst*

**Kyle Cerminara**
*T. Rowe Price - Analyst*

**Meryl Witmer**
*Eagle Capital Partners - Analyst*

**Joel Gomberg**
*William Blair & Co. - Analyst*

## PRESENTATION

**Operator**

Good day, everyone, and welcome to the Investors Financial Services third-quarter earnings release conference call. Today's call is being recorded. At this time for opening remarks and introductions, I would like to turn the call over to Mr. Joe DeCristofaro (ph). Please go ahead, sir.

**Joe DeCristofaro** *- Investors Financial Services Corp. - Company Representative*

Thank you for joining us on today's call. We will be making a number of forward-looking statements, which are based on management's assumptions and predictions as of today. The company's actual results may differ materially from our current predictions due to anyone of a number of factors. Information regarding the factors that may affect our actual results is set forth in the MD&A section in our most recent 10-Q and 10-K filings with the SEC. I recommend that anyone listening to this call review these reports carefully.

Because this call will be archived on our website, www.IBTCO.com, I want to emphasize again for anyone listening at a later date that the statements made today are based on our assumptions as of today, October 15, 2003. These assumptions may change, but the recording of this call will not be updated.

Joining us on today's call are Kevin Sheehan, Chairman Chief Executive Officer; Mike Rogers, President; and John Spinney, Chief Financial Officer. I will now turn the call over to Kevin Sheehan.

**Kevin Sheehan** *- Investors Financial Services Corp. - Chairman and CEO*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 15. 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

Thanks. I will begin by reviewing some of the key points from our third quarter, and then John Spinney will discuss our financial results in more detail. Investors Financial Services recorded extremely impressive results for the third quarter of 2003. Diluted operating EPS for the quarter came in at 40 cents, up 25 percent on a linked-quarter basis; up 14 cents or 54 percent from quarter three of last year.

As of September 30, we processed approximately 956 billion of assets for our clients, up 59 billion from June 30, 2003. For a little more detail on the assets processed, we converted approximately 25 billion of assets from numerous existing clients during the quarter, including Aegon, BGI Canada, BGI USA, Eaton Vance, Goldman Sachs, PIMCO, and Vega. We also converted about $1 billion from new clients such as EMC, Lehman Brothers, and some institutional custody clients.

We (technical difficulty) appreciation and client fund flows of 33 billion during the quarter. The strong rise in assets processed that we have witnessed this year has resulted from both our ability to sell new business, 35 billion during the first 9 months of 2003, and the rise in equity values over the past 6 months.

The current status of our new business pipeline remains medium. We believe that the positive capital market environment during the second and third quarters has created some momentum on several new business opportunities. We feel that this shift in market sentiment may lead to shorter decision cycles and create opportunities to close new business during the final quarter of 2003 and into 2004.

To summarize, again, we delivered excellent results for our investors during the third quarter of 2003. These results were driven by our ability to sell new and existing clients, our continued focus on prudent expense management, and solid equity market performance. I will now turn the call over to John Spinney, who will review the quarter's financial results in more detail.

John Spinney - *Investors Financial Services Corp. - CFO and SVP*

Good morning. As Kevin mentioned, third-quarter diluted operating EPS came in at 40 cents a share, up 8 cents or 25 percent on a linked-quarter basis. Our diluted EPS of 40 cents represents a 54 percent increase over our third-quarter 2002 diluted EPS of 26 cents.

On year-over-year basis our net operating revenue increased 9 percent, compared to a 5 percent decrease in operating expenses, exhibiting the earnings growth potential and inherent leverage in our model. On a linked-quarter basis, revenue decreased 2 percent, versus a 10 percent decrease in our cost structure.

Each of our revenue sources represents a component of our compensation for providing asset processing services to our clients. Net interest income is one of these components and results from investing the residual cash of our asset processing clients, who use our balance sheet as a convenient way to invest their excess cash.

We generate asset servicing fees based on assets under administration, the number of transactions generated by our clients, and managed risk (ph) income. These three revenue components create a natural hedge for our business model, which has been one of the factors enabling us to succeed in a variety of market environments.

The breakdown of our revenue stream for the third quarter of 2003 was 55 percent asset based, 15 percent transaction based, and 30 percent net interest income based, continuing the shift that we have witnessed recently to more of a contribution from asset-based fees as opposed to net interest income.

I will now discuss the significant income and expense components in more detail. Cora asset servicing fees increased 13 percent year-over-year and 5 percent linked quarter, due to favorable market conditions, the addition of new clients such as BGI Canada, and the ability of our clients to continue to develop and sell new products.

Transaction-driven income, in which we include our ancillary services such as securities lending, foreign exchange fees, and cash management fees, increased 12 percent year-over-year, driven by strong increases in FX and cash management fees. On a linked-quarter basis, transaction income decreased 10 percent, primarily as a result of linked-quarter decrease in our FX and securities lending businesses.

Regarding FX, despite beating our expectations for the quarter and being up 19 percent on a year-over-year basis, lower volatility and volumes in the currencies traded by our clients during the third quarter compared to the second quarter caused a linked-quarter decline in FX revenue.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 15. 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

Securities lending decreased 12 percent year-over-year, due to a smaller lending book, and declined linked quarter primarily due to the end of the international dividend season. Net interest income was flat on a year-over-year basis and decreased 8 percent linked quarter, primarily due to increased prepayments in our mortgage-backed securities portfolio through most of the summer. We expect lower prepayment activity in the fourth quarter.

Also we recorded an additional interest expense in the third quarter of approximately 1 million related to the ineffectiveness of our swap portfolio in accordance with FAS 133. The 1 million will flow back into net interest income over the remaining life of the swaps. Absent a further cut in the Fed funds rate, we expect little to no impact going forward.

We continue to maintain strong net interest margin spread as a result of continued healthy levels of client funding. The linked-quarter net interest margin decreased by 27 basis points to 1.81 percent, while the linked-quarter interest rate spread contracted by 26 basis points to 1.71 percent. Compared to the same quarter of last year, net interest income was flat, primarily as a result of a larger balance sheet offsetting a lower interest rate environment.

Approximately 98 percent of our investment portfolio is invested in securities backed by the U.S. government and/or Triple-A rated securities. We continue to run a closely matched balance sheet, with an asset duration of approximately 1.5 years and a liability duration of approximately a year. The high amount of variable-rate securities in our portfolio has allowed us to maintain a low asset duration.

Total operating expenses were down 10 percent linked quarter compared to our 2 percent decrease in revenue. Comp and benefits expense declined by 16 percent on a linked-quarter basis, mainly due to lower bonus accruals and lower headcount. Contributing to this decline in compensation expense has been our ability to harvest operational efficiencies through our implementation of technology solutions.

Technology and telecommunications expense was up 6 percent linked quarter, due to increased spending on projects to meet client needs, increase our internal efficiency, and reduce risk. Transaction processing was down 23 percent linked quarter, due to lower subcustodian fees resulting from lower transaction volumes.

Depreciation and amortization increased 14 percent linked quarter, as projects that were previously capitalized were placed into service during the third quarter of 2003. Professional fees were down 28 percent on a linked-quarter basis, as a result of the end of costs related to the resettlement, the dismissal of the Mopex case, and the resolution in July of the California overtime lawsuit. We will continue to maintain strict cost controls, while we increase our cost structure to support the addition of new business.

During the third quarter we announced that we reached an agreement in principle with representatives of the plaintiffs to settle a class-action lawsuit alleging violations of California wage and hour laws in our Sacramento and Walnut Creek facilities. In anticipation of this settlement and related costs, the company accrued a liability of approximately 1 million in the second quarter of 2003.

We continue to be cautiously optimistic about the capital markets and interest rate environment. As such we are increasing our GAAP EPS guidance to a range of $1.30 to $1.32 a share for the year ended December 31, 2003; and we're revising our diluted operating earnings-per-share target to a range of $1.41 to $1.43. We remain comfortable with our long-term growth rate of 25 percent in EPS. I would now like to open up the call to your questions.

## QUESTION AND ANSWER

**Operator**

The question-and-answer session will be conducted electronically. (OPERATOR INSTRUCTIONS) Jon Arfstrom, RBC Capital Markets.

**Jon Arfstrom  - RBC Capital Markets - Analyst**

A question for you on the 25 billion that you talked about, Kevin. What is that? Is that clients giving you more money? Or is it new products? Or what is behind that?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 15, 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

**Kevin Sheehan**  - *Investors Financial Services Corp. - Chairman and CEO*

It is new product offerings and growth in existing products.

**Jon Arfstrom**  - *RBC Capital Markets - Analyst*

So that is just further penetration of the client base?

**Kevin Sheehan**  - *Investors Financial Services Corp. - Chairman and CEO*

Yes.

**Jon Arfstrom**  - *RBC Capital Markets - Analyst*

And how much of the Barclays Canada business is in the 25 billion or in the 59 billion that you added for the quarter? Is that any at all?

**John Spinney**  - *Investors Financial Services Corp. - CFO and SVP*

Yes, 22 billion, Jon.

**Jon Arfstrom**  - *RBC Capital Markets - Analyst*

Expense control, I am sure that you maybe had questions about this already. But is that level of expenses that you have sustainable? Or do we expect that to go up in the fourth quarter?

**Kevin Sheehan**  - *Investors Financial Services Corp. - Chairman and CEO*

I think it is sustainable for the fourth quarter.

**Jon Arfstrom**  - *RBC Capital Markets - Analyst*

Any change in the structure of the balance sheet? It looks like you added 400 million in deposits and a little less in terms of investment securities. Would you expect it to grow little bit if prepayment is slow in the next quarter?

**John Spinney**  - *Investors Financial Services Corp. - CFO and SVP*

No, I think it may grow a little bit, but I think we're targeting somewhere around 8.5 to 8.8 billion for the end of the year; total balance sheet average about 8, 8.1, something like that.

**Jon Arfstrom**  - *RBC Capital Markets - Analyst*

And then in terms of your guidance, any change in the typical assumptions that you give for a flattish market?

**John Spinney**  - *Investors Financial Services Corp. - CFO and SVP*

In terms of rate environment?

**Jon Arfstrom**  - *RBC Capital Markets - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 15. 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

Rate environment and equity market levels.

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

We have no equity market upside built into our estimates. We never do that. In terms of interest rate environment, in terms of the rest of the year, obviously we don't think debt funds is going anywhere from where it is today. And the ten-year will probably trade somewhere, we hope, within the 4 percent range.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. And you're still comfortable with the 25 percent growth rate on that $1.40 to $1.43?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

Currently we are. Yes, Jon.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Thank you.

**Operator**

Brad Moore of Putnam Lovell NBF.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

A couple of things. I wanted to understand the interplay between the -- you characterize the pipeline as medium; and yet it sounded like you were relatively bullish with regard to the momentum you are seeing on the new business front. I just wondered if you could square that up for me.

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

I think there is a couple of opportunities in there that we have talked about in the past, Brad, that are getting closer to fruition. And I think just in general there's more opportunities coming across our desk. We're responding to more RFPs. I think the general sentiment has been an uptick, and that is why we feel a little bit more positive and bullish on the sales front.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

So the difference then would be it is a difference between having an increase in the number of conversations and the number of bids, versus actually having something in front of you that you can sign?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

I think it is a little bit of both. We continue to sign, as Kevin mentioned in his remarks. There is a handful of clients that launched new products in the third quarter. And we're seeing a lot of that going on right now. So we are actually signing things from existing clients.

We have got some good opportunities in the pipeline in front of us that have a potential to close late this year, early next year. We continue to get RFP activity, and our clients continue to create ideas and products that we're bidding on as well.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 15. 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

**Brad Moore** - *Putnam Lovell NBF - Analyst*

And then with regard to the 25 billion that you signed up from existing customers. Was there any pricing changes or concessions given in terms of -- that includes renewals, I assume. So were there any concessions or changes in pricing from your typical rates?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

First I will answer the second question. We never include renewals as a new sale, so there are no renewals in the numbers. And then secondly, the pricing front, all this pricing is at what we currently expect to achieve from a margin perspective. And there were no givebacks or reductions in pricing.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

Okay and then finally just curious, any significant client con coming up for renewal in the next couple of quarters that you are aware of?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

Nothing major. Anything that was coming up of significant we have pretty much signed up. We've got about 65 percent of our assets on long-term contract till the end of '05 right now.

**Brad Moore** - *Putnam Lovell NBF - Analyst*

Great, thank you.

**Operator**

(technical difficulty) Tom McCrohan with KBW Asset Management.

**Tom McCrohan** - *KBW Asset Management - Analyst*

A quick question on the expense reductions. I was not expecting to see the expenses drop like that. I thought it was a pleasant surprise to see that. But can you give me some flavor for the staff reductions, and if they were like targeted reductions in certain areas? Or did you consolidate some type of group into one group? How did you go about doing that?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman and CEO*

I think, Tom, what we're talking about is putting into place technologies that have (technical difficulty) to reduce our headcount throughout the year. And a good part of that in the third quarter. And that is really what we were talking about. There were no layoffs or any planned staffing reductions or anything of that nature. We continue to add new business, so we can't be laying people off.

**Tom McCrohan** - *KBW Asset Management - Analyst*

So the reduction in expenses was not related to people leaving, but being replaced by technology?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman and CEO*

For the most part, yes.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 15. 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

**Tom McCrohan** - *KBW Asset Management - Analyst*

Do you feel comfortable that that is a run rate for the fourth quarter?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

Yes, I do.

**Tom McCrohan** - *KBW Asset Management - Analyst*

One last question. You had broken up the revenue into 55 percent asset-based, 15 percent transaction based, 30 percent net interest income. What do you consider the asset base of your income items?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

It would be our core fees, which is custody fund accounting, which are AUM-based fees. In fund administration, excuse me.

**Tom McCrohan** - *KBW Asset Management - Analyst*

And FX, cash management, sec lending? That would be all (multiple speakers) transaction?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

Yes.

**Tom McCrohan** - *KBW Asset Management - Analyst*

Okay, thanks very much.

**Operator**

(OPERATOR INSTRUCTIONS) Casey Ambrich (ph) with Millennium Partners.

**Casey Ambrich** - *Millennium Partners - Analyst*

One concern that some investors have had is regarding the potential NBS mark that the company might incur with the ten-year moving up here; the yields anyway. I was wondering if you could talk a little bit about your swaps on the liability side of the balance sheet? And how that works to hedge that?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

Certainly from the ten-year perspective on the asset side of the balance sheet, the mark on that is positive still. It has never run into a negative mark to market. And we're very comfortable with that, and it doesn't have an impact on our regulatory capital if it did.

Secondly on the swap portfolio, we use swaps basically against some of our deposit liability products to extend the maturities and fix those against fixed-rate assets. That really helps us to keep the duration up on the liabilities and matched with the asset duration.

**Casey Ambrich** - *Millennium Partners - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 15. 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

Great, thank you.

**Operator**

Kyle Cerminara with T. Rowe Price.

**Kyle Cerminara** - *T. Rowe Price - Analyst*

Great quarter. Quick question. What percent of your current customer assets have you penetrated?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

We've got about 7.2 percent of our client assets (technical difficulty) what we serve.

**Kyle Cerminara** - *T. Rowe Price - Analyst*

Now going forward, would you see more opportunity within the current customer base or within new business? Because it seems like if you only have penetrated 7.2 percent of your current customer base, there is a lot of opportunity within.

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

I think the opportunity is immense. It is 20-something trillion of assets or 17 trillion, I can never remember the number off the top of my head. But clearly when you have a client, it is always easier selling into an existing client. We do sell a ton of business to existing clients every year. We don't necessarily report it on every single call. And we expect that continue in the future and drive that number up.

Clearly as we have said in the past on calls and when we meet with investors, we go at it from both fronts all the time. From the sales front, we've got dedicated sales force out there. Got based on territories, going after opportunities that we don't currently have and generating our fee activity and new clients.

Then there are the client managers, who are charged with client service delivery, are charged with making sure service is what is expected; but more importantly from a financial perspective, cross-selling services and helping our clients develop product that obviously drives revenue to our firm.

**Kyle Cerminara** - *T. Rowe Price - Analyst*

Great. And of the current potential customers, new customers that are in your pipeline, could you expand upon it? Are they large asset managers? Are they medium-sized asset managers? Or whatever color you can give us would be helpful.

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

They are from some of the largest in the world to some of the smallest. It goes -- again, it is quite a few.

**Kyle Cerminara** - *T. Rowe Price - Analyst*

Great quarter and thanks for taking my call.

**Operator**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 15. 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

(OPERATOR INSTRUCTIONS) Zachary Cohen (ph) with Eagle Capital Partners.

**Meryl Witmer** *- Eagle Capital Partners - Analyst*

This is actually Meryl Witmer. Excuse me for being a little dense, but I am just looking at the comp and benefit line, which I believe went from almost 51 million in the second quarter to 42.5 million this quarter. Is that like a lower bonus accrual? If you didn't let anybody go, is that a lower bonus accrual? Did people leave? Did you have some consultants you are now paying? What caused that?

**John Spinney** *- Investors Financial Services Corp. - CFO and SVP*

Some of that is bonus accrual; and some of that is taking the efficiencies in terms of headcount reductions in the business.

**Meryl Witmer** *- Eagle Capital Partners - Analyst*

So there were headcount reductions?

**John Spinney** *- Investors Financial Services Corp. - CFO and SVP*

As a result of not replacing positions for people that left the firm, where we had efficiencies in the technology that allowed us not to replace positions.

**Meryl Witmer** *- Eagle Capital Partners - Analyst*

I see; so you let some people run off and the technology took its place.

**John Spinney** *- Investors Financial Services Corp. - CFO and SVP*

Exactly. It just goes hand-in-hand with depreciation expense being up because we put the technology in place.

**Meryl Witmer** *- Eagle Capital Partners - Analyst*

I see. That ties in nicely. Now the lower bonus accruals, is that a foreshadowing of things not great to come?

**John Spinney** *- Investors Financial Services Corp. - CFO and SVP*

I think part of that, and we talked about it on the second-quarter call, was just a tremendous second quarter for us. Having the ability to accrue bonuses against hiring earnings in the second quarter; that allowed us to take lower bonus accruals going forward. And I think giving the REIT charge we took, we're not going to reach the potential of maximizing bonuses. So our accruals are going to be lower just as a result of that.

**Meryl Witmer** *- Eagle Capital Partners - Analyst*

So did you front-end load the bonuses into the second quarter?

**John Spinney** *- Investors Financial Services Corp. - CFO and SVP*

We accrue bonuses when we have the room (ph) in the EPS that marries up to it. So if the performance is there, we will accrue bonuses up against the performance.

| Thomson StreetEvents | www.streetevents.com | | Contact Us | 10 |
|---|---|---|---|---|

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 15. 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

**Meryl Witmer** - *Eagle Capital Partners - Analyst*

Although this quarter is very good also.

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

It is. But as we went into the third quarter, we looked at last year and said, last year's third quarter was not the best quarter in terms of transactional revenue; and the markets really took a sharp downturn; so we were not about to get behind the eight-ball on bonus accruals, and have to make up for it in the summertime.

**Meryl Witmer** - *Eagle Capital Partners - Analyst*

Okay, thank you.

**Operator**

Joel Gomberg with William Blair.

**Joel Gomberg** - *William Blair & Co. - Analyst*

John, I missed your comments on guidance. Your previous operating diluted EPS guidance was $1.30 for this year. What is it now?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

GAAP is $1.30 to $1.32; operating is $1.41 to $1.43.

**Joel Gomberg** - *William Blair & Co. - Analyst*

And the other question I had; how should we look at asset values and how you bill for them? Is it daily? Is it average for the month, and then you bill monthly? How exactly do you bill the asset fees?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

Most of it is average daily net asset value. With some that bills at end of period on the months; there's some that bill at end of quarter. But if you're looking for something to track well, I'd probably use an average net asset value over the period.

**Joel Gomberg** - *William Blair & Co. - Analyst*

And the mix of your custody is a mix between equities, fixed income, and cash. Can you give me a rough ballpark?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

70/30. 70 equity; 30 fixed income.

**Joel Gomberg** - *William Blair & Co. - Analyst*

Thank you.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 15. 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

**Operator**

A follow-up from Casey Ambrich.

**Casey Ambrich** - *Millennium Partners - Analyst*

One last quick question. Can you give some color on how the margin changed by month? I will start with that.

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

The net interest margin? By month I don't think it's really that important to go through in detail. But if you look at the decline sequentially, the biggest contributor to that was obviously the prepayments on the mortgage-backed portfolio, that caused earnings to go down on the net interest income line.

I actually added back the effect of that prepayment; and it probably gets us back to somewhere like 195, 196 from a margin perspective. So I clearly isolated the prepayments on the mortgage-backed portfolio. But we have those slow down now, and we are anticipating to have a fourth quarter of very slow prepayments relative to the third quarter.

**Casey Ambrich** - *Millennium Partners - Analyst*

So we should expect around a 190 for fourth quarter?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

I wouldn't go that high. But I just added back what happened in the third quarter.

**Casey Ambrich** - *Millennium Partners - Analyst*

Okay, thanks very much.

**Operator**

A follow-up from Jon Arfstrom.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Anything seasonal that is going to impact value-added, that you can see in the fourth quarter? I know you talked about the end on (ph) tax season, but anything in the fourth quarter?

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

No, not really.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Thanks.

**Operator**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 15. 2003 / 6:00AM, IFIN - Q3 2003 Investors Financial Services Corp. Earnings Conference Call

A follow-up from Tom McCrohan.

---

**Tom McCrohan** - *KBW Asset Management - Analyst*

Quick follow-up on the duration of your assets. Did I hear you say it was 1.5 years?

---

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

Yes.

---

**Tom McCrohan** - *KBW Asset Management - Analyst*

What drove that? I thought in the past it was closer to 2.5 or 2.2 or something like that.

---

**John Spinney** - *Investors Financial Services Corp. - CFO and SVP*

It has always been 1.2. It was 1.2 when I met with you down in New York; and it is about 1.5 now. It has never been 2.2.

---

**Tom McCrohan** - *KBW Asset Management - Analyst*

Never, okay. Thanks.

---

**Operator**

And this concludes the question-and-answer session. A replay of this call will be available starting at 12:00 noon Eastern time today and will run through October 21 at midnight Central time. To access this replay please dial 719-457-0820 and enter in the pass code of 531873. (OPERATOR INSTRUCTIONS) This concludes today's conference call. Thank you for your participation.

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION  PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Exhibit G



# Thomson StreetEvents

## Conference Call Transcript

### IFIN - Q2 2004 Investors Financial Services Corp. Earnings Conference Call

Event Date/Time: Jul. 14. 2004 / 2:00PM PT
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14, 2004 / 2:00PM, IFIN - Q2 2004 Investors Financial Services Corp. Earnings Conference Call

## CORPORATE PARTICIPANTS

**Joe DeCristofaro**
*Investors Financial Services Corp. - Manager, IR*

**Kevin Sheehan**
*Investors Financial Services Corp. - Chairman & CEO*

**John Spinney Jr.**
*Investors Financial Services Corp. - SVP & CFO*

## CONFERENCE CALL PARTICIPANTS

**Jon Arfstrom**
*RBC Capital Markets - Analyst*

**David Chamberlain**
*Analyst*

**Carla Cooper**
*Robert W. Baird - Analyst*

**Jamie Lester**
*SAB Capital Management - Analyst*

**Tom McCrohan**
*Fulcrum Global Partners - Analyst*

**Joel Gomberg**
*William Blair - Analyst*

**John Spinney**

## PRESENTATION

**Operator**

Welcome to the Investors Financial Services Corp. second-quarter earnings release conference call. Today's call is being recorded. At this time for opening remarks and introductions, I would like to turn the call over to Joe de Christefaro (ph).

**Joe DeCristofaro** *- Investors Financial Services Corp. - Manager, IR*

Thanks, operator. Thank you for joining us on today's call. We'll be making a number of forward-looking statements which are based on management's assumptions and predictions as of today. The Company's actual results may differ materially from our current predictions due to any one of a number of factors. Information regarding the factors that may affect our actual results is set forth in the MD&A section of our most recent 10-Q and 10-K filings with the SEC. I recommended that anyone listening to this call review these reports carefully. Because this call will be archived on our website, www.ibtco.com, I want to emphasize again for anyone listening at a later date that the statements made today are based on our assumptions as of today, July 14, 2004. These assumptions may change but the recording of this call will not be updated.

Joining us on today's call are Kevin Sheehan, Chairman and Chief Executive Officer, Mike Rogers, President, and John Spinney, Chief Financial Officer. I'll now turn the call over to Kevin Sheehan.

**Kevin Sheehan** *- Investors Financial Services Corp. - Chairman & CEO*

Thanks, Joe. I will begin by reviewing some of the key points from the second quarter and then John Spinney will discuss our financial results in more detail.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14. 2004 / 2:00PM, IFIN - Q2 2004 Investors Financial Services Corp. Earnings Conference Call

Investors Financial Services recorded extremely impressive results for the second quarter of 2004. Diluted EPS for the quarter came in at 52 cents, up 63 percent from the second quarter of 2003 diluted operating EPS. Our total asset servicing revenue grew by a strong 30 percent year-over-year, driven by a 27 percent increase in core service revenue and a 39 percent increase in ancillary services fees.

As of June 30, we processed approximately 1.2 trillion of assets for our clients, up 72 billion, or 6 percent, from March 31, 2004, and up 306 billion, or 34 percent, from June 30, 2003. We converted over 2.4 billion from new clients such as Matlin Patterson in the U.S. and Marathon Asset Management in our Dublin office.

In addition, we grew our institutional custody business by signing several new advisory clients and family offices in the second quarter, including a new $2 billion outsourcing relationship with Manning & Napier, which we expect to convert during the third quarter. We also won approximately 8.5 billion in assets from numerous existing clients during the quarter, including BGI, Eaton Vance, Goldman Sachs, MassMutual and Vega.

Client fund flows, and to a lesser extent, market appreciation, accounted for approximately 61 billion of the 72 billion increase during the quarter. Directly related to the growth of our processing business is the growth of our balance sheet, which on an average basis grew 2 billion, or 25 percent, from last year's second quarter to this year's second quarter, as a result of strong client funding.

The current status of our new business pipeline remains medium. We continue to maintain a positive outlook on our sales pipeline as we are seeing strong levels of RFP activity and increased interest by our clients in our service offerings.

To summarize, we again delivered outstanding results for our investors during the second quarter of 2004. These results were driven by our ability to sell to new and existing clients, strong client fund flows and a favorable interest rate environment.

I'll now turn it over to John Spinney who will review the quarter's financial results in more detail.

**John Spinney**

Good afternoon. As Kevin mentioned, second quarter diluted EPS came in at 52 cents, a 63 percent increase over our second-quarter 2003 diluted operating EPS of 32 cents, which excludes the 10 cent per share benefit we recognized pursuant to our settlement of a disputed tax matter with the Massachusetts Department of Revenue.

On a year-over-year basis, our second-quarter net operating revenue increased 26 percent, while operating expenses grew 11 percent, again exhibiting positive earnings growth and the continued leverage of our business model. We generate revenues based on assets under administration, the number of transactions generated by our clients and net interest income. These three revenue components create a natural hedge for our business model. The breakdown of our revenue stream for the second quarter of 2004 was 52 percent asset-based, 19 percent transaction-based and 29 percent net interest income-based.

I'll now discuss the significant income expense components for the second quarter in more detail. Core asset servicing fees for the second quarter increased 27 percent year-over-year due to wins from new and existing clients, such as BGI -- including the Canadian outsourcing contract -- Eaton Vance, Goldman Sachs, MassMutual, and Vega; also, the ability of our clients to develop and sell additional product, which generates fund flows that have a direct positive impact on our business, and higher asset levels compared to the year-ago period.

Ancillary service revenue -- including foreign exchange, cash management, securities lending and investment advisory -- increased 39 percent year-over-year. Each ancillary service exhibited solid year-over-year growth, primarily due to winning new clients and further penetration of existing clients. FX benefited from new clients, higher volumes and increased volatility in the currency markets.

Cash management suite revenues grew primarily as a result of higher domestic and foreign cash balances held by our clients. The improvement in securities lending can also be attributed to higher volumes and the international dividend season. The increase in investment advisory fees resulted from higher balances in our proprietary Merrimac money market funds.

Cash management, securities lending and investment advisory fees were also very strong on a linked-quarter basis, rising 20 percent, 67 percent and 31 percent, respectively. The reasons for this performance are the same as the ones I just discussed — new clients and higher balances, and in the case of securities lending, the international dividend season.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 14. 2004 / 2:00PM, IFIN - Q2 2004 Investors Financial Services Corp. Earnings Conference Call

Net interest income was up 18 percent on a year-over-year basis, primarily due to balance sheet growth driven by strong client funding and a continued steep yield curve. During the second quarter, we again employed an asset liability strategy to prepay two higher-rate borrowings and replace them with lower cost to term funding.

We continue to maintain strong net interest margin and spread as a result of strong client funding. The linked-quarter net interest margin declined by 16 basis points to 1.85 percent, while the linked-quarter interest rate spread declined by 16 basis points to 1.76 percent. Absent the prepayment penalties of approximately 4.2 million related to the asset liability strategy, our net interest margin would have been 2.3 percent, while our interest rate spread would have been 1.96 percent.

Our investment portfolio is comprised of securities backed by the U.S. government, or AAA-rated securities. We continue to run a closely mapped balance sheet with an asset duration of approximately 1.5 years and a liability duration of approximately a year. The continued high amount of variable-rate securities in our portfolio has allowed us to maintain low asset duration.

Total operating expenses were up 11 percent year-over-year compared to our 26 percent increase in net operating revenue. Compensation and benefits expense was up 6 percent year-over-year, largely due to higher headcount, payroll taxes and incentive accruals. Depreciation and amortization was up 33 percent year-over-year due to the impact of technology projects being placed in the service in 2004.

In May of 2003, we came off a favorable five year fixed-rate insurance policy. As a result, insurance expense increased over 100 percent to 1.2 million for the quarter, due to higher premiums. Operating expenses increased -- other operating expense increased 86 percent to 4.4 million for the quarter, due to increased regulatory assessments due to higher deposit liabilities, higher recruiting expense, increased advertising expense and miscellaneous office expenses.

Given the status of our pipeline, as well as the capital markets and interest rate environments, we are increasing our 2004 earnings per share guidance from $1.90 to $1.95 to $2 to $2.05, representing approximately 35 percent growth over 2003 operating earnings per share of $1.49. As we have previously stated, our guidance includes a 275 basis point increase in the Fed funds rate from today over the next 18 months. We remain comfortable with our long-term growth rate of 25 percent in EPS.

Now I would like to open the call up for your questions.

## QUESTION AND ANSWER

**Operator**

(OPERATOR INSTRUCTIONS). Jon Arfstrom, RBC Capital.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

A question for you on expenses. Obviously, expense pressure was something that hit the industry when you crosstown rival reported. Just curious if you see any expense pressures on the horizon, or is this a good run rate?

**John Spinney**

No, I don't see any expense pressure on the horizon, John. This is probably a good run rate for you.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

The other question was on FX and just the sustainability versus, call it seasonality, in the business. And when you go back over the last three years you see higher and higher levels each quarter. And I'm just curious how this 14 to $15 million quarterly run rate feels, or is there something that we would be missing if we thought that this was a run rate?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14. 2004 / 2:00PM, IFIN - Q2 2004 Investors Financial Services Corp. Earnings Conference Call

**John Spinney**

It could come off slightly just because the summer is a little slower, but it shouldn't come off that much.

**Jon Arfstrom - *RBC Capital Markets - Analyst***

What is going on there? You talk about new business sales; what -- it's been growing pretty quickly and, obviously, the $18 million number was pretty high. But what is happening there?

**John Spinney**

It's continued volumes and volatilities in the currency that (indiscernible) our clients, and clearly the flows have come into the international product that have to be deployed, and the foreign assets need to be exchanged into the local currencies. And that's where those particular revenues are garnered from in those transactions.

**Kevin Sheehan - *Investors Financial Services Corp. - Chairman & CEO***

We're constantly calling on our existing clients and new clients to build more and more of a base there. We, in this quarter, were recognize by Global Investor as the number two FX performance; so that goes a long way to giving credibility to our performance here to our clients.

**Jon Arfstrom - *RBC Capital Markets - Analyst***

John, a question on some of the prepayment fees that you pay on the funding side. It seems to be like this is something that happens every quarter, and I'm just curious if there's a point in time where we'll be done with this and some of the higher margin numbers will be reported. Or is this something you expect to be ongoing?

**John Spinney**

I think this will be the last quarter for the near-term future (indiscernible) future here.

**Kevin Sheehan - *Investors Financial Services Corp. - Chairman & CEO***

We don't have any left.

**Jon Arfstrom - *RBC Capital Markets - Analyst***

I was going to ask.

**Operator**

David Chamberlain, (indiscernible) Asset Management.

**David Chamberlain *Analyst***

Just a quick questions. Can you go over again -- I didn't catch the new business wins versus kind of the inflows from the clients, the numbers of this, the I think it's 67 million -- billion; I'm sorry.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14. 2004 / 2:00PM, IFIN - Q2 2004 Investors Financial Services Corp. Earnings Conference Call

**John Spinney**

Out of the 72 billion, there was 2.4 billion from new clients. There was -- I'm sorry -- 4.4 from new clients and 8.5 from existing clients and 61 billion from market flows and market appreciation of client fund flows.

**David Chamberlain** *Analyst*

Okay. 4.4 from new clients, 8.5 from existing, and then 61 is market appreciation?

**John Spinney**

To a lesser extent, market appreciation mostly fund flows.

**David Chamberlain** *Analyst*

Okay. And just on expense -- just to add on to (indiscernible) question -- on your comp, how much more leverage -- if I look at it just as (indiscernible) of revenues, how much more leverage do you feel you have there on the existing (indiscernible) going forward?

**John Spinney**

I think we've got some leverage there yet.

**David Chamberlain** *Analyst*

Any kind of -- any kind of run rate margins you look at?

**John Spinney**

We don't comment specifically on line item guidance, but I would say we're guiding up to $2.02 to 2.05 right now from 1.90 to 1.95, and I think you get to kind of bake your assumptions in on the comp.

**Operator**

Carla Cooper, Robert W. Baird.

**Carla Cooper** *- Robert W. Baird - Analyst*

I had a question, I guess also about your guidance. Just if I think about your new guidance, even the top end of the range implies that the quarters coming up in the back half of the year are going to be a little weaker than certainly what we saw this quarter. And I'm just wondering sort of philosophically, what sort of lens -- is there anything sort of conservatism baked in there, or what kind of -- I don't think you've ever had a year where the quarters have sort of been flat.

**John Spinney**

I think on the guidance front, Carla, we brought it up to a point where we felt comfortable achieving those numbers. And giving ourselves some flexibility, as we've historically always done, we start with a 25 percent growth rate at the beginning of the year and try to outperform it quarter after quarter and try to guide you up, and try not to get ahead of ourselves.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Jul. 14. 2004 / 2:00PM, IFIN - Q2 2004 Investors Financial Services Corp. Earnings Conference Call |
| --- |

**Carla Cooper**  - *Robert W. Baird - Analyst*

Fair enough. And then, in Q2 can you talk about anything that would be -- or even remind us of the strategy that the Company employs for accruing for bonuses, and how that might have impacted the comp number?

**John Spinney**

The second quarter accrual was a little bit lower than the first quarter accrual, and we'll continue to accrue bonus into the third and fourth quarter to round out the year, but probably at lesser amounts.

**Carla Cooper**  - *Robert W. Baird - Analyst*

Is that because you run into that cap that exists on bonuses?

**John Spinney**

That's correct.

**Operator**

Jamie Lester (ph) SAB Capital Management.

**Jamie Lester**  - *SAB Capital Management - Analyst*

Great quarter. First question was on the occupancy expense. What caused the drop quarter-over-quarter in that?

**John Spinney**

Pretty simple; we had favorable valuations on the buildings in Boston and got real estate tax relief, and a final true-up of our operating escalations from the landlords (multiple speakers)

**Jamie Lester**  - *SAB Capital Management - Analyst*

That's the go-forward run rate on that?

**John Spinney**

It's probably a little higher than that, because there was some pickup related to the whole year. So it's a little bit higher than what it is today.

**Jamie Lester**  - *SAB Capital Management - Analyst*

Fair enough. And then on the leverage side, the equity was down quarter-over-quarter, I assume because we're marked to market on some of the assets.

**John Spinney**

The marked to market is 25 million negative at the end of the quarter, which is really minor in our opinion and doesn't affect our regulatory capital.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14. 2004 / 2:00PM, IFIN - Q2 2004 Investors Financial Services Corp. Earnings Conference Call

**Jamie Lester** *- SAB Capital Management - Analyst*

I'm with you; I'm just trying to see -- you guys, obviously, had net income of what, 35 million? But equity was down 10 million in the quarter. So, I guess, what happened there?

**John Spinney**

We had net income and then we had the marked to market on the portfolio, and the offset for the marked to market in the swaps runs through other OCI.

**Jamie Lester** *- SAB Capital Management - Analyst*

So there's another 20 million of swap?

**John Spinney**

Roughly about 20 million; yes.

**Jamie Lester** *- SAB Capital Management - Analyst*

And then, where do you see, or how do you stand on the leverage side now? It looks like ending assets (indiscernible) interest-bearing assets of (indiscernible) I guess you look at total assets. I guess just walk us through where you are on the leverage side; it seems like you're kind of getting -- creeping towards the top-end.

**John Spinney**

We're at like the 5 58 (ph), I think, at the end of the quarter. And I think we will trend a little bit higher towards the end of the year; so that's still under 6 percent.

**Jamie Lester** *- SAB Capital Management - Analyst*

It looks like, if you look at a spread, non-interest income to non-interest expense, it seems to be kind of trending up. Should we look at that growth rate -- whatever it is, 5 million a quarter, plus or minus -- as continuing through the year? How do you think about that, or is that even a useful metric to look at?

**John Spinney**

I don't necessarily use that metric per se, but I think you could probably intuitively say that would go up.

**Jamie Lester** *- SAB Capital Management - Analyst*

What was the -- you mentioned the adjusted spread. If you take out the prepay penalties on the liability side for the quarter, what were the --?

**John Spinney**

The margin would have been 203 and the spread would have been 196.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14. 2004 / 2:00PM, IFIN - Q2 2004 Investors Financial Services Corp. Earnings Conference Call

**Jamie Lester**  - *SAB Capital Management - Analyst*

What would the spread have been for the first quarter on that same basis?

**John Spinney**

I don't have that handy; it's probably about 10 basis points higher (multiple speakers) 13 and 206, probably.

**Jamie Lester**  - *SAB Capital Management - Analyst*

So you did see some compression in the quarter?

**John Spinney**

Slightly.

**Operator**

Fulcrum Global Partners, Tom McCrohan.

**Tom McCrohan**  - *Fulcrum Global Partners - Analyst*

You answered most of my questions, and maybe you answered this one as well, but just to clarify. Did the staff-related comp and benefits go down sequentially?

**John Spinney**

No, they did not go down sequentially. The thing that came down was the taxes that we talked about in the first quarter, because they pretty much had all accrued up earlier in the year. So that's the biggest component of that number, of the sequentially down number. And the other piece that drove that down was capitalized software was about a half-million higher in the second quarter.

**Operator**

Joel Gomberg, William Blair.

**Joel Gomberg**  - *William Blair - Analyst*

The 61 billion -- that wasn't market appreciation, obviously. Could you just flush that out in terms of the assets (indiscernible) and what product sets are driving that?

**John Spinney**

I would say first of all the markets were up probably less than 1 percent on an average daily linked basis. So starting with our 1.1 trillion from the last quarter, you're talking about 11 billion. So 50 billion of it was coming from new clients. We saw strong flows on the ETF products, and we saw strong flows across the big clients that Kevin mentioned on the new revenue front as well, Joel. We continue to see good growth out of Dublin as well.

**Joel Gomberg**  - *William Blair - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14. 2004 / 2:00PM, IFIN - Q2 2004 Investors Financial Services Corp. Earnings Conference Call

Could you expand a little bit, as you look out the next couple of years, your attitude on acquisitions, new areas or new locations?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman & CEO*

You know, I think we're always looking for an acquisition that is close or related to the businesses we are in. But we have strict guidelines that ensure that it is accretive within the first year. And we don't find a lot of opportunities there, but we have found several over time. I think we are also strategically looking to see, using our Dublin operation as a hub, are there other locations in Europe that we can have administrative an office and leverage our opportunities in Europe as well?

**Operator**

Ladies and gentlemen, that will conclude today's question and answer session. A reminder that a replay of this call will be available starting at 8 PM Eastern time today and will run through midnight on July 20. To access this replay please dial area code 719-457-0820 and enter the passcode of 457951. (OPERATOR INSTRUCTIONS). Again, thank you all very much for your participation. That conclude today's conference call.

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Exhibit H

# Thomson StreetEvents

## Conference Call Transcript

### IFIN - Investors Financial Services Corp. Guidance Announcement

Event Date/Time: Oct. 21. 2004 / 2:00PM PT
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 21. 2004 / 2:00PM, IFIN - Investors Financial Services Corp. Guidance Announcement

## CORPORATE PARTICIPANTS

**Joe DeCristofaro**
*Investors Financial Services Corp. - IR*

**Kevin Sheehan**
*Investors Financial Services Corp. - Chairman, CEO*

**John Spinney Jr.**
*Investors Financial Services Corp. - CFO*

## CONFERENCE CALL PARTICIPANTS

**Jon Arfstrom**
*RBC Capital Markets - Analyst*

**Carla Cooper**
*Robert W. Baird & Company - Analyst*

**Kyle Simonairro**
*T Rowe Price - Analyst*

## PRESENTATION

---

**Operator**

---

Good day, everyone. Welcome to the Investors Financial Services Corporation third quarter earnings update conference call. Today's call is being recorded. At this time for opening remarks and introductions I would like to turn the call over to Mr. Joe DeCristofaro. Please go ahead, sir.

---

**Joe DeCristofaro** - *Investors Financial Services Corp. - IR*

---

Thank you for joining us on today's call. We will be making a number of forward-looking statements which are based on Management's assumptions and predictions as of today. The Company's actual results may differ materially from our current predictions due to any one of a number of factors. Information regarding the factors that may affect our actual results is set forth in our Press Release today in the MD&A Section of our most recent 10-Q and 10-K filings with the SEC. I recommend that anyone listening to this call view these reports carefully. Because this call will be archived on our website www.ibtco.com I want to emphasize again for anyone listening at a later date that the statements made today are based on our assumptions and predictions as of today October 21st, 2004. These assumptions may change, but the recording of this call will not be updated. Joining us on today's call are Kevin Sheehan, Chairman and Chief Executive Officer, Mike Rogers, President, and John Spinney, Chief Financial Officer. I will now turn the call over to Kevin Sheehan.

---

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

---

I want to begin by reviewing some key points from the Press Release we issued this afternoon. For the quarter ended September 30th, 2004 we expect to report fully diluted earnings per share of 51 cents to 53 cents with a 9-month ended September 30th, 2004 we expect to report $1.55 to $1.57 in earnings per share. We expect the final results to be available by November 15th. Before considering a FAS 91 adjustment, earnings per share would have been 51 cents for the third quarter of 2004. Core business trends remain positive. Our total asset servicing fees for the third quarter grew impressively year-over-year, increasing by 18% due to 3 factors, wins from new clients, such as Lumas Sales and Marshall Funds, the ability of our clients to develop and sell product which generates fund flows that has a direct positive impact on our business, and higher asset values compared to the year-ago period. Contributing to the 18% year-over-year growth in Asset Servicing fees, core services revenue grew 17% year-over-year and ancillary services revenue grew 21%. The increase in ancillary services revenue was driven primarily by strong increases in Cash Management and Investor Advisory fees. Cash Management suite revenues grew primarily as a result of higher domestic and foreign cash balances held by our clients. The increase in Invest Advisory fees resulted from higher balances in our proprietary Merrimac Money Market funds.

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 21. 2004 / 2:00PM, IFIN - Investors Financial Services Corp. Guidance Announcement

Our assets processed continued to grew impressively. As of September 30th we processed approximately 1.2 trillion of assets for our clients. Up 40 billion or 3% from June 30th, 2004 and up 287 billion or 30% from September 30th, 2003. Of the 40 billion change in assets processed during the quarter 500 million converted in from new clients, such as the Marshall Funds and Lumas Sales. We also won approximately 6.4 billion in assets from several existing clients during the quarter. New business and client fund flows offset market depreciation resulting in a net increase of 34 billion, of the 40 billion increase during the quarter. In addition, we are pleased to announce that we won a comprehensive funded administration outsourcing mandate from [Ageon.] This win represents a significant expansion of services we currently provide to this important client. We will be performing funded administration services for approximately 100 funds and 30 billion in assets. As continued evidence of our commitment to and the viability of our client service model, we recently won the Award for "Best in Excellence" in the industry for global custody of North American Fund Managers. The current status of our new business pipeline remains medium. We continue to maintain a positive outlook on our sales pipeline as we are seeing strong levels of [RP] activity and increased interests by our clients in our service offerings.

Turning back to today's Press Release we have consistently applied the perspective method under FAS 91 since the initial public offering in 1995 and are examining whether the retrospective method should be used for certain types of investment securities. We are currently completing a comprehensive review of applying FAS 91 with respect to immunization of premiums and an accretion of discounts on our investment securities. I would like to stress that this change and an application of FAS 91 has no impact on our continuing operations or our client service levels. From a financial perspective, the impact of this change will not be significant for years 2002 through 2004. But could result in a larger reduction in 2001 reporting earns per share due to the changing interest rate environment during that year. All years whether immaterial or not will be restated to correct the numbers upon completion of our comprehensive review. In other words, if it is wrong, we will fix it. Given the status of our pipeline, as well as the capital markets and interest rate environments, we remain comfortable with our 2004 earnings per share guidance of 2 to 205. We remain comfortable with our long-term growth rate of 25% in EPS and would now like to open up the call to your questions. Operator, can you open it to questions?

## QUESTION AND ANSWER

**Operator**

Thank you. Jon Arfstrom, RBC Capital Markets.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Interesting release. Question on the accounting change, of course. Is it something that the auditors decided needed to be changed? When did it arise and can you just talk about what needs to be done before you can officially put out the number with the full release?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

Sure. I think clearly everybody is looking at income recognition in this particular area. And we really have re-evaluated our approach. It is an extremely complex and technical area and we wanted to essentially take a real hard look at what we were doing and make sure that we were using the right methodology. We have gone through an analysis of our portfolio and looked at it under both methodologies. It is a very time consuming and detailed exercise. We have involved both the audit committee and the external auditors in reviewing the results. And I think it will take us probably until the November 15th time frame to complete that exercise and process all the changes to the financials if they are necessary.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Is it as simple as -- is it conservatism? And if one results in a lower number that's what you will choose or how do you differentiate between which method is the best to use?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

I think they are just really 2 fundamentally different methodologies and I think we have come to the conclusion in conjunction with our advisors that the retrospective method is the more correct method and more consistent with the requirements of GAAP. And we just have to change to it.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 21. 2004 / 2:00PM, IFIN - Investors Financial Services Corp. Guidance Announcement

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. Another question, and I'm assuming that it is a net interest income in tact which is why the number isn't disclosed in the release?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

Yes.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. The fee number, the core services fee was lighter than I expected, yet assets were up. Can you comment a little bit on what happened to the fees?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

The core fees themselves, Jon?

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Core fees, yes.

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

Primarily just lower transactions during the quarter.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. Do you have an FX number also?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

Yes, I do.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

I haven't seen it indicated.

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

Yes. We're going to an AK out with our normal release, Jon.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. So you're saying that will be November, that will be out today?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

| Thomson StreetEvents | www.streetevents.com | | Contact Us | 4 |

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Oct. 21. 2004 / 2:00PM, IFIN - Investors Financial Services Corp. Guidance Announcement

Yes, that will be out in November most likely.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. When does the Ageon business come on?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

It starts in another month.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. And then the other thing, the change you talked about the accounting change not having any impact in the prior years, anything for 05? I know Kevin you stated that the 25% growth rate is still something you're comfortable with. You don't expect this to have any material change on your expectations for 05?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

No, I don't.

**Operator**

Carla Cooper, Robert W. Baird.

**Carla Cooper** - *Robert W. Baird & Company - Analyst*

Could you -- I guess a couple things. One is, you say that the earnings in the quarter would have been 51 to 53 cents if this method is applied. So I guess 2 questions. One, what do you expect it to be once this method is applied? And the second thing is, do you suspect that this would also change -- you reiterated the 2 to 205, but might this change in accounting also, change that number?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

Yes. What I think what we said in the -- I don't know where we said it. I think what our expectation is that without any change in accounting the earnings would be 51 cents for the third quarter with a change in accounting. We think there could be some increased recognition and that's why we put the 53 cents in.

**Carla Cooper** - *Robert W. Baird & Company - Analyst*

Okay. Got it. And what about that same thought process applied to the 2 to 205 number that you have given for '04?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

You know, I think until we get through this complete process, I think we're comfortable staying with the 2 to 205 and once we are through the complete process we will be able to give you a much more definitive number there.

**Carla Cooper** - *Robert W. Baird & Company - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Oct. 21, 2004 / 2:00PM, IFIN - Investors Financial Services Corp. Guidance Announcement

Okay. And John do you think with your accounting background you could indulge us a little bit with some FAS 91 and just talk a little bit more about perspective versus retrospective and maybe why it has become particularly important at this time?

**John Spinney Jr. - *Investors Financial Services Corp. - CFO***

I guess -- sure. That's easy to do, Carla, I guess. The FAS 91 is a FAS related to the amortization of discounts and premiums and direct costs on loans that originated by financial institutions as well. Under this particular FAS, you have to calculate an effective yield for the securities in order to amortize premiums and discounts on the securities and the investment portfolio. We have always used a prospective method which basically takes your current accounting yield and projects it forward and for purposes of determining a current amortization of premium or accretion of discount. Under the prospective method of accounting you would calculate your current yield today by taking all the prior cash flows and projecting your future cash flows to come up with a new yield for determining, really your net investment today and comparing that to the prior period of that investment and adjusting any balance up or down as a result of that analysis. So in the case of a security that had premium in -- when that evaluation was done there could be an additional premium that would need to be recognized after that analysis was performed. That was retrospective.

**Carla Cooper - *Robert W. Baird & Company - Analyst***

Got it. And then I guess one last question back to this, you know, just thinking about the revenue growth being slower than the asset growth. Was there something that impacted transactions in your -- in this quarter that you can point out? Were there any drivers behind that phenomenon?

**Kevin Sheehan - *Investors Financial Services Corp. - Chairman, CEO***

I think the whole industry in general was relatively quiet. It's been pretty quiet in this business over the summer and it was probably quieter this year than last year as well.

**Operator**

Kyle Simonairro, T Rowe Price.

**Kyle Simonairro - *T Rowe Price - Analyst***

Could you tell us what happened this quarter that made this accounting issue come up? Was there a change in interest rate, or was it just something that you caught? John, you're a CPA. You were previously a partner in a Big 5 firm. What happened this quarter that you suddenly woke up and said we need to take a look at this?

**John Spinney Jr. - *Investors Financial Services Corp. - CFO***

Yes. I think part of any internal control structure in an accounting environment, you look at your accounting policies -- we looked our mortgage back accounting policies during this period. We went into our systems took a look at how they were calculating the interest method. We went back to the accounting standards and realized that we were using the prospective method and although the prospective method was allowed, the retrospective method probably was more appropriate for securities that we hold in our portfolio. As a result to that we consulted our advisors. Realized we should have been using the retrospective method. Did the right thing and went back and recalculated what those numbers would have been. We are in the process of doing that. And as Kevin said, I think the results are pretty insignificant over the last few years with the largest impact in '01. And as a result of doing that review we'll do what we have to do to make it right.

**Kyle Simonairro - *T Rowe Price - Analyst***

Do you have an estimate of a range of your net interest margin during the quarter?

**John Spinney Jr. - *Investors Financial Services Corp. - CFO***

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Oct. 21. 2004 / 2:00PM, IFIN - Investors Financial Services Corp. Guidance Announcement |
|---|

No.

**Operator**

Ladies and gentlemen, this concludes our question-and-answer session. A replay of this call will be available starting 8 p.m. ET today and we'll run through October 27th at midnight CT. To access the replay please dial 719-457-0820 and enter in the pass code 937731. Again, that number is 719-457-0820 with a pass code of 937731. This concludes our conference call. We thank you for your participation.

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

# Exhibit I



# Thomson StreetEvents

## Conference Call Transcript

### IFIN - Q3 2004 Investors Financial Services Corp. Earnings Conference Call

Event Date/Time: Nov. 15. 2004 / 2:00PM PT
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Nov. 15, 2004 / 2:00PM, IFIN - Q3 2004 Investors Financial Services Corp. Earnings Conference Call

# CORPORATE PARTICIPANTS

**Joe DeCristofaro**
*Investors Financial Services Corp. - Manager, Investor Relations*

**Kevin Sheehan**
*Investors Financial Services Corp. - Chairman, CEO*

**John Spinney**
*Investors Financial Services Corp. - Senior Vice President, CFO*

# CONFERENCE CALL PARTICIPANTS

**Jon Arfstrom**
*RBC Capital Markets - Analyst*

**Carla Cooper**
*Robert W. Baird - Analyst*

**Casey Ambrich**
*Millenium Partners - Analyst*

# PRESENTATION

**Operator**

Good day, everyone. Welcome to the Investors Financial Services Corp. Third Quarter Earnings Release Conference Call. Today's call is being recorded. At this time for opening remarks and introductions, I would like to turn the call over to Mr. Joe DeCristofaro. Please go ahead.

**Joe DeCristofaro** *- Investors Financial Services Corp. - Manager, Investor Relations*

Thank you for joining us on today's call. We'll be making a number of forward-looking statements which are based on management's assumptions and predictions as of today. The company's actual results may differ materially from our current predictions due to any one of a number of factors. Information regarding the factors that may affect our actual results is set forth in the MD&A section of our most recent 10-Q and 10-K filings as amended with the SEC. I recommend that anyone listening to this call review these reports carefully. Because this call will be archived on our website, www.ibtco.com, I want to emphasize again for anyone listening at a later date the statements made today are based on our assumptions as of today, November 15, 2004. These assumptions may change but the recording of this call will not be updated. Joining us on today's call are Kevin Sheehan, Chairman and Chief Executive Officer, Mike Rogers, President, and John Spinney, Chief Financial Officer. I will now turn the call over to Kevin Sheehan.

**Kevin Sheehan** *- Investors Financial Services Corp. - Chairman, CEO*

I will begin by reviewing some of the key points from our restatement process which we successfully completed and then turn to our third-quarter results. John Spinney will finish with the detailed discussion of our financial results.

Senior management, the audit community of the board, our internal auditors and our independent registered public accountants have completed a comprehensive review of the amortization of premiums and accretion of discounts on all of our investment securities. We have examined the accounting for and evaluation of each and every investment security in our portfolio from December 31, 2000 to September 30, 2004. We are now amortizing premiums and accreting discounts in the affected securities in accordance with generally accepted accounting principals, including FAS 91. Again, we're making this statement in relation to all the securities and security types in our portfolio.

Today, we filed an amended annual report on form 10-KA for the year ended December 31, 2003. Amended quarterly reports on form 10-K -- 10-QA for the first two quarters of 2004 and our quarterly report on form 10-Q for the quarter ended September 30, 2004. We initially reported on October 21 that the impact of this change was not significant for the years 2002 through 2004, but it resulted in a larger reduction in 2001

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Nov. 15. 2004 / 2:00PM, IFIN - Q3 2004 Investors Financial Services Corp. Earnings Conference Call

reported earnings per share due to the rapidly changing interest rate environment during that period. The company's cumulative restatement since inception, resulting from the accounting review was a reduction of 6.2 million in net interest income. The opening adjustment to retained earnings as of January 1, 2001, was an increase of .9 million.

2001's total net interest income adjustment was a reduction of 8.5 million, resulting in a decrease in diluted earning per share of 8 cents. The net interest income adjustment for 2002 was a reduction of 2.3 million or 2 cents per share. For 2003, the adjustment was an increase of $1 million or 1 cent per share. For 2004, the adjustment was an increase of 2.7 million or 2 cents per share. There was no significant change to our capital or leverage ratios for any restated quarter. A detailed presentation of the changes arising from the restatement can be found in the reports we filed today with the SEC. In addition, this restatement did not impact the accounting for our SBA portfolio.

We did, however, correct a clerical error in the contractual maturity table in the MD&A session of our 2003 10-K. We previously reported federal agency securities having a yield of 3.16% in the over-10-year catagory and 2.76% in the 5- to 10-year category. These yields should have been 2.71% and 2.28% respectively, consistent with the income we recognize in our financial statements.

To summarize, we undertook a comprehensive effort to audit, recalculate and correct our financial statements and our SEC filings. We accomplished these tasks in a short period of time thanks to the tireless effort of our dedicated employees.

We will now turn to a review of our financial results. For the quarter ended September 30, 2004, we reported fully diluted earnings per share of 53 cents, up 29% from the third quarter of 2003's diluted EPS of 41 cents. For the 9 months ended September 30, 2004, net operating revenue rose 27% to 456 million while diluted operating earnings per share rose 52% and net operating income rose 56%. Our five-year compound annual growth rate and diluted earnings per share through September 30 remains an impressive 43%.

As we disclosed in our previous call in October, core business trends remain positive. Our total asset servicing fees for the third quarter grew impressively year-over-year due to three factors: Wins from new clients and existing clients, the ability of our clients to develop and sell product which generates fund flows that have a direct positive impact on our business, and higher asset values compared to a year-ago period. Also, as previously disclosed, our assets process continued to grow impressively. As of September 30, we processed approximately 1.2 trillion of assets for our clients, up 40 billion or 3% from June 30, 2004 and up 287 billion or 30% from September 30, 2003.

In addition to the AGON (ph) mandate to perform mutual fund administration for over 100 funds and 30 billion in assets announced on our last call, we're also very pleased to announce we have signed an agreement to provide comprehensive middle office outsourcing services to a new European client. Under this agreement, we will service approximately 60 billion in assets. We have also signed a letter of intent with the same new client to provide middle office outsourcing services to another approximately $100 billion in assets for a total of 160 billion in new assets. The current status of our new business pipeline remains medium. We continue to maintain a positive outlook on our sales pipeline as we are seeing strong levels of RFP activity, and increased interest by our clients in our service offerings.

To summarize, our third-quarter results demonstrate a continued robust condition of our business. These results were driven by our ability to sell new and existing clients, strong client fund flows and prudent expense management. I will now turn the call over to John Spinney who will review the quarter's financial results in more detail.

**John Spinney** - *Investors Financial Services Corp. - Senior Vice President, CFO*

As Kevin mentioned, third-quarter diluted EPS came in at 53 cents, a 29% increase over our third-quarter, 2003, diluted EPS of 41 cents. On a year-over-year basis, our third-quarter net operating revenue increased 22% while our operating expenses grew 15%, again, exhibiting positive earnings growth in the continued leverage of our business model. For the nine months ended September 30, 2004, net operating revenue rose 27% to 456 million while our expenses grew 14%. Diluted operating earnings per share rose 52% and net operating income rose 56% for the nine months ended September 30, 2004.

We generate revenues based on assets under administration, the number of transactions generated by our clients and net interest income. These three revenue streams create a natural hedge for our business model. The breakdown of our revenue stream for the third quarter of 2004 was 52% asset-based, 16% transaction-based, and 32% net interest income based. I will now discuss the significant income and expense components for the third quarter in more detail.

Core asset servicing fees for the third quarter increased 18% year-over-year due to three factors: Wins from new and existing clients, the ability of our clients to develop and sell product which generates fund flows that have a direct positive impact on our business and higher asset values

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Nov. 15. 2004 / 2:00PM, IFIN - Q3 2004 Investors Financial Services Corp. Earnings Conference Call

compared to the year ago period. The increase in ancillary services revenue is driven primarily by strong increases in cash management and investment advisory fees. Cash management, sweep revenues grew as a result of higher domestic and foreign cash balances held by our clients. The increase in investment advisory fees resulted from higher balances and our proprietary Merrimack money funds.

Directly related to the growth of our processing business is the growth of our balance sheet which on an average basis grew 2 billion or 25% from last year's third quarter to this year's third quarter as a result of strong client funding which, grew 35% year-over-year. Net interest income was up 31% on a year-over-year basis primarily due to balance sheet growth driven by strong client funding and a relatively steep yield curve.

We continue to maintain strong net interest margin of spread as a result of the strong client funding. The linked quarter net interest margin increased by 18 basis points to 1.94% while the linked quarter interest rate spread also increased 18 bases points to 1.85%.

Our investment portfolio is comprised of securities backed by the U.S. government and/or triple-A rated securities. As of September 30, we continue to run a closely-matched balance sheet with an asset duration of approximately 1.4 years and liability duration of approximately one year. The continued high amount of variable rate securities in our portfolio has allowed us to maintain low asset duration.

Total operating expenses were up 15% year-over-year compared to our 22% increase in net operating revenue. Compensation and benefits expense was up 6% year-over-year largely due to higher headcount and incentive accruals, partially offset by employee costs that shifted to IBM Global Services as part of our recent outsourcing arrangement. Technology and telecommunications increased 40% due to increased infrastructure investments and our new outsourcing arrangement with IBM Global Services. Transaction processing services costs increased 32% due to higher global balances and transactions with our sub-custodians. Other operating expenses increased 82% to 3.6 million for the quarter, due to increased regulatory assessments due to higher deposit liabilities, higher recruiting expense, increased advertising expense, and miscellaneous office expenses.

Given the status of our pipeline as well as the capital markets and interest rate environments, we remain comfortable with our 2004 earnings per share guidance of $2 to $2.05, representing a greater than 35% annual increase in diluted earnings per share. As we previously stated, our guidance includes a 200 additional 200 basis point increase in the Fed funds rate from today to 4% over the next 15 months. Included in our guidance is and has always been a forecast of SBAs running at industry prepayment speeds. We remain comfortable with our long-term growth rate of 25% on EPS. As we have done historically, we revert back to our historical growth rate of 25% at the outset of a new year and adjust our guidance as we lock in new business. Amy, I'd now like to open up the call to your questions.

## QUESTION AND ANSWER

**Operator**

Thank you, the question-and-answer session will be conducted electronically. If you would like to ask a question, please press the star key followed by the digit 1 on your telephone. If you're using a speaker phone, please make sure your mute function is turned off to allow your signal to reach our equipment. We will proceed in the order that you signal us and we'll take as many questions as time permits. Once again, that's star 1 for your question. We will pause for just a moment. The first question is from Jon Arfstrom with RBC Capital Markets.

**Jon Arfstrom** *- RBC Capital Markets - Analyst*

Good afternoon, guys.

**John Spinney** *- Investors Financial Services Corp. - Senior Vice President, CFO*

Good afternoon.

**Jon Arfstrom** *- RBC Capital Markets - Analyst*

Hey, John. Little different tone on this call than the last one, right?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Nov. 15, 2004 / 2:00PM, IFIN - Q3 2004 Investors Financial Services Corp. Earnings Conference Call

**John Spinney** - *Investors Financial Services Corp. - Senior Vice President, CFO*

Yes.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Question on the restatement. Is it finished, is there any more risk here, is this issue complete and it's over with and we don't have to think about it.

**John Spinney** - *Investors Financial Services Corp. - Senior Vice President, CFO*

Yes, it's done, Jon. We made a full assessment and filed everything today.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Any changes you see in your business as a result of this, higher expense rate, does it impede your ability to grow, does it inject volatility, what changes?

**John Spinney** - *Investors Financial Services Corp. - Senior Vice President, CFO*

It doesn't have any affect on our business whatsoever, especially in terms of continuing to grow the business. We're still focusing on buying the same types of investments and generating that complementary income from net interest income and we see very little volatility as a result

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. One of the line-items I think surprised people in late October when you released your numbers was the core fee services line and it was lower than, I think, a lot of people expected. Can you talk a bit about what caused that and maybe give us an outlook for part way through the fourth quarter since we have seen volumes return in the market, come up a bit.

**John Spinney** - *Investors Financial Services Corp. - Senior Vice President, CFO*

Sure. During in the summer time months which, is part of the third quarter, I guess, we're lower volumes across the board on, on all the ancillary services and then within the core business where the buys and sells occur that are part of that "mutual fund fee". Those were lower than we had expected and lower than the previous year. So, as a result, the core revenues were down. In addition, we have, we've locked up five very significant clients for additional 3- to 5-year contracts and, as a result, had a little bit of fee give-back on some of those clients that flowed through the third quarter, but we expect, with the fourth quarter, with assets up that those asset revenues that came down will be recouped. I think the other thing that is going to happen in the fourth quarter is it happened a little bit in the third quarter was comp and benefits had some expense related to the business we won, that we talked about on this call and the previous call. We hire ahead so we're going to have a little bit of expense in the third and the fourth quarter here. The assets will convert in the end of this year for AGON and then into '05 for the new business that we won in Europe. So the revenues will catch up with the expenses going into '05 with respect to that.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. Can you talk a bit about the extent of services that you're providing. I know you said middle office, but can you describe what you're doing for them.

**John Spinney** - *Investors Financial Services Corp. - Senior Vice President, CFO*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Nov. 15. 2004 / 2:00PM, IFIN - Q3 2004 Investors Financial Services Corp. Earnings Conference Call

It's fund accounting, recon, and trade order management.

---

**Jon Arfstrom** *- RBC Capital Markets - Analyst*

Custody as well?

---

**John Spinney** *- Investors Financial Services Corp. - Senior Vice President, CFO*

Not custody to start with, no.

---

**Jon Arfstrom** *- RBC Capital Markets - Analyst*

Okay. And then I guess the last question is just on your interest rate positioning. Has anything that the Fed has done so far and the changes in the slope of the curve surprised you or has it all been consistent with your expectations for a flattening curve?

---

**John Spinney** *- Investors Financial Services Corp. - Senior Vice President, CFO*

It's pretty consistent with what we expected in terms of what the Fed moves have been. And it was built into that 300-basis point guidance we gave way back in June and continues to be in our guidance with the 200 basis points up from here today.

---

**Jon Arfstrom** *- RBC Capital Markets - Analyst*

All right. Thanks.

---

**John Spinney** *- Investors Financial Services Corp. - Senior Vice President, CFO*

Yes.

---

**Operator**

We'll now hear from Carla Cooper.

---

**Carla Cooper** *- Robert W. Baird - Analyst*

Good afternoon. Can you just talk a little bit more about what compensation did on a sequential basis. It looked to me like it was off Q2 to Q3 quite a bit.

---

**John Spinney** *- Investors Financial Services Corp. - Senior Vice President, CFO*

Sure, Carla. Compensation was down on the linked quarter basis, primarily due to lower incentive accruals from the second quarter to the third quarter and just, you know, recalling Q1 and Q2 were significant quarters on the ancillary revenue line-items, as well in the second quarter with the core revenue line items and, as a result, higher incentives are accrued when the revenues and the earnings are there commensurate with those, um, with those expenses.

---

**Carla Cooper** *- Robert W. Baird - Analyst*

Thanks and then you said AGON Q4, beginning or end of Q4, and then looking out to next year, um, any, any closer sort of guidance as to when we should look to the revenue from the new clients?

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Nov. 15. 2004 / 2:00PM, IFIN - Q3 2004 Investors Financial Services Corp. Earnings Conference Call

**John Spinney** *- Investors Financial Services Corp. - Senior Vice President, CFO*

AGON started in the fourth quarter and, um, it will be throughout 2005 that that revenue comes on for the other business.

**Carla Cooper** *- Robert W. Baird - Analyst*

Great. Thanks.

**Operator**

Once again, if you have a question, it's star 1 on your telephone. If you find that your question has been answered, you may remove yourself by pressing the pound key. We'll now hear from Casey Ambrich with Millennium Partners.

**Casey Ambrich** *- Millenium Partners - Analyst*

Good evening, gentlemen, thanks very much for taking the question.

**John Spinney** *- Investors Financial Services Corp. - Senior Vice President, CFO*

Sure, Casey.

**Casey Ambrich** *- Millenium Partners - Analyst*

Great quarter, really. Just a question on the expenses. Could you just go into this IBM outsourcing agreement and how we should think about that? Maybe you announced that before, but I don't remember hearing about that.

**John Spinney** *- Investors Financial Services Corp. - Senior Vice President, CFO*

It was announced before and it's, for the most part, it's expense neutral. The early part of the contract. A little bit of overlap that we picked up this year. For the most part, it has very little impact on expenses going forward. In fact, I think over time, we'll be able to generate some leverage within that contract to help us.

**Casey Ambrich** *- Millenium Partners - Analyst*

Okay, great. Thank you very much.

**Kevin Sheehan** *- Investors Financial Services Corp. - Chairman, CEO*

Yes.

**Operator**

Mr. Sheehan, at this time, I will turn the call back to you.

**Kevin Sheehan** *- Investors Financial Services Corp. - Chairman, CEO*

Thank you, Amy. In closing, thanks for your patience as we work through this restatement. Given the new business closing during the month and the increasing demand for our services, we look forward to a strong fiscal 2005. Thanks again.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Nov. 15. 2004 / 2:00PM, IFIN - Q3 2004 Investors Financial Services Corp. Earnings Conference Call

**Operator**

That does conclude today's conference. We thank you for your participation. You may now disconnect.

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies mayindicate and believe that the assumptions underlying the forward-looking statements are reasonable. any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION  PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Exhibit J

# Thomson StreetEvents

## Conference Call Transcript

### IFIN - Q4 2004 Investors Financial Services Corp. Earnings Conference Call

Event Date/Time: Jan. 25. 2005 / 2:00PM PT
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jan. 25. 2005 / 2:00PM, IFIN - Q4 2004 Investors Financial Services Corp. Earnings Conference Call

## CORPORATE PARTICIPANTS

**Joe DeCristofaro**
*Investors Financial Services Corp. - IR*

**Kevin Sheehan**
*Investors Financial Services Corp. - Chairman, CEO*

**John Spinney**
*Investors Financial Services Corp. - CFO, SVP*

## CONFERENCE CALL PARTICIPANTS

**Jon Arfstrom**
*RBC Capital Markets - Analyst*

**Joel Gomberg**
*William Blair - Analyst*

**Carla Cooper**
*Robert Baird - Analyst*

**Trisha Meave**
*Variant Research - Analyst*

**Brandi Shaw**
*Beekman Capital Management - Analyst*

**Stuart Quint**
*Gartmore Global - Analyst*

## PRESENTATION

---

**Operator**

Good day, everyone. And welcome to the Investors Financial Services Corp. fourth-quarter and year-and earnings release conference call. Today's conference is being recorded. At this time, for opening remarks and introductions, I would like to turn the conference over to Joe DeCristofaro. Please go ahead, sir.

---

**Joe DeCristofaro** *- Investors Financial Services Corp. - IR*

Thank you for joining us on today's call. We will be making a number of forward-looking statements, which are based on management's assumptions and predictions as of today. The Company's actual results may differ materially from our current predictions due to any one of a number of factors. Information regarding the factors that may affect our actual results is set forth in the MD&A section of our most recent 10-Q and 10-K filings, as amended with the SEC. I recommend that anyone listening to this call review these reports carefully.

Because this call will be archived on our website, www.ibtco.com, I want to emphasize again for anyone listening at a later date that the statements made today are based on our assumptions as of today, January 25th, 2005. These assumptions may change, but the recording of this call will not be updated.

Joining us on today's call are Kevin Sheehan, Chairman and Chief Executive Officer; Mike Rogers, President; and John Spinney, Chief Financial Officer. I'll now turn the call over to Kevin Sheehan.

---

**Kevin Sheehan** *- Investors Financial Services Corp. - Chairman, CEO*

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 25. 2005 / 2:00PM, IFIN - Q4 2004 Investors Financial Services Corp. Earnings Conference Call

Thanks, good afternoon. I'll begin by reviewing some of the key points from our full-year results. John Spinney will then provide you with a more detailed discussion of our financial results.

For the year ended December 31st, 2004, we again reported extremely impressive results. The 39 percent increase to 209 (ph$) in 2004 diluted earnings per share from $1.50 in 2003 was at the high end of our recently increased guidance. These results were driven by a 25 percent increase in our net operating revenue to 613 million and a 43 percent increase in our net operating income to 142 million.

Even more impressive of -- are our five-year compound annual growth rates in revenue, diluted earnings per share and net income. These growth rates include our performances in both strong and weak market environments and illustrate the health of our business and the leverage in our model. For the past five years, we have grown our diluted earnings per share to 42 percent keger (ph), our net income at a 46 percent keger, and our net operating revenue at a 29 percent keger.

As of December 31st, we processed approximately 1.43 trillion of assets for our clients, up 187 billion or 15 percent from September 30th, 2004 and up 373 billion or 35 percent from December 31st, 2003. During the fourth quarter of 2004, we converted approximately 50 billion in new assets from new clients, including the first substantial conversion of the 47 billion in assets from our previously announced 160 billion new European client.

We expect to convert the rest of these assets during 2005. The remaining 3 billion in new assets comes from other new clients, including The Boulder Funds and Cypresstree International (ph). In addition to the 50 billion in assets we won from new clients, we also converted approximately 15 billion in new assets from existing clients, including Aegon, Eaton Vance, and Mass Mutual.

We also experienced market appreciation and client fund flows of 123 billion during the fourth quarter. The current status of our new business pipeline remains medium. We continue to maintain a positive outlook on our sales pipeline, as we are seeing strong levels of RFP activity and increased interest by our clients in our service offerings.

To summarize our results demonstrates the continued robust condition of our business. This performance was driven by our ability to sell to new and existing clients and strong client fund flows.

I will turn the call over to John Spinney, and we'll review the quarter's financial results in more detail.

---

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

Thank you, and good afternoon. As Kevin mentioned, for the year ended December 31st, 2004, net operating revenue rose 25 percent to 613 million, while our expenses grew only 16 percent. As a result of this leverage in our model, we are able to grow net operating income by 43 percent to 142 million in diluted earnings per share by 39 percent to $2.09. For the fourth quarter, net operating revenue increased 19 percent year-over-year, while our diluted operating earnings per share grew to $0.52, an 11 percent increase over our fourth-quarter 2003 diluted EPS of $.47.

I will discuss our full year and fourth-quarter 2004 results in more detail in a moment. We generate revenues based on assets under administration, the number of transactions generated by our clients and net interest income. These three revenue components create a natural hedge for our business model.

The breakdown of our revenue stream for 2004 was 52 percent asset-based, 17 percent transaction-based, and 31 percent net interest income-based. The breakdown of our revenue stream for the fourth quarter of 2004 was similar at 53 percent asset-based, 16 percent transaction-based and 31 percent net interest income-based.

I will now discuss the significant income and expense components for our full-year 2004 results. As we disclosed in our last call in November, key business trends remain positive. Our total 2004 core asset servicing fees grew an impressive year-over-year rate of 24 percent due to three factors -- wins from new clients and existing clients; the ability of our clients to develop and sell product, which generates fund flows that have a direct positive impact on our business; and higher asset values compared to the year-ago period.

2004 ancillary service fees grew by 37 percent, driven primarily by strong increases in foreign exchange and cash management sweet peas (ph). Foreign exchange revenues grew by 49 percent year-over-year due to new clients, increased activity in international markets for our existing clients, and volatility in the currency markets. Cash management suite revenues grew 26 percent year-over-year, primarily as a result of higher

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jan. 25. 2005 / 2:00PM, IFIN - Q4 2004 Investors Financial Services Corp. Earnings Conference Call

domestic in foreign cash balances held by our clients. Total operating expenses were up 16 percent year-over-year, compared to our 25 percent increase in net-operating revenue.

Turning to individual 2004 costs, compensation benefits expense was up 10 percent year-over-year, largely due to higher headcount in incentive accruals, as well as higher payroll taxes and benefit expenses consistent with our growth in headcount. The increase in headcount of 365 employees to 2,778 at the end of 2004 was driven by the higher amount of new business we won during the year and the filling of open positions.

Technology and telecommunications increased 28 percent due to our continuing investments in technology and our new outsourcing arrangement with IBM Global Services, which is scaled to support our growth. Transaction processing service costs increased 27 percent due to higher global asset values and transactions with our subcustodians.

I'll now discuss the significant income expense components for the fourth quarter in more detail. Core asset servicing fees for the fourth quarter increased 18 percent year-over-year due to the same three factors I mentioned previously -- wins from new and existing clients, the ability of our clients to develop and sell their products, and higher asset values compared to the year-ago period.

The 21 percent increase in fourth-quarter ancillary services revenue was driven by strong increases in foreign exchange, cash management, and securities lending fees. Cash management suite revenues grew 33 percent, primarily as a result of higher domestic and foreign cash balances held by our clients. The 35 percent increase in securities lending fees resulted from generally improved spreads and higher volumes. Foreign exchange revenues grew 15 percent due to new clients, increased activity in international markets, and volatility in currency markets.

For the fourth quarter, total operating expenses were 19 percent quarter-over-quarter, compared to a 19 percent increase in net operating revenue. The growth in our cost structure during the fourth quarter was largely driven by new business we won during the second half of 2004, which required us to lead with headcount in technology.

Turning to individual fourth-quarter costs, compensation and benefits expense was up 18 percent quarter-over-quarter, largely due to higher headcount in incentive accruals, as well as higher payroll taxes and benefit expenses consistent with our headcount growth.

Technology and telecommunications increased 51 percent, primarily due to the transition to our new outsourcing arrangement with IBM Global Services. The transaction processing services cost increased 18 percent due to higher global asset values and transactions with subcustodians. Directly related to the growth of our processing business is the growth of our balance sheet, which on average basis grew by 2.1 billion or 24 percent from last year's fourth quarter to this year's fourth quarter, as a result of strong client funding.

Net-interest income was up 22 percent on a year-over-year basis, primarily due to balance sheet growth -- again, driven by healthy client funding. We continue to maintain strong interest margin and spread during the fourth quarter. The linked-quarter net-interest margin decreased by 6 basis points to 1.88 percent, while the linked quarter interest rate spread decreased by 10 basis points to 1.75 percent.

Our investment portfolios comprised of securities backed by the U.S. government and/or AAA-rated securities. As of December 31st, we continue to run a closely match balance sheet with an asset duration of approximately 1.3 years and a liability duration of approximately 1 year. The continued high amount of variable-rate securities in our portfolio has allowed us to maintain low-asset duration.

Turning to our earnings guidance for 2005, as we have done historically, we are reverting back to our targeted long-term diluted earnings-per-share growth rate of 25 percent at the outset of the year and will adjust our guidance as we progress through the year. Our guidance includes an additional 175 basis point increase in the fed (ph) funds rate from today to 4 percent by the end of 2005. We are also modeling a further flattening of the yield curve in 2005. We remain comfortable with our long-term growth rate of 25 percent EPS.

I would now like to turn the -- open up the call to your questions. Operator?

## QUESTION AND ANSWER

**Operator**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jan. 25. 2005 / 2:00PM, IFIN - Q4 2004 Investors Financial Services Corp. Earnings Conference Call

Thank you, the question-and-answer session will be conducted electronically. (OPERATOR INSTRUCTIONS). Jon Arfstrom, RBC Capital Markets.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

A question for you on the value edit numbers. They look good in the fourth quarter, and I'm wondering if -- so far that environment is continued into the first quarter. And then, I have a follow-up on that.

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

Yes, that's continued into the first-quarter, Jon.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

And then, also, on Q1 and Q2, you had some fairly high comps. You had the strong Q1 and Q2, a year ago, in some of your F-ex line, and I'm just curious how you feel about your ability to exceed that year-over-year?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

I think what we see is -- we've seen assets in the international markets that we have custody for increase, substantially, the last part of this year and going into next year that will hopefully provide us with the volume. We're still getting some volatility in the currencies.

So I feel pretty good about being able to meet what we did last year in the first two quarters here, provided the flows keep coming into these international products, as we saw last year. And we're seeing it to the end of this year.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. And then, on the expenses how -- are all of your new business expenses from the fourth quarter in the run rate, or will you see some incremental expenses in the first quarter from the new business that you added late in the year?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

They are already in the fourth-quarter run rate, as we look into next year. I think the only expenses going up -- going into the first quarter would be typical comp expenses, payroll taxes reload as annual comp increases go into effect. Those will be the major -- and incentive accruals begin again. So other than that, I would expect most expenses to be at their current run rate or less, with the exception of depreciation expense that will go up slightly.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

And then, in terms of the 100 billion (ph) that comes out later in the year -- do you need to add significant amount of incremental expenses to handle that, or is this embedded in what you have added already?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

There will be some incremental headcount, as the rest of the staff (ph) has come on. But as far as the technology cost and other transition costs, those are already embedded in the run rate.

**Operator**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

> Jan. 25. 2005 / 2:00PM, IFIN - Q4 2004 Investors Financial Services Corp. Earnings Conference Call

Joel Gomberg, William Blair.

**Joel Gomberg** - *William Blair - Analyst*

Thanks. The technology expense line item, you mentioned IBM. Are you going to be able to get some efficiencies out of that going forward? Or is this the run rate as well?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

Joel, that run rate will come down. As I mentioned, on the previous call, in entering into this agreement with IBM, there were certain transition costs, which were born in the second -- I mean, third and fourth quarter of '04. So our run rate will go down in the first quarter.

And then, the whole premise behind entering into an outsourcing arrangement like this is to get the leverage out of the model that IBM brings to the table. So we will be able to grow based off that current run rate. And that was the key -- is that the growth was built into the existing run rate. So as we grow, we are not going to need to add incremental expense there.

**Joel Gomberg** - *William Blair - Analyst*

And then, John, it looks like you had a big jump in the headcount during the fourth quarter. Are you taking on some people from this new European client? Is that part of it?

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

Yeah, as we said in the last call as well, we were adding headcount going into the beginning of the fourth quarter here -- to handle both that and the Aegon business. So, both of those were being staffed up. We also filled open positions towards the end of the third quarter into the fourth quarter. And that is what caused the sequential increase in headcount.

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

But we are not taking over any incremental people from the client, Joel.

**Joel Gomberg** - *William Blair - Analyst*

(Indiscernible) It's not a list of -- and then, you had a pick-up in your deposits at year end. Is that something that is seasonal, and we expect to go back down? And then, we have clearly seen some flattening of the yield curve here this last quarter. So maybe you could talk a little bit about your expectations on the margin -- some contraction here in the first quarter, as we move along if the deposits run down.

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

I think I would probably look at it more on an average basis and year-over-year on the deposits front. Regardless of what we've got right at 12/31 is grown tremendously. And that afforded us the ability to grow the balance sheet by $2 billion this year. And as our assets continued to grow that we administer, more deposit flow will come off of that as a result. So I feel pretty comfortable that deposit flows will continue to move in line with asset growth. And whatever we've got at year-end, it could have been a year-end principal and interest payments that we got over year-end. So I'd more focus on the average balance increasing.

And then with respect to the yield curve, we do have a flattening of the yield curve baked into our guidance for next year and expect dead (ph) funds to achieve 4 percent by the end of December. That's baked into our guidance. Does that answer your question?

**Joel Gomberg** - *William Blair - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jan. 25. 2005 / 2:00PM, IFIN - Q4 2004 Investors Financial Services Corp. Earnings Conference Call

Yes, thank you.

**Operator**

Carla Cooper, Robert Baird.

**Carla Cooper** - *Robert Baird - Analyst*

I wondered first if the amount that you expect to convert from -- the amounts that you have not yet converted from the European client -- does that total roughly 100 billion yet to convert from that client?

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

It's not in the total number of assets process we gave you.

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

You have to convert --

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

You have to convert.

**Carla Cooper** - *Robert Baird - Analyst*

Right, okay. You have to convert. Because I think you said that client -- you expected; ultimately, to get about 160 billion in two different conches (ph)? And so, I'm just trying to make sure I'm doing all of the math. You got 47 this quarter, and that is in the number that you reported. And then, there should be roughly another 100, 110?

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

Yes.

**Carla Cooper** - *Robert Baird - Analyst*

Okay. And then, the second thing I wanted to just clarify is -- when you talk about your 25 percent EPS growth expectations, what kind of assumption does that bake in for, I guess, both the market and then also fund flows from your client?

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

Typically, as we've always done, Carla, we revert back to that 25 percent. There is no market appreciation built into achieving the 25 percent. If we get it, that's great. And from the fund flows perspective, we only bake in 6 percent. As we talked about at the end of the third quarter, most of the growth in assets we had this year was from good, strong client fund flows. We saw in the fourth quarter, the S&P was up on a link basis about 90 percent. Our asset growth was somewhere in the neighborhood of 15 percent. We are still getting strong fund flows to the tune of 6 percent just in the fourth quarter. So I feel from a budgeting and forecasting perspective right now, we are going down the right path.

**Carla Cooper** - *Robert Baird - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

---

Jan. 25. 2005 / 2:00PM, IFIN - Q4 2004 Investors Financial Services Corp. Earnings Conference Call

---

And then, I had a question about investment advisory in the fourth quarter. It looked to me like that was down a bit, both sequentially and year-over-year. And I wondered if you could just comment on that?

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

Yes, the Mayor Max funds, which are a family of -- a family of mutual funds, excuse me, that we advise and we utilize subadvisers to work with us on those funds. During the fourth quarter, with the rate increases and the weighted-average life of that portfolio, it did lag a little bit in performance. And as a result, we waived fees during the fourth quarter. We expect that to continue a little bit into the first quarter, most likely, until the yield in the portfolio catches up with more of a market yield, which is not uncommon in this marketplace.

**Carla Cooper** - *Robert Baird - Analyst*

Okay. And then, last thing, is just that your fund flows from your client have continued to outpace the market pretty substantially. And I wonder if you could amplify maybe why you think that is? Just you're aligned with the right clients, who are doing a great job driving their product? Or is there something else that's feeding into that success?

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

I think it's just exactly what you said -- we are aligned with clients that know how to develop products, distribute products. That's one of the basic underpinnings of the firm since day one -- was to align ourselves with those types of clients. You saw that with -- we've got a very -- couple of good international fund managers that have really done well for themselves and garnered a lot of assets that have been driven to our platform. You the ETS grow extremely -- strongly this year, that benefited us.

Eaton Vance (ph) has done a great job of developing some new products over the last 12 months that have really driven assets to their platform. And you know, performance drives asset flows, I think, the clients that we have have done a very good job of managing money. And as a result, -- have gotten the returns and the asset flows great.

I think the last point I'll make is on the European front. Dublin -- the assets in Dublin are up probably about 70 percent this year. We have had tremendous flows in that office off of some pretty sizable clients. We continue to see that business grow in terms of income perspective, about a hundred percent over last year. So we're getting some good movement out of Europe as well.

**Operator**

(OPERATOR INSTRUCTIONS). Trisha Meave, Variant Research.

**Trisha Meave** - *Variant Research - Analyst*

Just a small question -- looking at the pipeline -- just trying to get a sense of whether we're seeing large clients, small clients? What's the mix here in the pipeline? What is the sales cycle that you're seeing?

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

I think the pipeline still has all different sizes of clients -- large outsourcing, medium-sized outsourcing client, and small clients, whether they are CDOs, CLOs, partnerships, thing of that nature. So the pipeline, I think, is robust across itself.

And I think what we have seen in '04 is a lot more sales close in '04. We've talked about the sphitzer (ph) phenomenon getting some headwind in '03 and into '04. We're starting to see a lot more movement from our prospects on looking at outsourcing and by a lot of the things we dealt with in '03 and '04. And we feel pretty bullish about the pipeline right now in terms of what we see in there and what is coming down the pipe for us.

**Trisha Meave** - *Variant Research - Analyst*

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Jan. 25. 2005 / 2:00PM, IFIN - Q4 2004 Investors Financial Services Corp. Earnings Conference Call |

Great. You talked about your client penetration in 2005. How much of that is already baked in into your 25 percent growth rate?

---

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

I'm sorry, say that again, Trish?

---

**Trisha Meave** - *Variant Research - Analyst*

In looking at your client, it says two clients -- how much of the 25 percent is incorporating in further client penetration or additional business wins with them?

---

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

There is nothing baked in there in terms of additional growth. That's growth that will get you new sales or cross cells. But is -- in the achieving the '05 number is anything we've sold in '04 that had a fraction of a year will now be in the '05 run rate for the full year and help us achieve the 25-percent growth.

---

**Operator**

Brandi Shaw, Beekman Capital Management.

---

**Brandi Shaw** - *Beekman Capital Management - Analyst*

Hi, guys, great quarter. I was kind of wondering if you could just touch base real quick and just refresh whether or not the accounting changes are going to have any significant effect in '05 or any at all? And just -- if we have any expectations for stock option expensing or anything along those lines?

---

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

Yes, Brandi, on the stock-option expensing first -- we have come out publicly and talked about that being somewhere in the neighborhood of $0.05 to $0.06 once it is opted on July 1st of '05. And that is baked into the 25-percent earnings guidance.

And then, secondly, on the change in accounting on fast (ph) 91 that we talked about on the November 15th call, I expect that to have very little impact going forward.

---

**Brandi Shaw** - *Beekman Capital Management - Analyst*

Okay, that is what I thought. On the $0.05 to $0.06, are you guys going to take that all in the third quarter?

---

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

It will be spread through both the third and fourth quarter, as the previous grants get amortized off and any other grants that are made in those two quarters come on.

---

**Operator**

(OPERATOR INSTRUCTIONS). Stuart Quint, Gartmore Global.

---

**Stuart Quint** - *Gartmore Global - Analyst*

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jan. 25. 2005 / 2:00PM, IFIN - Q4 2004 Investors Financial Services Corp. Earnings Conference Call

Congratulations on the quarter. Just one quick question -- one of your big competitors was talking about additional expense from regulatory and compliance issues. And I'm curious about your thoughts on that, if any?

---

**John Spinney** - *Investors Financial Services Corp. - CFO, SVP*

I think that one of the biggest expenses we've had was Sarbanes-Oxley. That was born in our expense run rate for '04 and is in our estimates for '05. All other -- I think, regulatory expenses are built into our forecast for next year. I don't see there being a tremendous amount of expense increase from that area.

---

**Operator**

That does conclude our Q&A session. I'll turn the conference back over to Kevin Sheehan for additional or closing remarks.

---

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

Thank you. In closing, thank you for your interest in Investors Financial. Given our new business, closings during the fourth quarter and increasing demand for our services, we look forward to a strong fiscal 2005. That ends our call.

---

**Operator**

That does conclude today's conference. We thank you for your participation. You may now disconnect.

---

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Exhibit K



# Thomson StreetEvents

## Conference Call Transcript

### IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call

Event Date/Time: Apr. 13. 2005 / 2:00PM PT
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Apr. 13. 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call

# CORPORATE PARTICIPANTS

**Joe DeCristofaro**
*Investors Financial Services Corp. - IR*

**Kevin Sheehan**
*Investors Financial Services Corp. - Chairman, CEO*

**John Spinney**
*Investors Financial Services Corp. - CFO*

# CONFERENCE CALL PARTICIPANTS

**Jon Arfstrom**
*RBC Capital Markets - Analyst*

**Greg Larson**
*Sirinach - Analyst*

**Joel Gomberg**
*William Blair - Analyst*

**Troy Ward**
*A.G. Edwards - Analyst*

**Ryan Rachin**
*American Express - Analyst*

**Carla Cooper**
*Robert W. Baird - Analyst*

**Dean Arnold**
*Millennium Partners - Analyst*

**Tom Haine**
*BAM - Analyst*

**Stuart Quint**
*Gartmore Global Investments - Analyst*

# PRESENTATION

**Operator**

Good day everyone, and welcome to the Investors Financial Services Corp. first-quarter 2005 earnings conference call. Today's call is being recorded. At this time for opening remarks and introductions, I would like to turn the call over to Mr. Joe DeCristofaro (ph). Please go ahead, sir.

**Joe DeCristofaro** - *Investors Financial Services Corp. - IR*

Thank you for joining us on today's call. We will be making a number of forward-looking statements, which will are based on management's assumptions and predictions as of today. The Company's actual results may differ materially from our current predictions due to any one of a number of factors. Information regarding the factors that may affect our actual results is set forth in the MD&A section of our most recent 10-K filing with the SEC. I recommend that anyone listening to this call review this report carefully.

Because this call will be archived on our website, www.ibtco.com, I want to emphasize again for anyone listening at a later date that the statements made today are based on our assumptions as of today, April 13, 2005. These assumptions may change, but the recording of this call will not be updated.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Apr. 13. 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call

Joining us on today's call are Kevin Sheehan, Chairman and Chief Executive Officer; Mike Rogers, President; and John Spinney, Chief Financial Officer. I will turn the call over to Kevin Sheehan.

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

Thanks, Joe. I will begin by reviewing some of the key points from the first quarter. And then John Spinney will discuss our financial result in more detail.

Investors Financial Services recorded solid results for the first quarter of 2005. On a link quarter basis, our net operating revenue grew by 7%, while our operating expenses increased by 2%, again exhibiting positive earnings leverage. Diluted EPS for the quarter came at $0.60, up 15% on a linked quarter basis, and up 11% on a year-over-year basis. We achieved these positive results for the first quarter as well as the final two quarters of 2004 in an environment where the Fed funds rate rose by 175 basis points and the yield curve flatten significantly.

As of March 31, we processed approximately 1.47 trillion of assets for our clients, up 39 billion from December 31, 2004, up 338 billion, or 30%, from March 31, 2004. We won approximately $0.5 billion in alternative investment assets from a new client. This is an important win for us because it represents further expansion into the growing alternative asset space, and we are confident this client will create and distribute product which generates fund flows and future revenues for us.

We also won custody, fund accounting, and trustee services for the Fidelity Brokerage Company's unitized stock pools, and fund of funds, as well as fund accounting custody and fund administration for Mercer Global Investments' new series of mutual funds. Both are expected to commence in the second quarter of 2005.

In addition, we won approximately 7 billion in assets from numerous existing clients during the quarter, including Eaton Vance, Smith Graden (ph), and Vega.

As a result of the corporate mergers -- of corporate merger, the ING, ETNA, and the JPMorgan funds we service, representing 9 billion in assets, converted out during the quarter. Market appreciation client fund flows accounted for approximately 40 billion during the quarter. Directly related to the growth of the processing business is the growth of our balance sheet, which on an average basis grew 20% from last year's first quarter to this year (technical difficulty) this balance sheet growth.

The current status of our new business pipeline remains medium. We're seeing significant pent-up demand for asset servicing in the investment management industry that was previously subdued due to the regulatory pressures and concerns. As a result, we continue to maintain a positive outlook on our sales pipeline, and believe that sufficient opportunities exist for us to close enough business to meet our financial goals for 2005. Timing of conversion and the close of these sales is key.

To summarize, we again delivered solid results for our investors during the first quarter of 2005. These results were driven by positive impact to the business we sold in 2004, strong fund flows, and our continued cost controls.

I will now turn the call over to John Spinney who will review the quarter's financial result in more detail.

**John Spinney** - *Investors Financial Services Corp. - CFO*

Good afternoon. As Kevin mentioned, first-quarter diluted EPS came in at $0.60, an 11% increase over our first-quarter 2004 diluted EPS of $0.54. On a link order basis, diluted EPS rose by $0.08, or 15%. We were able to exhibit positive earnings leverage on both a year-over-year and linked quarter basis.

On a linked quarter basis, our net operating revenue grew by 7%, while our operating expenses increased by 2%. We generate revenues based on assets under administration, the number of transactions generated by our clients, and net interest income. These three revenue components create a natural hedge for our business model.

The breakdown of our revenue stream for the first quarter of 2005 was 54% asset based, 16% transaction based, 28% net interest income based, and 2% from securities sales. Our results for the first quarter of 2005, as well as for the second half of 2004, demonstrate this natural hedge. For example, short-term interest rates have increased substantially over the past nine months with a corresponding flattening of the yield curve. We have continued to grow our core asset servicing fees at an impressive rate in this environment.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Apr. 13. 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call

I will now discuss the significant income expense components for the first quarter in more detail. Core asset servicing fees for the first quarter increased 16% year-over-year, and 7% linked quarter, due to previously announced wins from new and existing clients, as well as the ability of our clients to develop and sell product which generates fund flows that have a direct, positive impact on our business.

Ancillary services revenue, including cash management, foreign exchange, and securities lending declined 11% year-over-year, primarily driven by a decrease in FX and investment advisory fees. On a link quarter basis, ancillary services revenue increased 6%, primarily as a result of a linked quarter increase in FX and securities lending fees.

Regarding FX, we've recorded solid results in the first quarter of 2005 as we generated over 13 million in fees. As we discussed during our last call, we do not believe that this total would match last year's extraordinary first quarter for FX fees, primarily due to lower volatility in the first quarter of '05 compared to the first quarter of '04. However on a link order basis, FX increased 9% due to higher volatility.

Sweep fees increased 32% year-over-year, and 9% linked quarter, primarily due to increased domestic and foreign cash balances held by our clients. Securities lending fees increased 76% year-over-year and 37% linked quarter, due to higher balances and improved market conditions. Investment advisory fee revenue declined 51% year-over-year and 36% linked quarter due to lower balances and fee waivers as a result of the rising interest rate environment.

Net interest income was down 2% on the year-over-year basis, and 3% linked quarter, primarily due to a flatter yield curve offset by balance sheet growth. The link quarter net interest margin decreased by 13 basis points to 1.75%, while the linked quarter interest rate spread increased by 17 basis points to 1.58%.

Our investment portfolio is comprised of securities backed by the U.S. government or AAA rated securities. We continue to run a closely matched balance sheet with an asset duration of approximately 1.3 years, and a liability duration of 1. The high amount of variable-rate securities in our portfolio has allowed us to continue to maintain low asset duration.

We also sold municipal securities during the quarter generating approximately 40 million in gains. We replaced these securities with municipal securities that offer a more attractive after-tax yield.

Turning to expenses, again, we were able to grow our revenues faster than the increase in our operating expenses, which were up 5% year-over-year and 2% linked quarter. Compensation and benefits expense increased 3% year-over-year due to increased headcount and annual salary increases. Comp and benefits expense was up 10% linked quarter due to increased salaries related to annual merit increases and additional hiring to support new business. Directly related to compensation were increases in payroll taxes and unemployment insurance.

Technology and telecommunications expense grew 24% year-over-year due to our outsourcing agreement with IBM, which we entered into in July of '04. As we discussed in our last call, we planned on our technology and telecommunications expense decreasing on a linked quarter basis, which it did by 14%, due to the elimination of transition costs associated with our outsourcing agreement with IBM. Occupancy expense declined 11% on both a year-over-year and link quarter basis due to favorable new lease agreements negotiated for our Boston office space.

Our operating philosophy remains the same. We add incremental expense when new business is booked. Given the status of our pipeline and the level of the capital markets, we are reiterating our 2005 earnings per share guidance of 25% growth.

Now, I would like to open up the call to your questions. +++ q-and-a.

---

**Operator**

(OPERATOR INSTRUCTIONS) Jon Arfstrom with RBC Capital Markets.

---

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

A couple of questions for you. Is there any way you can size the new business, the Fidelity and the Mercer business? It sounds like Mercer is pretty small, but can you give us some ballpark idea?

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Apr. 13, 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call

**John Spinney** - *Investors Financial Services Corp. - CFO*

Yes. On the Mercer piece, I think on conversion will probably be about 0.5 billion. But I think as a client, as we said earlier in the call, that I think the product is right. They've got a distribution channel. And one of the things that we have really been successful with is aligning ourselves with those types of clients. So I think that we will be able to show positive fund flows on the Fidelity Brokerage Company's business. I think that will start up roughly about 0.5 billion in assets. The total asset pool they have over there in round numbers is about 50 billion. So I think there is - - already defined well that we will get in there, start converting things over, and keep picking away at that asset base like we have on other clients.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Is that an exclusive -- that Fidelity business or where is in at right now?

**John Spinney** - *Investors Financial Services Corp. - CFO*

Right now, as I said, it is for the unitized stock pools and the fund to fund. But I do think that 50 billion is an opportunity we can go after. I don't think we have an exclusive solely on the whole 50 billion.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. The deposit number for the quarter -- can you talk a little bit about what happened on a sequential basis? I am just curious if there were any deposits attached to the business that went out the door during the quarter.

**John Spinney** - *Investors Financial Services Corp. - CFO*

I think that what you see in there is some shift to repo (ph). So repos were up. Deposits were down slightly. And a lot of folks were putting money back into the market, so it was -- typically, that is where the money was running to; it wasn't running outside the door.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay, so the money that came out of deposits most likely ended up in assets under custody?

**John Spinney** - *Investors Financial Services Corp. - CFO*

Yes.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Can you give us an update on the option expense? It sounds like we may have that delayed a bit. Can you give us a little bit of an update on where you are at there?

**John Spinney** - *Investors Financial Services Corp. - CFO*

As we said before, we had option expense baked into our earnings guidance this year. And we are analyzing what was in the Wall Street Journal today. If it does get delayed, we will come back and address that, but right now it was in our earnings guidance, Jon.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

And it had been $0.05 or $0.06 cents, is that right?

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

| Apr. 13. 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call |

**John Spinney** - *Investors Financial Services Corp. - CFO*

Yes.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. A couple of more things, the gain, the municipal gain -- anything more we should expect there? It is somewhat unusual for you guys to take a gain. And I understand without it, you were in line with consensus. But can you talk a little bit about the outlook on that?

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

I think, going forward, if we get an opportunity, if we have an opportunity to sell securities, it makes sense for the business and the shareholders we will do that. We don't have any plans today to sell anything. But if an opportunity comes up again, especially in the muni area, we could potentially do that again.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. And then the last question -- you have another 100 billion coming on at some point in the middle of the year. And I thought I heard you say towards the end of the year that you had built -- some of the expenses that -- for boarding (ph) the first piece of business that has already been set, can you talk about how we should think about that business coming on? When we might see it, and how much expense pressure there would be with boarding that business?

**John Spinney** - *Investors Financial Services Corp. - CFO*

I think that will come in the second quarter in terms of the revenue generation, probably towards the end of the second quarter. And there will be some additional expense, but I don't think anything that will change our outlook.

**Operator**

Greg Larson (ph) with Sirinach (ph).

**Greg Larson** - *Sirinach - Analyst*

You touched on my question on the -- so there were some conversions and deposits to the repos. How much of the sequential increase represents leverage in that repo balance?

**John Spinney** - *Investors Financial Services Corp. - CFO*

The repo balance, pretty much 0.

**Greg Larson** - *Sirinach - Analyst*

Okay. And then just taking the total interest-bearing liabilities, how much is customer driven, and what percentage is leveraged?

**John Spinney** - *Investors Financial Services Corp. - CFO*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Apr. 13. 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call

100% of the customer deposits on the deposit line -- almost all the repos are client liabilities. And the 8-K where the net interest margin table is laid out, you can see what the short-term borrowings are and other borrowings. That is really where the leverage component is, if that is what you are asking.

**Operator**

Joel Gomberg with William Blair.

**Joel Gomberg** - *William Blair - Analyst*

John, can you talk about your outlook for the rest of the year in terms of the net interest market margin, as the Fed looks like will continue to raise rates, and outlook for net interest income?

**John Spinney** - *Investors Financial Services Corp. - CFO*

Yes, our outlook is still the same as it was before, you know, a 4% Fed funds rate by the end of the year. And I think what happened to us, and you saw it in this quarter's results, was probably a little flatter curve than we anticipated. I still think we will probably achieve net interest income about what we achieved last year. We were talking a little bit higher than that before.

And depending on how the yield curve behaves the rest of the year, it couldbe higher than that. So we are just keeping on the steady and trying to manage through it right now.

**Joel Gomberg** - *William Blair - Analyst*

But net interest income, basically flat year-over-year?

**John Spinney** - *Investors Financial Services Corp. - CFO*

It could be flat, year-over-year, Joel. It could be higher than where it is today.

**Operator**

Troy Ward, A.G. Edwards.

**Troy Ward** - *A.G. Edwards - Analyst*

My questions were already answered. Thank you.

**Operator**

Ryan Rachin (ph), American Express.

**Ryan Rachin** - *American Express - Analyst*

Just a question on the security gains. Can you talk a little bit about the impact on the comp line from the security gains? I guess my assumption is that there is probably additional accruals for bonuses, because that is just part of the overall operating profit.

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Apr. 13. 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call

I would say that there is no incremental bonus accruals associated with that.

---

**Operator**

(OPERATOR INSTRUCTIONS) Carla Cooper, Robert W. Baird.

---

**Carla Cooper** *- Robert W. Baird - Analyst*

Could you talk I guess in terms of what your headcount was at the end of the quarter versus last quarter? Did I lose you?

---

**John Spinney** *- Investors Financial Services Corp. - CFO*

Take you off speaker phone.

---

**Carla Cooper** *- Robert W. Baird - Analyst*

What was your headcount?

---

**John Spinney** *- Investors Financial Services Corp. - CFO*

2,778 at the end of Q4. 2,812 at the end of Q1.

---

**Carla Cooper** *- Robert W. Baird - Analyst*

And would you say there are any particular expenses that you are watching and trying to hold back the reins on at this time?

---

**John Spinney** *- Investors Financial Services Corp. - CFO*

I think looking at the numbers, I think we have done a pretty good job of keeping the expenses in check. As we say in the call, and we talk about with you folks all the time is we will add expense when we get more business. We typically added ahead of that, and that is what you saw in the fourth quarter. We announced those two big deals, and that is why the headcount went up in the fourth quarter. And it went up in the first quarter as we closed additional business as well.

---

**Carla Cooper** *- Robert W. Baird - Analyst*

And what line items do you think we will see go up ahead of the new business that you expect to come on in Q2?

---

**John Spinney** *- Investors Financial Services Corp. - CFO*

It is typically compensation, and sometimes technology.

---

**Carla Cooper** *- Robert W. Baird - Analyst*

And then I guess the other thing that is out there is the idea that your Barclays contract is up in, I believe it's May of 2006, and the thought that you may enter into discussions with them this year. What do you think the chances are that we see a new contract this year?

And in terms of the pricing on that contract, the idea that it might be lower, given how much Barclays has grown, is that factored into your '05 guidance?

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Apr. 13. 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call |
|---|

**Kevin Sheehan** *- Investors Financial Services Corp. - Chairman, CEO*

No, there is no BJ reassessment in our 2005 guidance at all. And you know, I think we have got a great relationship with Barclays. They value that relationship. And we are confident about of a renewal with Barclays in 2006. If anything happens before that, we will be the first to let everybody know.

**John Spinney** *- Investors Financial Services Corp. - CFO*

I think it is no different than any other long-term contract, Carla, where we are out ahead of it, and we are talking to them as we would talk to any client. So we are not treating it any differently.

**Carla Cooper** *- Robert W. Baird - Analyst*

And then finally, I guess could you talk a little bit about what you are seeing competitively? And I guess intensity of competition, are there any new basis of competition?

**John Spinney** *- Investors Financial Services Corp. - CFO*

Not really. I think it is the same as it always has been, the same players we see in the finals. And just hasn't any pricing pressure, if that is what you are asking, or any new competitors in this space that weren't there before.

**Carla Cooper** *- Robert W. Baird - Analyst*

All right, one last one. The economics on the alternative assets that you brought on board this quarter, are they different, I guess, in terms -- you know, in absolute, or in the feed that you could expect per -- for the services that you provide? Or do you expect a mix of your fees to be different than your "traditional" business?

**John Spinney** *- Investors Financial Services Corp. - CFO*

I would say it is typically a little bit richer margin, because it is more highly technical and requires a different level of skills set. But I would not say it was tremendously higher.

**Carla Cooper** *- Robert W. Baird - Analyst*

And same rough breakdown between transactions, basis point, and net interest income? You know, as you would typically see, or is the overall typically Company average are going to be weighted to different buckets differently?

**John Spinney** *- Investors Financial Services Corp. - CFO*

It will probably be similar to what it is for the Company today.

**Operator**

Dean Arnold (ph), Millennium Partners.

**Dean Arnold** *- Millennium Partners - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Apr. 13. 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call

I wanted to -- John, I was wondering if you could shed a little more light on the margin? I know that you had said you have got maybe a higher mix of ARMs today, adjustable-rate securities rather, which might have led to a little bit more of the compression? I think analysts were pretty much modeling -- at least the sell side models I looked at were sort of like the 182 to 183 range for NIM (ph) for quarter.

**John Spinney** - *Investors Financial Services Corp. - CFO*

Yes, I think the biggest contributor there was just I think lower reinvestment yields than we expected in our models. And that is really what it amounted to. I don't think that there was anything other than that.

**Dean Arnold** - *Millennium Partners - Analyst*

Okay. On the movement of customer deposits into some of the repos in those other liabilities, is that seasonal at all, or was it just a matter of clients putting more money to work?

**John Spinney** - *Investors Financial Services Corp. - CFO*

You know, I think it was not per se seasonal to the first quarter, but I think it will move with different economic times and different markets, and just how cap stock flows into the funds, and how they manage the portfolio.

So it really depends on from quarter to quarter how that moves. And historically, we have seen it ebb and flow quarter to quarter, and it could be different quarters throughout the year.

**Dean Arnold** - *Millennium Partners - Analyst*

Okay, and then lastly on your comments a few minutes ago about NII being potentially flat and maybe up year-over-year, depending on the yield curve and where rates are -- what does that imply for additional growth or shrinkage in short-term and other borrowings on the balance sheet?

**John Spinney** - *Investors Financial Services Corp. - CFO*

You know, I think right now the balance sheet will continue to grow towards the end of the year. And we typically have it forecasted to grow somewhere around 20% as we had year-over-year on the balance sheet right now. And that will come with client liabilities. And to the extent there is a shortfall there, we may use some leverage, we may not, depending on what the investment alternatives are.

**Dean Arnold** - *Millennium Partners - Analyst*

Okay. Is there a benchmark? When you look at your liabilities, short-term and other borrowings they are about 10%, maybe a little bit more, 12%. Is there a benchmark that you try to keep those to?

**John Spinney** - *Investors Financial Services Corp. - CFO*

No, I think as we have talked before, in many instances short-term borrowings are one of those things that can move from day-to-day depending on what type of client liabilities come in. And we have got clients that could come in on any particular day with 0.5 billion or 1 billion of liabilities. And if it happens on a quarter end, and we put up balance sheet out in the quarter end, the client funding will be a lot higher than it is in this quarter end versus any other quarter end. And that is the beauty of running some short-term borrowings is because there is flexibility to buy assets when it is opportunistic for us, and it allows us to manage the liabilities.

**Operator**

(OPERATOR INSTRUCTIONS) Emil Stevens (ph) with BAM (ph).

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Apr. 13. 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call

**Tom Haine** - *BAM - Analyst*

It is Tom Haine (ph) actually. I apologize. I have kind of lost track here. Is there any business that you have announced in the last couple of quarters that still hasn't been reflected yet, or is it pretty much all in the number that we are seeing here today?

**John Spinney** - *Investors Financial Services Corp. - CFO*

The last big piece of business that we announced, that European outsourcing, is still at a little over 100 billion to convert in the second quarter.

**Tom Haine** - *BAM - Analyst*

Okay. And then just back to the comp for a second. So it was like -- you said headcount relatively flat from last quarter. The comp expense was up. I mean, could we kind of view that as just conservative accruals as you begin the year, and then you adjust as you go through the year? Or was it really incentive comp that was genuinely earned in the first quarter?

**John Spinney** - *Investors Financial Services Corp. - CFO*

Well, it's a few things. It's incentive comp that is genuinely earned against the earnings for the quarter. It is annual focal salary increases, and then the restart on all the unemployment taxes, FICA and 401(k) match. And there was a slight offset from the IBM contract that comp would have been higher in terms of a sequential -- a year-over-year increase. However, with the outsourcing, with the folks that went away with that, that was not in the comp number in the first quarter. It was in the first quarter of 2004. And that's why if you look at the tech and telecom line item, that is up year-over-year. And that is up because it went from comp to services now.

**Tom Haine** - *BAM - Analyst*

Okay. And those things you just mentioned -- the kind of beginning of the year type items, are those pretty material that go away in the second quarter, or should we not try and split hairs on those?

**John Spinney** - *Investors Financial Services Corp. - CFO*

They are $1 million or two anyway.

**Operator**

Stuart Quint (ph) with Gartmore Global Investments (ph).

**Stuart Quint** - *Gartmore Global Investments - Analyst*

Just a question on your previous comment about net interest -- about the yield curve being flatter than what you had initially anticipated. If you are saying net interest income is flat, and in your guidance -- I am just trying to get a sense for are you implying that there is something else that you are adjusting to offset the expectation that net interest income might be weaker than what you were initially thinking? Or am I reading too much into what you are saying?

**John Spinney** - *Investors Financial Services Corp. - CFO*

I think, back to Kevin's comments on his part of the presentation, we see the pipeline as being a lot more robust. And a lot of things are pent-up from the regulatory matters starting to flow through. And clearly closing sales and closing them sooner rather than later is going to make up for that. And with those new sales comes ancillary services, outback securities lending, cash management, that, again, drives some of the higher margin revenue lines items.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Apr. 13, 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call

**Stuart Quint** - *Gartmore Global Investments - Analyst*

Okay. I guess just to clarify for me -- so are you saying then -- you are saying that the pipeline is meeting what you said last quarter. Is it that the timing is ticking up since like three months ago, or it's still strong with that basically -- (indiscernible) income is an issue, but it is still not that much of an issue in terms of your guidance?

**John Spinney** - *Investors Financial Services Corp. - CFO*

The dollars are in the pipeline, and I think that there are some things that are close to closing in there that we will be able to announce in the next quarter.

**Operator**

Jon Arfstrom with RBC Capital Markets.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

I think Stuart got my question. But basically, what you're saying is -- flat to modestly higher NII will be offset by higher-than-expected fee income to get you to 25% growth rate. So the curve is steeper, NII is stronger; curve is flatter, NII is weaker, and the Cs (ph) more than likely will offset any margin pressure that we see. That is what you are saying, right?

**John Spinney** - *Investors Financial Services Corp. - CFO*

Yes.

**Operator**

And at this time, I would like to turn the call back over to the speakers for any closing or additional remarks.

**Kevin Sheehan** - *Investors Financial Services Corp. - Chairman, CEO*

In closing, thank you for your interest in Investors Financial Services. We look forward to updating you on our progress in 2005 this July on our second-quarter earnings conference call.

**Operator**

And that does conclude today's teleconference. Once again, we thank you for your participation, and have a wonderful day.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Apr. 13. 2005 / 2:00PM, IFIN - Q1 2005 Investors Financial Services Corp. Earnings Conference Call |
|---|

## DISCLAIMER

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies mayindicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION  PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

# Exhibit L

# Thomson StreetEvents

## Conference Call Transcript

### IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

Event Date/Time: Jul. 14. 2005 / 2:00PM PT
Event Duration: N/A

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 14. 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

## CORPORATE PARTICIPANTS

**Joe DeCristofaro**
*Investors Financial Services Corp. - Manager, Investor Relations*

## CONFERENCE CALL PARTICIPANTS

**Jon Arfstrom**
*RBC Capital Markets - Analyst*

**Andrea Jao**
*Lehman Brothers - Analyst*

**Lori Applebaum**
*Goldman Sachs - Analyst*

**Carla Cooper**
*Robert W. Baird - Analyst*

**David Chamberlain**
*PIMCO - Analyst*

**Matt D'Attilio**
*Reinhard & Mahoney - Analyst*

**Greg Lapin**
*Saranac Capital - Analyst*

**Kevin Sheehan**

## PRESENTATION

**Operator**

Good day, everyone. Welcome to the Investors Financial Services Corp. second-quarter 2005 earnings . conference call. Today's call is being recorded.

At this time for opening remarks and introductions I will turn call over to Mr. Joe DeCristofaro. Please go ahead.

**Joe DeCristofaro** *- Investors Financial Services Corp. - Manager, Investor Relations*

Thank you for joining us on today's call .

We will be making a number of forward-looking statements which are based on management's assumptions and predictions as of today. These statements, including but not limited to statements regarding the Company's expected diluted earnings per share, effective tax rate, financial performance relative to competitors, projected net operating revenue, core service fees, ancillary service fees, foreign exchange services fees, net interest income, securities gains, customers conversions and renewals, growth and balance sheet, reinvestment focus, expenses, including compensation, investments in head count and technology, operating margin pipeline, and the impact of an activity under its share repurchase program, are subject to risks and uncertainties .

The Company's actual results may differ materially from our current predictions due to any one of a number of factors. Information regarding the factors that may affect our actual results is set forth in the MD&A sections of our most recent 10-K and 10-Q filings with the SEC and in a press release filed today on form 8-K. I recommend that anyone listening to this call review these reports carefully. Because this call will be archived on our website, www.ibtco.com, I want to emphasize again for anyone listening at a later date that the statements made today are based on our assumptions as of today, July 14, 2005. These assumptions may change but the recording of this call will not be updated.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14. 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

In addition, on this call we will discuss non-GAAP measures as defined by the SEC. We believe that these measures provide a more useful depiction of the Company's results of operations. A reconciliation of GAAP information to non-GAAP measures will be discussed in this call and can be found in our form 8-K filed today and located on our web site at www.ibtco.com.

Joining us on today's call are Kevin Sheehan, Chairman and Chief Executive Officer; Mike Rogers, President; and John Spinney, Chief Financial Officer. I will now turn the call over to Kevin Sheehan.

**Kevin Sheehan**

On today's call, we will cover our revised 2005 and 2006 earnings growth targets and our results for the second quarter of 2005. During the positive and negative market environments since our IPO in 1995, we've achieved a compound annual growth rate and earnings per share of 39%. Over the last five years, a period featuring generally weaker financial markets and more regulation of financial products, we have grown earnings per share at a 42% compound annual growth rate. Clearly impressive accomplishments.

We have also consistently served our customers at the highest levels. This May we received overall first-place honors in the Global Investor Magazine's 2005 global custody survey and placed first in 17 categories. In addition to our first place in 2005, we were also ranked best global custodian in 2002 and 2003 and we were ranked second in 2004. We believe surveys like this validate our commitment to customer service, which represents an important advantage when pursuing new sales.

Turning to new sales environment, we continue to experience higher volumes of IRFP [ph] activity and new product launches by our clients. As evidence of this positive sales environment for us, we are pleased to announce the signing of a new $30 billion full-service relationship with a major U.S. life insurance company. We expect to finish this conversion during the third quarter of 2005. Services for this client include custody, fund accounting, fund administration, and securities lending.

Unfortunately, we have had a strong year for new sales. We have not been able to sell enough new business to overcome the significant environmental challenges that we are experiencing in 2005. As both CEO and a stockholder, I am disappointed by the current environment and our revisions to earnings guidance. We continue to have a strong core business with great opportunities for growth. As we will discuss in more detail on this call, while the next 18 months will likely present a number of challenges, we believe in the long term we will continue to grow at a level that exceeds industry averages. In the short term, if we believe market conditions are favorable, we will be a buyer under the repurchase program approved by our board.

During 2005, we've experienced a more challenging environment than we have faced over the previous nine years. These challenges include a sustained, flatter-than-expected yield curve, narrower-than-expected reinvestment spreads on our reinvestment portfolio, and weaker-than-expected market-sensitive revenues, including those linked to equity and foreign exchange markets and investment advisory fees. The yield curve and narrower reinvestment spreads have hampered our ability to deploy capital in an effective fashion.

We announced today that the Board of Directors authorized us to buy back up to $150 million of outstanding common stock over the next 12 months. These conditions are forcing us to revise our expectations for GAAP diluted earnings per share growth for 2005 to approximately 10%, compared to 2004 GAAP diluted EPS of 209.

From a core perspective, we expect 2005 diluted earnings per share to be approximately flat with our 2004 GAAP results of 209 per share. Core diluted earnings per share for 2005 excludes the impact of securities gains totaling $.10 per share to date in 2005 and approximately $.10 per share related to the recognition of the indefinite reversal provision of APB 23 with respect to the Company's Irish subsidiaries. Management considers core diluted earnings per share a more useful depiction of the Company's results of Operations as they exclude these noncore items. We are maintaining a cautiously optimistic outlook for 2006 as we expect to continue to see headwinds driven by a challenging environment for net interest income, flat equity markets, and contract renewals. We also expect to continue to invest in our infrastructure, which may impact our operating leverage.

For 2006, we expect GAAP diluted earnings per share to be approximately flat with 2005 GAAP diluted earnings per share. We expect 2006 growth in core diluted earnings per share to be approximately 8% to 10% over expected 2005 core results, reflecting a degree of caution for the reasons I just discussed.

Our new guidance for 2005 and 2006 places an expected financial performance -- our expected financial performance in line with publicly available guidance of our primary competitors. Long-term, we continue to expect our financial performance to exceed industry averages.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14, 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

Beyond 2006, we expect long-term growth and diluted EPS of 13% to 15% per year. As evidence of the continued heath of our business, second-quarter 2005 core service revenues continue to grow at an impressive 14% year-over-year rate. Ancillary services, such as securities lending, cash management, and sweep fees have also been strong, rising over 120% and 37% respectively compared to the second quarter of 2004. Our pipeline is still characterized as medium, representing adequate opportunities to meet our revised earnings guidance.

Turning to our second-quarter results, net operating revenue grew 12% year-over-year, driven by increases in core service revenue, cash management, sweep fees, and securities lending fees. Diluted EPS for the quarter came in at $.64, up 28% from second-quarter 2004 diluted EPS. As of June 30, we processed approximately 1.5 trillion of assets for our clients, up $27 billion or 2% from March 31, 2005 and up almost 300 billion or 25% from June 30, 2004. We converted 1 billion from new clients. We won approximately 14 billion in assets from numerous existing clients during the quarter and we lost 2 billion from a customer related to an acquisition.

Client fund flows and, to a lesser extent, market movements, accounted for approximately 14 billion of the 27 billion increase during the quarter. Our 1.5 trillion of assets processed does not include approximately 110 billion in assets from our European outsourcing client or the 30 billion in assets from the contract with a major U.S. life insurance company that we announced today. We expect both of these conversions to be completed during the third quarter.

I'll now turn the call over to John Spinney, who will review the quarter's financial results, as well as our revised 2005-2006 guidance in more detail.

John Spinney, Jr.: As Kevin mentioned, second-quarter diluted EPS came in at $.64, a 28% increase over second-quarter 2004 diluted EPS of $.50. The $.64 in second-quarter diluted EPS includes securities gains of approximately 5.6 million or approximately $.06 per share related to the Company's strategy of replacing lower after-tax yielding municipal securities with higher after-tax yielding municipal securities, capitalizing on strong market conditions. We may take a moderate amount of additional securities gains prior to year-end 2005 if we believe we need to realign any aspects of our portfolio. We do not currently expect to take any securities gains in 2006.

Our second-quarter results also include a one-time benefit of approximately $.10 per share, related to the recognition of the indefinite reversal provision of APB 23, with respect to our Irish subsidiaries. As a result, the Company's effective tax rate was approximately 23% for the second quarter.

I'll now discuss the significant income and expense components for the second quarter in more detail. Core service fees for the second quarter increased 14% year-over-year, due to continued wins from new and existing clients as well as slightly higher market values compared to a year ago. Core service fees were flat linked quarter, primarily due to weaker market conditions in the second-quarter of '05 as compared to the first quarter. Ancillary services revenue increased 7% year-over-year and 21% linked quarter as a result of increases in cash management sweep fees and securities lending fees.

Regarding FX, we again recorded approximately 12 million in fees in the second quarter of 2005. These results represent a 15% decline year-over-year and a 7% linked quarter decline. Similar to the first quarter of 2005, we did not believe that this quarter's total would match last year's second quarter for FX fees, primarily due to lower volumes and volatility in the second quarter of '05 compared to the second quarter of '04.

Sweep fees increased 37% year-over-year to 24% linked quarter, due to increased cash balances held by our clients. Securities lending fees increased over 120%, both year-over-year at linked quarter due to improved market conditions. Net interest income was approximately flat on a year-over-year basis as our balance sheet growth was offset by a flatter yield curve. Net interest income declined 12% linked quarter due to a flatter yield curve and tighter reinvestment spreads. The linked quarter net interest margin decreased by 28 basis points to 1.47% while the linked quarter interest rate spread decreased by 31 basis points to 1.27% due to the factors I just mentioned.

We continue to invest in the same asset classes we have in the past. We are focusing our investments on variable rate, short duration securities. We are not attempting to generate incremental yield by taking on increased risk such as duration and credit risk. We also continue to run a closely matched balance sheet with an asset duration of approximately 1.1 years and a liability duration of approximately a year. The high amount of our variable rate securities in our portfolio has allowed us to continue to maintain low asset duration.

Total expenses were up 12% year-over-year and 8% linked quarter. Comp and benefits expense increased 18% year-over-year due to increased headcount and annual salary increases offset by lower bonus accruals compared to the second-quarter of 2004. Compensation and benefits expense was up 11% linked quarter due to an increase in headcount as well as bonus accruals reflecting higher net income in the second quarter. We expect comps and benefits to trend lower in the third and fourth quarters of 2005.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 14, 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

Technology and telecommunications expense grew 25% year-over-year due to our outsourcing agreement with IBM which we entered into in July of 2004. Technology and telecommunications expense was approximately flat linked quarter. Transaction processing fees increased 15% year-over-year and 5% linked quarter due to increases in transaction volumes and slightly higher market values. Occupancy expense declined 10% year-over-year and 6% linked quarter due to favorable lease renegotiations of the majority of our office space.

I would now like to discuss our revised 2005 and 2006 diluted earnings per share guidance. For fiscal 2005, the Company expects to achieve approximately 10% growth in GAAP diluted earnings per share. From a core perspective, we expect 2005 diluted earnings per share to be approximately flat with our 2004 GAAP results of $2.09 per share. As Kevin discussed, core diluted earnings per share for 2005 exclude the impact of securities gains totaling $0.10 per share to date 2005 and approximately $.10 per share related to APB 23.

We expect net operating revenue to grow approximately 10% in 2005. Core service fees are expected to grow by approximately 15% due to wins through new and existing clients and continued client fund flows, offset by the lackluster performance of the capital markets in the first half of the year. Total ancillary service fees are expected to increase approximately 5% from 2004 levels with solid growth in both securities and lending, sweep fees, driven by the factors I previously mentioned.

Foreign exchange fees are expected to be approximately flat due to lower volumes and volatility in 2005 compared to 2004. Net interest income is projected to be down approximately 10% from 188 million in 2004 driven by a flatter-than-expected yield curve environment and tighter-than-expected reinvestment spreads. We do not expect to grow our balance sheet materially for the remainder of 2005 from its size at the end of the second quarter due to the current interest rate environment. We will focus on reinvesting portfolio cash flows until the interest rate environment improves.

We assume in our net interest income forecast for 2005 and 2006 that short-term interest rates will rise until the end of 2005, and that the yield curve will remain flat. We also assume that we will resume growing the balance sheet moderately in 2006 to generate incremental net interest income.

During 2005, total expenses are expected to grow approximately 10%, driven by continued investments in headcount and technology to support new and existing clients. We expect total second-half 2005 compensation costs to approximate 2005's first-half compensation costs. We expect to achieve a pretax operating margin for 2005 of between 32 and 34% and an effective tax rate for 2005 of approximately 32% as a result of APB 23.

We recognize the indefinite reversal provision of APB 23 due to the projected capital needs of our subsidiaries necessary to support the continued impressive growth in net income at our Dublin, Ireland operation. Our Dublin operation has generated revenue growth of at least 40% over each of the past three years, driving markedly higher net income at the subsidiary.

We are maintaining a cautiously optimistic outlook for 2006 as we expect to continue to see headwinds driven by a challenging environment for net interest income, flat equity markets, and contract renewals. We also expect to continue to invest in our infrastructure, which may impact our operating leverage. For 2006, we expect GAAP diluted earnings per share to be approximately flat compared to 2005 cap diluted earnings per share. From a core earnings per share perspective, we are projecting annual growth in 2006 diluted EPS of approximately 8 to 10% over expected 2005 core results. Again, core 2005 diluted earnings per share excludes the impact of securities gains totaling $.10 per share to date in '05 and $.10 per share related to the recognition of the indefinite reversal provision of APB 23 with respect to our Irish subsidiaries.

We are basing our 2006 earnings guidance on expected net operating revenue growth of approximately 8 to 10% compared to 2005 net operating revenue. 2005 net operating revenue includes approximately 10 million or $0.10 per share in securities gains taken year to date, which we do not expect to recur in 2006.

We expect our 2006 net operating revenue growth to be driven by the sustained strength of our core service business, continued sales of core and ancillary services to new and existing clients, to continued 6% client fund flow, a sustained flat yield curve, and tight reinvestment spreads. We expect approximately 8 to 10% growth in expenses in 2006 and moderate diluted earnings per share impact from our share repurchase program. The recognition of the indefinite reversal provision of APB 23 with respect to our Irish subsidiaries should result in an effective tax rate of approximately 34.5% in 2006.

For 2007 and beyond, we are projecting long-term annual growth and net operating revenue of 12 to 14% and annual operating leverage of approximately 50 to 100 basis points, resulting in an annual diluted earnings per share growth of approximately 13 to 15%. We remain confident

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14, 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

in and committed to our business model and our ability to deliver industry-leading customer service levels and financial performance, including long-term earnings growth in excess of industry averages.

Justin, I'd now like to open the call up for questions.

## QUESTION AND ANSWER

**Operator**

Thank you. [Operator Instructions] Our first question comes from Jon Arfstrom with RBC Capital Markets.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Hi, guys.

John Spinney, Jr.: Hey, John.

**Kevin Sheehan**

Hi, John.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Can you just, maybe, John, talk a little bit more about what you are doing or what you're planning on doing with the balance sheet for the second half of the year. It sounds like, reading between the lines, you are letting cash build, and you will opportunistically trigger the buyback at a certain point in time. Or do you think that all the cash flow will go to the buyback, or will you let capital build? Can you just discuss that a little bit?

John Spinney, Jr.: Yes, we're going to pretty much keep the balance sheet at its current levels, reinvest cash flows, and continue to build capital through net income, use some of that capital through net income in our overcapitalization right now, relative to our targeted leverage ratio to buy back stock opportunistically.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Can you remind us the target of leverage ratio? Does that stay the same?

John Spinney, Jr.: Typically 5 to 5.5, but I think we will be right around 5.5 when we execute the full buyback.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. And did your guidance include any type of balance sheet restructuring or are you simply letting the cash flows roll in and then deciding what to do with them once they roll in?

John Spinney, Jr.: Yes, there's no restructuring, as I said in the call. We are investing in the similar type of assets we've always invested in. Short duration, variable rate products, and we don't see a change in our investment philosophy.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. Two questions on the '06 guidance. Does that include options expense? I don't think that was mentioned in your commentary.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14, 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

John Spinney, Jr.: Yes, it does.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

It does. Okay. And then without naming names, I think you said that fee compression from client renegotiations is something you have also imbedded in you're '06 guidance.

**Kevin Sheehan**

Yes.

John Spinney, Jr.: That's correct.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. The other question was just on client deposit flows. It looks like the client deposits are down again sequentially this quarter and I know that that was an issue for a lot of your holders in the last quarter. Can you talk a little bit about what's happening there?

John Spinney, Jr.: Yes, I think when you look at deposit line, in and of itself it is down. If you look at the repo line, we're at this other client deposits stats up, and then the sweep balances, the off-balance sheet sweeps, we've had 27% growth in those and 37% growth in those. So we've got balances growing off balance sheet. We've got repo balances growing and then some of the deposit flow runoff you see there is just going into clients getting invested again.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. And then can you — one last thing, can you just provide a little bit of color on what happened on the second traunch of that European contract? I think originally your expectation was that it would close late in the second quarter and I am just curious if there was anything unique that happened there?

John Spinney, Jr.: No, we are in complete parallel. Both sides have signed off on it. And the next window to implement is mid this quarter. We both decided that it would be wise to continue in parallel several extra weeks.

**Jon Arfstrom** - *RBC Capital Markets - Analyst*

Okay. All right. I will let others ask questions.

**Kevin Sheehan**

You're welcome.

**Operator**

Moving on to Andrea Jao with Lehman Brothers.

**Andrea Jao** - *Lehman Brothers - Analyst*

Good evening, gentlemen.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14. 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

**Kevin Sheehan**

Hi, Andrea.

**Andrea Jao** - *Lehman Brothers - Analyst*

I wanted to drill down a bit on margin compression. I was hoping you could break that down into -- how much was due to lower reinvestment yields. How much was due to premium amortization accelerating, if there's any. And how much of that was, you know, swap ineffectiveness, which added actually the margin, $2.3 million last quarter.

John Spinney, Jr.: I think the biggest driver there is just reinvestment spreads compressing. The other stuff I would characterize as probably immaterial or similar to what it's been in the past.

**Andrea Jao** - *Lehman Brothers - Analyst*

So that means there was no swapping effectiveness this quarter?

John Spinney, Jr.: There was, but it was small in the first quarter.

**Andrea Jao** - *Lehman Brothers - Analyst*

Got it. And just one follow-up question. Are you carrying a lot of premium bonds at the moment?

John Spinney, Jr.: We have some premium bonds, yes.

**Andrea Jao** - *Lehman Brothers - Analyst*

Is it possible to share how much of the mix is premium bonds? Or is it just a small portion?

John Spinney, Jr.: We typically don't give that amount of detail about our investment portfolio, Andrea.

**Andrea Jao** - *Lehman Brothers - Analyst*

Okay. Got it. This is helpful. Thank you.

John Spinney, Jr.: You can see the amortization on the cash flow statement.

**Andrea Jao** - *Lehman Brothers - Analyst*

Okay. Good. Thanks.

John Spinney, Jr.: Yes.

**Operator**

This question comes from Lori Applebaum with Goldman Sachs.

**Lori Applebaum** - *Goldman Sachs - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14, 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

John, within your revised 2006 expectations, what are your thoughts or assumptions behind the BGI contract repricing and what is factored into the outlook prospecs?

John Spinney, Jr.: We are not going to comment about specific client renegotiations, Lori. And all I can say is we've got a 8 to 10% revenue growth for next year imbedded in our guidance.

**Lori Applebaum  - *Goldman Sachs - Analyst***

And is -- whatever the specific assumptions that you are consider for BGI, is something factored into '06 for summary negotiation of the contract and the price?

John Spinney, Jr.: As we said in the call, we did consider all contracts coming up.

**Lori Applebaum  - *Goldman Sachs - Analyst***

Okay. Thanks.

John Spinney, Jr.: Yes.

**Operator**

We will take a question from Carla Cooper with Robert W. Baird.

**Carla Cooper  - *Robert W. Baird - Analyst***

Good afternoon. Just to clarify, does your EPS guidance reflect the repurchase activity that you expect to take place or not?

John Spinney, Jr.: In the script, Karla, it's a moderate impact from the buyback.

**Carla Cooper  - *Robert W. Baird - Analyst***

Okay. Thanks. Wanted to clarify.

And then, can you talk a little bit about -- you know, your expected operating leverage. You talked about investments in people and infrastructure that you plan to make to support clients. Is anything changed in the way you are thinking about that -- those expenses, and is there anything specific that you can point to?

John Spinney, Jr.: No, I don't think there is anything specific. I think it's continued -- addition of headcount related to client conversions and what we have historically done is whenever we take on new business like we announce a new piece of business this quarter, we add headcount ahead of that so we tend to lag a little bit on the expense side. So that is kind of the investment, and then coupled with that is some technology builds we are doing to enhance some core applications as well.

**Carla Cooper  - *Robert W. Baird - Analyst***

And Kevin, I guess back to your comments. You talked about a pretty dramatic change, vis-a-vis the historical numbers that Investors Financial has achieved. I guess, how fundamental, as you look from your perch, having been in this business a long time, how fundamental do you view the changes here -- you know, the numbers certainly look like they are changing a lot, but maybe you can give us some perspective of how fundamental these changes feel to you as you look at the next 18 months and beyond.

**Kevin Sheehan**

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

| Jul. 14, 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call |

I think the big change for us is the compression in the -- in the spreads and our inability to exact any growth in earnings from the net interest income side of the business, at least in this environment where we are facing rising rates. On the other side, the core side, where we are increasing fee-based services in the ancillaries, I think we are performing pretty strongly and I think we will continue to do that and we will probably drive a lot hotter on that side to compensate for the limitations on the net interest income side and when that becomes more favorable and we can expand that again, you can expect to see us do it.

**Carla Cooper** - *Robert W. Baird - Analyst*

So just to clarify, your comments really relate to portfolio yields and net interest income as opposed to a change in the core competitive environment that you think is limiting your growth or your profitability.

**Kevin Sheehan**

Right. You can see that's where we got hammered, is on the net interest income side.

**Carla Cooper** - *Robert W. Baird - Analyst*

Thank you.

**Operator**

Moving on to David Chamberlain with PIMCO.

**David Chamberlain** - *PIMCO - Analyst*

Hi, Guys. Just quickly, when you are look at your assumptions for '06, what are you assuming in terms of interest margin, any additional compression from a current level. What are you thinking on those lines?

John Spinney, Jr.: Our interest rate outlook is a continued rise in short-term rates to the end of the year and probably some continued flattening in the yield curve, depending on what happened to the tenure [ph] but we are assuming it gets flatter from here.

**David Chamberlain** - *PIMCO - Analyst*

How much? Do you think another 20, 25 -- I am just trying to think about how -- what you are assuming.

John Spinney, Jr.: Dave, we don't give point estimates. We just -- directionally, that is the way it is going to go we think.

**David Chamberlain** - *PIMCO - Analyst*

Okay, thanks.

**Operator**

This question comes from Matt D'Attilio with Reinhart & Mahoney.

**Matt D'Attilio** - *Reinhard & Mahoney - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

FINAL TRANSCRIPT

Jul. 14. 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

Yes, could you guys just comment overall, similar to the previous question on how much compression you think can be left in your business model. I think part of the surprise on the press release is the 31-basis point contraction, and spread was probably a little bit greater than people's models. Maybe you can just discuss where it can go from there.

John Spinney, Jr.: It could go down a little bit lower, but we're not going to give an estimate of where we think it's going to end up. I think, given where the guidance is we have out there and what that means for EPS in the next two quarters, I think it's pretty much baked into the numbers right now.

**Matt D'Attilio** - *Reinhard & Mahoney - Analyst*

Okay.

**Operator**

Mr. D'Attilio, do you have anything further?

**Matt D'Attilio** - *Reinhard & Mahoney - Analyst*

No, that's it.

**Operator**

We'll take a question from Greg Lapin with Saranac Capital.

**Greg Lapin** - *Saranac Capital - Analyst*

Hi. Greg Lapin at Saranac. My first question -- just looking at the income statement really quick. There a typo, or -- you show that the second quarter of '04 having flat net interest income, but when you go back in my model and in the press release it was lower, yet the six-month number is the same. So I didn't know if there was any reclass or if you could just check on that. It can't be that way. So in the past it was $44.3 million, and -- so --

John Spinney, Jr.: Yes, we will go back and look at it, but we did restate some numbers last year, so maybe -- maybe you are looking at your model that maybe wasn't updated.

**Greg Lapin** - *Saranac Capital - Analyst*

But the six-month number is the same in each -- okay. Then, just going into -- I will follow up. OCI is reclassed to give transference and net interest income. Is it safe to assume that this quarter might be the $6.5 million divided by 3?

John Spinney, Jr.: No, it's not safe to do that. It is a dynamic that changes every quarter and it's less than it was in the first quarter.

**Greg Lapin** - *Saranac Capital - Analyst*

I am not talking about the hedge ineffectiveness -- is that connected with the hedge ineffectiveness? So that the 6.5 is for the next three quarters?

John Spinney, Jr.: Yes.

**Greg Lapin** - *Saranac Capital - Analyst*

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14. 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

Oh, they are the same thing. Okay. Then another thing is just -- if you look at other borrowings, they've -- at the end of period basis, $2 billion, the average was 1.35. Or the average is 2 billion, the end-of-period is 1.35.

Does this kind of show that you reversed course in the middle of the quarter and decided to change -- and just -- if that is the case, how comprehensive was your business strategy review when you underwent this to reassess your '05, your '06 projections and your long-term growth rates in EPS. What kind of process was that?

John Spinney, Jr.: First of all, on the borrowings front, the average was higher during the quarter. At the end of the quarter we had a lot of deposits come in and that's why there's a difference between the average and the quarter-end number. And we've always historically had some amount of borrowings on our balance sheet to -- to utilize our capital effectively. Coming out of the first quarter, we had a pretty -- pretty relatively steep yield curve. We continue to -- to manage net interest income and the growth of the balance sheet around at least getting some benefit out of that steepness.

As the yield curve flattened throughout the second quarter, we reanalyzed our position with respect to growing the balance sheet, and in towards the end of the third quarter, we decided to stop growing the balance sheet into the third and fourth quarter, and that's kind of how it played out, I guess.

---

**Greg Lapin** *- Saranac Capital - Analyst*

And just for the long term, when you looked in '07 and beyond, we could assume the balance sheet grows, customer flows come in. Why the lower level to that magnitude? What else went in -- were you looking at. Did you have a comprehensive -- do you use consultants, did you look at financial asset growth, you just assess the business? You are still pretty small. Just wanted -- anything more you could say on that?

---

**Kevin Sheehan**

We just couldn't get the incremental yield so it didn't make sense. Wasn't effective to continue to grow the balance sheet with borrowed funds.

---

**Greg Lapin** *- Saranac Capital - Analyst*

The interest rate environment will normalize in '07 so you have a different long-term growth rate, moving down from 25% to 13 to 15.

---

**Kevin Sheehan**

Yes, I think you will see us more aggressive, but we wanted to be extremely conservative in putting these numbers together and not reach -- if the rates turn around, great. We will start to grow the balance sheet again.

---

**Greg Lapin** *- Saranac Capital - Analyst*

Okay. Thanks.

---

**Operator**

This concludes our question-and-answer session. A replay of the call will be available starting at 8 p.m. Eastern time today and will run through July 20 at midnight central time. To access this replay, please dial 719-457-0820 and enter in the passcode of 5418104. Again, that is 719-457-0820 with a passcode of 5418104.

At this time, I will turn the call back over to Mr. Kevin Sheehan for closing remarks.

---

**Kevin Sheehan**

In closing, thank you for joining us today. We look forward to updating you on our progress as we get to the third quarter in October.

---

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

Jul. 14, 2005 / 2:00PM, IFIN - Q2 2005 Investors Financial Services Corp. Earnings Conference Call

**Operator**

Thank you. That does conclude today's conference call. Thank you for your participation.

**DISCLAIMER**

Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

© 2005, Thomson StreetEvents All Rights Reserved.

© 2005 Thomson Financial. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of Thomson Financial.

# Exhibit M

## FEDERAL FUNDS RATES

The following chart shows the Federal Reserve Board's changes in the intended federal funds rate:

| Change (basis points) | | | |
|---|---|---|---|
| Date | Increase | Decrease | Level (percent) |
| **2005** | | | |
| December 13 | 25 | ... | 4.25 |
| November 1 | 25 | ... | 4.00 |
| September 20 | 25 | ... | 3.75 |
| August 9 | 25 | ... | 3.50 |
| June 30 | 25 | ... | 3.25 |
| May 3 | 25 | ... | 3.00 |
| March 22 | 25 | ... | 2.75 |
| February 2 | 25 | ... | 2.50 |
| **2004** | | | |
| December 14 | 25 | ... | 2.25 |
| November 10 | 25 | ... | 2.00 |
| September 21 | 25 | ... | 1.75 |
| August 10 | 25 | ... | 1.50 |
| June 30 | 25 | ... | 1.25 |
| **2003** | | | |
| June 25 | ... | 25 | 1.00 |
| **2002** | | | |
| November 6 | ... | 50 | 1.25 |
| **2001** | | | |
| December 11 | ... | 25 | 1.75 |
| November 6 | ... | 50 | 2.00 |
| October 2 | ... | 50 | 2.50 |
| September 17 | ... | 50 | 3.00 |
| August 21 | ... | 25 | 3.50 |
| June 27 | ... | 25 | 3.75 |
| May 15 | ... | 50 | 4.00 |
| April 18 | ... | 50 | 4.50 |
| March 20 | ... | 50 | 5.00 |
| January 31 | ... | 50 | 5.50 |
| January 3 | ... | 50 | 6.00 |
| **2000** | | | |
| May 16 | 50 | ... | 6.50 |
| March 21 | 25 | ... | 6.00 |
| February 2 | 25 | ... | 5.75 |

Source: http://www.federalreserve.gov/fomc/fundsrate.htm.