AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

THE ARCHDIOCESE OF MILWAUKEE
SUPPORTING FUND, On Behalf of Plaintiff and

V.

INVESTORS FINANCIAL SERVICES CORP.,
Kevin Sheehan, Michael F. Rogers, John N.
Spinney, Karen C. Keenan, Robert
D. Mancuso, Edmund J. Maroney and
John E. Henry

AMENDED
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-cv-11627-RCL
(Consolidated)

TO: (Name and address of Defendant)

Karen C. Keenan
50 Hastings Street
Wellesley Hills, MA 02481-5409

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey Lawrence, BBO #285140
Lerach Coughlin Stoia Geller
Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK SARAH A. THORNTON

DATE 2-6-06

(By) DEPUTY CLERK

 Norfolk County Sheriff's Department  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

February 14, 2006

I hereby certify and return that on 2/10/2006 at 9:27AM I served a true and attested copy of the amended summons and complaint with exhibits in this action in the following manner: To wit, by leaving at the last and usual place of abode of Karen C. Keenan, 50 Hastings Street Wellesley Hills MA 02481 . Basic Service Fee ($20.00), Copies-Attestation ($10.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($7.68) Total Charges $45.18

Deputy Sheriff James E. Riggs

_____
Deputy Sheriff

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and<br><br>V.<br><br>INVESTORS FINANCIAL SERVICES CORP., Kevin Sheehan, Michael F. Rogers, John N. Spinney, Karen C. Keenan, Robert D. Mancuso, Edmund J. Maroney and John E. Henry | AMENDED<br>**SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 1:05-cv-11627-RCL<br>(Consolidated) |

TO: (Name and address of Defendant)

    John E. Henry
    286 Cedar St
    Needham, MA 02494-1800

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jeffrey Lawrence, BBO #285140
    Lerach Coughlin Stoia Geller
    Rudman & Robbins LLP
    100 Pine Street, Suite 2600
    San Francisco, CA 94111

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON          2-6-06

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE



**Norfolk County Sheriff's Department**   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

February 14, 2006

I hereby certify and return that on 2/10/2006 at 9:22AM I served a true and attested copy of the amended summons and complaint with exhibits in this action in the following manner: To wit, by leaving at the last and usual place of abode of John E. Henry, 286 Cedar Street Needham MA 024921800 . Basic Service Fee ($20.00), Copies-Attestation ($10.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($7.68) Total Charges $45.18

Deputy Sheriff James E. Riggs

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                *Signature of Server*

                                                       _____
                                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.