UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-11627-RCL |
| INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, and JOHN N. SPINNEY, JR., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND
## TIME TO RESPOND TO THE CONSOLIDATED COMPLAINT

The parties, by and through their counsel, hereby agree to extend the time within which the Defendants must answer, move or otherwise respond to the consolidated complaint filed in this action. Further, the parties hereby agree to the following scheduling for the briefing of Defendants' motion to dismiss.

Defendants shall have until April 28, 2006 to answer, move or otherwise respond to the consolidated complaint. In the event that Defendants move to dismiss the consolidated amended complaint, Plaintiffs shall file any opposition briefs on or before May 30, 2006. Any defendant seeking to file a reply to the opposition papers must first obtain leave of court upon motion made on or before June 9, 2006.

Respectfully Submitted,

**CITY OF DEERFIELD BEACH NONUNIFORM EMPLOYEES RETIREMENT PLAN IRONWORKERS and ST. LOUIS DISTRICT COUNCIL PENSION FUND, On Behalf of Plaintiff and All Others Similarly Situated,**
By their attorneys,

**INVESTORS FINANCIAL SERVICES, CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, and JOHN N. SPINNEY, JR.,**

By their attorneys,

/s/ Jeffrey W. Lawrence

Jeffrey W. Lawrence, BBO #289140
James W. Oliver
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111
(415) 288-4545

Lead Counsel for Lead Plaintiffs

Aaron D. Krakow, BBO #544424
Christopher N. Souris, BBO #556343
**KRAKOW & SOURIS, LLC**
225 Friend Street
Boston, MA  02114
(617) 723-8440

Liaison Counsel for Lead Plaintiffs

Dated: March 9, 2006

/s/ Jordan D. Hershman

Jordan D. Hershman, BBO #553709
Jason D. Frank, BBO #634985
James Lucking, BBO #650588
William R. Harb, BBO #657270
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

- 2 -

\*    \*    \*

## ORDER

IT IS SO ORDERED.


DATED:_____

                _____
                THE HONORABLE REGINALD C. LINDSAY
                UNITED STATES DISTRICT JUDGE