UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUNDS, on Behalf of Plaintiff And All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES, CORP., et al.,<br><br>          Defendants. | No. 1:05-cv-11627-RCL (Consolidated)<br><br>CLASS ACTION |

**ASSENTED-TO MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 88.5.3(b) of the Rules of this Court, upon the attached Certificate, plaintiffs hereby move for the admission *pro hac vice* of its counsel, James W. Oliver.

The undersigned certifies in accordance with Local Rule 7.1 that he conferred with counsel for defendants, who indicates that they assent to the motion.

Dated: April 14, 2006

Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS, LLP
JEFFREY W. LAWRENCE
JAMES W. OLIVER
100 Pine Street, Suite 2600
San Francisco, CA 94111
415/288-4545
415/288-4534 (Fax)

LERACH, COUGHLIN, STOIA, GELLER,
  RUDMAN, ROBBINS, LLP
WILLIAM S. LERACH
DARREN ROBBINS
655 West Broadway, Suite 1900
San Diego, CA 92101
619/231-1058
619/231-7423 (fax)

CHRISTOPHER N. SOURIS
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
617/723-8440
617/723-8443 (Fax)

_____
Christopher N. Souris

## CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent by first class U.S. mail to the parties listed on the attached service list.

_____
Christopher N. Souris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUNDS, on Behalf of Plaintiff And All Others Similarly Situated )<br><br>Plaintiff, )<br><br>v. )<br><br>INVESTORS FINANCIAL SERVICES, CORP., et al. ) | No. 1:05-cv-11627-RCL (Consolidated)<br><br>CLASS ACTION |

## CERTIFICATE OF JAMES W. OLIVER

James W. Oliver, under penalties of perjury, hereby declares as follows:

1. I am an associate in the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins, LLP. My office is located at 100 Pine Street, Suite 2600, San Francisco, California.

2. I submit this certificate in support of plaintiffs' motion for my admission *pro hac vice* in this action.

3. I am a member in good standing of the Bar of California. I am not admitted to any other state Bar.

4. I am also admitted to practice before the United States District Court for the Northern and Southern Districts of California.

5. There are no pending disciplinary proceedings against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury that the foregoing is true and correct this 12th day of April, 2006.

*/s/ James W. Oliver*
JAMES W. OLIVER
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
415/288-4545
415/288-4534 (Fax)

## CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served by first class U.S. mail to the parties listed on the attached service list.

*/s/ Christopher N. Souris*
Christopher N. Souris

## SERVICE LIST

Counsel for Defendants(s)

Jordan D. Hershman
Jason D. Frank
William R. Harb
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617/951-8000
617/951-8736 (Fax)