UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY and JOHN N. SPINNEY, JR.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>1:05-cv-11627-RCL |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO THE CONSOLIDATED AMENDED COMPLAINT**

The parties, by and through their counsel, hereby agree to extend the time within which the Defendants must answer, move or otherwise respond to the consolidated amended complaint filed in this action. Further, the parties hereby agree to the following scheduling for the briefing of Defendants' motion to dismiss.

Defendants shall have until May 12, 2006 to answer, move or otherwise respond to the consolidated amended complaint. In the event that Defendants move to dismiss the consolidated amended complaint, Plaintiffs shall file any opposition briefs on or before June 19, 2006. Any defendant seeking to file a reply to the opposition papers must first obtain leave of court upon motion made on or before June 29, 2006.

- 2 -

|  |  |
|---|---|
| **CITY OF DEERFIELD BEACH NONUNIFORM EMPLOYEES RETIREMENT PLAN IRONWORKERS and ST. LOUIS DISTRICT COUNCIL PENSION FUND, On Behalf of Plaintiff and All Others Similarly Situated,** | Respectfully Submitted, |
|  | **INVESTORS FINANCIAL SERVICES, CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY and JOHN N. SPINNEY, JR.,** |
| By their attorneys, | By their attorneys, |

/s/ Jeffrey W. Lawrence
_____

Jeffrey W. Lawrence, BBO #289140
James W. Oliver
**LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111
(415) 288-4545

Lead Counsel for Lead Plaintiffs

Aaron D. Krakow, BBO #544424
Christopher N. Souris, BBO #556343
**KRAKOW & SOURIS, LLC**
225 Friend Street
Boston, MA  02114
(617) 723-8440

Liaison Counsel for Lead Plaintiffs

Dated: April 25, 2006

/s/ Jordan D. Hershman
_____

Jordan D. Hershman, BBO #553709
Jason D. Frank, BBO #634985
James Lucking, BBO #650588
William R. Harb, BBO #657270
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

- 2 -

- 3 -

\* \* \*

**ORDER**

IT IS SO ORDERED.


DATED:_____        _____
                                   THE HONORABLE REGINALD C. LINDSAY
                                   UNITED STATES DISTRICT JUDGE

LITDOCS/632981.1

\* \* \*