UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-11627-RCL<br>**(Consolidated)** |

## **DEFENDANTS' LOCAL RULE 7.1(A)(2) CERTIFICATIONS**

Counsel for Defendants Investors Financial Services Corporation, Kevin J. Sheehan, Michael F. Rogers, John N. Spinney, Jr., Robert D. Mancuso, Karen C. Keenan, and John E. Henry (collectively "Defendants") hereby certify that they conferred in good faith with Plaintiffs' counsel concerning Defendants' Motion For Leave To File A Memorandum Of Law In Excess Of Twenty Pages, and state that counsel for lead Plaintiffs assents to the relief requested therein.

Further, counsel for Defendants hereby certify that they conferred in good faith with Plaintiffs' counsel concerning Defendants' Motion To Dismiss The Consolidated Complaint In Its Entirety, and state that they were unable to resolve or narrow the issues raised by that motion.

Respectfully Submitted,

**INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., KAREN C. KEENAN, ROBERT D. MANCUSO, EDMUND J. MARONEY AND JOHN E. HENRY**

By their attorneys,

/s/ Jordan D. Hershman
Jordan D. Hershman, BBO #553709
Jason D. Frank, BBO #634985
James P. Lucking, BBO #650588
William R. Harb, BBO #657270
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: May 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 17, 2006.

/s/ Jordan D. Hershman