UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>                              Defendants. | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br><u>CLASS ACTION</u> |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND TO SET BRIEFING SCHEDULE**

On May 12, 2006, defendants filed a motion to dismiss the consolidated complaint, supporting their motion with a 63 page memorandum and an appendix of exhibits. Lead plaintiffs did not oppose defendants' motion for leave to submit a brief in excess of the Court's page limits. After the filing, the parties met and conferred and agreed that the establishment of a briefing schedule is both necessary and appropriate for the efficient prosecution of this case.

THEREFORE, the parties, by and through their counsel, hereby agree to extend the time within which lead plaintiffs must file their opposition brief to defendants' motion to dismiss. Further, the parties agree to the following schedule for the briefing of defendants' motion to dismiss.

Lead plaintiffs shall file a single opposition brief on or before August 1, 2006 that shall not exceed 63 pages in length. Defendants seeking to file a reply to the opposition papers must first obtain leave of court upon motion on or before August 11, 2006.

Respectfully submitted,

| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>JEFFREY W. LAWRENCE<br>JAMES W. OLIVER | BINGHAM MCCUTCHEN LLP<br>JORDAN D. HERSHMAN, BBO #553709<br>JASON D. FRANK, BBO #634985<br>JAMES P. LUCKING, BBO #650588<br>WILLIAM R. HARB, BBO #657270 |
| _____/s/ Jeffrey W. Lawrence_____<br>JEFFREY W. LAWRENCE | _____/s/ Jordan D. Hershman_____<br>JORDAN D. HERSHMAN |
| 100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br><br>Lead Counsel for Plaintiffs<br>City of Deerfield Beach Non-Uniform Employees Retirement Plan Ironworkers and St. Louis District Council Pension Fund | 150 Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8000<br><br>Counsel for Defendants<br>Investors Financial Services, Corp., Kevin J. Sheehan, Michael F. Rogers, Robert D. Mancuso, Edmund J. Maroney, And John N. Spinney, Jr., |

- 2 -

KRAKOW & SOURIS, LLC
AARON D. KRAKOW (BBO No. 544424)
CHRISTOPHER N. SOURIS (BBO No. 556343)
225 Friend Street
Boston, MA  02114
Telephone:  617/723-8440
617/723-8443 (fax)

Liaison Counsel

Dated:  June 8, 2006

*     *     *

**[PROPOSED] ORDER**

      IT IS SO ORDERED.

DATED:  _____    _____
                                                      THE HONORABLE REGINALD C. LINDSAY
                                                      UNITED STATES DISTRICT JUDGE

T:\CasesSF\InvestorsFinancialServices\STP00030976.doc

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing, pursuant to Local Rule 5.2(2), was served by CM/ECF on all parties so registered.

/s/ Jeffrey W. Lawrence_____
Jeffrey W. Lawrence

# Mailing Information for a Case 1:05-cv-11627-RCL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jason D. Frank**
  jason.frank@bingham.com

- **Edward F. Haber**
  ehaber@shulaw.com anewman@shulaw.com

- **William R. Harb**
  william.Harb@bingham.com

- **Jordan D. Hershman**
  jordan.hershman@bingham.com

- **Theodore M. Hess-Mahan**
  ted@shulaw.com

- **Jeffrey W. Lawrence**
  jeffreyl@lcsr.com

- **James Paul Lucking**
  james.lucking@Bingham.com

- **James W. Oliver**
  jimo@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com sgeresy@shulaw.com

- **Christopher N. Souris**
  c.souris@verizon.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`