UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY and JOHN N. SPINNEY, JR.,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No.<br>1:05-cv-11627-RCL |

**JOINT MOTION TO MODIFY BRIEFING
SCHEDULE SET FORTH IN ORDERS DATED JUNE 21, 2006**

On June 21, 2006, this Court entered an Order that, <u>inter alia</u>, permitted Defendants to file a brief in support of Defendants' Motion to Dismiss of not more than 35-pages in length, "provided such brief is filed not later than 15 calendar days from the date of this order." In a separate Order dated that same day, this Court, <u>inter alia</u>, permitted Plaintiffs to file an opposition brief of not more than 35-pages in length on or before August 18, 2006. For the reasons stated below, the parties respectfully request that this schedule be extended by 21 calendar days to accommodate their pre-existing vacation plans.

　　1.　　The schedule set forth in the June 21, 2006 Orders spans the Fourth of July holiday and extends into August, 2006. The two most senior counsel for the Defendants and their families have pre-existing vacation plans spanning the holiday and during the 15 calendar day period in which they may file Defendants' brief. Similarly, the two most senior counsel for Plaintiffs and their families have pre-existing vacation plans in August, 2006.

2.    Specifically, Jordan D. Hershman, lead counsel for Defendants, has vacation plans which would allow him to be in the office only a handful of days during the allotted 15-calendar day period.

3.    Similarly, Jason D. Frank, the only other senior counsel for Defendants, is on vacation with his family in Maine from June 24 through and including July 4, 2006. As a result, Mr. Frank will be out of the office for virtually the entirety of the allotted 15-calendar day period.

4.    If the schedule is not extended, Mr. Hershman, Mr. Frank, and their families will be required to cancel or significantly alter their pre-existing plans, portions of which have been prepaid and are non-refundable.

5.    Counsel for Plaintiffs also have vacation plans that will be affected by the briefing schedule on Defendants' Motion to Dismiss. Jeffrey W. Lawrence and James W. Oliver, Lead Counsel for Lead Plaintiffs, both have vacations planned for August, 2006. Mr. Lawrence's vacation is currently scheduled for the end of August. Mr. Oliver is currently scheduled to vacation in Iowa from August 12 through and including August 18, 2006, the day on which Plaintiffs' opposition brief is due under the July 21, 2006 orders.

6.    Accordingly, the parties hereby jointly request an extension of 21 calendar days, or whatever additional time this Court deems appropriate, within which to file their briefs. Specifically, the parties request that Defendants be allowed to file a brief of not more than 35-pages on or before July 27, 2006 and that Plaintiffs be allowed to file a brief of not more than 35-pages on or before September 11, 2006.

|  | Respectfully Submitted, |
|---|---|
| **CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN and IRONWORKERS ST. LOUIS DISTRICT COUNCIL PENSION FUND, On Behalf of Plaintiff and All Others Similarly Situated,** | **INVESTORS FINANCIAL SERVICES, CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY and JOHN N. SPINNEY, JR.,** |
| By their attorneys, | By their attorneys, |
| /s/ Jeffrey W. Lawrence | /s/ Jordan D. Hershman |
| Jeffrey W. Lawrence, BBO #289140 | Jordan D. Hershman, BBO #553709 |
| **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** | Jason D. Frank, BBO #634985 |
| 100 Pine Street, Suite 2600 | **BINGHAM MCCUTCHEN LLP** |
| San Francisco, CA 94111 | 150 Federal Street |
| (415) 288-4545 | Boston, MA 02110-1726 |
|  | (617) 951-8000 |

Aaron D. Krakow, BBO #544424
Christopher N. Souris, BBO #556343
**KRAKOW & SOURIS, LLC**
225 Friend Street
Boston, MA 02114
(617) 723-8440

Dated: June 22, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants Investors Financial Services Corporation, Kevin J. Sheehan, Michael F. Rogers, John N. Spinney, Jr., Robert D. Mancuso, Karen C. Keenan, and John E. Henry (collectively "Defendants") hereby certify that they conferred in good faith with counsel for Lead Plaintiffs concerning this Joint Motion To Modify Briefing Schedule Set Forth In Orders Dated June 21, 2006, and state that the parties have agreed to jointly request the relief requested therein.

/s/ Jason D. Frank
Jason D. Frank