UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, ON BEHALF OF PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED,<br><br>            Plaintiff,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,<br><br>            Defendants. | Civil Action No. 05-11627-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), Edward F. Haber of Shapiro Haber & Urmy LLP hereby withdraws his appearance as counsel for the Plaintiff The Archdiocese of Milwaukee Supporting Fund. The Court has appointed the City of Deerfield Beach Non-Uniform Employees Retirement Plan and the Ironworkers St. Louis District Council Pension Fund as Lead Plaintiffs and the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the law firm of Krakow & Souris, LLC to serve as Liaison Counsel to represent Lead Plaintiffs and the Class in this action.

                                                        Respectfully submitted,

                                                        **/s/ Edward F. Haber**
                                                        Edward F. Haber BBO #215620
                                                        Shapiro Haber & Urmy LLP
                                                        53 State Street
                                                        Boston, MA 02109
                                                        (617) 439-3939

Dated: August 3, 2006                                    Attorneys for the Plaintiffs

**Certificate of Service**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the 3rd day of August, 2006.

                                                 **/s/ Edward F. Haber**
                                                 Edward F. Haber