UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>                      Defendants. | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br>CLASS ACTION |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James W. Oliver hereby enters his appearance on behalf of the lead plaintiffs Ironworkers St. Louis District Council Pension Fund and City of Deerfield Beach Non-Uniform Employees Retirement Plan in this action.

DATED: September 7, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
JAMES W. OLIVER

s/ James W. Oliver
JAMES W. OLIVER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

KRAKOW & SOURIS, LLC
AARON D. KRAKOW (BBO No. 544424)
CHRISTOPHER N. SOURIS (BBO No. 556343)
225 Friend Street
Boston, MA 02114
Telephone: 617/723-8440
617/723-8443 (fax)

Liaison Counsel

CAVANAGH & O'HARA
WILLIAM K. CAVANAGH, JR.
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
2801 Ponce De Leon Blvd., Suite 750
Coral Gables, FL 33314
Telephone: 305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

      I hereby certify that on September 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        s/ James W. Oliver
        JAMES W. OLIVER

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        100 Pine Street, 26th Floor
        San Francisco, CA  94111
        Telephone:  415/288-4545
        415/288-4534 (fax)
        E-mail: jimo@lerachlaw.com

T:\CasesSF\InvestorsFinancialServices\NOT00034579.doc

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11627-RCL

| | |
|---|---|
| The Archdiocese of Milwaukee Supporting Funds et al. v. Investors Financial Services Corp., et al | Date Filed: 08/04/2005 |
| Assigned to: Judge Reginald C. Lindsay | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Judith G. Dein | Nature of Suit: 850 Securities/Commodities |
| Lead case: 1:05-cv-11627-RCL   (View Member Cases) | Jurisdiction: Federal Question |
| Related Cases: 1:05-cv-11687-RCL | |
|                 1:05-cv-11922-RCL | |
| Cause: 15:78m(a) Securities Exchange Act | |

## Plaintiff

**The Archdiocese of Milwaukee Supporting Funds**
*On Behalf of plaintiff and All Others Similarly Situated*

represented by **Edward F. Haber**
Shapiro Haber & Urmy LLP
53 State Street
37th Floor
Boston, MA 02109
617-439-3939
Fax: 617-439-0134
Email: ehaber@shulaw.com
*TERMINATED: 08/04/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W. Oliver**
Lerach Coughlin Stoia Geller Redman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
US
415-288-4534
Email: jimo@lerachlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore M. Hess-Mahan**
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02108
617-439-3939
Fax: 617-439-0134

        Email: ted@shulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas G. Shapiro**
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02108
617-439-3939
Fax: 617-439-0134
Email: tshapiro@shulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John J. Nutall, Jr.**     represented by     **James W. Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore M. Hess-Mahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Deerfield Beach Non-Uniform Employees Retirement Plan**     represented by     **James W. Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey W. Lawrence**
Lerach Coughlin Stoia & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
415-288-4545
Fax: 415-288-4534
Email: jeffreyl@lcsr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher N. Souris**

        Krakow & Souris, LLC
225 Friend Street
Fifth Floor
Boston, MA 02114
617-723-8440
Fax: 617-723-8443
Email: csouris@krakowsouris.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**St. Louis District Council Pension Fund**    represented by    **James W. Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

      **Jeffrey W. Lawrence**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

      **Christopher N. Souris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Faussner**    represented by    **David Pastor**
Gilman and Pastor, LLP
225 Franklin Street
16th Floor
Boston, MA 02110
617-742-9700
Fax: 617-742-9701
Email: dpastor@gilmanpastor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

      **Marc A. Topaz**
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
Fax: 610-667-7056
Email: ecf_filings@sbclasslaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. Lee Harris 1991 Trust**  represented by  **Alan L. Kovacs**
Law Office of Alan L. Kovacs
2001 Beacon Street
Suite 106
Boston, MA 02135
617-964-1177
Fax: 617-332-1223
Email: alankovacs@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bamboo Partners LLC**  represented by  **Joel Z. Eigerman**
Joel Z. Eigerman, Attorney-at-Law
Suite 200
50 Congress Street
Boston, MA 02109
617-523-3050
Fax: 617-523-3050
Email: joel@eigerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pavel Bespalko**
Law Office of Joel Eigerman
50 Congress Street
Suite 200
Boston, MA 02109
617-818-1982
Fax: 617-523-5612
Email: pavel@bespalko.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Investors Financial Services Corp.,**  represented by  **James Paul Lucking**
Bingham McCutchen LLP

150 Federal Street
Boston, MA 02110
617-951-8482
Fax: 617-951-8736
Email: james.lucking@Bingham.com
*ATTORNEY TO BE NOTICED*

**Jason D. Frank**
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110
617-951-8153
Fax: 617-951-8736
Email: jason.frank@bingham.com
*ATTORNEY TO BE NOTICED*

**Jordan D. Hershman**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-248-7363
Fax: 617-248-7100
Email:
jordan.hershman@bingham.com
*ATTORNEY TO BE NOTICED*

**William R. Harb**
Testa, Hurwitz & Thibeault, LLP
125 High Street
Oliver Tower
Boston, MA 02110
617-951-8971
Fax: 617-951-8736
Email: william.Harb@bingham.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Kevin J. Sheehan** | represented by | **James Paul Lucking** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason D. Frank**
(See above for address)
*ATTORNEY TO BE NOTICED*

                      **Jordan D. Hershman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                      **William R. Harb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael F. Rogers**    represented by  **James Paul Lucking**
(See above for address)
*ATTORNEY TO BE NOTICED*

                      **Jason D. Frank**
(See above for address)
*ATTORNEY TO BE NOTICED*

                      **Jordan D. Hershman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                      **William R. Harb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert D. Mancuso**    represented by  **James Paul Lucking**
(See above for address)
*ATTORNEY TO BE NOTICED*

                      **Jason D. Frank**
(See above for address)
*ATTORNEY TO BE NOTICED*

                      **Jordan D. Hershman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                      **William R. Harb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Edmund J Maroney** | represented by | **James Paul Lucking** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Jason D. Frank** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Jordan D. Hershman** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **William R. Harb** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **John N Spinney, JR.,** | represented by | **James Paul Lucking** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Jason D. Frank** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Jordan D. Hershman** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **William R. Harb** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

**John E Henry**

**Defendant**

**Karen C Keenan**

**Defendant**

| | | |
|---|---|---|
| **Phyllis S Swersky** | represented by | **James Paul Lucking** (See above for address) |

|  |  |  |
|---|---|---|
|  |  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jason D. Frank**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jordan D. Hershman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Thomas P. McDermott** | represented by | **James Paul Lucking**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jason D. Frank**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jordan D. Hershman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Francis B. Condon, Jr.** | represented by | **James Paul Lucking**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jason D. Frank**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jordan D. Hershman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Frank B Condon, JR**     represented by **James Paul Lucking**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason D. Frank**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan D. Hershman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James M. Oates**     represented by **James Paul Lucking**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason D. Frank**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan D. Hershman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*