UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>   vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>                       Defendants. | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br><u>CLASS ACTION</u> |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND TO SET BRIEFING SCHEDULE

The parties, by and through their counsel, hereby agree to extend the time within which plaintiffs have to file their opposition brief in response to defendants' motion to dismiss. Further, the parties hereby agree to the following scheduling for the briefing of defendants' motion to dismiss.

Plaintiffs shall have until September 19, 2006 to file an opposition brief in response to defendants' motion to dismiss. Any defendant seeking to file a reply to the opposition papers must first obtain leave of Court upon motion made on or before September 29, 2006.

Respectfully submitted,

| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>JEFFREY W. LAWRENCE<br>JAMES W. OLIVER | BINGHAM MCCUTCHEN LLP<br>JORDAN D. HERSHMAN, BBO #553709<br>JASON D. FRANK, BBO #634985<br>JAMES P. LUCKING, BBO #650588<br>WILLIAM R. HARB, BBO #657270 |
| _____/s/ James W. Oliver_____<br>JAMES W. OLIVER | _____/s/ Jordan D. Hershman_____<br>JORDAN D. HERSHMAN |
| 100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br><br>Lead Counsel for Plaintiffs<br>City of Deerfield Beach Non-Uniform Employees Retirement Plan Ironworkers and St. Louis District Council Pension Fund | 150 Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8000<br><br>Counsel for Defendants<br>Investors Financial Services, Corp., Kevin J. Sheehan, Michael F. Rogers, Robert D. Mancuso, Edmund J. Maroney, And John N. Spinney, Jr., |

- 1 -

KRAKOW & SOURIS, LLC
AARON D. KRAKOW (BBO No. 544424)
CHRISTOPHER N. SOURIS (BBO No. 556343)
225 Friend Street
Boston, MA  02114
Telephone:  617/723-8440
617/723-8443 (fax)

Liaison Counsel

Dated:  September 7, 2006

*   *   *

### [PROPOSED] O R D E R

    IT IS SO ORDERED.

DATED: _____   _____
                                                                         JUDITH G. DEIN
                                                                         UNITED STATES MAGISTRATE JUDGE

T:\CasesSF\InvestorsFinancialServices\STIP00034567.doc

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ James W. Oliver
    JAMES W. OLIVER

    LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    100 Pine Street, Suite 2600
    San Francisco, CA  94111
    Telephone:  415/288-4545
    415/288-4534 (fax)
    E-mail: jimo@lerachlaw.com

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11627-RCL

| | |
|---|---|
| The Archdiocese of Milwaukee Supporting Funds et al. v. Investors Financial Services Corp., et al | Date Filed: 08/04/2005 |
| Assigned to: Judge Reginald C. Lindsay | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Judith G. Dein | Nature of Suit: 850 Securities/Commodities |
| Lead case: 1:05-cv-11627-RCL  (View Member Cases) | Jurisdiction: Federal Question |
| Related Cases: 1:05-cv-11687-RCL | |
| 1:05-cv-11922-RCL | |

Cause: 15:78m(a) Securities Exchange Act

**Plaintiff**

| | | |
|---|---|---|
| **The Archdiocese of Milwaukee Supporting Funds** *On Behalf of plaintiff and All Others Similarly Situated* | represented by | **Edward F. Haber** Shapiro Haber & Urmy LLP 53 State Street 37th Floor Boston, MA 02109 617-439-3939 Fax: 617-439-0134 Email: ehaber@shulaw.com *TERMINATED: 08/04/2006* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **James W. Oliver** Lerach Coughlin Stoia Geller Redman & Robbins LLP 100 Pine Street Suite 2600 San Francisco, CA 94111 US 415-288-4534 Email: jimo@lerachlaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Theodore M. Hess-Mahan** Shapiro Haber & Urmy LLP 53 State Street Boston, MA 02108 617-439-3939 Fax: 617-439-0134 |

        Email: ted@shulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas G. Shapiro**
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02108
617-439-3939
Fax: 617-439-0134
Email: tshapiro@shulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John J. Nutall, Jr.**     represented by     **James W. Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore M. Hess-Mahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Deerfield Beach Non-Uniform Employees Retirement Plan**     represented by     **James W. Oliver**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey W. Lawrence**
Lerach Coughlin Stoia & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
415-288-4545
Fax: 415-288-4534
Email: jeffreyl@lcsr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher N. Souris**

                    Krakow & Souris, LLC
                    225 Friend Street
                    Fifth Floor
                    Boston, MA 02114
                    617-723-8440
                    Fax: 617-723-8443
                    Email: csouris@krakowsouris.com
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **St. Louis District Council Pension Fund** | represented by | **James W. Oliver** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Jeffrey W. Lawrence** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Christopher N. Souris** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Faussner** | represented by | **David Pastor** Gilman and Pastor, LLP 225 Franklin Street 16th Floor Boston, MA 02110 617-742-9700 Fax: 617-742-9701 Email: dpastor@gilmanpastor.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Marc A. Topaz** Schiffrin & Barroway, LLP 280 King of Prussia Road Radnor, PA 19087 610-667-7706 Fax: 610-667-7056 Email: ecf_filings@sbclasslaw.com *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M. Lee Harris 1991 Trust**    represented by    **Alan L. Kovacs**
Law Office of Alan L. Kovacs
2001 Beacon Street
Suite 106
Boston, MA 02135
617-964-1177
Fax: 617-332-1223
Email: alankovacs@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bamboo Partners LLC**    represented by    **Joel Z. Eigerman**
Joel Z. Eigerman, Attorney-at-Law
Suite 200
50 Congress Street
Boston, MA 02109
617-523-3050
Fax: 617-523-3050
Email: joel@eigerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pavel Bespalko**
Law Office of Joel Eigerman
50 Congress Street
Suite 200
Boston, MA 02109
617-818-1982
Fax: 617-523-5612
Email: pavel@bespalko.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Investors Financial Services Corp.,**    represented by    **James Paul Lucking**
Bingham McCutchen LLP

150 Federal Street
Boston, MA 02110
617-951-8482
Fax: 617-951-8736
Email: james.lucking@Bingham.com
*ATTORNEY TO BE NOTICED*

**Jason D. Frank**
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110
617-951-8153
Fax: 617-951-8736
Email: jason.frank@bingham.com
*ATTORNEY TO BE NOTICED*

**Jordan D. Hershman**
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
617-248-7363
Fax: 617-248-7100
Email:
jordan.hershman@bingham.com
*ATTORNEY TO BE NOTICED*

**William R. Harb**
Testa, Hurwitz & Thibeault, LLP
125 High Street
Oliver Tower
Boston, MA 02110
617-951-8971
Fax: 617-951-8736
Email: william.Harb@bingham.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin J. Sheehan**            represented by   **James Paul Lucking**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason D. Frank**
(See above for address)
*ATTORNEY TO BE NOTICED*

                              **Jordan D. Hershman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                              **William R. Harb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael F. Rogers**      represented by    **James Paul Lucking**
(See above for address)
*ATTORNEY TO BE NOTICED*

                              **Jason D. Frank**
(See above for address)
*ATTORNEY TO BE NOTICED*

                              **Jordan D. Hershman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                              **William R. Harb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert D. Mancuso**      represented by    **James Paul Lucking**
(See above for address)
*ATTORNEY TO BE NOTICED*

                              **Jason D. Frank**
(See above for address)
*ATTORNEY TO BE NOTICED*

                              **Jordan D. Hershman**
(See above for address)
*ATTORNEY TO BE NOTICED*

                              **William R. Harb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Edmund J Maroney** | represented by | **James Paul Lucking**  (See above for address)  *ATTORNEY TO BE NOTICED* |
| | | **Jason D. Frank**  (See above for address)  *ATTORNEY TO BE NOTICED* |
| | | **Jordan D. Hershman**  (See above for address)  *ATTORNEY TO BE NOTICED* |
| | | **William R. Harb**  (See above for address)  *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **John N Spinney, JR.,** | represented by | **James Paul Lucking**  (See above for address)  *ATTORNEY TO BE NOTICED* |
| | | **Jason D. Frank**  (See above for address)  *ATTORNEY TO BE NOTICED* |
| | | **Jordan D. Hershman**  (See above for address)  *ATTORNEY TO BE NOTICED* |
| | | **William R. Harb**  (See above for address)  *ATTORNEY TO BE NOTICED* |

**Defendant**

**John E Henry**

**Defendant**

**Karen C Keenan**

**Defendant**

| | | |
|---|---|---|
| **Phyllis S Swersky** | represented by | **James Paul Lucking**  (See above for address) |

       *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason D. Frank**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan D. Hershman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas P. McDermott**  represented by  **James Paul Lucking**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason D. Frank**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan D. Hershman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Francis B. Condon, Jr.**  represented by  **James Paul Lucking**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason D. Frank**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan D. Hershman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frank B Condon, JR**     represented by  **James Paul Lucking**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason D. Frank**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan D. Hershman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James M. Oates**     represented by  **James Paul Lucking**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason D. Frank**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan D. Hershman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*