UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>                     Defendants. | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br><u>CLASS ACTION</u> |

PLAINTIFFS' MOTION TO STRIKE CERTAIN EXHIBITS INCLUDED IN DEFENDANTS' APPENDIX

Plaintiffs respectfully move this Court to strike Exhibits 23-26, 30, 32-33 (a Form 8-K filed on May 5, 2006 that claims that defendants' class period trades were made pursuant to Rule 10b5-1 trading plans) and 35 attached to defendants' Appendix of Documents Submitted in Support of Defendants' Motion to Dismiss the Consolidated Complaint. The grounds of this motion, as set forth in plaintiffs' accompanying memorandum of law, are that: (i) defendants have submitted documents *not* referenced by the complaint or relied upon in any way by plaintiffs; (ii) defendants rely on the submitted documents for the truth of the matters contained therein; (iii) defendants make factual contentions concerning these untested documents; and (iv) absent discovery, the authenticity of such documents is in dispute.

## RULE 7.1(A)(2) CERTIFICATION

Pursuant to LR, D. Mass 7.1(a)(2), plaintiffs' counsel hereby certifies that they contacted counsel for defendants in an attempt to narrow or eliminate the need for this motion. This conference did not eliminate the need for this motion.

DATED: September 19, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
JAMES W. OLIVER


      /s/ Jeffrey W. Lawrence
JEFFREY W. LAWRENCE (BBO # 289140)

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

KRAKOW & SOURIS, LLC
AARON D. KRAKOW (BBO No. 544424)
CHRISTOPHER N. SOURIS (BBO No. 556343)
225 Friend Street
Boston, MA  02114
Telephone:  617/723-8440
617/723-8443 (fax)

Liaison Counsel

CAVANAGH & O'HARA
WILLIAM K. CAVANAGH, JR.
407 East Adams Street
Springfield, IL  62701
Telephone:  217/544-1771
217/544-9894 (fax)

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
2801 Ponce De Leon Blvd., Suite 750
Coral Gables, FL  33314
Telephone:  305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiffs

T:\CasesSF\InvestorsFinancialServices\MOT00034516.doc

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    /s/ Jeffrey W. Lawrence
JEFFREY W. LAWRENCE (BBO #289140)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  jeffreyl@lerachlaw.com

# Mailing Information for a Case 1:05-cv-11627-RCL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Pavel Bespalko**
  pavel@bespalko.com

- **Joel Z. Eigerman**
  joel@eigerman.com

- **Jason D. Frank**
  jason.frank@bingham.com

- **William R. Harb**
  william.Harb@bingham.com

- **Jordan D. Hershman**
  jordan.hershman@bingham.com

- **Theodore M. Hess-Mahan**
  ted@shulaw.com

- **Alan L. Kovacs**
  alankovacs@yahoo.com

- **Jeffrey W. Lawrence**
  jeffreyl@lcsr.com

- **James Paul Lucking**
  james.lucking@Bingham.com

- **James W. Oliver**
  jimo@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **David Pastor**
  dpastor@gilmanpastor.com rdambrosio@gilmanpastor.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com sgeresy@shulaw.com

- **Christopher N. Souris**
  csouris@krakowsouris.com

- **Marc A. Topaz**
  ecf_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`