UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY and JOHN N. SPINNEY, JR.,<br><br>        Defendants. | Civil Action No.<br>1:05-cv-11627-RCL |

**CORRECTED STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR DEFENDANTS TO SEEK LEAVE OF
COURT TO REPLY TO PLAINTIFFS' OPPOSITION BRIEF AND TO
RESPOND TO PLAINTIFFS' MOTION TO STRIKE CERTAIN EXHIBITS**

The parties, by and through their counsel, hereby agree to extend the time within which Defendants must: (1) file a motion with the Court seeking to obtain leave to file a reply memorandum to Plaintiffs' Opposition to Defendants' Motion to Dismiss; and (2) file an opposition memorandum in response to Plaintiffs' Motion to Strike Certain Exhibits Included in Defendants' Appendix.  Further, the parties hereby agree to the following briefing schedule.

Defendants shall have until and including November 2, 2006 to file a motion for leave to file a reply memorandum to Plaintiffs' Opposition to Defendants' Motion to Dismiss. Defendants shall have until and including November 2, 2006 to file an opposition memorandum in response to Plaintiffs' Motion to Strike Certain Exhibits Included in Defendants' Appendix.

Respectfully Submitted,

**CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN and IRONWORKERS ST. LOUIS DISTRICT COUNCIL PENSION FUND, On Behalf of Plaintiff and All Others Similarly Situated,**

By their attorneys,

/s/ Jeffrey W. Lawrence
———————————————
Jeffrey W. Lawrence, BBO #289140
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111
(415) 288-4545

Aaron D. Krakow, BBO #544424
Christopher N. Souris, BBO #556343
**KRAKOW & SOURIS, LLC**
225 Friend Street
Boston, MA  02114
(617) 723-8440

Dated: September 27, 2006

**INVESTORS FINANCIAL SERVICES, CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY and JOHN N. SPINNEY, JR.,**

By their attorneys,

/s/ Jordan D. Hershman
———————————————
Jordan D. Hershman, BBO #553709
Jason D. Frank, BBO #634985
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

\*     \*     \*

## ORDER

IT IS SO ORDERED.

DATED: _____     _____
                            THE HONORABLE JUDITH G. DEIN
                            UNITED STATES MAGISTRATE JUDGE

- 2 -