UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>  v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY and JOHN N. SPINNEY, JR.,<br><br>          Defendants. | Civil Action No.<br>1:05-cv-11627-RCL |

**CORRECTED STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR DEFENDANTS TO SEEK LEAVE OF
COURT TO REPLY TO PLAINTIFFS' OPPOSITION BRIEF AND TO
RESPOND TO PLAINTIFFS' MOTION TO STRIKE CERTAIN EXHIBITS**

  The parties, by and through their counsel, hereby agree to extend the time within which Defendants must: (1) file a motion with the Court seeking to obtain leave to file a reply memorandum to Plaintiffs' Opposition to Defendants' Motion to Dismiss; and (2) file an opposition memorandum in response to Plaintiffs' Motion to Strike Certain Exhibits Included in Defendants' Appendix.  Further, the parties hereby agree to the following briefing schedule.

  Defendants shall file a motion for leave to file a reply memorandum to Plaintiffs' Opposition to Defendants' Motion to Dismiss on or before November 17, 2006.  Defendants shall have until and including November 17, 2006 to file an opposition memorandum in response to Plaintiffs' Motion to Strike Certain Exhibits Included in Defendants' Appendix.


- 2 -

| | Respectfully Submitted, |
|---|---|
| **CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN and IRONWORKERS ST. LOUIS DISTRICT COUNCIL PENSION FUND**, On Behalf of Plaintiff and All Others Similarly Situated, | **INVESTORS FINANCIAL SERVICES, CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY and JOHN N. SPINNEY, JR.**, |
| By their attorneys, | By their attorneys, |
| /s/ Jeffrey W. Lawrence | /s/ Jordan D. Hershman |
| Jeffrey W. Lawrence, BBO #289140<br>**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>(415) 288-4545 | Jordan D. Hershman, BBO #553709<br>Jason D. Frank, BBO #634985<br>**BINGHAM MCCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8000 |
| Aaron D. Krakow, BBO #544424<br>Christopher N. Souris, BBO #556343<br>**KRAKOW & SOURIS, LLC**<br>225 Friend Street<br>Boston, MA 02114<br>(617) 723-8440 | |

Dated: November 3, 2006

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE