UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                                Plaintiff,<br><br>        vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>                                Defendants. | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br><u>CLASS ACTION</u> |

STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE THE JANUARY 12, 2007 HEARING TO JANUARY 30, 2007

The parties, by and through their counsel, hereby agree to continue the January 12, 2007 hearing at 10:00 A.M. on defendants' motion to dismiss the consolidated complaint and plaintiffs' motion to strike certain exhibits included in defendants' appendix to January 30, 2007 at 11:00 A.M.

| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER     RUDMAN & ROBBINS LLP<br>JEFFREY W. LAWRENCE<br>JAMES W. OLIVER | BINGHAM MCCUTCHEN LLP<br>JORDAN D. HERSHMAN, BBO #553709<br>JASON D. FRANK, BBO #634985<br>JAMES P. LUCKING, BBO #650588<br>WILLIAM R. HARB, BBO #657270 |
| _____/s/ Jeffrey W. Lawrence_____<br>JEFFREY W. LAWRENCE | _____/s/ Jordan D. Hershman_____<br>JORDAN D. HERSHMAN |
| 100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax) | 150 Federal Street<br>Boston, MA 02110-1726<br>(617) 951-8000 |
| Lead Counsel for Plaintiffs<br>City of Deerfield Beach Non-Uniform Employees Retirement Plan Ironworkers and St. Louis District Council Pension Fund | Counsel for Defendants<br>Investors Financial Services, Corp., Kevin J. Sheehan, Michael F. Rogers, Robert D. Mancuso, Edmund J. Maroney, And John N. Spinney, Jr., |

Dated:

\* \* \*

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____    _____
                                                                            THE HONORABLE JUDITH G. DEIN
                                                                             UNITED STATES MAGISTRATE JUDGE

T:\CasesSF\InvestorsFinancialServices\STIP00037626.doc

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Jeffrey W. Lawrence
JEFFREY W. LAWRENCE

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:JeffreyL@lerachlaw.com

# Mailing Information for a Case 1:05-cv-11627-RCL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Pavel Bespalko**
  pavel@bespalko.com

- **Joel Z. Eigerman**
  joel@eigerman.com

- **Jason D. Frank**
  jason.frank@bingham.com

- **William R. Harb**
  william.Harb@bingham.com

- **Jordan D. Hershman**
  jordan.hershman@bingham.com

- **Theodore M. Hess-Mahan**
  ted@shulaw.com

- **Alan L. Kovacs**
  alankovacs@yahoo.com

- **Jeffrey W. Lawrence**
  jeffreyl@lcsr.com

- **James Paul Lucking**
  james.lucking@Bingham.com

- **James W. Oliver**
  jimo@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **David Pastor**
  dpastor@gilmanpastor.com rdambrosio@gilmanpastor.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com sgeresy@shulaw.com

- **Christopher N. Souris**
  csouris@krakowsouris.com

- **Marc A. Topaz**
  ecf_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`