UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, ON BEHALF OF PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, AND JOHN N. SPINNEY, JR.,<br><br>　　　　　　Defendants. | Civil Action No. 05-11627-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## THEODORE M. HESS-MAHAN

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3(c), the undersigned counsel hereby withdraws his appearance on behalf of plaintiff in the above-captioned action. Plaintiff will continue to be represented by court-appointed lead counsel. Please remove the above-named attorney from the docket as counsel of record in this action.

Dated: January 5, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**/s/Theodore M. Hess-Mahan**
　　　　　　　　　　　　　　　　　　　　　　Theodore M. Hess-Mahan, BBO No. 557109
　　　　　　　　　　　　　　　　　　　　　　SHAPIRO HABER & URMY LLP
　　　　　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　　(617) 439-3939

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**<u>Certificate of Service</u>**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2007.

      **<u>/s/Theodore M. Hess-Mahan</u>**
      Theodore M. Hess-Mahan