UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:05-cv-11627-RCL<br>**(Consolidated)** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS

The parties, by and through their counsel, hereby agree to extend the time plaintiffs have to file their objections to the Magistrate's July 31, 2007 Report and Recommendation on Defendants' Motion to Dismiss. Further, the parties agree to the following schedule for plaintiffs to file their objections to the Magistrate's Report and Recommendation and for defendants to file a brief in response to plaintiffs' objections.

Plaintiffs shall have until September 7, 2007 to file their objections to the Magistrate's Report and Recommendation on Defendants' Motion to Dismiss. Defendants shall have until October 17, 2007 to file a brief in response to plaintiffs' objections.

| LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>JEFFREY W. LAWRENCE<br>JAMES W. OLIVER | BINGHAM MCCUTCHEN LLP<br>JORDAN D. HERSHMAN, BBO #553709<br>JASON D. FRANK, BBO #634985<br>JAMES P. LUCKING, BBO #650588<br>WILLIAM R. HARB, BBO #657270 |
|---|---|
| /s/ James W. Oliver<br>JAMES W. OLIVER | /s/ Jordan D. Hershman<br>JORDAN D. HERSHMAN |
| 100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax) | 150 Federal Street<br>Boston, MA 02110-1726<br>Telephone: 617/951-8000 |
| Lead Counsel for Plaintiffs<br>City of Deerfield Beach Non-Uniform Employees Retirement Plan Ironworkers and St. Louis District Council Pension Fund | Counsel for Defendants<br>Investors Financial Services, Corp., Kevin J. Sheehan, Michael F. Rogers, Robert D. Mancuso, Edmund J. Maroney, And John N. Spinney, Jr. |

KRAKOW & SOURIS, LLC
AARON D. KRAKOW (BBO No. 544424)
CHRISTOPHER N. SOURIS (BBO No. 556343)
225 Friend Street
Boston, MA 02114
Telephone: 617/723-8440
617/723-8443 (fax)

Liaison Counsel

- 2 -

Dated:  August 6, 2007

    I, James W. Oliver, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS.  In compliance with General Order 45, X.B., I hereby attest that Jordan D. Hershman has concurred in this filing.

*   *   *

### [PROPOSED] ORDER

    IT IS SO ORDERED.

DATED:  _____     _____
                                                              THE HONORABLE REGINALD C. LINDSAY
                                                              UNITED STATES DISTRICT JUDGE

T:\CasesSF\InvestorsFinancialServices\stp00044360.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2007.

/s/ James W. Oliver
JAMES W. OLIVER

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: jimo@lerachlaw.com

# Mailing Information for a Case 1:05-cv-11627-RCL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joel Z. Eigerman**
  joel@eigerman.com

- **Jason D. Frank**
  jason.frank@bingham.com

- **William R. Harb**
  william.Harb@bingham.com

- **Jordan D. Hershman**
  jordan.hershman@bingham.com

- **Alan L. Kovacs**
  alankovacs@yahoo.com

- **Jeffrey W. Lawrence**
  jeffreyl@lcsr.com

- **James Paul Lucking**
  james.lucking@Bingham.com

- **James W. Oliver**
  jimo@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **David Pastor**
  dpastor@gilmanpastor.com,rdambrosio@gilmanpastor.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com,sgeresy@shulaw.com

- **Christopher N. Souris**
  csouris@krakowsouris.com

- **Marc A. Topaz**
  ecf_filings@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Pavel Bespalko
Law Office of Joel Eigerman
50 Congress Street
Suite 200
Boston, MA 02109
```