UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No.<br>1:05-cv-11627-RCL |

**ASSENTED-TO MOTION TO MODIFY BRIEFING
SCHEDULE SET FORTH IN ORDER DATED AUGUST 24, 2007**

On August 24, 2007, this Court entered an Order that granted in part and denied in part the parties' Stipulation and Proposed Order to Extend Time to File Objections to Magistrate's Report and Recommendation on Defendants' Motion to Dismiss. Pursuant to the August 24, 2007 Order, Defendants will have only nine (9) business days to respond to Plaintiffs' objections to the Magistrate Judge's Report and Recommendation. Those nine (9) business days span the Jewish High Holiday of Rosh Hashanah, and they are less than the ten (10) business days allowed for responses under Fed. R. Civ. P. 72(b). For the reasons stated below, Defendants respectfully request that the deadline for their response to Plaintiffs' objections be extended by eight (8) calendar days to accommodate the observance of the Jewish High Holidays of Rosh Hashanah and Yom Kippur and to provide Defendants with at least as much time to respond to Plaintiffs' objections as is provided by Fed. R. Civ. P. 72(b).

1.　　On July 31, 2007, Magistrate Judge Dein issued her Report and Recommendation on Defendants' Motion to Dismiss. Under Fed. R. Civ. P. 72(b), Plaintiffs were to have ten (10) business days to file objections to the Report and Recommendation. Plaintiffs' objections would

- 2 -

have been due on August 14, 2007.  Under Fed. R. Civ. P. 72(b), Defendants were to have ten (10) business days to respond to any objections.

2.      On August 6, 2007, the parties filed a stipulation, subject to this Court's approval, to extend the briefing schedule for Plaintiffs' objections and Defendants' response.  Specifically, the parties agreed to extend the deadline for Plaintiffs' objections to September 7, 2007 and to extend the deadline for Defendants' response to those objections to October 17, 2007.

3.      In this Court's August 24, 2007 Order, the Court granted the parties' request to extend the deadline for Plaintiffs' objections to September 7, 2007 -- thereby providing Plaintiffs with thirty-eight (38) days from the date of Judge Dein's Report and Recommendation to prepare their objections.  The Court, however, denied the parties' request to extend the deadline for Defendants' response to Plaintiffs' objections to October 17, 2007, and instead ordered Defendants to respond to Plaintiffs' objections within nine (9) business days -- by September 20, 2007.

4.      The schedule set forth in the August 24, 2007 Order spans the Jewish High Holiday of Rosh Hashanah.  The two most senior counsel for the Defendants, Jordan D. Hershman and Jason D. Frank, and their families have pre-existing plans spanning the Jewish High Holiday.

5.      In addition, Defendants note that the Jewish High Holiday of Yom Kippur begins on September 21, 2007, and Messrs. Hershman and Frank have significant family commitments in connection with this holiday as well.

6.      Furthermore, under Fed. R. Civ. P. 72(b), parties are entitled to ten (10) business days to respond to an objection to a magistrate judge report and recommendation.  The current scheduling order grants Defendants only nine (9) business days to file their response to Plaintiffs' objections.

7.      Accordingly, given the conflict with the Jewish High Holidays and the fact that Defendants have less time to file their response to Plaintiffs' objections under the current scheduling order than provided in Fed. R. Civ. P. 72(b), Defendants respectfully request an

extension of eight (8) calendar days -- until September 28, 2007 -- or whatever additional time this Court deems appropriate, within which Defendants may file their response to Plaintiffs' objections.

8.    Counsel for Plaintiffs assents to the relief requested herein.

WHEREFORE, Defendants respectfully request that this Court extend the deadline for their response by eight (8) days, until September 28, 2007, or by whatever additional time this Court deems appropriate.

- 4 -

                                  Respectfully Submitted,

**INVESTORS FINANCIAL SERVICES, CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY and JOHN N. SPINNEY, JR.,**

By their attorneys,


/s/ Jordan D. Hershman
Jordan D. Hershman, BBO #553709
Jason D. Frank, BBO #634985
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

**ASSENTED-TO:**

**CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN and IRONWORKERS ST. LOUIS DISTRICT COUNCIL PENSION FUND, On Behalf of Plaintiff and All Others Similarly Situated,**

By their attorneys,


/s/ Jeffrey W. Lawrence
Jeffrey W. Lawrence, BBO #289140
**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111
(415) 288-4545

Aaron D. Krakow, BBO #544424
Christopher N. Souris, BBO #556343
**KRAKOW & SOURIS, LLC**
225 Friend Street
Boston, MA 02114
(617) 723-8440

Dated: September 7, 2007

- 5 -

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants Investors Financial Services Corporation, Kevin J. Sheehan, Michael F. Rogers, John N. Spinney, Jr., Robert D. Mancuso, Karen C. Keenan, and John E. Henry (collectively "Defendants") hereby certify that they conferred in good faith with counsel for Lead Plaintiffs concerning this Assented-To Motion To Modify Briefing Schedule Set Forth In Order Dated August 24, 2007, and state that Plaintiffs' counsel has assented to Defendants' request for relief.

                                             /s/ Jason D. Frank
                                             Jason D. Frank