UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>                     Defendants. | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br><u>CLASS ACTION</u> |

PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 72 RESPONSE TO MAGISTRATE JUDGE DEIN'S REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS

On August 24, 2007, the Court allowed plaintiffs until September 7, 2007 to file any objections to Magistrate Judge Judith Gail Dein's recommendation that "Defendants' motion to dismiss (Docket No. 32) be ALLOWED, and that the Complaint be dismissed without prejudice." Report and Recommendation on Defendants' Motion to Dismiss ("Report"), filed July 31, 2007, at 57. Having had the opportunity to review the Report, lead plaintiffs believe that the Magistrate Judge erred in several significant respects in analyzing and evaluating plaintiffs' complaint. For example, plaintiffs believe that the Court misconstrued the significance and impact of Investors Financial Services Corporation's (the "Company") falsely reported net interest income (as itself) as misleading the market with regard to the Company's financial results and prospects. While the Court focused on the overall net income numbers, the net interest income, which was restated because it was initially falsely reported, was itself a material misrepresentation of the Company to the market. *Compare* Report at p. 10 (quoting plaintiffs' complaint as involving falsely reported net interest income) *with* Report at p. 23 (focusing on the Company's reported net income numbers). However, in rendering her Report, Magistrate Judge Dein noted that her analysis was hampered by the allegations of the complaint and the briefing by the parties and recommended that the plaintiffs be given an opportunity to replead. *See* Report at 3 n. 1. Indeed, as one appellate court noted, that under the Private Securities Litigation Reform Act ("PSLRA"): "We need to bear in mind that we are not operating in the world of notice pleadings. In this technical and demanding corner of the law, the drafting of a cognizable complaint can be a matter of trial and error." *Eminence Captal, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1053 (9th Cir. 2003).

Plaintiffs believe that the concerns articulated by the Magistrate Judge in her Report are appropriately addressed in an amended complaint. Given that the ultimate recommendation by the Magistrate Judge is that the motion to dismiss be allowed and the complaint be dismissed without

- 1 -

prejudice, plaintiffs request that the Report be entered and plaintiffs be permitted to file an amended complaint.

DATED: September 7, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
JAMES W. OLIVER


            s/ Jeffrey W. Lawrence
      JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

KRAKOW & SOURIS, LLC
AARON D. KRAKOW (BBO No. 544424)
CHRISTOPHER N. SOURIS (BBO No. 556343)
225 Friend Street
Boston, MA  02114
Telephone: 617/723-8440
617/723-8443 (fax)

Liaison Counsel

CAVANAGH & O'HARA
WILLIAM K. CAVANAGH, JR.
407 East Adams Street
Springfield, IL  62701
Telephone: 217/544-1771
217/544-9894 (fax)

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
2801 Ponce De Leon Blvd., Suite 750
Coral Gables, FL  33314
Telephone: 305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiffs

T:\CasesSF\InvestorsFinancialServices\MIS00045306.doc

CERTIFICATE OF SERVICE

     I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 7, 2007.

           s/ Jeffrey W. Lawrence
           JEFFREY W. LAWRENCE

           COUGHLIN STOIA GELLER
                RUDMAN & ROBBINS LLP
           100 Pine Street, 26th Floor
           San Francisco, CA  94111
           Telephone:  415/288-4545
           415/288-4534 (fax)

           E-mail:jlawrence@csgrr.com

# Mailing Information for a Case 1:05-cv-11627-RCL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joel Z. Eigerman**
  joel@eigerman.com

- **Jason D. Frank**
  jason.frank@bingham.com

- **William R. Harb**
  william.Harb@bingham.com

- **Jordan D. Hershman**
  jordan.hershman@bingham.com

- **Alan L. Kovacs**
  alankovacs@yahoo.com

- **Jeffrey W. Lawrence**
  jeffreyl@lcsr.com

- **James Paul Lucking**
  james.lucking@Bingham.com

- **James W. Oliver**
  jimo@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **David Pastor**
  dpastor@gilmanpastor.com,rdambrosio@gilmanpastor.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com,sgeresy@shulaw.com

- **Christopher N. Souris**
  csouris@krakowsouris.com

- **Marc A. Topaz**
  ecf_filings@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Pavel Bespalko**

```
Law Office of Joel Eigerman
50 Congress Street
Suite 200
Boston, MA 02109
```