UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, ON BEHALF OF PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>      v.<br><br>INVESTORS FINANCIAL SERVICES CORP., ET AL.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 05-11627-RCL |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO FILE AMENDED COMPLAINT AND SET BRIEFING SCHEDULE**

In order to effectuate the effective and orderly administration of this action, the parties hereby stipulate to the following dates for filing and briefing:

The parties, by and through their counsel, hereby agree to extend the time within which the plaintiffs may file an amended complaint until October 29, 2007.

The parties further agree that defendants shall have until December 13, 2007, to answer or otherwise respond to the amended complaint.

In the event that defendants move to dismiss the amended complaint, plaintiffs shall have until January 28, 2008, file their opposition brief and defendants shall have leave to file a reply brief no later than March 13, 2008.

- 2 -

Respectfully submitted,

| | |
|---|---|
| **INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY, AND JOHN N. SPINNEY, JR.,** | **CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN IRONWORKERS AND ST. LOUIS DISTRICT COUNCIL PENSION FUND,** |
| By their attorneys, | By its attorneys, |
| /s/ Jordan D. Hershman | /s/ Jeffrey W. Lawrence |
| Jordan D. Hershman, BBO #553709<br>Jason D. Frank, BBO #634985<br>James P. Lucking, BBO #650588<br>William R. Harb, BBO #657270<br>**BINGHAM MCCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA  02110-1726<br>(617) 951-8000 | Jeffrey W. Lawrence<br>James W. Oliver<br>**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>(415) 288-4545 |

Dated: October 22, 2007

**IT IS SO ORDERED:**

_____
Honorable Reginald C. Lindsay
United States District Judge

Dated: