UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, ON BEHALF OF PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiff,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES CORP., ET AL.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 05-11627-RCL |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO THE FIRST AMENDED CONSOLIDATED COMPLAINT**

The parties, by and through their counsel, hereby agree to extend the time within which Defendants must answer, move or otherwise respond to the First Amended Consolidated Complaint filed in this action. The parties have entered this stipulation given the press of other business and the fact that counsel for Defendants will be mediating another securities class action, In re Stone & Webster, Inc. Sec. Litig., C.A. 00-CV-10874-RWZ (D. Mass.), the week their motion to dismiss is currently due. In consideration of these issues and the upcoming winter holidays, the parties hereby agree to the following schedule for the briefing on Defendants' motion to dismiss.

Defendants shall have until January 11, 2008, to answer, move, or otherwise respond to the First Amended Consolidated Complaint. Plaintiffs shall have until March 11, 2008 to file their opposition brief. Defendants shall have leave to file a reply brief no later than April 25, 2008.

- 2 -

Respectfully submitted,

| | |
|---|---|
| **INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY, AND JOHN N. SPINNEY, JR.,** | **CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN IRONWORKERS AND ST. LOUIS DISTRICT COUNCIL PENSION FUND,** |
| By their attorneys, | By its attorneys, |
| /s/ Jordan D. Hershman | /s/ Jeffrey W. Lawrence |
| Jordan D. Hershman, BBO #553709<br>Jason D. Frank, BBO #634985<br>James P. Lucking, BBO #650588<br>William R. Harb, BBO #657270<br>**BINGHAM MCCUTCHEN LLP**<br>150 Federal Street<br>Boston, MA  02110-1726<br>(617) 951-8000 | Jeffrey W. Lawrence<br>James W. Oliver<br>**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>(415) 288-4545 |

Dated: December 7, 2007

**IT IS SO ORDERED:**

_____
Honorable Reginald C. Lindsay
United States District Judge

Dated: