UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>　　　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 05-11627-RCL<br>**(Consolidated)**<br><br>REQUEST FOR<br>ORAL ARGUMENT |

**DEFENDANTS' MOTION TO DISMISS THE
FIRST AMENDED CONSOLIDATED COMPLAINT IN ITS ENTIRETY**

Defendants Investors Financial Services Corporation, Kevin J. Sheehan, Michael F. Rogers, John N. Spinney, Jr., Robert D. Mancuso, Karen C. Keenan, and John E. Henry (collectively "Defendants") hereby move to dismiss, with prejudice, the First Amended Consolidated Complaint (the "Amended Complaint") in its entirety pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

In support of this motion, Defendants have filed with the Court a contemporaneous memorandum of law and an appendix of exhibits referenced therein.  For the Court's convenience, the appendix includes complete copies of:  (i) certain documents that Plaintiffs have incorporated by reference in the Amended Complaint; (ii) documents that are properly judicially noticed by this Court, including documents filed with the Securities and Exchange Commission, which are not submitted for the truth of any matter asserted therein; (iii) and other materials that this Court may review without converting this motion to dismiss into a motion for summary judgment.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Rule 7.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants request oral argument on this motion, which they believe will assist the Court in resolving the issues in dispute.

**DEFENDANTS' LOCAL RULE 7.1(A)(2) CERTIFICATION**

Counsel for Defendants Investors Financial Services Corporation, Kevin J. Sheehan, Michael F. Rogers, John N. Spinney, Jr., Robert D. Mancuso, Karen C. Keenan, and John E. Henry (collectively "Defendants") hereby certify that they conferred in good faith with Plaintiffs' counsel concerning this motion, and state that they were unable to resolve or narrow the issues raised by this motion.

Respectfully Submitted,

**INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., KAREN C. KEENAN, ROBERT D. MANCUSO, EDMUND J. MARONEY AND JOHN E. HENRY**

By their attorneys,

/s/ Jordan D. Hershman
Jordan D. Hershman, BBO #553709
Jason D. Frank, BBO #634985
James P. Lucking, BBO #650588
William R. Harb, BBO #657270
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: January 11, 2008

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 11, 2008.

/s/ Jordan D. Hershman