UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 05-11627-RCL<br>**(Consolidated)** |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE
A MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES**

Pursuant to Rule 7.1(B)(4) of the Local Rules of this Court, Defendants Investors Financial Services Corporation, Kevin J. Sheehan, Michael F. Rogers, John N. Spinney, Jr., Robert D. Mancuso, Edmund J. Maroney, Karen C. Keenan, and John E. Henry (collectively "Defendants") hereby respectfully move for leave to file a memorandum of law in excess of twenty pages in support of Defendants' Motion To Dismiss The First Amended Consolidated Complaint In Its Entirety (the "Motion to Dismiss"). In support of this motion, Defendants state as follows:

1. The First Amended Consolidated Complaint (the "Amended Complaint") is a 155-page document, consisting of allegations set forth in 323 separately numbered paragraphs. In the Amended Complaint, Plaintiffs challenge numerous public statements allegedly made by Defendants over a putative class period spanning over four years. Many of these statements are comprised of multiple paragraphs and address a variety of subjects. As a consequence of the many alleged misrepresentations that Plaintiffs challenge, the Amended Complaint presents numerous legal issues that Defendants need to address in making their Motion to Dismiss. Consequently, Defendants require additional pages to address the numerous alleged misstatements.

2. Defendants' Motion to Dismiss is dispositive as to all of Plaintiffs' claims. If granted, Defendants' Motion to Dismiss will spare this Court and the parties the time and expense of additional litigation.

3. For the Court's convenience, all eight of the Defendants in this case have consolidated their arguments into one memorandum, even though each Defendant is permitted to submit a separate memorandum of up to twenty pages in length. Defendants believe that presenting their arguments jointly in one brief will streamline their presentation for the Court and enable them to submit fewer pages of briefing, in total, to the Court.

4. Notwithstanding their efforts to streamline the briefing in connection with their Motion to Dismiss, Defendants require more than twenty pages to address adequately all of the legal issues raised by Plaintiffs' Amended Complaint.

5. Previously, this Court dismissed this case pursuant to a fifty-seven page Report and Recommendation issued by Magistrate Judge Dein. As indicated by the length and breadth of Judge Dein's Report and Recommendation, a memorandum in excess of twenty pages is required to address adequately the legal issues raised by Plaintiffs' Amended Complaint.

6. Defendants believe that the complete treatment presented in their memorandum will assist the Court in resolving the issues before it.

7. Plaintiffs assent to this motion.

WHEREFORE, Defendants hereby request that this Court grant them leave to file the accompanying memorandum in excess of twenty pages.

### **DEFENDANTS' LOCAL RULE 7.1(A)(2) CERTIFICATION**

Counsel for Defendants Investors Financial Services Corporation, Kevin J. Sheehan, Michael F. Rogers, John N. Spinney, Jr., Robert D. Mancuso, Karen C. Keenan, and John E. Henry (collectively "Defendants") hereby certify that they conferred in good faith with Plaintiffs' counsel concerning this motion, and state that counsel for lead Plaintiffs assents to the relief requested herein.

Respectfully Submitted,

**INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, JOHN N. SPINNEY, JR., KAREN C. KEENAN, ROBERT D. MANCUSO, EDMUND J. MARONEY AND JOHN E. HENRY**

By their attorneys,

/s/ Jordan D. Hershman
Jordan D. Hershman, BBO #553709
Jason D. Frank, BBO #634985
James P. Lucking, BBO #650588
William R. Harb, BBO #657270
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: January 11, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 11, 2008.

                                                    /s/ Jordan D. Hershman