UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>                  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br><u>CLASS ACTION</u> |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS

The parties, by and through their counsel, hereby agree to extend the time within which defendants must answer, move or otherwise respond to the First Amended Consolidated Complaint filed in this action. The parties have entered this stipulation given the press of other business and as a result of personnel changes at plaintiffs' counsel and certain family matters that needed attention. In consideration of these issues, the parties hereby agree to extend the deadline by which plaintiffs must file their opposition to defendants' motion to dismiss by two weeks, which results in the following briefing schedule: Plaintiffs shall have until March 25, 2008, to respond to defendants' motion to dismiss. Defendants shall have until May 9, 2008, to file their reply brief.

Respectfully submitted,

| | |
|---|---|
| **INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY, AND JOHN N. SPINNEY, JR.,** | **CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN IRONWORKERS AND ST. LOUIS DISTRICT COUNCIL PENSION FUND,** |
| By their attorneys, | By their attorneys, |
| /s/ Jason D. Frank_____ | /s/ Jeffrey W. Lawrence_____ |
| Jordan D. Hershman, BBO #553709 | Jeffrey W. Lawrence |
| Jason D. Frank, BBO #634985 | **COUGHLIN STOIA GELLER RUDMAN** |
| James P. Lucking, BBO #650588 | **& ROBBINS LLP** |
| William R. Harb, BBO #657270 | 100 Pine Street, Suite 2600 |
| **BINGHAM MCCUTCHEN LLP** | San Francisco, CA  94111 |
| 150 Federal Street | (415) 288-4545 |
| Boston, MA  02110-1726 | |
| (617) 951-8000 | |

Dated: March 7, 2008

**IT IS SO ORDERED:**

_____
Honorable Reginald C. Lindsay
United States District Judge
Dated:

T:\CasesSF\InvestorsFinancialServices\STP00049759.doc

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 7, 2008.

                        s/ Jeffrey W. Lawrence
                        JEFFREY W. LAWRENCE

                        COUGHLIN STOIA GELLER
                            RUDMAN & ROBBINS LLP
                        100 Pine Street, 26th Floor
                        San Francisco, CA 94111
                        Telephone: 415/288-4545
                        415/288-4534 (fax)

                        E-mail:jeffreyl@csgrr.com

# Mailing Information for a Case 1:05-cv-11627-RCL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joel Z. Eigerman**
  joel@eigerman.com

- **Jason D. Frank**
  jason.frank@bingham.com

- **William R. Harb**
  william.Harb@bingham.com

- **Jordan D. Hershman**
  jordan.hershman@bingham.com

- **Alan L. Kovacs**
  alankovacs@yahoo.com

- **Jeffrey W. Lawrence**
  jeffreyl@lcsr.com

- **James Paul Lucking**
  james.lucking@Bingham.com

- **James W. Oliver**
  jimo@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,GDarwish@csgrr.com

- **David Pastor**
  dpastor@gilmanpastor.com,rdambrosio@gilmanpastor.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com,sgeresy@shulaw.com

- **Christopher N. Souris**
  csouris@krakowsouris.com

- **Marc A. Topaz**
  ecf_filings@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Pavel Bespalko**

```
Law Office of Joel Eigerman
50 Congress Street
Suite 200
Boston, MA 02109
```