UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    vs.<br><br>INVESTORS FINANCIAL SERVICES CORP., et al.,<br><br>                      Defendants. | No. 1:05-cv-11627-RCL<br>**(Consolidated)**<br><br><u>CLASS ACTION</u> |

LEAD PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE A MEMORANDUM
IN EXCESS OF TWENTY PAGES

Pursuant to Rule 7.1(b)(4) of the Local Rules of this Court, lead plaintiffs, Ironworkers St. Louis District Counsel Pension Fund and the City of Deerfield Beach Non-Uniform Employees Retirement Plan, hereby respectfully move for leave to file a memorandum of law in excess of 20 pages in opposition to Defendants' Motion to Dismiss the First Amended Consolidated Complaint in Its Entirety (the "Motion to Dismiss").  In support of this motion, plaintiffs state as follows:

1. Lead Plaintiffs' First Amended Consolidated Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") alleges an extensive scheme to defraud in 323 separately numbered paragraphs encompassing numerous public statements allegedly made by defendants over a four-year class period.

2. Defendants' Motion to Dismiss and accompanying brief are 43 pages in length, consisting of 24 subheadings and arguments, and attack virtually every aspect of the Amended Complaint, raising numerous issues, some of which are potentially dispositive of plaintiffs' claims. Accordingly, in order to adequately address the issues raised by defendants, plaintiffs require more than 20 pages.

3. Defendants assent to this motion.

4. WHEREFORE, plaintiffs hereby request that this Court grant them leave to file the accompanying memorandum in excess of 20 pages.

## PLAINTIFFS' LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for lead plaintiffs hereby certify that they conferred in good faith with defendants' counsel concerning this motion, and state that defense counsel assents to the relief requested herein.

DATED: March 25, 2008                                 Respectfully submitted,

                                                     COUGHLIN STOIA GELLER
                                                       RUDMAN & ROBBINS LLP
                                                       JEFFREY W. LAWRENCE


                                                           /s/ Jeffrey W. Lawrence
                                                       JEFFREY W. LAWRENCE

                                                     100 Pine Street, Suite 2600
                                                     San Francisco, CA  94111
                                                     Telephone: 415/288-4545
                                                     415/288-4534 (fax)

                                                     Lead Counsel for Plaintiffs

                                                     KRAKOW & SOURIS, LLC
                                                     AARON D. KRAKOW (BBO No. 544424)
                                                     CHRISTOPHER N. SOURIS (BBO No. 556343)
                                                     225 Friend Street
                                                     Boston, MA  02114
                                                     Telephone: 617/723-8440
                                                     617/723-8443 (fax)

                                                     Liaison Counsel

                                                     CAVANAGH & O'HARA
                                                     WILLIAM K. CAVANAGH, JR.
                                                     407 East Adams Street
                                                     Springfield, IL  62701
                                                     Telephone: 217/544-1771
                                                     217/544-9894 (fax)

                                                     SUGARMAN & SUSSKIND
                                                     ROBERT SUGARMAN
                                                     2801 Ponce De Leon Blvd., Suite 750
                                                     Coral Gables, FL  33314
                                                     Telephone: 305/529-2801
                                                     305/447-8115 (fax)

                                                     Additional Counsel for Plaintiffs

T:\CasesSF\InvestorsFinancialServices\MOT00050098.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 25, 2008.

        /s/ Jeffrey W. Lawrence
        JEFFREY W. LAWRENCE

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:jlawrence@csgrr.com

# Mailing Information for a Case 1:05-cv-11627-RCL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joel Z. Eigerman**
  joel@eigerman.com

- **Jason D. Frank**
  jason.frank@bingham.com

- **William R. Harb**
  william.Harb@bingham.com

- **Jordan D. Hershman**
  jordan.hershman@bingham.com

- **Alan L. Kovacs**
  alankovacs@yahoo.com

- **Jeffrey W. Lawrence**
  jeffreyl@lcsr.com

- **James Paul Lucking**
  james.lucking@Bingham.com

- **James W. Oliver**
  e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,GDarwish@csgrr.com

- **David Pastor**
  dpastor@gilmanpastor.com,rdambrosio@gilmanpastor.com

- **Thomas G. Shapiro**
  tshapiro@shulaw.com,sgeresy@shulaw.com

- **Christopher N. Souris**
  csouris@krakowsouris.com

- **Marc A. Topaz**
  ecf_filings@sbtklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Pavel Bespalko
```

```
Law Office of Joel Eigerman
50 Congress Street
Suite 200
Boston, MA 02109
```