UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ARCHDIOCESE OF MILWAUKEE SUPPORTING FUND, On Behalf of Plaintiff and All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>           v.<br><br>INVESTORS FINANCIAL SERVICES CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY and JOHN N. SPINNEY, JR.,<br><br>                                  Defendants. | Civil Action No.<br>1:05-cv-11627-RCL |

## STIPULATION AND [PROPOSED] ORDER
## TO EXTEND TIME FOR DEFENDANTS TO SEEK LEAVE
## OF COURT TO REPLY TO PLAINTIFFS' OPPOSITION BRIEF

The parties, by and through their counsel, hereby agree to extend the time within which Defendants must file a motion with the Court seeking to obtain leave to file a reply memorandum to Plaintiffs' Opposition to Defendants' Motion to Dismiss. The parties have entered this stipulation at Defendants' request due to the unanticipated press of other business. In consideration thereof, the parties hereby agree to extend by fourteen (14) days the deadline by which the Defendants shall file a motion for leave to file a reply memorandum. Accordingly, Defendants shall have until June 27, 2008 to file a motion for leave to file a reply memorandum to Plaintiffs' Opposition to Defendants' Motion to Dismiss.

- 2 -

| | Respectfully Submitted, |
|---|---|
| **CITY OF DEERFIELD BEACH NON-UNIFORM EMPLOYEES RETIREMENT PLAN and IRONWORKERS ST. LOUIS DISTRICT COUNCIL PENSION FUND**, On Behalf of Plaintiff and All Others Similarly Situated, | **INVESTORS FINANCIAL SERVICES, CORP., KEVIN J. SHEEHAN, MICHAEL F. ROGERS, ROBERT D. MANCUSO, EDMUND J. MARONEY, KAREN C. KEENAN, JOHN E. HENRY** and **JOHN N. SPINNEY, JR.,** |
| By their attorneys, | By their attorneys, |
| /s/ Jeffrey W. Lawrence | /s/ Jordan D. Hershman |
| Jeffrey W. Lawrence, BBO #289140 | Jordan D. Hershman, BBO #553709 |
| **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** | Jason D. Frank, BBO #634985 |
| 100 Pine Street, Suite 2600 | **BINGHAM McCUTCHEN LLP** |
| San Francisco, CA 94111 | One Federal Street |
| (415) 288-4545 | Boston, MA 02110 |
| | (617) 951-8000 |

Aaron D. Krakow, BBO #544424
Christopher N. Souris, BBO #556343
**KRAKOW & SOURIS, LLC**
225 Friend Street
Boston, MA 02114
(617) 723-8440

Dated: June 12, 2008

\* \* \*

## ORDER

IT IS SO ORDERED.

DATED: _____    _____
                                                              THE HONORABLE JUDITH G. DEIN
                                                              UNITED STATES MAGISTRATE JUDGE