UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**The Archdiocese of Milwaukee
Supporting Funds et al.**
    Petitioner


V.    CIVIL ACTION NO. **1:05-cv-11627-RCL**


**Investors Financial Services Corp., et al.**
    Respondent


### JUDGMENT OF DISMISSAL


YOUNG, D.J.

In accordance with the Court's Order on 03/17/2009 Approving the Report and Recommendation on the defendant Investors Financial Service Corp., et al., Motion to Dismiss the First Amended Complaint.

Judgment is hereby entered as follows: Judgment for Investors Financial Service Corp., et al. dismissing this action.


March 19, 2009    /s/ Steve York
    Deputy Clerk